IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 23-cr-00074-NYW | Date: April 26, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1. DEJANE REANIECE LATTANY,<br><br>    Defendant. | Nicole Cassidy<br>Rebecca Weber<br><br><br><br>Jason Flores-Williams |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**1:07 p.m.     Court in session.**

Appearances of counsel.  Defendant present on bond.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 1 of the Information and admits the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:  Court Exhibits 1 and 2 are admitted.**

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:** The Court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for August 15, 2023 at 1:00 p.m. in Courtroom A502 before Judge Nina Y. Wang. All dates other than the Sentencing date are vacated.

**ORDERED:** Counsel shall file any sentencing positions or any other motions that pertain to sentencing at least 14 days before the Sentencing date. Any responses or objections to such filings must be filed no later than 7 days before the Sentencing date.

**ORDERED:** Defendant's bond is continued to the date and time of sentencing.

**1:38 p.m.** Court in recess.

Hearing concluded.
Total time in court:　0:31