IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00074-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    DEJANE REANIECE LATTANY,

        Defendant.
_____

### PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSETS AND A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT DEJANE REANIECE LATTANY
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture* pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised finds:

THAT on March 17, 2023, an Information was filed charging defendant Dejane Reaniece Lattany in Count One with violation of 18 U.S.C. § 1343;

THAT the Information also sought forfeiture against defendant Dejane Reaniece Lattany, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), of all proceeds obtained from, and any property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including the following:

    a. 11125 Quintero Court, Commerce City, Colorado, 80022;
    b. $17,344.39 seized from Sunflower Bank Checking Account #1100035300;

1

    c. 2009 Hummer Sut Luxury, VIN: 5GRGN02279H100429;
    d. 2008 Hummer Utility Passenger Vehicle, VIN: 5GRGN23828H101341;
    e. $945,572.89 seized from Canvas Credit Union Checking Account # 626207; and
    f. a money judgment in the amount of proceeds obtained by the scheme and by the defendant.

THAT on April 26, 2023, the United States and defendant Dejane Reaniece Lattany entered into a Plea Agreement, which provided that defendant would plead guilty to Count One of the Information; and

THAT the Plea Agreement also contains a factual basis and cause to issue a forfeiture order for the above-listed assets and a money judgment in the amount of $3,337,476.94, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture* is GRANTED;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment shall enter against defendant Dejane Reaniece Lattany in the amount of $3,337,476.94 in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT the following assets are also subject to forfeiture through commission of the offense in Count One, to which defendant Dejane Reaniece Lattany has pleaded guilty:

    a. 11125 Quintero Court, Commerce City, Colorado, 80022;
    b. $17,348.46 seized from Sunflower Bank Checking Account #1100035300;
    c. 2009 Hummer SVT Luxury, VIN: 5GRGN02279H100429;
    d. 2008 Hummer Utility Passenger Vehicle, VIN: 5GRGN23828H101341; and
    e. $945,572.89 seized from Canvas Credit Union Checking Account # 626207;

THAT the net proceeds from judicially forfeited assets shall be credited towards the forfeiture money judgment;

THAT the United States is directed to seize the specific property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture as to the specific assets pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this _____ day of _____ 2023.

BY THE COURT:

_____
NINA Y. WANG
United States District Court Judge