### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00074-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DEJANE REANIECE LATTANY,

        Defendant,

### MOTION TO WITHDRAW

Comes now the undersigned and respectfully requests that the Court issue an order formalizing his withdrawal for the following:

1. This matter has been completed.
2. Sentencing was completed August 15, 2023.
3. Representation was through sentencing.
4. Outside of ethical duties, the undersigned's obligation to the Defendant has been successfully discharged.
5. The Defendant has been duly noticed and fully agrees to the withdrawal.

    Respectfully submitted for the Defendant

    *s/Jason Flores-Williams, Esq.*
    1851 Bassett St., #509
    Denver, CO 80202
    Phone: 303-514-4524
    Email: Jfw@jfwlaw.net
    *Counsel for Defendants/Claimant*

Date: 8.21.23

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                          /s/ Jason Flores-Williams
                          Jason Flores-Williams