FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
08/29/2023
JEFFREY P. COLWELL, CLERK

Subject: Request for Extension of Appeal Response Deadline - Dejane Reaniece Lattany (Case No. 1:23CR00074-1)

August 29, 2023

Dear Clerk of the Court and Judge Nina Y. Wang

I hope this message finds you well. I am writing to formally request an extension of the response deadline for my appeal, Dejane Reaniece Lattany, case number 1:23CR00074-1, in the United States District Court for the District of Colorado.

The purpose of this extension request is to allow me additional time to file my appeal pro se. Unfortunately, my former attorney terminated their representation without providing me with crucial documents necessary for my appeal. Specifically, I was not provided with my Judgement and Commit Order, Pre-Sentence Report (PSR) prior to sentencing, and I only received both the PSR and my sentencing memorandum after the sentencing had taken place.  I still do not have my Judgement and Commit order.

This lack of communication and the absence of critical documents have placed me in a challenging position as I seek to proceed with my appeal pro se. In order to present my case effectively and make informed arguments, I require sufficient time to review the PSR and the sentencing memorandum, and to incorporate them into my appeal.

Given the circumstances outlined above, I kindly request an extension of the response deadline for the appeal. I believe that providing me with additional time to prepare my appeal materials will result in a fairer and more comprehensive presentation of my case.

I understand the importance of adhering to the court's schedule and procedures. If there are specific steps or formalities necessary to grant an extension, please let me know, and I will ensure prompt compliance.

Your consideration of this extension request is greatly appreciated. I am committed to utilizing the extended time diligently to prepare my appeal. I believe that granting this extension will contribute to a just and well-informed resolution of the case.

Should you require any additional information or clarification, please feel free to contact me at 720-318-0173.

Thank you for your attention to this matter.

Sincerely,

Dejane Lattany
Case No. 1:23CR00074-1