IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:23-cr-00074-NYW-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Dejane Reaniece LATTANY,

   Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

     The Judgment imposed on August 15, 2023, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FCI Victorville Satellite Camp. Accordingly,

     IT IS ORDERED that Defendant, Dejane Reaniece LATTANY, shall surrender herself by reporting to the Warden at the FCI Victorville Satellite Camp, 13777 Air Expressway, Victorville, California on September 28, 2023, by 12:00pm.
Travel will be at her own expense.

     DATED at Denver, Colorado, this  1st   day of September, 2023.

                        BY THE COURT:

                        _____
                        Nina Y. Wang
                        United States District Judge