IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:23-cr-00074-NYW-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Dejane Reaniece LATTANY,

   Defendant.

___

**SECOND AMENDED VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**
___

     The Judgment imposed on August 15, 2023, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FCI Victorville Satellite Camp. Accordingly,

     IT IS ORDERED that Defendant, Dejane Reaniece LATTANY, shall surrender herself by reporting to the Warden at the FCI Victorville Satellite Camp, 13777 Air Expressway, Victorville, California on November 30, 2023 by 12:00pm.
Travel will be at her own expense.

     DATED at Denver, Colorado, this  27th  day of October, 2023.

                                    BY THE COURT:

                                    _____
                                    Nina Y. Wang
                                    United States District Judge