**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11/13/2023
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.    23-cr-00074-NYW-1

UNITED STATES OF AMERICA,

v.

DEJANE REANIECE LATTANY, Movant/Defendant.

---

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
## PURSUANT TO 28 U.S.C. § 2255

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    MOVANT/DEFENDANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

DEJANE REANIECE LATTANY, 11125 Quintero Court Commerce City Colorado 80022

(Movant/Defendant's name, prisoner identification number, and complete mailing address)

---

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

 x___    Convicted and sentenced federal prisoner

 ___    Other: (*Please explain*) _____

**B.    CONVICTION UNDER ATTACK**

Name of the court that entered the
judgment of conviction:                          UNITED STATES DISTRICT COURT

Date the conviction was entered:                 August 15, 2023

Case number:                                      1:23-cr-00074-NYW-1

Length and type of sentence:                      48 Months in Federal Prison

Are you serving any other sentence?              ___ Yes  X __ No (*check one*)

Offense(s) you were convicted of
committing:                                       Wire Fraud

What was your plea?                               Guilty

Kind of trial:                                    N/A_____ Jury   Judge only (*check one*)


**C.    DIRECT APPEAL**

Did you file a direct appeal?                    ___ Yes  X __ No (*check one*)

Date and result of direct appeal:                _____

Did you seek review in the United States
Supreme Court?                                    ___ Yes  X __ No (*check one*)

Date and result of review in the United
States Supreme Court:                            _____

If you did not file a direct appeal, explain
why:                                             _____

List the claims raised:                          _____

2

**D.    POSTCONVICTION PROCEEDINGS**

Have you initiated any other postconviction proceedings with respect to the judgment under attack in this motion?  ___ Yes  X ___ No (*check one*)

If the instant motion to vacate is a second or successive motion, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the motion?  ___ Yes  N / A ___ No (*check one*)

*Complete this section of the form if you have filed prior postconviction proceedings with respect to the judgment under attack in this motion. If you have initiated more than one prior proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding prior proceedings as "D. POSTCONVICTION PROCEEDINGS."*

Name and location of court:         _____

Type of proceeding:                _____

Date filed:                        _____

Date and result:                   _____

Did you appeal?                    ___ Yes ___ No (*check one*)

Date and result on appeal:         _____

**E.    STATEMENT OF CLAIMS**

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claims. Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "E. STATEMENT OF CLAIMS."*

*WARNING: If you fail to assert all of your claims in this motion, you may be barred from presenting additional claims at a later date.*

**I ask that the Honorable Court take note that I am aware that this motion is for the Federal case only. The emphasis on the State Case is only to provide details that explain my former Attorney's ineffectiveness that led to the outcome in the Federal**

**case sentencing. My former attorney Jason Flores Williams made promises and advised me on the law. Jason Flores William's promises and advisement of the law turned out to be untrue and resulted in me having a higher criminal history score and now being safety valve ineligible. In addition, my emphasis on the state case is to inform the Federal court that I will be filing the proper appeal (2254) on the State case that is currently wrapped up in this Federal case. By no means am I trying to over-highlight the state case in this motion.**

1. **Violation of Brady v. Maryland**: The prosecution failed to disclose exculpatory evidence in violation of Brady v. Maryland, 373 U.S. 83 (1963), particularly an email from the state accountant indicating that funds were owed to Petitioner, which is material to her defense and could have changed the outcome of the proceedings. In addition, line by line analysis of records was requested and not provided after being requested by the former attorney.

2. The protection of my rights was violated as I was made to understand by my former counsel, Jason Flores Williams, that my state and federal cases would be treated as one and the same, not as separate offenses leading to enhanced sentencing. The former attorney has given me bad advice which led me to a state court conviction and a higher criminal history score.

3. **Ineffective Assistance of Counsel**: My Sixth Amendment right to effective assistance of counsel was violated by Jason Flores Williams' actions and omissions, which include but are not limited to: a. Coercing me to accept a plea deal against my wishes and best interest. b. Failing to adequately communicate, prepare, and represent me during critical junctures of my case before the change of plea in my Federal case. My former attorney was not present during my presentencing report Interview, nor did he prepare me for the presentencing report interview. The former attorney did not inform me nor prepare me for the change of plea. c. Misinforming the me about legal concepts and potential outcomes, leading to uninformed and detrimental decisions. d. Neglecting to challenge prosecutorial mischaracterizations and errors during proceedings, leading to enhanced sentencing.

Ineffective assistance of counsel

1.That counsel's performance was deficient, which means that the representation fell below an objective standard of reasonableness; and

2.That the deficient performance prejudiced the defense, meaning there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different.

-  Jason Flores Williams (former attorney) failed to inform me of the correct information about all plea agreements and made decisions and filed paperwork without consulting me. Filed sentencing memorandum and other documents without consulting me.

-Jason Flores Williams (Former attorney) did not Protect my right to appeal.

-Jason Flores Williams (Former attorney) failed to Object to inadmissible and prejudicial evidence.

-Jason Flores Williams (Former attorney) did not Assert appropriate defenses before and during the change of plea and on sentence date of August 15th, 2023

Supporting facts:

# 1. Brady v. Maryland (Evidence favorable to the accused was suppressed by the government):

- The email from the state accountant indicating they owe me funds.
- The evidence from the SBA (Small Business Administration) showing the origin of the funds that were claimed to have been stolen.
- The Accountant and Medicaid's email showing the state owed the accused money for services provided, contrary to the claim of Medicaid fraud.
- The Attorney General's office has conflicting statements from employees and clients.
- Proof from the payroll provider that demonstrates NOT ALL Federal loans taken were fraudulent.

## 2. Ineffective Assistance of Counsel

- The attorney, Jason Flores Williams, promised that signing the plea agreement for the state of Colorado would mean the federal judge would take "complete Jurisdiction" of the state case, making it as if the state case didn't exist.

- The attorney stated that if the cases were viewed separately, it would be "double jeopardy."

- After providing the state with the business account information (instructed to do so by Former attorney), the state Attorney General incorrectly used that balance to claim theft from Medicaid. The money is from the SBA paycheck protection program, not Medicaid funds.

- Former Attorney Jason Flores Williams gave me bad advice that led to having a State Conviction and a higher criminal history score.

## 3. Ineffective Assistance of Counsel (Deficient performance by the counsel and prejudice resulted from it):

- Jason Flores Williams strongly suggested me not read the plea agreement, He only summarized it, and assured me of the outcomes.

- I was made to believe that by signing the plea, the federal judge would not see my history as that of a criminal.

- Despite promises, I ended up in a higher criminal category during sentencing.

- Jason Flores Williams did not defend or explain discrepancies during or before the change of plea or at the time sentencing.

- I was not properly prepared for the presentencing report interview with the probation officer Sara Johnson, and the attorney did not attend this with me.

- Jason Flores Williams did not prepare me for the change of plea and told me just "to be strong and agree with everything the judge asked". He told me if I had questions to ask him after but never answered my questions.

- Lack of communication as evidence by Exhibit A showing the gaps in communication.

- I was made to sign that I was satisfied with services before discovering the misrepresentation and ineffective counsel on the date of sentencing.

- I was not provided with essential documents before the change of plea or sentencing, such as the Pre-Sentence Report, Sentencing Memorandum, and others.

- I was convinced to give up information on an unrelated business account, which was then wrongly used against me.

- Exhibit B shows the attorney's awareness of potential errors being used against the accused and still allowing them.

- After receiving crucial evidence (email) that could prove the accused's innocence, the attorney did not care to look at the email.

- Jason Flores Williams did not provide me with me presentence report or any other case paperwork filed until after sentencing took place.

6

In conclusion, the information provided show of the former attorney Jason Flores Williams not only failed to provide effective counsel but may have actively misled and misadvised me. The points raised touch upon significant potential violations of my rights, from suppression of exculpatory evidence to instances of being charged and responsible for restitution of the same money twice  and highly ineffective legal representation.

Defendant's Statement: In the afternoon of April 26th 2023, I called Jason flores Williams (Former attorney) to discuss the case and the plea-bargain for the State Medicaid case. I told him I did not want to take the plea-agreement because they are making me responsible for over 300,000 dollars restitution and a crime that I did not do. I told him that I did not do that and the reason I did not have the paperwork to prove it was because of covid 19. I was willing to subpoena all of the employees and clients that I could to attest the truth. I told him that I wanted to fight this state case because he had already told me the statute was if I fraudulently took over 100,000 dollars. I know I wasn't taking anything fraudulently. I struggled to be paid by Medicaid and I had to take out so many cash advance loans and use my own money to make the bi weekly payrolls. This is what led to me seeking covid assistance. Judge Torrington did not accept the state's plea agreement paperwork that I was told to sign because it was missing paperwork, which is why it took them 3 different plea agreements to get it set in stone. I knew I could win but my former attorney Jason Flores Williams scared me out of fighting while I was mentally exhausted. (**See Exhibit B**) showing some evidence that Attorney Jason Flores Williams understood that I knew I was not guilty of the state charges and that taking a plea agreement was not the best option for me). If I did not sign the plea agreement based off the promises of my attorney, for the state case, the points and criminal category of my entire sentence would have yielded a different result).

I had Jason on speaker phone with my grandmother and my children's father present. I told him I wanted to fight the case because I didn't do it and the federal judge would look at it as if I have history of being a criminal. He said if I don't sign the plea agreement that I "would risk going to state prison even if I overbilled by 2 dollars, they could get me for cybercrime". I said I wanted them to prove I stole that money line by line and I can prove that I didn't by the financial statements from Medicaid and my bank statements that showed I was upside down every month until I got help from the SBA and cash advances (selling of future profits). He said I need to sign the plea agreement or else I would go to a state prison that I didn't belong to. The day I went to sign the plea agreement as I was instructed, I didn't read it as he strongly suggested, Jason Flores Williams summarized it and told me that the Federal Judge wouldn't look at it as a separate crime and I would serve them concurrently and it would be looked at as the same crime done at the same time. Jason Flores Williams said if they looked at them separately, it would be considered a "double Jeopardy". He said that the federal judge would take "complete Jurisdiction" of the state case and "it would be like the state case is not there anymore". Jason Flores Williams convinced me that this would be the easiest way and later I would be able to go in and later see the that the Federal Government would show that the money belonged to the SBA. (THIS IS THE ONLY REASON I SIGNED THE PLEA AGREEMENT)

My grandmother and my children's father were both hearing this conversation and chimed in. They didn't agree with him that I should be responsible for something that big that I didn't do. He told me " I hear people in the background, and I need you to take me off of speaker phone, I know what I am talking about". (statements and affidavits can be submitted upon request of the court)

7

Several times, my previous attorney taught me how to reply to the judge that I agree with everything and even if I didn't understand to stand firm and say that I understand and agree, or I could jeopardize being out on bond. As a result, I was afraid to say if I didn't understand something.

May 18th, 2023, I went and signed the 3ʳᵈ revised plea agreement and at that time he went through and summarized quickly and initialed for me on each page. On the last page, I signed my signature. This happened each time I signed the plea agreements.

May 18ᵗʰ, 2023, was the last time I spoke to him about my case. He didn't even prepare me for the presentencing report with the probation officer (I believe was on June 2ⁿᵈ, 2023), nor did he show up with me. He didn't even help me or discuss. with the letters or for speaking to the judge or due dates or when things were filed against me or when he filed on my behalf.

Today, I have an email from the state accountant stating that they need to send me funds that I am owed. I asked for that to be inserted into evidence along with a statement considering re-opening the state case. I was promised by my previous attorney Jason Flores Williams that the state of Colorado would not be able to claim the restitution of money that belonged to the federal government. There is clear evidence that the money that the state of Colorado Medicaid is claiming was wired in by the SBA and did not belong to the state of Colorado. This was another reason why I was against signing the plea agreement for the state of Colorado. However, my former attorney Jason Flores Williams made promises and stated that I would not need to worry about it and the state would need to fight the Federal Government for the funds and that it would be out of my hands. However, because I listened to my former attorney Jason Flores Williams, I am now responsible for double funds that I did not take. In addition, I am being sentenced as a former criminal in category 2. My Former attorney Jason Flores Williams was ineffective with having me plead guilty to the State case. In his ineffectiveness he caused me to Plead guilty for the state charges before pleading guilty to the Federal charges causing me to be in a higher criminal history category 2 instead of 1. With his advice, I did not go to trial with the state as I desired. Because of this, I am now also Safety Valve ineligible. With the proper guidance and efforts of my previous attorney, I would still be a first-time offender according to the Federal Guidelines and not responsible for a crime that I did not commit.

Also, up until September 27ᵗʰ, 2022, We were going to challenge portions the federal case. (All of the loans I took out were NOT fraud. 6 of them were truthful with real numbers from my payroll provider **(see payroll provider records, EXHIBIT D That proves against the State Medicaid charges)**. Because I broke down after he said the Federal Government would never give me a chance at home incarceration, he said for me just take the plea deal because I was not "emotionally able to fight". I agreed because I just had my baby and lost my grandfather who raised me on top of Jason Flores Williams promising me outcomes that did not happen.

I spoke with Jason Flores Williams (Former attorney) June 20ᵗʰ, 2023, to get a refund, I wired Jason Flores Williams for the expert that Jason Flores Williams advised me would be helpful when we were going forward

to fight the state Medicaid case. The expert was needed because I was being accused based of off limited knowledge of the Attorney General's office. The Attorney General's office did not have a full understanding of how the class B licensed home care businesses operate, nor did the Attorney General's office understand the Medicaid billing system. Jason Flores Williams was aware of these facts. After his advice heavily swaying me NOT to go to trial with the state of Colorado Medicaid because it would be easier just to roll the state case into the Federal case, Jason Flores Williams told me I could get a refund since we were not going to trial because of his advice. He made me sign that we were done after August 15th, and he was no longer representing me. This form I was made to sign stated that I was satisfied with services before the misrepresentation and ineffective counsel that occurred before the change of plea and on the date of sentencing.

Monday, August 14th, he called that morning just to remind me that I had Federal court the next day. That was it. I was not provided anything prior to sentencing from my Attorney such as my Pre-Sentence Report, my Sentencing Memorandum, the Prosecution's late motions and order nor was any of what my former attorney Jason Flores Williams filed discussed or agreed upon with me (for example the Sentencing Memorandum). I want to say thank you again to the Honorable Judge Wang for having the missing documents sent to me and ordering an attorney be appointed to me for the appeal process. **(SEE EXHIBIT A THAT SHOW GAPS IN COMMUNICATION DURING THE TIMES OF HIME FILING WITH THE COURTS ON MY BEHALF WITHOUT DISCUSSING WITH ME).**

On the day of sentencing August 15th, 2023, the prosecuting Attorney made statements about prior criminal history. In reply to the statement, the honorable Judge Wang was correct at considering criminal history by acknowledging the statement of my prosecutors. However, I signed the appellate waiver and plea arrangements only off the strength my previous attorney Jason Flores Williams stating that judge Wang would not view it as prior criminal history and it would be looked at as the same crime at the same time. Towards the end of sentencing when the Honorable Judge Wang stated that I would be in category 2 instead of what my attorney Jason Flores Williams promised, I look at him and nudged him in confusion because What I was sentenced to in regard to my criminal history points does not align with at all with what Jason Flores Williams promised. Jason never explained any of the court documents to me and at the change of plea, Jason told me to agree with everything the Judge would state. Jason Flores Williams made assurances about the state case which turned out to be untrue.

During sentencing on August 15th, 2023, Jason Flores Williams said nothing, and he did nothing to explain or defend me or what he stated would happen at sentencing. He packed his belongings and didn't provide me with any help or comments to the Honorable Judge Wang about the agreement. Jason Flores William's assurances made to me as my counsel caused me to now be in a criminal history category that has made me safety valve ineligible.

The reason I would not be able to successfully appeal is because I was advised by my attorney to sign the appellate waivers  and plea agreements based only on his promises of being charged in federal court as a first

time offender and that when the state of Colorado petitions the Federal government for the paycheck protection money the state of Colorado is claiming, through the government, it would be revealed that it wasn't the State of Colorado Medicaid's money.

At court, my attorney advised me to give up information on a business account that was not associated with any business done with Medicaid. The account was even located at canvas credit Union whereas my business account doing business with Medicaid was located at citywide banks. The attorney General for the state of Colorado used the wrong account and the wrong balance and the wrong money to prove his case. After giving up the account information, the attorney general used the Frozen balance to say that was what was taken from Medicaid. Clearly, the money is traced back to a wire deposit from the SBA paycheck protection program. I continued to advise my attorney that I wanted to fight the state case because I didn't do the fraud. My former attorney Jason Flores Williams was well aware of this being used against me and continued to allow it **(PLEASE SEE EXHIBIT B)**.

Medicaid not paying stressed me every payroll on top of COVID-19 causing a multitude of physical and administrative issues is the reason I was seeking out the Federal loans in the first place. (This can be seen in ALL business bank statements from Citywide banks up until I started getting the loans. They can be submitted for proof).

After being accused of the crime Medicaid stopped paying me in March of 2021 and I continued to pay my employees until July 2021 from federal funds and cash advance loans. I told my former attorney that I did not owe Medicaid and instead they owe me. At a later date after pleading guilty to both the 3-point offense with the state and the Federal offense, I received an email from the Accountant and Medicaid stating that they owe me as I have previously stated. This email is proof of what I have been saying that I am innocent, and that Medicaid owes me a balance for the services my company provided. At the time of business, home care agencies could not bill for client's that they do not have a prior authorization for. This fact contradicts what I was accused for. **(PLEASE SEE EXHIBIT C as it represents my claims of me telling my former attorney Mr. Jason Flores Williams that I am innocent of the state charges. If I were guilty of fraudulently billing over 300,000 from Colorado Medicaid, the state accountant would surely not calculate any payment is owed to me. However, there are payments owed to me because I didn't commit Medicaid Fraud and Waste). I asked My former attorney Jason Flores Williams to submit this as a basis for acknowledgement of the courts. He did not care to look at the email.** The State of Colorado Medicaid case was able to continue based on my being deemed incompliant because of all the missing paperwork to prove the hours billed. Paperwork was missing because my office was unorganized due to Covid and my staff members and clients passing away during that time. I ran the business successfully passing all state audits and relicensing up until COVID 19 causing discord and death in the office. Pleading guilty to the state charges landed me in a bad predicament because the outcome was FALSE JUSTICE; In which was encouraged to take the blame by my former attorney with the understanding that my agreeing and cooperation with both government entities would be brought concurrent making me a first-time offender. I relied on my former attorney to navigate me through the justice system and legal jargon in the plea agreements signed. A lot of the time, Jason Flores Williams said not to worry about it. (The transcripts of the Medicaid case court dates and paperwork, filed along with the 3 different court dates, to sign modified plea agreements, can be submitted).

After August 15, 2023, I was very upset after being greeted with an email from Jason Flores Williams confirming his feelings toward me, listing out the crimes I was charged with.  While stating I should be grateful for the sentence I am receiving from the courts after several weeks of reaching out and asking for my presentencing report and all of my case paperwork filed. He stated that he wasn't obligated to provide me with the report due to the date of his response being after August 15th, 2023. However, he did provide me with the presentencing report in that same email. (This email can be provided if requested).

My former attorney Jason Flores Williams, during his speech at sentencing, when describing portions of my character that he thought was correct, he stated to the court that I was not the type of person to go for ineffective assistance of counsel. (This should be in the transcripts). At this time, I did not even know what ineffective assistance of counsel was. He had previously mentioned to me twice before sentencing, in a joking manner not to go filing ineffective assistance of counsel on him. I didn't really understand why he was bringing ineffective assistance of counsel up to me. I never mentioned it to him because I trusted him as my counsel. I trusted his advice and knowledge of the Law. However, I looked up the terminology he used after his promises and advisement of the law turned out to be nothing of what he stated.

I would like to say that I do NOT wish to move to take negative action against Jason Flores Williams. However, I am stating the supporting facts because they are truth. I simply move to ask the court to apply and uncover the proper Justice to me aside from the unprofessional mistakes that my former attorney Jason Flores Williams made while representing me.

## F.      PROCEDURAL DEFAULT

Did you raise on direct appeal any of the
claims you are asserting in this motion?          ___ Yes  X _ No (*check one*)

If you answered "Yes," state which claims were raised on direct appeal and explain why those claims are being raised again:

 If you answered "No," explain why you did not raise your claims on direct appeal:

To the Honorable Court,

The defendant wishes to provide a clear explanation regarding their decision not to appeal their sentence or judgment. We humbly submit the following factors that weighed heavily on the defendant's decision-making:

1. **Appellate Waiver**: After being granted an extension for time to appeal and upon the appointment of a Public Defender, the defendant was duly informed about the appellate waiver

they had previously signed. This waiver effectively precluded the possibility of an appeal, based on the clear stipulations contained therein.

2. **Reliance on Prior Legal Counsel**: At the heart of the defendant's decision to sign the appellate waiver and plea agreements was the reliance on the representations made by their former attorney, Mr. Jason Flores Williams. Mr. Williams advised the defendant that the state crime would not be viewed in conjunction with the Federal case as a prior criminal history. Furthermore, he asserted that the state-level crime would be regarded as concurrent with the plea agreements – essentially indicating that they would be treated as a single event. This representation was not made in passing; it was a pivotal piece of advice that influenced the defendant's entire approach to the legal process. Moreover, there were witnesses present when these statements were made, emphasizing the weight the defendant placed on this advice.

3. **Good Faith in the Justice System**: The defendant, trusting in the justice system and the advice of their legal counsel, proceeded in good faith. The decision to sign the appellate waiver, under the assumptions provided by Mr. Williams, was done with the belief that the court would view the crimes in the manner as represented by their former attorney.

Given these circumstances, the defendant's decision not to appeal is not a reflection of acquiescence or satisfaction with the judgment. Instead, it stems from the pragmatic understanding that the appellate waiver, which was signed based on potentially flawed advice, would render any appeal fruitless.

The Defendant urges the Court to take into consideration these factors as a testament to the defendant's good faith, reliance on legal counsel, and belief in our justice system.

**G.    TIMELINESS OF MOTION**

*If the judgment of conviction or the sentence under attack became final more than one year prior to the filing of this motion, explain why the motion is not barred by the one-year limitation period in 28 U.S.C. § 2255(f). If additional space is needed, use extra paper to explain your answer. Please indicate that additional paper is attached and label the additional pages regarding timeliness as "G. TIMELINESS OF MOTION."*

**H.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "H. REQUEST FOR RELIEF."*

***PRAYER FOR RELIEF***

*Wherefore, in light of the aforementioned grounds and supporting facts, Petitioner* DEJANE REANIECE LATTANY, *respectfully requests this honorable Court:*

1. *Grant an evidentiary hearing to determine the merits of the claims presented herein.*
2. *Take a further look into the ineffective assistance of counsel that landed me a 3 point conviction on the criminal history scale. This offense disqualified me from being Safety Valve eligible.*
3. *Vacate or set aside the Petitioner's sentence.*
4. *Allow home confinement until I am granted counsel and able to file for both 2255 and 2254.*
5. *Correct the sentence as the Court deems just and proper.*
6. *Grant such other and further relief as the Court deems equitable and just.*
7. Above all, I Request for Habeas Corpus Relief:

to vacate the conviction due to ineffective assistance of counsel along with conditional relaease

I must express concern about the quality of legal representation provided to me before and at the time of the change of plea (and at the time of sentencing). There is a reasonable basis to believe that ineffective assistance of counsel may have deprived me of a fair outcome and, consequently, the right to due process under the law.

The potential grounds for ineffective assistance of counsel include:

1. **Failure to Investigate**: It appears that my defense counsel failed to conduct a proper investigation into the case, including failure to interview crucial witnesses and gather essential evidence that could have been used in my defense resulting in a guilty plea on a 3-point state conviction rolled over into my Federal sentencing. This left me in category 2 instead of category 1. This has left me Safety Valve ineligible and a higher conviction rating.

2. **Inadequate Trial Preparation**: My defense counsel seemed unprepared for trial, thus convincing me through my trust in him to take a plea agreement, at the state level, leading to missed opportunities to challenge the prosecution's case and present a more robust defense.

3. **Lack of Zealous Advocacy**: I did not receive the zealous advocacy that is required under the Sixth Amendment. Key arguments and potential legal defenses were not pursued.

4. **Errors in Legal Advice**: It appears that counsel provided erroneous legal advice or failed to adequately explain legal options to me, potentially leading to a plea agreement that may not have been in my best interest.

Based on these concerns, I am seeking habeas corpus relief in order to address the potential violation of my constitutional rights. I believe that there are significant issues related to ineffective assistance of counsel that need to be thoroughly examined by this Court.

In light of the gravity of the potential issues raised, I respectfully request that the Court grant an evidentiary hearing to further explore these matters. I am entitled to a full and fair review of these claims to ensure that justice is served.

I understand the importance of due process, and I am committed to assisting the Court in any way necessary to ensure a just resolution of this matter.

Thank you for your consideration, and I look forward to addressing these issues with this honorable court.

A) request for relief of the current federal sentence due to ineffective counsel

B) In making the decision to grant any relief, I ask that the courts honor the fact that I have had zero prior criminal history or history of fraud up until the federal investigation. I also ask that the court consider viewing exhibit d as proof that I have ran successful business from 2015 until covid 19 and have never had any prior unsuccessful audits or accusations of fraud.

C) request that the government grant proper relief and apply justice were my rights were unprotected; due to former counsel Jason flores Williams making assurances about the state case, that has been rolled into the federal case, that has turned out to by untrue and, caused me to be in a criminal history category 2 that has caused me to be safety valve intelligible, due to ineffective counsel.

D) The defendant be placed on home confinement until corrections are made and/or proper counsel can assist in addressing the state of Colorado case where proper justice will be applied and corrections can be made to the federal sentence according to the correct criminal history points, according to the terms that i was promised by my former attorney before the change of plea and the plea agreements and appellate waivers were signed.

*What I was sentenced to regarding my criminal history points does not align with the terms agreed upon from what my attorney advised me would be in my plea agreement and court documents, nor does it reflect the arguments that my attorney was to argue/present during my sentencing as he promised and advised me of the Law.*

## I.    MOVANT/DEFENDANT'S SIGNATURE

I declare under penalty of perjury that I am the movant/defendant in this action, that I have read this motion, and that the information in this motion is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my

knowledge, information, and belief that this motion: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_____
(Movant/Defendant's signature)


_11/11/2023_____
(Date)

15

**EXHIBIT B** IN THIS EXHIBIT, I AM REFERRING TO THE STATE OF COLORADO ATTORNEY GENERAL CLAIMING FEDERAL FUNDS WITH NO LINE BY LINE PROOF THAT THIS MONEY OR AMOUNT WAS TAKEN FROM MEDICAID.

ME (DEFENDANT)-BLUE WITH WHITE WRITING

FORMER ATTORNEY (JASON FLORES WILLIAMS)- BLACK WITH WHITE WRITING



**EXHIBIT A** SHOWING GAPS **IN COMMUNICATION AFTER MAY 2023 along with my full cooperation.**

In addition, during the gaps in communication, my former attorney Jason Flores Williams filed documents without speaking to me or obtaining my consent/agreement









**EXHIBIT C**

10:53



Inbox

GH    Graeser - HCPF, Sherri    Aug 7
To You    ...

We attempted to send you an EFT payment for Provider ID 42079578 but it failed. Please update your EFT information via the Provider Portal. It will take 14-30 business days for your account to be updated. If you would like payment sooner, we can issue a check. If you would like your payment via check, please reply to this email and confirm the mailing address below is correct.

14475 Robins Drive
Denver, CO 80239-3852

Thank you,

**Sherri Graeser**

**Medicaid Accountant**

Finance Office



COLORADO
Department of Health Care
Policy & Financing

Gainwell Help Desk 1-844-235-2387

P 303.866.2310 F 303.866.3669 State Relay: 711

Reply



Mail    Calendar    Feed    Apps

EXHIBIT D

DO NOT STAPLE

OMB No. 1545-0108

Form **1096**

Department of the Treasury
Internal Revenue Service

## Annual Summary and Transmittal of U.S. Information Returns

**20**18

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR
DENVER CO 80239

**For Official Use Only**

| Name of person to contact | Telephone number |
|---|---|
| LATTANY DEJANE | ( 720) 318-0173 |
| E-mail address | Fax Number |
| | ( ) |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 80-0438877 | | 5 | $ | $ 25977.00 |

6 Enter an "X" in only one box below to indicate the type of form being filed    7 Form 1099-MISC with NEC in box 7, check ... ▶ 🗷

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

**REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.**

Signature ▶ ............................................    Title ▶ ............................................    Date▶ ............................................

# DO NOT FILE

## YOUR FEDERAL 1099 & 1096 DATA

## IS FILED ELECTRONICALLY

0095-1305839O    TAXPAY ®    1901O

DO NOT STAPLE

Form **1096**
Department of the Treasury
Internal Revenue Service

### Annual Summary and Transmittal of U.S. Information Returns

OMB No. 1545-0108

**20**18

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR
DENVER CO 80239

| Name of person to contact | Telephone number |
|---|---|
| LATTANY DEJANE | ( 720) 318-0173 |
| E-mail address | Fax Number ( ) |

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 80-0438877 | | 5 | $ | $ 25977.00 |

6 Enter an "X" in only one box below to indicate the type of form being filed 7 Form 1099-MISC with NEC in box 7, check ... ▶ [X]

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | [X] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

### REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.

Signature ▶ .................................................    Title ▶ ....................................................    Date▶ ..........................

# DO NOT FILE

## YOUR FEDERAL 1099 & 1096 DATA

## IS FILED ELECTRONICALLY

## Form 1099-MISC — MISCELLANEOUS INCOME (16-033 1690)    ☐ VOID    ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 15 19010 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
ZIPPORAH ARRINGTON

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 14125.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 14125.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

## Form 1099-MISC — MISCELLANEOUS INCOME (16-033 1690)    ☐ VOID    ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN – – | Account number (see instructions) 0095-13058390 – 48 19010 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
RAMONA J COOPER
13795 E 25TH PL
AURORA CO 80011

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 696.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 696.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

## Form 1099-MISC — MISCELLANEOUS INCOME (16-033 1690)    ☐ VOID    ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 26 19010 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
TENEA L CATTANY
4699 KITTRIDGE
DENVER CO 80239

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 1704.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 1704.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

## Form 1099-MISC — MISCELLANEOUS INCOME (16-033 1690)    ☐ VOID    ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 18 19010 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEVIN MOORE

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 3902.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ 3902.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

Form **1099-MISC**   MISCELLANEOUS INCOME   16-033 1690   [X] VOID   [ ] CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 25 19010 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGITS ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEMETRIX SKIPPER
4155 E IOWA # 103

DENVER CO 80222

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 5550.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 5550.00 |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**   MISCELLANEOUS INCOME   16-033 1690   [X] VOID   [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**   MISCELLANEOUS INCOME   16-033 1690   [X] VOID   [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**   MISCELLANEOUS INCOME   16-033 1690   [X] VOID   [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

---

**Form 1099-MISC**  MISCELLANEOUS INCOME  16-033  1690  ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 15 18363 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
ZIPPORAH ARRINGTON

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 14125.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 14125.00 |

www.irs.gov/form1099misc                Department of the Treasury - Internal Revenue Service

---

**Form 1099-MISC**  MISCELLANEOUS INCOME  16-033  1690  ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN – – | Account number (see instructions) 0095-13058390 – 48 18363 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 696.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 696.00 |

www.irs.gov/form1099misc                Department of the Treasury - Internal Revenue Service

---

**Form 1099-MISC**  MISCELLANEOUS INCOME  16-033  1690  ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 26 18363 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
TENEA L CATTANY
4699 KITTRIDGE

DENVER CO 80239

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 1704.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 1704.00 |

www.irs.gov/form1099misc                Department of the Treasury - Internal Revenue Service

---

**Form 1099-MISC**  MISCELLANEOUS INCOME  16-033  1690  ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 18 18363 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEVIN MOORE

COPY C, FOR PAYER – DO NOT FILE. For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 3902.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ 3902.00 |

www.irs.gov/form1099misc                Department of the Treasury - Internal Revenue Service

Form **1099-MISC**  MISCELLANEOUS INCOME
16-033 1690     VOID    CORRECTED

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) OO95-13O58390  -  25  18363 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEMETRIA SKIPPER
4155 E IOWA # 103

DENVER CO 80222

COPY C, FOR PAYER – DO NOT FILE.  For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 5550.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/O941838 | 18 State income $ 5550.00 |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**  MISCELLANEOUS INCOME
16-033 1690    X  VOID    CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER – DO NOT FILE.  For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**  MISCELLANEOUS INCOME
16-033 1690    X  VOID    CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER – DO NOT FILE.  For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**  MISCELLANEOUS INCOME
16-033 1690    X  VOID    CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER – DO NOT FILE.  For Privacy Act and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

Form **1099 - MISC**   MISCELLANEOUS INCOME (66-033 1690)   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15   19010 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | ZIPPORAH ARRINGTON | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **14125.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC**   MISCELLANEOUS INCOME (66-033 1690)   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15   19010 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | ZIPPORAH ARRINGTON | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **14125.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$14,125.00** |

---

Form **1099 - MISC**   MISCELLANEOUS INCOME (66-033 1690)   ☐ VOID   ☐ CORRECTED   **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15   19010 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | ZIPPORAH ARRINGTON | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **14125.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your tax return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

| Form **1099-MISC** | MISCELLANEOUS INCOME | | | | VOID | CORRECTED | TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15 | 19010 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | ZIPPORAH ARRINGTON | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$    14125.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$    $14,125.00 |

---

| Form **1099-MISC** | MISCELLANEOUS INCOME | | | | X VOID | CORRECTED |
|---|---|---|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| | | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

| Form **1099-MISC** | MISCELLANEOUS INCOME | | | | X VOID | CORRECTED |
|---|---|---|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| | | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) or Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 66-033 1690   ☐ VOID  ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR **2018** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN  - - | Account number (see instructions) 0095-13058390 - 48    19010 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **696.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11           12 | 13 Excess golden parachute payments $    14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.     18 State income $ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 66-033 1690   ☐ VOID  ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR **2018** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN  - - | Account number (see instructions) 0095-13058390 - 48    19010 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **696.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11           12 | 13 Excess golden parachute payments $    14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838    18 State income $ **$696.00** |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 66-033 1690   ☐ VOID  ☐ CORRECTED   TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2018** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN  - - | Account number (see instructions) 0095-13058390 - 48    19010 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **696.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11           12 | 13 Excess golden parachute payments $    14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.    18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099 incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040).

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    (Rev. 46-033 1690)    [ ] VOID  [ ] CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | - - | 0095-13058390 - 48 | 19010 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | RAMONA J COOPER  13795 E 25TH PL  AURORA CO 80011 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **696.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$696.00** | |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    (Rev. 46-033 1690)    [X] VOID  [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    (Rev. 46-033 1690)    [X] VOID  [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  (Rev. 96-033 1690)  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 26 | 19010 | | ☐ |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | TENEA T LATTANY<br>4699 KITTRIDGE<br><br>DENVER CO 80239 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **1704.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  (Rev. 96-033 1690)  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 26 | 19010 | | ☐ |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | TENEA T LATTANY<br>4699 KITTRIDGE<br><br>DENVER CO 80239 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **1704.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$1,704.00** |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  (Rev. 96-033 1690)  ☐ VOID  ☐ CORRECTED  **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 26 | 19010 | | ☐ |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | TENEA T LATTANY<br>4699 KITTRIDGE<br><br>DENVER CO 80239 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **1704.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, but must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 05-033 1690  ☐ VOID  ☐ CORRECTED  **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 26  19010 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
TENEA T LATTANY
4699 KITTRIDGE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **1704.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$1,704.00** |

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 05-033 1690  ☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 05-033 1690  ☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, but you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report it on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) or Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME | | ☐ VOID | ☐ CORRECTED | | COPY B, FOR RECIPIENT |
|---|---|---|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 18 | 19010 | | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DEVIN MOORE

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 3902.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME | | ☐ VOID | ☐ CORRECTED | | COPY B, FOR RECIPIENT |
|---|---|---|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 18 | 19010 | | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DEVIN MOORE

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 3902.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $3,902.00 |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME | | ☐ VOID | ☐ CORRECTED | TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 18 | 19010 | | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DEVIN MOORE

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 3902.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099 incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your tax return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME 46-033 1690   ☐ VOID   ☐ CORRECTED   TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 18 | | 19010 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DEVIN MOORE

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $  3902.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.  CO/30941838 | 18 State income $  $3,902.00 |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME 46-033 1690   ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME 46-033 1690   ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

## Form 1099 - MISC — Copy 1

| Form **1099 - MISC** | MISCELLANEOUS INCOME | ☐ VOID | ☐ CORRECTED | COPY B, FOR RECIPIENT |
|---|---|---|---|---|

OMB No. 1545-0115 (66-033 1690)

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 25   19010 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4155 E IOWA # 103
DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5550.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

## Form 1099 - MISC — Copy 2

| Form **1099 - MISC** | MISCELLANEOUS INCOME | ☐ VOID | ☐ CORRECTED | COPY B, FOR RECIPIENT |
|---|---|---|---|---|

OMB No. 1545-0115 (66-033 1690)

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 25   19010 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4155 E IOWA # 103
DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5550.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$5,550.00** |

---

## Form 1099 - MISC — Copy 3

| Form **1099 - MISC** | MISCELLANEOUS INCOME | ☐ VOID | ☐ CORRECTED | TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|

OMB No. 1545-0115 (66-033 1690)

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 25   19010 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4155 E IOWA # 103
DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5550.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME | | □ VOID  □ CORRECTED | | TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|---|

OMB No. 1545-0115 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390  -  25   19010 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP and postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | DEMETRIA D SKIPPER<br>4155 E IOWA # 103<br><br>DENVER CO 80222 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$     5550.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$    $5,550.00 |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME | | ☒ VOID  □ CORRECTED |
|---|---|---|---|

OMB No. 1545-033 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| | | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP and postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME | | ☒ VOID  □ CORRECTED |
|---|---|---|---|

OMB No. 1545-033 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| | | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP and postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. See the instructions for Form 1040 or 1040NR. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

Form **1099 - MISC** MISCELLANEOUS INCOME (46-033 1690)   ☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15 | 18363 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | ZIPPORAH ARRINGTON | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$    14125.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

Form **1099 - MISC** MISCELLANEOUS INCOME (46-033 1690)   ☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15 | 18363 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | ZIPPORAH ARRINGTON | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$    14125.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$14,125.00 |

---

Form **1099 - MISC** MISCELLANEOUS INCOME (46-033 1690)   ☐ VOID   ☐ CORRECTED   TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15 | 18363 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | ZIPPORAH ARRINGTON | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$    14125.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the "Total Tax" line of Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**   MISCELLANEOUS INCOM66-033 1690   [ ] VOID   [ ] CORRECTED   TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 15   18363 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | ZIPPORAH ARRINGTON | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$       14125.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$       $14,125.00 |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOM66-033 1690   [X] VOID   [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOM66-033 1690   [X] VOID   [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-033 1690   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| **2018** | 80-0438877 | - - | 0095-13058390 - 48 | 18363 | | ☐ |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RAMONA J COOPER<br>13795 E 25TH PL<br><br>AURORA CO 80011 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **696.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11     12 | 13 Excess golden parachute payments<br>$   14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.     18 State income<br>$ |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-033 1690   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| **2018** | 80-0438877 | - - | 0095-13058390 - 48 | 18363 | | ☐ |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RAMONA J COOPER<br>13795 E 25TH PL<br><br>AURORA CO 80011 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **696.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11     12 | 13 Excess golden parachute payments<br>$   14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. CO/30941838     18 State income<br>$ **$696.00** |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-033 1690   ☐ VOID   ☐ CORRECTED   **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| **2018** | 80-0438877 | - - | 0095-13058390 - 48 | 18363 | | ☐ |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RAMONA J COOPER<br>13795 E 25TH PL<br><br>AURORA CO 80011 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **696.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11     12 | 13 Excess golden parachute payments<br>$   14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.     18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

### Form 1099 - MISC — MISCELLANEOUS INCOME 46-033 1690

□ VOID    □ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | - - | 0095-13058390 - 48   18363 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
RAMONA J COOPER
13795 E 25TH PL
AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **696.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$696.00** |

---

### Form 1099 - MISC — MISCELLANEOUS INCOME 46-033 1690

☒ VOID    □ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

### Form 1099 - MISC — MISCELLANEOUS INCOME 46-033 1690

☒ VOID    □ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  OMB No. 1545-0115 (66-033  1690)   ☐ VOID  ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390  -  26    18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

TENEA T LATTANY
4699 KITTRIDGE
DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **1704.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  OMB No. 1545-0115 (66-033  1690)   ☐ VOID  ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390  -  26    18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

TENEA T LATTANY
4699 KITTRIDGE
DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **1704.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$1,704.00** |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  OMB No. 1545-0115 (66-033  1690)   ☐ VOID  ☐ CORRECTED   **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390  -  26    18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

TENEA T LATTANY
4699 KITTRIDGE
DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **1704.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, but you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the "Total tax" line of Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

### Form 1099 - MISC

MISCELLANEOUS INCOME 66-033 1690

☐ VOID    ☐ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 26 | 18363 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | TENEA T LATTANY 4699 KITTRIDGE DENVER CO 80239 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $  1704.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $  $1,704.00 |

---

### Form 1099 - MISC

MISCELLANEOUS INCOME 66-033 1690

☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

### Form 1099 - MISC

MISCELLANEOUS INCOME 66-033 1690

☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the "Total" (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

### Form 1099 - MISC — Copy B, For Recipient

Form **1099 - MISC**  MISCELLANEOUS INCOME OMB No. 1545-0115 (99) 1690  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 18   18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEVIN MOORE

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **3902.00** | 8 Substitute payments in lieu of dividends or interest |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

### Form 1099 - MISC — Copy B, For Recipient (second copy)

Form **1099 - MISC**  MISCELLANEOUS INCOME OMB No. 1545-0115 (99) 1690  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 18   18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEVIN MOORE

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **3902.00** | 8 Substitute payments in lieu of dividends or interest |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $3,902.00 |

---

### Form 1099 - MISC — To Be Filed With Federal Income Tax Return If Necessary

Form **1099 - MISC**  MISCELLANEOUS INCOME OMB No. 1545-0115 (99) 1690  ☐ VOID  ☐ CORRECTED  **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 18   18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEVIN MOORE

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **3902.00** | 8 Substitute payments in lieu of dividends or interest |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099 incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the "Total Tax" line of Form 1040(NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 1096-033 1690 | VOID | CORRECTED | TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|

| CALENDAR YEAR 2018 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 18 18363 | FATCA filing requirement |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | DEVIN MOORE | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ 3902.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$ $3,902.00 |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 1096-033 1690 | X VOID | CORRECTED |
|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 1096-033 1690 | X VOID | CORRECTED |
|---|---|---|---|

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11 | 12 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

# Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

## Form 1099 - MISC
MISCELLANEOUS INCOME (Rev. 66-033 1690)

☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 25    18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4151 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5550.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 ▨  12 ▨ | 13 Excess golden parachute payments $   14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.   18 State income $ |

---

## Form 1099 - MISC
MISCELLANEOUS INCOME (Rev. 66-033 1690)

☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 25    18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4151 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5550.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 ▨  12 ▨ | 13 Excess golden parachute payments $   14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838   18 State income $ **$5,550.00** |

---

## Form 1099 - MISC
MISCELLANEOUS INCOME (Rev. 66-033 1690)

☐ VOID   ☐ CORRECTED   TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 25    18363 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4151 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5550.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | 11 ▨  12 ▨ | 13 Excess golden parachute payments $   14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.   18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer Identification Number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 68-0233 1690    ☐ VOID    ☐ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2018 | 80-0438877 | 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 | 0095-13058390 - 25    18363 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14475 ROBINS DR<br><br>DENVER CO 80239 | DEMETRIA D SKIPPER<br><br>4155 E IOWA # 103<br><br><br>DENVER CO 80222 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$    5550.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11    12 | 13 Excess golden parachute payments<br>$    14 Gross proceeds paid to am attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$    $5,550.00 |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 68-0233 1690    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11    12 | 13 Excess golden parachute payments<br>$    14 Gross proceeds paid to am attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 68-0233 1690    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 11    12 | 13 Excess golden parachute payments<br>$    14 Gross proceeds paid to am attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

0095-13058390

Form **940 for 2018:** **Employer's Annual Federal Unemployment (FUTA) Tax Return**
Department of the Treasury - Internal Revenue Service

850113

OMB No. 1545-0028

**Employer identification number (EIN)**   8 0 – 0 4 3 8 8 7 7

**Name** *(not your trade name)*   AGGIES ANGELS CARE PROVIDERS

**Trade name** *(if any)*

**Address**   14475 ROBINS DR
Number   Street   Suite or room number
DENVER   CO   80239
City   State   ZIP code

Foreign country name   Foreign province/county   Foreign postal code

**Type of Return**
**(Check all that apply.)**

- [ ] **a.** Amended
- [ ] **b.** Successor employer
- [ ] **c.** No payments to employees in 2018
- [ ] **d.** Final: Business closed or stopped paying wages

Go to *www.irs.gov/form940* for instructions and the latest information.

Read the separate instructions before you complete this form. Please type or print within the boxes.

**Part 1:   Tell us about your return. If any line does NOT apply, leave it blank. See instructions before completing Part 1.**

**1a** If you had to pay state unemployment tax in one state only, enter the state abbreviation .  **1a** C O
Check Here

**1b** If you had to pay state unemployment tax in more than one state, you are a multi-state employer .   **1b** [ ] Complete Schedule A (Form 940).

**2** If you paid wages in a state that is subject to CREDIT REDUCTION .   **2** [ ] Check here. Complete Schedule A (Form 940).

**Part 2:   Determine your FUTA tax before adjustments. If any line does NOT apply, leave it blank.**

**3** Total payments to all employees . . . . . . . . .   **3**   123858.18

**4** Payments exempt from FUTA tax . . . . . . . . .   **4**   ▪

Check all that apply   **4a** [ ] Fringe benefits   **4c** [ ] Retirement/Pension   **4e** [ ] Other
**4b** [ ] Group-term life insurance   **4d** [ ] Dependent care

**5** Total of payments made to each employee in excess of $7,000 .   **5**   26310.90

**6** **Subtotal** (line 4 + line 5 = line 6) . . . . . . . .   **6**   26310.90

**7** Total taxable FUTA wages (line 3 - line 6 = line 7) (see instructions) . . . . . . .   **7**   97547.28

**8** FUTA tax before adjustments (line 7 x 0.006 = line 8) . . . . . . . . .   **8**   585.28

**Part 3:   Determine your adjustments. If any line does NOT apply, leave it blank.**

**9** If ALL of the taxable FUTA wages you paid were excluded from state unemployment tax, multiply line 7 by 0.054 (line 7 x 0.054 = line 9). Go to line 12 . . . . . . . . .   **9**   ▪

**10** If SOME of the taxable FUTA wages you paid were excluded from state unemployment tax, OR you paid ANY state unemployment tax late (after the due date for filing Form 940), complete the worksheet in the instructions. Enter the amount from line 7 of the worksheet . . .   **10**   ▪

**11** If credit reduction applies, enter the total from Schedule A (Form 940) . . . . . .   **11**   ▪

**Part 4:   Determine your FUTA tax and balance due or overpayment. If any line does NOT apply, leave it blank.**

**12** Total FUTA tax after adjustments (line 8 + 9 + 10 + 11 = line 12) . . . . . . . .   **12**   585.28

**13** FUTA tax deposited for the year, including any overpayment applied from a prior year . .   **13**   585.28

**14** **Balance due** If line 12 is more than line 13, enter the excess on line 14.
▪ If line 14 is more than $500, you must deposit your tax.
▪ If line 14 is $500 or less, you may pay with this return. See instructions . . . . .   **14**   ▪

**15** **Overpayment** If line 13 is more than line 12, enter the excess on line 15 and check a box below . . . . . . . . . . . . . . . . . . . .   **15**   ▪

▶ You **MUST** complete both pages of this form and **SIGN** it.   Check one: [ ] Apply to next return. [ ] Send a refund.

Next ▶

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**   Cat. No. 11234O   Form **940** (2018)

0095-13058390   TAXPAY®   19010

850212

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| AGGIES ANGELS CARE PROVIDERS | 80-0438877 |

**Part 5:**  Report your FUTA tax liability by quarter only if line 12 is more than $500.  If not, go to Part 6.

16  Report the amount of your FUTA tax liability for each quarter; do NOT enter the amount you deposited.  If you had no liability for a quarter, leave the line blank.

16a  **1st quarter** (January 1 - March 31) . . . . . . . . . .  16a    104.94

16b  **2nd quarter** (April 1 - June 30) . . . . . . . . . . .  16b    129.08

16c  **3rd quarter** (July 1 - September 30) . . . . . . . . .  16c    172.14

16d  **4th quarter** (October 1 - December 31) . . . . . . . .  16d    179.12

17  **Total tax liability for the year** (line 16a + 16b + 16c + 16d = line 17)  17    585.28    Total must equal line 12.

**Part 6:**  May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐  **Yes.**  Designee's name and phone number

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS

☐  **No.**

**Part 7:**  Sign here.  You MUST complete both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments made to employees.  Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X  Sign your name here**

Print your name here    REFERENCE COPY PREPARED

Print your title here    BY PAYCHEX. DO NOT FILE

Date

Best daytime phone

**Paid preparer use only**

Check if you are self-employed  ☐

| Preparer's name | | PTIN | |
|---|---|---|---|
| Preparer's signature | | Date | /   / |
| Firm's name (or yours if self-employed) | | EIN | |
| Address | | Phone | (   )   - |
| City | | State | | ZIP code | |

**Page** 2

Form **940** (2018)

0095-13058390     **TAXPAY®**     19010

0095-13058390

Form **940** for 2018: **Employer's Annual Federal Unemployment (FUTA) Tax Return**
Department of the Treasury - Internal Revenue Service

850113

OMB No. 1545-0028

Employer identification number (EIN): **8 0 – 0 4 3 8 8 7 7**

Name *(not your trade name)* **AGGIES ANGELS CARE PROVIDERS**

Trade name *(if any)*

Address **14475 ROBINS DR**
Number   Street   Suite or room number
**DENVER**   **CO**   **80239**
City   State   ZIP code

Foreign country name   Foreign province/county   Foreign postal code

**Type of Return**
**(Check all that apply.)**
- [ ] **a.** Amended
- [ ] **b.** Successor employer
- [ ] **c.** No payments to employees in 2018
- [ ] **d.** Final: Business closed or stopped paying wages

Go to *www.irs.gov/form940* for instructions and the latest information.

Read the separate instructions before you complete this form. Please type or print within the boxes.

**Part 1:** **Tell us about your return. If any line does NOT apply, leave it blank. See instructions before completing Part 1.**

**1a** If you had to pay state unemployment tax in one state only, enter the state abbreviation . **1a** C O
Check Here

**1b** If you had to pay state unemployment tax in more than one state, you are a multi-state employer . **1b** [ ] Complete Schedule A (Form 940).

**2** If you paid wages in a state that is subject to CREDIT REDUCTION . **2** [ ] Check here. Complete Schedule A (Form 940).

**Part 2:** **Determine your FUTA tax before adjustments. If any line does NOT apply, leave it blank.**

**3** Total payments to all employees . . . . . . . . . . **3** 123858.18

**4** Payments exempt from FUTA tax . . . . . . . . **4** .

Check all that apply **4a** [ ] Fringe benefits  **4c** [ ] Retirement/Pension  **4e** [ ] Other
**4b** [ ] Group-term life insurance  **4d** [ ] Dependent care

**5** Total of payments made to each employee in excess of $7,000 . **5** 26310.90

**6** **Subtotal** (line 4 + line 5 = line 6) . . . . . . . . **6** 26310.90

**7** **Total taxable FUTA wages** (line 3 - line 6 = line 7) (see instructions) . . . . . **7** 97547.28

**8** FUTA tax before adjustments (line 7 x 0.006 = line 8) . . . . . . . **8** 585.28

**Part 3:** **Determine your adjustments. If any line does NOT apply, leave it blank.**

**9** If ALL of the taxable FUTA wages you paid were excluded from state unemployment tax, multiply line 7 by 0.054 (line 7 x 0.054 = line 9). Go to line 12 . . . . . . **9** .

**10** If SOME of the taxable FUTA wages you paid were excluded from state unemployment tax, OR you paid ANY state unemployment tax late (after the due date for filing Form 940), complete the worksheet in the instructions. Enter the amount from line 7 of the worksheet . . **10** .

**11** If credit reduction applies, enter the total from Schedule A (Form 940) . . . . **11** .

**Part 4:** **Determine your FUTA tax and balance due or overpayment. If any line does NOT apply, leave it blank.**

**12** Total FUTA tax after adjustments (line 8 + 9 + 10 + 11 = line 12) . . . . . . **12** 585.28

**13** FUTA tax deposited for the year, including any overpayment applied from a prior year . . **13** 585.28

**14** **Balance due** If line 12 is more than line 13, enter the excess on line 14.
- If line 14 is more than $500, you must deposit your tax.
- If line 14 is $500 or less, you may pay with this return. See instructions . . . . **14** .

**15** **Overpayment** If line 13 is more than line 12, enter the excess on line 15 and check a box below . . . . . . . . . . . . . . . . **15** .

▶ You **MUST** complete both pages of this form and **SIGN** it.  Check one: [ ] Apply to next return. [ ] Send a refund.

Next ▶

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**   Cat. No. 11234O   Form **940** (2018)

0095-13058390   **TAXPAY®**   18363

850212

**Name** *(not your trade name)*
AGGIES ANGELS CARE PROVIDERS

**Employer identification number (EIN)**
80-0438877

| Part 5: | Report your FUTA tax liability by quarter only if line 12 is more than $500. If not, go to Part 6. |

**16** Report the amount of your FUTA tax liability for each quarter; do NOT enter the amount you deposited. If you had no liability for a quarter, leave the line blank.

**16a** **1st quarter** (January 1 - March 31) . . . . . . . . . . **16a** | 104.94 |

**16b** **2nd quarter** (April 1 - June 30) . . . . . . . . . . . **16b** | 129.08 |

**16c** **3rd quarter** (July 1 - September 30) . . . . . . . . . **16c** | 172.14 |

**16d** **4th quarter** (October 1 - December 31) . . . . . . . . **16d** | 179.12 |

**17** Total tax liability for the year (line 16a + 16b + 16c + 16d = line 17) **17** | 585.28 |    Total must equal line 12.

| Part 6: | May we speak with your third-party designee? |

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ **Yes.** Designee's name and phone number

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS

☐ **No.**

| Part 7: | Sign here. You MUST complete both pages of this form and SIGN it. |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments made to employees. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X **Sign your name here**

Print your name here | REFERENCE COPY PREPARED |

Print your title here | BY PAYCHEX. DO NOT FILE |

Date

Best daytime phone

---

**Paid preparer use only**                                   Check if you are self-employed ☐

Preparer's name

PTIN

Preparer's signature

Date            /        /

Firm's name (or yours if self-employed)

EIN

Address

Phone ( )  -

City

State

ZIP code

---

Page 2                                                        Form **940** (2018)

0095-13058390        TAXPAY®        18363

Departmental Use Only



DR 1093 (06/28/16)
**COLORADO DEPARTMENT OF REVENUE**
Denver CO 80261-0009
www.TaxColorado.com

# Colorado Department of Revenue
## Annual Transmittal of State W-2 Forms



161093  11124

| SSN 1 | | SSN 2 | |
|---|---|---|---|
| | | | |

| FEIN | Account Number |
|---|---|
| 80-0438877 | 30941838 |

| Last Name or Business Name | First Name | Middle Initial |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS | | |

| Address |
|---|
| 14475 ROBINS DR |

| City | State | ZIP |
|---|---|---|
| DENVER | CO | 80239 |

| Period (MM/YY - MM/YY) | Due Date (MM/DD/YY) |
|---|---|
| 01/18 – 12/18 | 01/31/19 |

| Number of W-2s Attached | Phone Number |
|---|---|
| 35 | ( ) |

| Mark here if this is an Amended Return ● ☐ | Paid by EFT ☐ | **1000-130** |
|---|---|---|

| | | |
|---|---|---|
| 1. Total Colorado income taxes withheld per W-2 forms attached. | 2794 | 00 |
| 2. Total Colorado income taxes remitted for the period indicated above. **(890)** | 2794 | 00 |
| 3. A. Balance Due If line 1 is more than line 2, enter difference and (see instructions) **(100)** | 0 | 00 |
| B. Overpayment If line 2 is more than line 1, enter the difference and (see instructions) **(415)** | 0 | 00 |
| 4. Penalty (see instructions) **(200)** | | |
| 5. Interest (see instructions) **(300)** | | |
| 6. Additional Balance Paid Add lines 3A, 4, and 5 **(355)** | $ | 0.00 |

The State may convert your check to a one-time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollected funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

Mail reconciliation with W-2 forms and any payment due on line 6 to:   Colorado Department of Revenue,
Denver, CO 80261-0009

Signed under penalty of perjury in the second degree.

| Signature | Date (MM/DD/YY) |
|---|---|
| | |

REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE

0095-13058390      19010      TAXPAY®

```
***********************************
*         CLIENT  13058390         *
*                                  *
*   THESE ARE YOUR W2 REFERENCE COPIES.   *
*   KEEP THESE COPIES FOR 4 YEARS.        *
*   DO NOT DISTRIBUTE TO YOUR EMPLOYEES.  *
***********************************
```

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

19010

**d Control number** 0095-13058390
0000000010-0000W2    Void

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| **b Employer's identification number** 80-0438877 | **a Employee's social security number** 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 |

**13** Statutory employee · Retirement plan · Third-party sick pay · Subtotal

**12 See Instrs. for Box 12** · **14 Other**

**e Employee's name, address, and ZIP code**
ZIPPORAH ARRINGTON

| 1 Wages, tips, other compensation 1430.00 | 2 Federal income tax withheld 18.51 |
|---|---|
| 3 Social security wages 1430.00 | 4 Social security tax withheld 88.66 |
| 5 Medicare wages and tips 1430.00 | 6 Medicare tax withheld 20.74 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1430.00 | 12.00 | 1430.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

**d Control number** 0095-13058390
0000000005-0000W2    Void

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| **b Employer's identification number** 80-0438877 | **a Employee's social security number** 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 |

**13** Statutory employee · Retirement plan · Third-party sick pay · Subtotal

**12 See Instrs. for Box 12** · **14 Other**

**e Employee's name, address, and ZIP code**
MICHELLE A BOAKYE-LEALI
15070 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation 3814.80 | 2 Federal income tax withheld 236.52 |
|---|---|
| 3 Social security wages 3814.80 | 4 Social security tax withheld 236.52 |
| 5 Medicare wages and tips 3814.80 | 6 Medicare tax withheld 55.31 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3814.80 | 103.00 | 3814.80 | 12.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

**d Control number** 0095-13058390
0000000035-0000W2    Void

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| **b Employer's identification number** 80-0438877 | **a Employee's social security number** 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 |

**13** Statutory employee · Retirement plan · Third-party sick pay · Subtotal

**12 See Instrs. for Box 12** · **14 Other**

**e Employee's name, address, and ZIP code**
DECHELLE BROWN
200 RAMPART WAY #204
DENVER CO 80230

| 1 Wages, tips, other compensation 1183.00 | 2 Federal income tax withheld 36.00 |
|---|---|
| 3 Social security wages 1183.00 | 4 Social security tax withheld 73.35 |
| 5 Medicare wages and tips 1183.00 | 6 Medicare tax withheld 17.15 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1183.00 | 29.00 | 1183.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

**d Control number** 0095-13058390
0000000041-0000W2    Void

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| **b Employer's identification number** 80-0438877 | **a Employee's social security number** 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 |

**13** Statutory employee · Retirement plan · Third-party sick pay · Subtotal

**12 See Instrs. for Box 12** · **14 Other**

**e Employee's name, address, and ZIP code**
ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

| 1 Wages, tips, other compensation 2224.00 | 2 Federal income tax withheld 25.38 |
|---|---|
| 3 Social security wages 2224.00 | 4 Social security tax withheld 137.89 |
| 5 Medicare wages and tips 2224.00 | 6 Medicare tax withheld 32.25 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2224.00 | 14.00 | 2224.00 | 6.00 | CO AUROR |

PAGE    1

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

19010

| d Control number 0095-13058390 0000000044-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 130.00 | 2 Federal income tax withheld |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 130.00 | 4 Social security tax withheld 8.06 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code PRECIOUS CARTER 15460 E 13TH AVE # 302 AURORA CO 80011 | 5 Medicare wages and tips 130.00 | 6 Medicare tax withheld 1.89 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State / Employer's state I.D. No. CO 30941838 | 16 State wages, tips, etc. 130.00 | 17 State income tax 2.00 | 18 Local wages, tips, etc. 130.00 | 19 Local income tax / 20 Locality name CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000024-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4341.60 | 2 Federal income tax withheld |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 4341.60 | 4 Social security tax withheld 269.18 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 4341.60 | 6 Medicare tax withheld 62.95 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State / Employer's state I.D. No. CO 30941838 | 16 State wages, tips, etc. 4341.60 | 17 State income tax | 18 Local wages, tips, etc. 4341.60 | 19 Local income tax 16.00 / 20 Locality name CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000004-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 6926.50 | 2 Federal income tax withheld 16.03 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 6926.50 | 4 Social security tax withheld 429.44 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6926.50 | 6 Medicare tax withheld 100.43 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State / Employer's state I.D. No. CO 30941838 | 16 State wages, tips, etc. 6926.50 | 17 State income tax 233.00 | 18 Local wages, tips, etc. 6926.50 | 19 Local income tax 18.00 / 20 Locality name CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000045-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 621.00 | 2 Federal income tax withheld 15.84 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 621.00 | 4 Social security tax withheld 38.50 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code APRIL D DRIVER 2257 W BYERS DR DENVER CO 80223 | 5 Medicare wages and tips 621.00 | 6 Medicare tax withheld 9.00 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State / Employer's state I.D. No. CO 30941838 | 16 State wages, tips, etc. 621.00 | 17 State income tax 15.00 | 18 Local wages, tips, etc. 621.00 | 19 Local income tax 2.00 / 20 Locality name CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

19010

| | | |
|---|---|---|
| d Control number 0095-13058390 0000000047-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 1104.00 | 2 Federal income tax withheld 79.60 |
|---|---|
| 3 Social security wages 1104.00 | 4 Social security tax withheld 68.45 |
| 5 Medicare wages and tips 1104.00 | 6 Medicare tax withheld 16.01 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal |
|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

e Employee's name, address, and ZIP code
CHANTEL ELLISON
1925 S VAUGHN WAY #308
AURORA CO 80014

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1104.00 | 42.00 | 1104.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| | | |
|---|---|---|
| d Control number 0095-13058390 0000000006-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 6609.60 | 2 Federal income tax withheld 33.30 |
|---|---|
| 3 Social security wages 6609.60 | 4 Social security tax withheld 409.80 |
| 5 Medicare wages and tips 6609.60 | 6 Medicare tax withheld 95.84 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal |
|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

e Employee's name, address, and ZIP code
MIRNA FLORES

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6609.60 | 62.00 | 6609.60 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| | | |
|---|---|---|
| d Control number 0095-13058390 0000000036-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 2419.20 | 2 Federal income tax withheld 103.14 |
|---|---|
| 3 Social security wages 2419.20 | 4 Social security tax withheld 149.99 |
| 5 Medicare wages and tips 2419.20 | 6 Medicare tax withheld 35.08 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal |
|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

e Employee's name, address, and ZIP code
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2419.20 | 72.00 | 2419.20 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| | | |
|---|---|---|
| d Control number 0095-13058390 0000000019-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld 200.88 |
|---|---|
| 3 Social security wages 3774.00 | 4 Social security tax withheld 233.99 |
| 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal |
|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

e Employee's name, address, and ZIP code
DEWANDA GRAHAM
4617 FREEPORT WAY
DENVER CO 80239

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3774.00 | 117.00 | 3774.00 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE    19010

| d Control number 0095-13058390 0000000032-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 360.00 | 2 Federal income tax withheld 20.58 |
|---|---|
| 3 Social security wages 360.00 | 4 Social security tax withheld 22.32 |
| 5 Medicare wages and tips 360.00 | 6 Medicare tax withheld 5.22 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
SAGUAYA JOHNSON
2975 IVANHOE STREET
DENVER CO 80207

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 360.00 | 12.00 | 360.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000007-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 25811.80 | 2 Federal income tax withheld 2307.77 |
|---|---|
| 3 Social security wages 25811.80 | 4 Social security tax withheld 1600.33 |
| 5 Medicare wages and tips 25811.80 | 6 Medicare tax withheld 374.27 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 25811.80 | 904.00 | 25811.80 | 12.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000014-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 3744.00 | 2 Federal income tax withheld 211.64 |
|---|---|
| 3 Social security wages 3744.00 | 4 Social security tax withheld 232.13 |
| 5 Medicare wages and tips 3744.00 | 6 Medicare tax withheld 54.29 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
TENEA T LATTANY
4699 KITTRIDGE
DENVER CO 80239

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3744.00 | 106.00 | 3744.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000028-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation 1142.40 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 1142.40 | 4 Social security tax withheld 70.83 |
| 5 Medicare wages and tips 1142.40 | 6 Medicare tax withheld 16.56 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
JUSTINA LAWRENCE

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1142.40 | | 1142.40 | 6.00 | CO AUROR |

PAGE    4

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY — DO NOT FILE**   19010

| d Control number 0095-13058390 0000000027-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 14499.10 | 2 Federal income tax withheld 944.29 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 14499.10 | 4 Social security tax withheld 898.94 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code MICHAEL LEE 146 S EAGLE CIRCLE AURORA CO 80012 | 5 Medicare wages and tips 14499.10 | 6 Medicare tax withheld 210.24 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 14499.10 | 467.00 | 14499.10 | 20.00   CO AUROR |

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY — DO NOT FILE**

| d Control number 0095-13058390 0000000031-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 3912.00 | 2 Federal income tax withheld 209.48 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 3912.00 | 4 Social security tax withheld 242.54 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code PHATEEMA LOPEZ 13204 E PARKVIEW DR DENVER CO 80202 | 5 Medicare wages and tips 3912.00 | 6 Medicare tax withheld 56.72 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 3912.00 | 106.00 | 3912.00 | 8.00   CO AUROR |

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY — DO NOT FILE**

| d Control number 0095-13058390 0000000021-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4351.20 | 2 Federal income tax withheld 265.50 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 4351.20 | 4 Social security tax withheld 269.77 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 4351.20 | 6 Medicare tax withheld 63.09 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 4351.20 | 152.00 | 4351.20 | 18.00   CO AUROR |

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY — DO NOT FILE**

| d Control number 0095-13058390 0000000046-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 480.00 | 2 Federal income tax withheld 17.16 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 480.00 | 4 Social security tax withheld 29.76 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 5 Medicare wages and tips 480.00 | 6 Medicare tax withheld 6.96 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 480.00 | 14.00 | 480.00 | 2.00   CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

19010

| d Control number 0095-13058390 0000000037-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 560.00 | 2 Federal income tax withheld 13.96 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 560.00 | 4 Social security tax withheld 34.72 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code LEYDI MARTINEZ 372 SCRANTON ST AURORA CO 80011 | 5 Medicare wages and tips 560.00 | 6 Medicare tax withheld 8.12 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | 13.00 | 560.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000043-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 792.00 | 2 Federal income tax withheld 35.16 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 792.00 | 4 Social security tax withheld 49.10 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code KEIAJEAU MCGILL | 5 Medicare wages and tips 792.00 | 6 Medicare tax withheld 11.48 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 792.00 | 24.00 | 792.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000029-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 409.00 | 2 Federal income tax withheld 19.98 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 409.00 | 4 Social security tax withheld 25.36 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code CAMERON HOLLIS MONTOUR | 5 Medicare wages and tips 409.00 | 6 Medicare tax withheld 5.93 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 409.00 | 12.00 | 409.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000030-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 3089.00 | 2 Federal income tax withheld |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 3089.00 | 4 Social security tax withheld 191.52 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code MADISEN MONTOUR 2215 S OAKLAND WAY AURORA CO 80014 | 5 Medicare wages and tips 3089.00 | 6 Medicare tax withheld 44.79 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3089.00 | 2.00 | 3089.00 | 8.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY - DO NOT FILE**    19010

| d Control number 0095-13058390<br>0000000040-0000W2 | Void | c Employer's name, address, and ZIP code<br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number<br>80-0438877 | a Employee's social security number<br>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 | | 1 Wages, tips, other compensation<br>560.00 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages<br>560.00 | 4 Social security tax withheld<br>34.72 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code<br>BETTY MOORE<br>4463 STEEL STREET<br>DENVER CO 80230 | 5 Medicare wages and tips<br>560.00 | 6 Medicare tax withheld<br>8.12 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No.<br>CO   30941838 | | 16 State wages, tips, etc.<br>560.00 | 17 State income tax | 18 Local wages, tips, etc.<br>560.00 | 19 Local income tax | 20 Locality name<br>CO AUROR |

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390<br>0000000011-0000W2 | Void | c Employer's name, address, and ZIP code<br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number<br>80-0438877 | a Employee's social security number<br>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 | | 1 Wages, tips, other compensation<br>774.00 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages<br>774.00 | 4 Social security tax withheld<br>47.99 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code<br>DEVIN MOORE | 5 Medicare wages and tips<br>774.00 | 6 Medicare tax withheld<br>11.22 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No.<br>CO   30941838 | | 16 State wages, tips, etc.<br>774.00 | 17 State income tax<br>27.00 | 18 Local wages, tips, etc.<br>774.00 | 19 Local income tax<br>4.00 | 20 Locality name<br>CO AUROR |

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390<br>0000000042-0000W2 | Void | c Employer's name, address, and ZIP code<br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number<br>80-0438877 | a Employee's social security number<br>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 | | 1 Wages, tips, other compensation<br>2093.00 | 2 Federal income tax withheld<br>133.84 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages<br>2093.00 | 4 Social security tax withheld<br>129.77 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code<br>WENDY MORALES | 5 Medicare wages and tips<br>2093.00 | 6 Medicare tax withheld<br>30.35 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No.<br>CO   30941838 | | 16 State wages, tips, etc.<br>2093.00 | 17 State income tax<br>74.00 | 18 Local wages, tips, etc.<br>2093.00 | 19 Local income tax<br>6.00 | 20 Locality name<br>CO AUROR |

**Form W-2 Wage and Tax Statement 2018**     **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390<br>0000000033-0000W2 | Void | c Employer's name, address, and ZIP code<br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number<br>80-0438877 | a Employee's social security number<br>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 | | 1 Wages, tips, other compensation<br>403.20 | 2 Federal income tax withheld<br>24.90 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages<br>403.20 | 4 Social security tax withheld<br>25.00 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code<br>BENESE THOMAS<br>11817 E CANAL DR<br>AURORA CO 80011 | 5 Medicare wages and tips<br>403.20 | 6 Medicare tax withheld<br>5.85 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No.<br>CO   30941838 | | 16 State wages, tips, etc.<br>403.20 | 17 State income tax<br>14.00 | 18 Local wages, tips, etc.<br>403.20 | 19 Local income tax<br>2.00 | 20 Locality name<br>CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY — DO NOT FILE    19010

| d Control number 0095-13058390 0000000034-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employer's social security number 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 | | 1 Wages, tips, other compensation 492.80 | 2 Federal income tax withheld 7.24 |
| 13 Statutory employee / Retirement plan / Third-party sick pay    Subtotal | | | 3 Social security wages 492.80 | 4 Social security tax withheld 30.55 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code NYOMI ISIS TURPIN 11815 EAST CANAL DR AURORA CO 80011 | 5 Medicare wages and tips 492.80 | 6 Medicare tax withheld 7.15 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  Employer's state I.D. No. CO  30941838 | 16 State wages, tips, etc. 492.80 | 17 State income tax 10.00 | 18 Local wages, tips, etc. 492.80 | 19 Local income tax    20 Locality name    CO AUROR |

## Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000022-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employer's social security number 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 | | 1 Wages, tips, other compensation 4151.40 | 2 Federal income tax withheld |
| 13 Statutory employee / Retirement plan / Third-party sick pay    Subtotal | | | 3 Social security wages 4151.40 | 4 Social security tax withheld 257.39 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 5 Medicare wages and tips 4151.40 | 6 Medicare tax withheld 60.20 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  Employer's state I.D. No. CO  30941838 | 16 State wages, tips, etc. 4151.40 | 17 State income tax | 18 Local wages, tips, etc. 4151.40 | 19 Local income tax 18.00    20 Locality name CO AUROR |

## Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000020-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employer's social security number 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 | | 1 Wages, tips, other compensation 4731.60 | 2 Federal income tax withheld |
| 13 Statutory employee / Retirement plan / Third-party sick pay    Subtotal | | | 3 Social security wages 4731.60 | 4 Social security tax withheld 293.36 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ANGEL VIGIL 5165 W COLGATE PLACE DENVER CO 80236 | 5 Medicare wages and tips 4731.60 | 6 Medicare tax withheld 68.61 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  Employer's state I.D. No. CO  30941838 | 16 State wages, tips, etc. 4731.60 | 17 State income tax | 18 Local wages, tips, etc. 4731.60 | 19 Local income tax 16.00    20 Locality name CO AUROR |

## Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000038-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employer's social security number | | 1 Wages, tips, other compensation 4209.00 | 2 Federal income tax withheld 282.12 |
| 13 Statutory employee / Retirement plan / Third-party sick pay    Subtotal | | | 3 Social security wages 4209.00 | 4 Social security tax withheld 260.96 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DEREK WASHINGTON | 5 Medicare wages and tips 4209.00 | 6 Medicare tax withheld 61.03 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  Employer's state I.D. No. CO  30941838 | 16 State wages, tips, etc. 4209.00 | 17 State income tax 156.00 | 18 Local wages, tips, etc. 4209.00 | 19 Local income tax 10.00    20 Locality name CO AUROR |

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE   19010

| d Control number 0095-13058390 0000000001-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4661.00 | 2 Federal income tax withheld 288.98 |

| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | 3 Social security wages 4661.00 | 4 Social security tax withheld 288.98 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code NATALIE M WILLIAMS 2102 M L K BLVD DENVER CO 80205 | 5 Medicare wages and tips 4661.00 | 6 Medicare tax withheld 67.58 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 4661.00 | | 4661.00 | 16.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000009-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4179.18 | 2 Federal income tax withheld 259.11 |

| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | 3 Social security wages 4179.18 | 4 Social security tax withheld 259.11 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 5 Medicare wages and tips 4179.18 | 6 Medicare tax withheld 60.60 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 4179.18 | | 4179.18 | 16.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000003-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 3874.80 | 2 Federal income tax withheld 240.24 |

| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | 3 Social security wages 3874.80 | 4 Social security tax withheld 240.24 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code CHERYL R WOODSON 1775 W MOSIER PLACE #1209 DENVER CO 80223 | 5 Medicare wages and tips 3874.80 | 6 Medicare tax withheld 56.18 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3874.80 | | | | |

---

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 123858.18 | 2 Federal income tax withheld 5022.30 |

| 13 Statutory employee / Retirement plan / Third-party sick pay X / Subtotal | 3 Social security wages 123858.18 | 4 Social security tax withheld 7679.22 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 123858.18 | 6 Medicare tax withheld 1795.93 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 123858.18 | 2794.00 | 119983.38 | 286.00 | CO AUROR |

```
************************************
*        CLIENT  13058390          *
*                                  *
*  THESE ARE YOUR W2 REFERENCE COPIES.  *
*  KEEP THESE COPIES FOR 4 YEARS.  *
*  DO NOT DISTRIBUTE TO YOUR EMPLOYEES. *
************************************
```

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY - DO NOT FILE    18363

| d Control number 0095-13058390 0000000010-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 1430.00 | 2 Federal income tax withheld 18.51 |
|---|---|
| 3 Social security wages 1430.00 | 4 Social security tax withheld 88.66 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

| 5 Medicare wages and tips 1430.00 | 6 Medicare tax withheld 20.74 |
|---|---|

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code ZIPPORAH ARRINGTON

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1430.00 | 12.00 | 1430.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000005-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 3814.80 | 2 Federal income tax withheld 236.52 |
|---|---|
| 3 Social security wages 3814.80 | 4 Social security tax withheld 236.52 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

| 5 Medicare wages and tips 3814.80 | 6 Medicare tax withheld 55.31 |
|---|---|

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code MICHELLE A BOAKYE-LEALI 15070 ROBINS DR DENVER CO 80239

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3814.80 | 103.00 | 3814.80 | 12.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000035-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 1183.00 | 2 Federal income tax withheld 36.00 |
|---|---|
| 3 Social security wages 1183.00 | 4 Social security tax withheld 73.35 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

| 5 Medicare wages and tips 1183.00 | 6 Medicare tax withheld 17.15 |
|---|---|

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code DECHELLE BROWN 200 RAMPART WAY #204 DENVER CO 80230

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1183.00 | 29.00 | 1183.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000041-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 2224.00 | 2 Federal income tax withheld 25.38 |
|---|---|
| 3 Social security wages 2224.00 | 4 Social security tax withheld 137.89 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

| 5 Medicare wages and tips 2224.00 | 6 Medicare tax withheld 32.25 |
|---|---|

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code ANNETTE CARLISLE 4055 ALBION ST DENVER CO 80216

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2224.00 | 14.00 | 2224.00 | 6.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE   18363

| d Control number 0095-13058390 0000000044-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 130.00 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 130.00 | 4 Social security tax withheld 8.06 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code PRECIOUS CARTER 15460 E 13TH AVE # 302 AURORA CO 80011 | 5 Medicare wages and tips 130.00 | 6 Medicare tax withheld 1.89 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 130.00 | 2.00 | 130.00 | | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000024-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4341.60 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 4341.60 | 4 Social security tax withheld 269.18 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 4341.60 | 6 Medicare tax withheld 62.95 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4341.60 | | 4341.60 | 16.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000004-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 6926.50 | 2 Federal income tax withheld 16.03 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 6926.50 | 4 Social security tax withheld 429.44 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6926.50 | 6 Medicare tax withheld 100.43 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6926.50 | 233.00 | 6926.50 | 18.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000045-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 621.00 | 2 Federal income tax withheld 15.84 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 621.00 | 4 Social security tax withheld 38.50 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code APRIL D DRIVER 2257 W BYERS DR DENVER CO 80223 | 5 Medicare wages and tips 621.00 | 6 Medicare tax withheld 9.00 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 621.00 | 15.00 | 621.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018        EMPLOYER REFERENCE COPY — DO NOT FILE**    18363

| d Control number 0095-13058390 0000000047-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 1104.00 | 2 Federal income tax withheld 79.60 |
| 13 Statutory employee   Retirement plan   Third-party sick pay    Subtotal | | | 3 Social security wages 1104.00 | 4 Social security tax withheld 68.45 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code CHANTEL ELLISON 1925 S VAUGHN WAY #308 AURORA CO 80014 | 5 Medicare wages and tips 1104.00 | 6 Medicare tax withheld 16.01 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1104.00 | 42.00 | 1104.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018        EMPLOYER REFERENCE COPY — DO NOT FILE**

| d Control number 0095-13058390 0000000006-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 6609.60 | 2 Federal income tax withheld 33.30 |
| 13 Statutory employee   Retirement plan   Third-party sick pay    Subtotal | | | 3 Social security wages 6609.60 | 4 Social security tax withheld 409.80 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code MIRNA FLORES | 5 Medicare wages and tips 6609.60 | 6 Medicare tax withheld 95.84 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6609.60 | 62.00 | 6609.60 | 22.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018        EMPLOYER REFERENCE COPY — DO NOT FILE**

| d Control number 0095-13058390 0000000036-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 2419.20 | 2 Federal income tax withheld 103.14 |
| 13 Statutory employee   Retirement plan   Third-party sick pay    Subtotal | | | 3 Social security wages 2419.20 | 4 Social security tax withheld 149.99 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code JOHN GIVENS 1155 S HAVANA ST # 396 AURORA CO 80012 | 5 Medicare wages and tips 2419.20 | 6 Medicare tax withheld 35.08 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2419.20 | 72.00 | 2419.20 | 10.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018        EMPLOYER REFERENCE COPY — DO NOT FILE**

| d Control number 0095-13058390 0000000019-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld 200.88 |
| 13 Statutory employee   Retirement plan   Third-party sick pay    Subtotal | | | 3 Social security wages 3774.00 | 4 Social security tax withheld 233.99 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3774.00 | 117.00 | 3774.00 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE 18363

| d Control number 0095-13058390 0000000032-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 360.00 | 2 Federal income tax withheld 20.58 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 360.00 | 4 Social security tax withheld 22.32 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SAGUAYA JOHNSON 2975 IVANHOE STREET DENVER CO 80207 | 5 Medicare wages and tips 360.00 | 6 Medicare tax withheld 5.22 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 360.00 | 12.00 | 360.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000007-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 25811.80 | 2 Federal income tax withheld 2307.77 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 25811.80 | 4 Social security tax withheld 1600.33 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 5 Medicare wages and tips 25811.80 | 6 Medicare tax withheld 374.27 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 25811.80 | 904.00 | 25811.80 | 12.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000014-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 3744.00 | 2 Federal income tax withheld 211.64 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 3744.00 | 4 Social security tax withheld 232.13 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code TENEA T LATTANY 4699 KITTRIDGE DENVER CO 80239 | 5 Medicare wages and tips 3744.00 | 6 Medicare tax withheld 54.29 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3744.00 | 106.00 | 3744.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000028-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number | 1 Wages, tips, other compensation 1142.40 | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 1142.40 | 4 Social security tax withheld 70.83 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code JUSTINA LAWRENCE | 5 Medicare wages and tips 1142.40 | 6 Medicare tax withheld 16.56 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1142.40 | | 1142.40 | 6.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE    18363

| d Control number 0095-13058390 0000000027-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 14499.10 | 2 Federal income tax withheld 944.29 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 14499.10 | 4 Social security tax withheld 898.94 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code MICHAEL LEE 146 S EAGLE CIRCLE AURORA CO 80012 | 5 Medicare wages and tips 14499.10 | 6 Medicare tax withheld 210.24 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 14499.10 | 467.00 | 14499.10 | 20.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000031-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 3912.00 | 2 Federal income tax withheld 209.48 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 3912.00 | 4 Social security tax withheld 242.54 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code PHATEEMA LOPEZ 13204 E PARKVIEW DR DENVER CO 80202 | 5 Medicare wages and tips 3912.00 | 6 Medicare tax withheld 56.72 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3912.00 | 106.00 | 3912.00 | 8.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000021-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4351.20 | 2 Federal income tax withheld 265.50 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 4351.20 | 4 Social security tax withheld 269.77 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 4351.20 | 6 Medicare tax withheld 63.09 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4351.20 | 152.00 | 4351.20 | 18.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000046-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 480.00 | 2 Federal income tax withheld 17.16 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | 3 Social security wages 480.00 | 4 Social security tax withheld 29.76 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 5 Medicare wages and tips 480.00 | 6 Medicare tax withheld 6.96 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 480.00 | 14.00 | 480.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY – DO NOT FILE**    18363

| d Control number 0095-13058390 0000000037-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 560.00 | 2 Federal income tax withheld 13.96 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 560.00 | 4 Social security tax withheld 34.72 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code LEYDI MARTINEZ 372 SCRANTON ST AURORA CO 80011 | 5 Medicare wages and tips 560.00 | 6 Medicare tax withheld 8.12 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | 13.00 | 560.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY – DO NOT FILE**

| d Control number 0095-13058390 0000000043-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 792.00 | 2 Federal income tax withheld 35.16 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 792.00 | 4 Social security tax withheld 49.10 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code KEIAJEAU MCGILL | 5 Medicare wages and tips 792.00 | 6 Medicare tax withheld 11.48 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 792.00 | 24.00 | 792.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY – DO NOT FILE**

| d Control number 0095-13058390 0000000029-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 409.00 | 2 Federal income tax withheld 19.98 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 409.00 | 4 Social security tax withheld 25.36 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code CAMERON HOLLIS MONTOUR | 5 Medicare wages and tips 409.00 | 6 Medicare tax withheld 5.93 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 409.00 | 12.00 | 409.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018    EMPLOYER REFERENCE COPY – DO NOT FILE**

| d Control number 0095-13058390 0000000030-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 3089.00 | 2 Federal income tax withheld |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 3089.00 | 4 Social security tax withheld 191.52 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code MADISEN MONTOUR 2215 S OAKLAND WAY AURORA CO 80014 | 5 Medicare wages and tips 3089.00 | 6 Medicare tax withheld 44.79 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3089.00 | 2.00 | 3089.00 | 8.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY — DO NOT FILE    18363

| d Control number 0095-13058390 0000000040-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 560.00 | 2 Federal income tax withheld |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 560.00 | 4 Social security tax withheld 34.72 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code BETTY MOORE 4463 STEEL STREET DENVER CO 80230 | 5 Medicare wages and tips 560.00 | 6 Medicare tax withheld 8.12 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | | 560.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000011-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 774.00 | 2 Federal income tax withheld |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 774.00 | 4 Social security tax withheld 47.99 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code DEVIN MOORE | 5 Medicare wages and tips 774.00 | 6 Medicare tax withheld 11.22 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 774.00 | 27.00 | 774.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000042-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 2093.00 | 2 Federal income tax withheld 133.84 |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 2093.00 | 4 Social security tax withheld 129.77 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code WENDY MORALES | 5 Medicare wages and tips 2093.00 | 6 Medicare tax withheld 30.35 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2093.00 | 74.00 | 2093.00 | 6.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2018 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000033-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 403.20 | 2 Federal income tax withheld 24.90 |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 403.20 | 4 Social security tax withheld 25.00 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code BENESE THOMAS 11817 E CANAL DR AURORA CO 80011 | 5 Medicare wages and tips 403.20 | 6 Medicare tax withheld 5.85 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 403.20 | 14.00 | 403.20 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**    EMPLOYER REFERENCE COPY - DO NOT FILE    18363

| d Control number 0095-13058390 0000000034-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 492.80 | 2 Federal income tax withheld 7.24 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 492.80 | 4 Social security tax withheld 30.55 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code NYOMI ISIS TURPIN 11815 EAST CANAL DR AURORA CO 80011 | 5 Medicare wages and tips 492.80 | 6 Medicare tax withheld 7.15 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 492.80 | 10.00 | 492.80 | | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**    EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000022-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4151.40 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 4151.40 | 4 Social security tax withheld 257.39 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 5 Medicare wages and tips 4151.40 | 6 Medicare tax withheld 60.20 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4151.40 | | 4151.40 | 18.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**    EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000020-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4731.60 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 4731.60 | 4 Social security tax withheld 293.36 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code ANGEL VIGIL 5165 W COLGATE PLACE DENVER CO 80236 | 5 Medicare wages and tips 4731.60 | 6 Medicare tax withheld 68.61 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4731.60 | | 4731.60 | 16.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**    EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000038-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 4209.00 | 2 Federal income tax withheld 282.12 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 4209.00 | 4 Social security tax withheld 260.96 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code DEREK WASHINGTON | 5 Medicare wages and tips 4209.00 | 6 Medicare tax withheld 61.03 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4209.00 | 156.00 | 4209.00 | 10.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2018**    **EMPLOYER REFERENCE COPY - DO NOT FILE**    18363

| d Control number 0095-13058390 0000000001-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4661.00 | 2 Federal income tax withheld 288.98 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 4661.00 | 4 Social security tax withheld 288.98 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code NATALIE M WILLIAMS 2102 M L K BLVD DENVER CO 80205 | 5 Medicare wages and tips 4661.00 | 6 Medicare tax withheld 67.58 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4661.00 | 17 State income tax | 18 Local wages, tips, etc. 4661.00 | 19 Local income tax 16.00 | 20 Locality name CO AUROR |

**Form W-2 Wage and Tax Statement 2018**    **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390 0000000009-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 4179.18 | 2 Federal income tax withheld 259.11 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 4179.18 | 4 Social security tax withheld 259.11 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 5 Medicare wages and tips 4179.18 | 6 Medicare tax withheld 60.60 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4179.18 | 17 State income tax | 18 Local wages, tips, etc. 4179.18 | 19 Local income tax 16.00 | 20 Locality name CO AUROR |

**Form W-2 Wage and Tax Statement 2018**    **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390 0000000003-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 3874.80 | 2 Federal income tax withheld 240.24 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 3874.80 | 4 Social security tax withheld 240.24 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code CHERYL R WOODSON 1775 W MOSIER PLACE #1209 DENVER CO 80223 | 5 Medicare wages and tips 3874.80 | 6 Medicare tax withheld 56.18 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3874.80 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement 2018**    **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 123858.18 | 2 Federal income tax withheld 5022.30 |
| 13 Statutory employee / Retirement plan / Third-party sick pay X | Subtotal | | 3 Social security wages 123858.18 | 4 Social security tax withheld 7679.22 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 123858.18 | 6 Medicare tax withheld 1795.93 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 123858.18 | 17 State income tax 2794.00 | 18 Local wages, tips, etc. 119983.38 | 19 Local income tax 286.00 | 20 Locality name CO AUROR |

PAGE    9

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. This code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your fellows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement   2018   Copy C,   for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000010-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1430.00 | 18.51 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1430.00 | 88.66 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1430.00 | 20.74 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

ZIPPORAH ARRINGTON

Verification Code

3f94-3fb5-4b3f-e68c

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1430.00 | 12.00 | 1430.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2018   Copy B,   to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|
| 0095-13058390 | 0000000010-0000W2 | | AGGIES ANGELS CARE PROVIDERS |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1430.00 | 18.51 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1430.00 | 88.66 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1430.00 | 20.74 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

ZIPPORAH ARRINGTON

Verification Code

3f94-3fb5-4b3f-e68c

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1430.00 | | 1430.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2018   Copy 2,   to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|
| 0095-13058390 | 0000000010-0000W2 | | AGGIES ANGELS CARE PROVIDERS |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1430.00 | 18.51 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1430.00 | 88.66 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1430.00 | 20.74 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

ZIPPORAH ARRINGTON

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1430.00 | 12.00 | 1430.00 | 4.00 | CO AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals depends on the year(s) and amount of your employer's plan contributions to your pension plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows codes D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note.** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018          Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | 0095-13058390    0000000010-0000W2 | | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 1430.00 | 2 Federal income tax withheld | 18.51 |
|---|---|---|---|
| 3 Social Security wages | 1430.00 | 4 Social Security tax withheld | 88.66 |
| 5 Medicare wages and tips | 1430.00 | 6 Medicare tax withheld | 20.74 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

ZIPPORAH ARRINGTON

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1430.00 | 12.00 | 1430.00 | 4.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made to you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

*Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan.

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

*Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement  2018  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | |
|---|---|---|
| 0095-13058390 | 0000000005-0000W2 | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**
MICHELLE A BOAKYE-LEALI
15070 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3814.80 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 3814.80 | 236.52 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3814.80 | 55.31 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code
9ee8-802a-2058-8555

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3814.80 | 103.00 | 3814.80 | 12.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | |
|---|---|---|
| 0095-13058390 | 0000000005-0000W2 | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**
MICHELLE A BOAKYE-LEALI
15070 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3814.80 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 3814.80 | 236.52 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3814.80 | 55.31 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code
9ee8-802a-2058-8555

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3814.80 | 103.00 | 3814.80 | 12.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018  Copy 2, to be filed with employee's tax return for  CO

| d Control number | | |
|---|---|---|
| 0095-13058390 | 0000000005-0000W2 | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**
MICHELLE A BOAKYE-LEALI
15070 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3814.80 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 3814.80 | 236.52 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3814.80 | 55.31 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3814.80 | 103.00 | 3814.80 | 12.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD isn't taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 Instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows codes D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to members of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0095-13058390    0000000005-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | |

| b Employer's identification number | a Employee's social security number | | **1 Wages, tips, other compensation** 3814.80 | **2 Federal Income tax withheld** |
|---|---|---|---|---|
| 80-0438877 | 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 | | **3 Social Security wages** 3814.80 | **4 Social Security tax withheld** 236.52 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | **5 Medicare wages and tips** 3814.80 | **6 Medicare tax withheld** 55.31 |
|---|---|---|---|---|
| 12 See Instrs. for Box 12 | 14 Other | | **7 Social Security tips** | **8 Allocated Tips** |

e Employee's name, address, and ZIP code

MICHELLE A BOAKYE-LEALI
15070 ROBINS DR
DENVER CO 80239

| | **10 Dependent care benefits** | **11 Nonqualified plans** |
|---|---|---|
| | **Verification Code** | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3814.80 | 103.00 | 3814.80 | 12.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | **1 Wages, tips, other compensation** | **2 Federal Income tax withheld** |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | **3 Social Security wages** | **4 Social Security tax withheld** |
|---|---|---|---|---|
| 12 See Instrs. for Box 12 | 14 Other | | **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| | | | **7 Social Security tips** | **8 Allocated Tips** |

e Employee's name, address, and ZIP code

| | **10 Dependent care benefits** | **11 Nonqualified plans** |
|---|---|---|
| | **Verification Code** | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | **1 Wages, tips, other compensation** | **2 Federal Income tax withheld** |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | **3 Social Security wages** | **4 Social Security tax withheld** |
|---|---|---|---|---|
| 12 See Instrs. for Box 12 | 14 Other | | **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| | | | **7 Social Security tips** | **8 Allocated Tips** |

e Employee's name, address, and ZIP code

| | **10 Dependent care benefits** | **11 Nonqualified plans** |
|---|---|---|
| | **Verification Code** | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may then file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you may have

must report as income and on other tips, including any allocated tips shown on your other Forms W-2, that weren't reported to your employer. By filing Form 4137, your social security tips (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in the railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Form W-2 Wage and Tax Statement    2018    Copy C, for employee's records**

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000035-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | 1 Wages, tips, other compensation 1183.00 | 2 Federal income tax withheld 36.00 |
| 80-0438877 | 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 | | DENVER CO 80239 | 3 Social security wages 1183.00 | 4 Social Security tax withheld 73.35 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips 1183.00 | 6 Medicare tax withheld 17.15 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | DECHELLE BROWN 200 RAMPART WAY #204 DENVER CO 80230 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code de28-7dc2-5c06-343a | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1183.00 | 17 State income tax 29.00 | 18 Local wages, tips, etc. 1183.00 | 19 Local income tax 4.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement    2018    Copy B, to be filed with employee's FEDERAL tax return**

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000035-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | 1 Wages, tips, other compensation 1183.00 | 2 Federal income tax withheld 36.00 |
| 80-0438877 | 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 | | DENVER CO 80239 | 3 Social security wages 1183.00 | 4 Social Security tax withheld 73.35 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips 1183.00 | 6 Medicare tax withheld 17.15 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | DECHELLE BROWN 200 RAMPART WAY #204 DENVER CO 80230 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code de28-7dc2-5c06-343a | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1183.00 | 17 State income tax 29.00 | 18 Local wages, tips, etc. 1183.00 | 19 Local income tax 4.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    CO**

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000035-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | 1 Wages, tips, other compensation 1183.00 | 2 Federal income tax withheld 36.00 |
| 80-0438877 | 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 | | DENVER CO 80239 | 3 Social security wages 1183.00 | 4 Social Security tax withheld 73.35 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips 1183.00 | 6 Medicare tax withheld 17.15 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | DECHELLE BROWN 200 RAMPART WAY #204 DENVER CO 80230 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1183.00 | 17 State income tax 29.00 | 18 Local wages, tips, etc. 1183.00 | 19 Local income tax 4.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

(continued in next columns)...

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

(instruction text continues across columns)

---

### Form W-2 Wage and Tax Statement — 2018

**Copy 2, to be filed with employee's tax return for AUROR**

| Field | Value |
|---|---|
| d Control number | 0095-13058390   000000035-0000W2 |
| Void | |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | |
| 12 See Instrs. for Box 12 | |
| 14 Other | |

c Employer's name, address, and ZIP code:
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code:
DECHELLE BROWN
200 RAMPART WAY #204
DENVER CO 80230

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 1183.00 |
| 2 Federal income tax withheld | 36.00 |
| 3 Social Security wages | 1183.00 |
| 4 Social Security tax withheld | 73.35 |
| 5 Medicare wages and tips | 1183.00 |
| 6 Medicare tax withheld | 17.15 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

Verification Code: (blank)

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1183.00 | 29.00 | 1183.00 | 4.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

(blank form)

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

---

### Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

(blank form)

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).
**Box 9.** If you are a filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.
**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.
**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.
**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failures code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan.
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan.
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help* **protect your social security benefits,** *keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement — 2018 — Copy C, for employee's records

| d Control number | | |
|---|---|---|
| 0095-13058390   0000000041-0000W2   Void | | |
| b Employer's identification number | a Employee's social security number | |
| 80-0438877 | 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 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2224.00 | 25.38 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2224.00 | 137.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2224.00 | 32.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code
e6f9-faac-eb6e-2070

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2224.00 | 14.00 | 2224.00 | 6.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement — 2018 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | |
|---|---|---|
| 0095-13058390   0000000041-0000W2   Void | | |
| b Employer's identification number | a Employee's social security number | |
| 80-0438877 | 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 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2224.00 | 25.38 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2224.00 | 137.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2224.00 | 32.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code
e6f9-faac-eb6e-2070

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2224.00 | 14.00 | 2224.00 | 6.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for   CO

| d Control number | | |
|---|---|---|
| 0095-13058390   0000000041-0000W2   Void | | |
| b Employer's identification number | a Employee's social security number | |
| 80-0438877 | 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 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2224.00 | 25.38 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2224.00 | 137.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2224.00 | 32.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2224.00 | 14.00 | 2224.00 | 6.00 | CO AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under a section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of your Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | | | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|---|
| 0095-13058390 | 0000000041-0000W2 | | | AGGIES ANGELS CARE PROVIDERS |

| b Employer's identification number | a Employee's social security number | | | 14475 ROBINS DR |
|---|---|---|---|---|
| 80-0348877 | 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 | | | DENVER CO 80239 |

OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other compensation | | 2 Federal income tax withheld | |
| 2224.00 | | 25.38 | |
| 3 Social Security wages | | 4 Social Security tax withheld | |
| 2224.00 | | 137.89 | |
| 5 Medicare wages and tips | | 6 Medicare tax withheld | |
| 2224.00 | | 32.25 | |
| 7 Social Security tips | | 8 Allocated Tips | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| ANNETTE CARLISLE |
| 4055 ALBION ST |
| DENVER CO 80216 |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2224.00 | 14.00 | 2224.00 | 6.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |

| c Employee's name, address, and ZIP code |
|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |

| c Employee's name, address, and ZIP code |
|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan.

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan.

BB—Designated Roth contributions under a section 403(b) plan. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2018   Copy C,   for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000044-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 130.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 130.00 | 8.06 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 130.00 | 1.89 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

PRECIOUS CARTER
15460 E 13TH AVE # 302
AURORA CO 80011

Verification Code
0088-1387-639a-21ba

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 130.00 | 2.00 | 130.00 | 0.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2018   Copy B,   to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000044-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 130.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 130.00 | 8.06 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 130.00 | 1.89 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

PRECIOUS CARTER
15460 E 13TH AVE # 302
AURORA CO 80011

Verification Code
0088-1387-639a-21ba

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 130.00 | 2.00 | 130.00 | | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2018   Copy 2,   to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000044-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 130.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 130.00 | 8.06 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 130.00 | 1.89 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

PRECIOUS CARTER
15460 E 13TH AVE # 302
AURORA CO 80011

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 130.00 | 2.00 | 130.00 | | CO AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amounts unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals depends may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows codes D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | 0095-13058390 | 0000000044-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 130.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 130.00 | 8.06 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 130.00 | 1.89 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

PRECIOUS CARTER
15460 E 13TH AVE # 302
AURORA CO 80011

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 130.00 | 2.00 | 130.00 | 0.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you received [...] your social security tax will be figured. By filing Form 4137, your social security tax will be credited (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether the make-up amount of deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan. **The amount reported with Code DD is not taxable.**

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement  2018    Copy C, for employee's records

| | |
|---|---|
| **d Control number** | **Void** |
| 0095-13058390    0000000024-0000W2 | |

| **b Employer's identification number** | **a Employee's social security number** |
|---|---|
| 80-0438877 | 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 |

| **13** Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

**12 See Instrs. for Box 12**    **14 Other**

**c Employer's name, address, and ZIP code**

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | | |
|---|---|---|---|
| **1 Wages, tips, other compensation** 4341.60 | **2 Federal Income tax withheld** | | |
| **3 Social Security wages** 4341.60 | **4 Social Security tax withheld** 269.18 | | |
| **5 Medicare wages and tips** 4341.60 | **6 Medicare tax withheld** 62.95 | | |
| **7 Social Security tips** | **8 Allocated Tips** | | |
| **10 Dependent care benefits** | **11 Nonqualified plans** | | |

**Verification Code**    39a9-03c6-810c-10cc

| **15 State** | **Employer's state I.D. No.** | **16 State wages, tips, etc.** | **17 State income tax** | **18 Local wages, tips, etc.** | **19 Local income tax** | **20 Locality name** |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4341.60 | | 4341.60 | 16.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018    Copy B, to be filed with employee's FEDERAL tax return

| | |
|---|---|
| **d Control number** | **Void** |
| 0095-13058390    0000000024-0000W2 | |

| **b Employer's identification number** | **a Employee's social security number** |
|---|---|
| 80-0438877 | 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 |

| **13** Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

**12 See Instrs. for Box 12**    **14 Other**

**e Employer's name, address, and ZIP code**

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | | |
|---|---|---|---|
| **1 Wages, tips, other compensation** 4341.60 | **2 Federal Income tax withheld** | | |
| **3 Social Security wages** 4341.60 | **4 Social Security tax withheld** 269.18 | | |
| **5 Medicare wages and tips** 4341.60 | **6 Medicare tax withheld** 62.95 | | |
| **7 Social Security tips** | **8 Allocated Tips** | | |
| **10 Dependent care benefits** | **11 Nonqualified plans** | | |

**Verification Code**    39a9-03c6-810c-10cc

| **15 State** | **Employer's state I.D. No.** | **16 State wages, tips, etc.** | **17 State income tax** | **18 Local wages, tips, etc.** | **19 Local income tax** | **20 Locality name** |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4341.60 | | 4341.60 | 16.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018    Copy 2, to be filed with employee's tax return for  CO

| | |
|---|---|
| **d Control number** | **Void** |
| 0095-13058390    0000000024-0000W2 | |

| **b Employer's identification number** | **a Employee's social security number** |
|---|---|
| 80-0438877 | 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 |

| **13** Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

**12 See Instrs. for Box 12**    **14 Other**

**c Employer's name, address, and ZIP code**

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | | |
|---|---|---|---|
| **1 Wages, tips, other compensation** 4341.60 | **2 Federal Income tax withheld** | | |
| **3 Social Security wages** 4341.60 | **4 Social Security tax withheld** 269.18 | | |
| **5 Medicare wages and tips** 4341.60 | **6 Medicare tax withheld** 62.95 | | |
| **7 Social Security tips** | **8 Allocated Tips** | | |
| **10 Dependent care benefits** | **11 Nonqualified plans** | | |

**Verification Code**

| **15 State** | **Employer's state I.D. No.** | **16 State wages, tips, etc.** | **17 State income tax** | **18 Local wages, tips, etc.** | **19 Local income tax** | **20 Locality name** |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4341.60 | | 4341.60 | 16.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips not reported to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your federal code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to members of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan.
**BB**—Designated Roth contributions under a section 403(b) plan.
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

**Form W-2 Wage and Tax Statement**    **2018**      **Copy 2,**   to be filed with employee's tax return for   **AUROR**

| d Control number | 0095-13058390 | 0000000024-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 4341.60 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 4341.60 | 269.18 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 4341.60 | 62.95 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

e Employee's name, address, and ZIP code

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4341.60 | | 4341.60 | 16.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement**    **2018**

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

e Employee's name, address, and ZIP code

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement**    **2018**

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

e Employee's name, address, and ZIP code

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made to your tax filings with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. This code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan. **The amount reported with Code DD is not taxable.**

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement   2018   Copy C, for employee's records

| d Control number 0095-13058390   0000000004-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 6926.50 | 2 Federal Income tax withheld 16.03 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages 6926.50 | 4 Social Security tax withheld 429.44 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6926.50 | 6 Medicare tax withheld 100.43 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code 903f-84d6-0113-3200 | | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 6926.50 | 17 State income tax 233.00 | 18 Local wages, tips, etc. 6926.50 | 19 Local income tax 18.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement   2018   Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0095-13058390   0000000004-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 6926.50 | 2 Federal Income tax withheld 16.03 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages 6926.50 | 4 Social Security tax withheld 429.44 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6926.50 | 6 Medicare tax withheld 100.43 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code 903f-84d6-0113-3200 | | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 6926.50 | 17 State income tax 233.00 | 18 Local wages, tips, etc. 6926.50 | 19 Local income tax 18.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement   2018   Copy 2, to be filed with employee's tax return for   CO

| d Control number 0095-13058390   0000000004-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 6926.50 | 2 Federal Income tax withheld 16.03 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages 6926.50 | 4 Social Security tax withheld 429.44 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6926.50 | 6 Medicare tax withheld 100.43 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 6926.50 | 17 State income tax 233.00 | 18 Local wages, tips, etc. 6926.50 | 19 Local income tax 18.00 | 20 Locality name CO AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you reported to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | 0095-13058390    0000000004-0000W2 | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 | |
| 80-0438877 | 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 | | | 14475 ROBINS DR | | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | DENVER CO 80239 | 1 Wages, tips, other compensation  6926.50 | 2 Federal income tax withheld  16.03 |
| | | | | | 3 Social Security wages  6926.50 | 4 Social Security tax withheld  429.44 |
| 12 See Instrs. for Box 12 | 14 Other | | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips  6926.50 | 6 Medicare tax withheld  100.43 |
| | | | | SHAONDALYN L COLEY  5095 EAGLE STREET  DENVER CO 80239 | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6926.50 | 233.00 | 6926.50 | 18.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made to you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had only one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals under code G may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows codes D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan
**BB**—Designated Roth contributions under a section 403(b) plan.
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** The "Retirement plan" box is checked if you were an active participant (for any part of the year) in a retirement plan.
**Box 14.** If your employer paid your last 3 years' premiums for former employees, special rules may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement   2018   Copy C, for employee's records

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000045-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

12 See Instrs. for Box 12 · 14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | 621.00 | 2 Federal income tax withheld | 15.84 |
| 3 Social Security wages | 621.00 | 4 Social Security tax withheld | 38.50 |
| 5 Medicare wages and tips | 621.00 | 6 Medicare tax withheld | 9.00 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

Verification Code
e6e8-d5d3-b208-d13e

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 621.00 | 15.00 | 621.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2018   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000045-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

12 See Instrs. for Box 12 · 14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | 621.00 | 2 Federal income tax withheld | 15.84 |
| 3 Social Security wages | 621.00 | 4 Social Security tax withheld | 38.50 |
| 5 Medicare wages and tips | 621.00 | 6 Medicare tax withheld | 9.00 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

Verification Code
e6e8-d5d3-b208-d13e

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 621.00 | 15.00 | 621.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2018   Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000045-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

12 See Instrs. for Box 12 · 14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | 621.00 | 2 Federal income tax withheld | 15.84 |
| 3 Social Security wages | 621.00 | 4 Social Security tax withheld | 38.50 |
| 5 Medicare wages and tips | 621.00 | 6 Medicare tax withheld | 9.00 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 621.00 | 15.00 | 621.00 | 2.00 | CO AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year 2 allows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2018

**Copy 2,   to be filed with employee's tax return for   AUROR**

| d Control number | | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|
| 0095-13058390   000000045-0000W2 | | | AGGIES ANGELS CARE PROVIDERS |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 621.00 | 15.84 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 621.00 | 38.50 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 621.00 | 9.00 |
| 7 Social Security tips | 8 Allocated Tips |
| | |
| 10 Dependent care benefits | 11 Nonqualified plans |
| | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 621.00 | 15.00 | 621.00 | 2.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void | c Employer's name, address, and ZIP code |
|---|---|---|
| | X | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| | |
| 3 Social Security wages | 4 Social Security tax withheld |
| | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| | |
| 7 Social Security tips | 8 Allocated Tips |
| | |
| 10 Dependent care benefits | 11 Nonqualified plans |
| | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void | c Employer's name, address, and ZIP code |
|---|---|---|
| | X | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| | |
| 3 Social Security wages | 4 Social Security tax withheld |
| | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| | |
| 7 Social Security tips | 8 Allocated Tips |
| | |
| 10 Dependent care benefits | 11 Nonqualified plans |
| | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had too much social security or Tier 1 RRTA tax withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you reported to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Form 1040.

**Note.** *If your failure(s) code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement   2018   Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000047-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

**b Employer's identification number** 80-0438877   **a Employee's social security number** 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

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other compensation 1104.00 | 2 Federal income tax withheld 79.60 |
| 3 Social Security wages 1104.00 | 4 Social Security tax withheld 68.45 |
| 5 Medicare wages and tips 1104.00 | 6 Medicare tax withheld 16.01 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

**13** Statutory Employee / Retirement plan / Third-party sick pay

**12 See Instrs. for Box 12** / **14 Other**

**e Employee's name, address, and ZIP code**
CHANTEL ELLISON
1925 S VAUGHN WAY #308
AURORA CO 80014

**Verification Code** 7123-c591-8c6c-6c33

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1104.00 | 42.00 | 1104.00 | 2.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement   2018   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000047-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

**b Employer's identification number** 80-0438877   **a Employee's social security number** 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

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other compensation 1104.00 | 2 Federal income tax withheld 79.60 |
| 3 Social Security wages 1104.00 | 4 Social Security tax withheld 68.45 |
| 5 Medicare wages and tips 1104.00 | 6 Medicare tax withheld 16.01 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

**13** Statutory Employee / Retirement plan / Third-party sick pay

**12 See Instrs. for Box 12** / **14 Other**

**e Employee's name, address, and ZIP code**
CHANTEL ELLISON
1925 S VAUGHN WAY #308
AURORA CO 80014

**Verification Code** 7123-c591-8c6c-6c33

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1104.00 | 42.00 | 1104.00 | 2.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement   2018   Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000047-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

**b Employer's identification number** 80-0438877   **a Employee's social security number** 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

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other compensation 1104.00 | 2 Federal income tax withheld 79.60 |
| 3 Social Security wages 1104.00 | 4 Social Security tax withheld 68.45 |
| 5 Medicare wages and tips 1104.00 | 6 Medicare tax withheld 16.01 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

**13** Statutory Employee / Retirement plan / Third-party sick pay

**12 See Instrs. for Box 12** / **14 Other**

**e Employee's name, address, and ZIP code**
CHANTEL ELLISON
1925 S VAUGHN WAY #308
AURORA CO 80014

**Verification Code**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1104.00 | 42.00 | 1104.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution [or a prior year] when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement   2018

**Copy 2,   to be filed with employee's tax return for   AUROR**

| d Control number  0095-13058390   000000047-0000W2 | Void | c Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | 1 Wages, tips, other compensation  1104.00 | 2 Federal income tax withheld  79.60 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages  1104.00 | 4 Social Security tax withheld  68.45 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips  1104.00 | 6 Medicare tax withheld  16.01 |
| | e Employee's name, address, and ZIP code  CHANTEL ELLISON  1925 S VAUGHN WAY #308  AURORA CO 80014 | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  1104.00 | 17 State income tax  42.00 | 18 Local wages, tips, etc.  1104.00 | 19 Local income tax  2.00 | 20 Locality name  CO  AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void  X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void  X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had only one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you received for which you didn't report to your employer. By filing Form 4137, your social security tax will be ... [text cut off] ... security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your fellow code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan.
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan.
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement 2018 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390   0000000006-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service   OMB No. 1545-0008 | |
|---|---|---|---|---|
| **b Employer's identification number** 80-0438877 | **a Employee's social security number** 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 | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | **1 Wages, tips, other compensation** 6609.60 | **2 Federal income tax withheld** 33.30 |
| **13 Statutory Employee** | **Retirement plan** | **Third-party sick pay** | **3 Social Security wages** 6609.60 | **4 Social Security tax withheld** 409.80 |
| **12 See Instrs. for Box 12** | **14 Other** | **e Employee's name, address, and ZIP code**<br>MIRNA FLORES | **5 Medicare wages and tips** 6609.60 | **6 Medicare tax withheld** 95.84 |
| | | | **7 Social Security tips** | **8 Allocated Tips** |
| | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | **Verification Code** 06e9-6552-a195-cf13 | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6609.60 | 62.00 | 6609.60 | 22.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement 2018 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390   0000000006-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service   OMB No. 1545-0008 | |
|---|---|---|---|---|
| **b Employer's identification number** 80-0438877 | **a Employee's social security number** 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 | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | **1 Wages, tips, other compensation** 6609.60 | **2 Federal income tax withheld** 33.30 |
| **13 Statutory Employee** | **Retirement plan** | **Third-party sick pay** | **3 Social Security wages** 6609.60 | **4 Social Security tax withheld** 409.80 |
| **12 See Instrs. for Box 12** | **14 Other** | **e Employee's name, address, and ZIP code**<br>MIRNA FLORES | **5 Medicare wages and tips** 6609.60 | **6 Medicare tax withheld** 95.84 |
| | | | **7 Social Security tips** | **8 Allocated Tips** |
| | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | **Verification Code** 06e9-6552-a195-cf13 | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6609.60 | 62.00 | 6609.60 | 22.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement 2018 — Copy 2, to be filed with employee's tax return for   CO

| d Control number | 0095-13058390   0000000006-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service   OMB No. 1545-0008 | |
|---|---|---|---|---|
| **b Employer's identification number** 80-0438877 | **a Employee's social security number** 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 | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | **1 Wages, tips, other compensation** 6609.60 | **2 Federal income tax withheld** 33.30 |
| **13 Statutory Employee** | **Retirement plan** | **Third-party sick pay** | **3 Social Security wages** 6609.60 | **4 Social Security tax withheld** 409.80 |
| **12 See Instrs. for Box 12** | **14 Other** | **e Employee's name, address, and ZIP code**<br>MIRNA FLORES | **5 Medicare wages and tips** 6609.60 | **6 Medicare tax withheld** 95.84 |
| | | | **7 Social Security tips** | **8 Allocated Tips** |
| | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | **Verification Code** | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6609.60 | 62.00 | 6609.60 | 22.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year 2020 code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider those amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan.
**BB**—Designated Roth contributions under a section 403(b) plan.
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2018                Copy 2,  to be filed with employee's tax return for  AUROR

| d Control number  0095-13058390  0000000006-0000W2 | Void | c Employer's name, address, and ZIP code |  |  |  |
|---|---|---|---|---|---|
| | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 | |
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | 14475 ROBINS DR  DENVER CO 80239 | | 1 Wages, tips, other compensation  6609.60 | 2 Federal income tax withheld  33.30 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages  6609.60 | 4 Social Security tax withheld  409.80 |
| 12 See Instrs. for Box 12 | 14 Other | | | 5 Medicare wages and tips  6609.60 | 6 Medicare tax withheld  95.84 |
| | | e Employee's name, address, and ZIP code  MIRNA FLORES | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |
| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  6609.60 | 17 State income tax  62.00 | 18 Local wages, tips, etc.  6609.60 | 19 Local income tax  22.00 | 20 Locality name  CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2018

| d Control number | Void X | c Employer's name, address, and ZIP code |  |  |  |
|---|---|---|---|---|---|
| | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement  2018

| d Control number | Void X | c Employer's name, address, and ZIP code |  |  |  |
|---|---|---|---|---|---|
| | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your fellows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan.
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan.
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement   2018     Copy C,   for employee's records

| d Control number | | Void | | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000036-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | |
|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2419.20 | 103.14 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2419.20 | 149.99 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2419.20 | 35.08 |

**13** Statutory Employee   Retirement plan   Third-party sick pay

**12 See Instrs. for Box 12**   **14 Other**

**e Employee's name, address, and ZIP code**
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

7 Social Security tips     8 Allocated Tips
10 Dependent care benefits     11 Nonqualified plans
Verification Code     1c91-cad1-5ca1-0d20

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2419.20 | 72.00 | 2419.20 | 10.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2018     Copy B,   to be filed with employee's FEDERAL tax return

| d Control number | | Void | | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000036-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | |
|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2419.20 | 103.14 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2419.20 | 149.99 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2419.20 | 35.08 |

**13** Statutory Employee   Retirement plan   Third-party sick pay

**12 See Instrs. for Box 12**   **14 Other**

**e Employee's name, address, and ZIP code**
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

7 Social Security tips     8 Allocated Tips
10 Dependent care benefits     11 Nonqualified plans
Verification Code     1c91-cad1-5ca1-0d20

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2419.20 | 72.00 | 2419.20 | 10.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2018     Copy 2,   to be filed with employee's tax return for   CO

| d Control number | | Void | | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000036-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | |
|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2419.20 | 103.14 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2419.20 | 149.99 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2419.20 | 35.08 |

**13** Statutory Employee   Retirement plan   Third-party sick pay

**12 See Instrs. for Box 12**   **14 Other**

**e Employee's name, address, and ZIP code**
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

7 Social Security tips     8 Allocated Tips
10 Dependent care benefits     11 Nonqualified plans
Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2419.20 | 72.00 | 2419.20 | 10.00 | CO  AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you can file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15 year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

## Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
| --- | --- | --- | --- | --- | --- |
| 0095-13058390    000000036-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- | --- | --- | --- |
| 80-0438877 | 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 | | 2419.20 | 103.14 |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 2419.20 | 149.99 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 2419.20 | 35.08 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| | | | | |
| | e Employee's name, address and ZIP code | | 10 Dependent care benefits | 11 Nonqualified plans |
| | JOHN GIVENS | | | |
| | 1155 S HAVANA ST # 396 | | | |
| | AURORA CO 80012 | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 2419.20 | 72.00 | 2419.20 | 10.00 | CO  AUROR |

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
| --- | --- | --- | --- | --- | --- |
| | | X | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- | --- | --- |
| | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
| --- | --- | --- | --- | --- | --- |
| | | X | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- | --- | --- |
| | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tax on these tips is credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help* **protect your social security benefits,** *keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement    2018    Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury – Internal Revenue Service |
| 0095-13058390 | 0000000019-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld 200.88 |
| 80-0438877 | 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 | | | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 3774.00 | 4 Social Security tax withheld 233.99 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code d6d5-5576-836b-a9a3 | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3774.00 | 117.00 | 3774.00 | 16.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement    2018    Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury – Internal Revenue Service |
| 0095-13058390 | 0000000019-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld 200.88 |
| 80-0438877 | 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 | | | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 3774.00 | 4 Social Security tax withheld 233.99 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code d6d5-5576-836b-a9a3 | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3774.00 | 117.00 | 3774.00 | 16.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement    2018    Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury – Internal Revenue Service |
| 0095-13058390 | 0000000019-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld 200.88 |
| 80-0438877 | 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 | | | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 3774.00 | 4 Social Security tax withheld 233.99 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3774.00 | 117.00 | 3774.00 | 16.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, T, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

## Form W-2 Wage and Tax Statement  2018    Copy 2, to be filed with employee's tax return for  AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000019-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | |
| 80-0438877 | 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 | | DENVER CO 80239 | | |

| OMB No. 1545-0008 | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 3774.00 | 200.88 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 3774.00 | 233.99 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3774.00 | 54.72 |
| 7 Social security tips | 8 Allocated Tips |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| DEWANDA GRAHAM |
| 4617 FREEPORT WAY |
| DENVER CO 80239 |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3774.00 | 117.00 | 3774.00 | 16.00 | CO  AUROR |

## Form W-2 Wage and Tax Statement  2018

| d Control number | | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|
| | | X | |
| b Employer's identification number | a Employee's social security number | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social security tips | 8 Allocated Tips |

| e Employee's name, address, and ZIP code |
|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

## Form W-2 Wage and Tax Statement  2018

| d Control number | | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|
| | | X | |
| b Employer's identification number | a Employee's social security number | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social security tips | 8 Allocated Tips |

| e Employee's name, address, and ZIP code |
|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

(Also see Notice to Employee, on the other side.)

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tax will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** The **Retirement plan** box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement 2018    Copy C, for employee's records

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| --- | --- | --- | --- | --- | --- | --- |
| 0095-13058390    0000000032-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation 360.00 | 2 Federal income tax withheld 20.58 |
| 80-0438877 | 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 | | | | 3 Social Security wages 360.00 | 4 Social Security tax withheld 22.32 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 360.00 | 6 Medicare tax withheld 5.22 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | SAGUAYA JOHNSON 2975 IVANHOE STREET DENVER CO 80207 | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code d624-3e34-02ce-265d | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | | 12.00 | 360.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement 2018    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| --- | --- | --- | --- | --- | --- | --- |
| 0095-13058390    0000000032-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation 360.00 | 2 Federal income tax withheld 20.58 |
| 80-0438877 | 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 | | | | 3 Social Security wages 360.00 | 4 Social Security tax withheld 22.32 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 360.00 | 6 Medicare tax withheld 5.22 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | SAGUAYA JOHNSON 2975 IVANHOE STREET DENVER CO 80207 | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code d624-3e34-02ce-265d | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 360.00 | 12.00 | 360.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement 2018    Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| --- | --- | --- | --- | --- | --- | --- |
| 0095-13058390    0000000032-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation 360.00 | 2 Federal income tax withheld 20.58 |
| 80-0438877 | 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 | | | | 3 Social Security wages 360.00 | 4 Social Security tax withheld 22.32 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 360.00 | 6 Medicare tax withheld 5.22 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | SAGUAYA JOHNSON 2975 IVANHOE STREET DENVER CO 80207 | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 360.00 | 12.00 | 360.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD isn't taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year (before code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B—**Uncollected Medicare tax on tips. See the Form 1040 instructions.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement — 2018

Copy 2, to be filed with employee's tax return for   AUROR

| d Control number | 0095-13058390   0000000032-0000W2 | | Void | |
|---|---|---|---|---|

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 360.00 | 20.58 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 360.00 | 22.32 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 360.00 | 5.22 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

**12 See Instrs. for Box 12**   **14 Other**

**e Employee's name, address, and ZIP code**
SAGUAYA JOHNSON
2975 IVANHOE STREET
DENVER CO 80207

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

**Verification Code**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 360.00 | 12.00 | 360.00 | 2.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X |
|---|---|

**c Employer's name, address, and ZIP code**

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

**12 See Instrs. for Box 12**   **14 Other**

**e Employee's name, address, and ZIP code**

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

**Verification Code**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X |
|---|---|

**c Employer's name, address, and ZIP code**

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

**12 See Instrs. for Box 12**   **14 Other**

**e Employee's name, address, and ZIP code**

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

**Verification Code**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be figured and credited (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made correct deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement — 2018 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390 | 0000000007-0000W2 | Void |
|---|---|---|---|

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 25811.80 | 2 Federal income tax withheld | 2307.77 |
|---|---|---|---|
| 3 Social Security wages | 25811.80 | 4 Social Security tax withheld | 1600.33 |
| 5 Medicare wages and tips | 25811.80 | 6 Medicare tax withheld | 374.27 |
| 7 Social Security tips | | 8 Allocated Tips | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code    338f-b7d2-1c99-ab08

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 25811.80 | 904.00 | 25811.80 | 12.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2018 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390 | 0000000007-0000W2 | Void |
|---|---|---|---|

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 25811.80 | 2 Federal income tax withheld | 2307.77 |
|---|---|---|---|
| 3 Social Security wages | 25811.80 | 4 Social Security tax withheld | 1600.33 |
| 5 Medicare wages and tips | 25811.80 | 6 Medicare tax withheld | 374.27 |
| 7 Social Security tips | | 8 Allocated Tips | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code    338f-b7d2-1c99-ab08

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 25811.80 | 904.00 | 25811.80 | 12.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for CO

| d Control number | 0095-13058390 | 0000000007-0000W2 | Void |
|---|---|---|---|

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 25811.80 | 2 Federal income tax withheld | 2307.77 |
|---|---|---|---|
| 3 Social Security wages | 25811.80 | 4 Social Security tax withheld | 1600.33 |
| 5 Medicare wages and tips | 25811.80 | 6 Medicare tax withheld | 374.27 |
| 7 Social Security tips | | 8 Allocated Tips | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code    338f-b7d2-1c99-ab08

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 25811.80 | 904.00 | 25811.80 | 12.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you can file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you
must report as income and on other tips you didn't report to your employer. See Form 4137, your social security tips will be increased accordingly and your tax liability recomputed (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2018    Copy 2,  to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390    0000000007-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation 25811.80 | 2 Federal income tax withheld 2307.77 |
| 80-0438877 | 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 | | | | 3 Social Security wages 25811.80 | 4 Social Security tax withheld 1600.33 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips 25811.80 | 6 Medicare tax withheld 374.27 |
| 12 See Instrs. for Box 12 | 14 Other | | DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 25811.80 | 904.00 | 25811.80 | 12.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

### Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on collected tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**CC**—HIRE exempt wages and tips

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

## Form W-2 Wage and Tax Statement  2018   Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
| --- | --- | --- | --- | --- |
| 0095-13058390   0000000014-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation 3744.00 | 2 Federal income tax withheld 211.64 |
| --- | --- | --- | --- | --- |
| 80-0438877 | 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 | | 3 Social Security wages 3744.00 | 4 Social Security tax withheld 232.13 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips 3744.00 | 6 Medicare tax withheld 54.29 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |

14475 ROBINS DR
DENVER CO 80239

TENEA T LATTANY
4699 KITTRIDGE
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
| --- | --- |

Verification Code  c92f-b846-6c6a-970a

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 3744.00 | 106.00 | 3744.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement  2018   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
| --- | --- | --- | --- | --- |
| 0095-13058390   0000000014-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation 3744.00 | 2 Federal income tax withheld 211.64 |
| --- | --- | --- | --- | --- |
| 80-0438877 | 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 | | 3 Social Security wages 3744.00 | 4 Social Security tax withheld 232.13 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips 3744.00 | 6 Medicare tax withheld 54.29 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |

14475 ROBINS DR
DENVER CO 80239

TENEA T LATTANY
4699 KITTRIDGE
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
| --- | --- |

Verification Code  c92f-b846-6c6a-970a

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 3744.00 | 106.00 | 3744.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement  2018   Copy 2, to be filed with employee's tax return for CO

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
| --- | --- | --- | --- | --- |
| 0095-13058390   0000000014-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation 3744.00 | 2 Federal income tax withheld 211.64 |
| --- | --- | --- | --- | --- |
| 80-0438877 | 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 | | 3 Social Security wages 3744.00 | 4 Social Security tax withheld 232.13 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips 3744.00 | 6 Medicare tax withheld 54.29 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |

14475 ROBINS DR
DENVER CO 80239

TENEA T LATTANY
4699 KITTRIDGE
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
| --- | --- |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 3744.00 | 106.00 | 3744.00 | 4.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 Instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals depends on the type of plan. For more information about catch-up contributions and the type of plan, contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether your make excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** The **Retirement plan** box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

**Form W-2 Wage and Tax Statement    2018    Copy 2,   to be filed with employee's tax return for   AUROR**

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|
| 0095-13058390  0000000014-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | |
| b Employer's identification number | a Employee's social security number | | | **1 Wages, tips, other compensation** 3744.00 | **2 Federal income tax withheld** 211.64 |
| 80-0438877 | 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 | | | **3 Social Security wages** 3744.00 | **4 Social Security tax withheld** 232.13 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | **5 Medicare wages and tips** 3744.00 | **6 Medicare tax withheld** 54.29 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code TENEA T LATTANY 4699 KITTRIDGE DENVER CO 80239 | **7 Social Security tips** | **8 Allocated Tips** |
| | | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | | **Verification Code** | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3744.00 | 17 State income tax 106.00 | 18 Local wages, tips, etc. 3744.00 | 19 Local income tax 4.00 | 20 Locality name CO  AUROR |

**Form W-2 Wage and Tax Statement    2018**

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | **1 Wages, tips, other compensation** | **2 Federal income tax withheld** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | **3 Social Security wages** | **4 Social Security tax withheld** |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| | | | | **7 Social Security tips** | **8 Allocated Tips** |
| | | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | | **Verification Code** | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement    2018**

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | **1 Wages, tips, other compensation** | **2 Federal income tax withheld** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | **3 Social Security wages** | **4 Social Security tax withheld** |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| | | | | **7 Social Security tips** | **8 Allocated Tips** |
| | | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | | **Verification Code** | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on Forms 4137. To figure the social security and Medicare tax owed on tips you didn't report to your employer, enter the amount from Form 4137, line 13, on Schedule 2 (Form 1040), line 5, and see the instructions there.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure-to-file code through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Your employer may report additional tax information here. If any amounts are reported, they may relate to specific state and local tax information. If you have questions about these amounts, check with your employer.

Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement | 2018 | Copy C,   for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390 | 0000000028-0000W2 | Void | e Employee's name, address, and ZIP code |
|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1142.40 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1142.40 | 70.83 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1142.40 | 16.56 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
JUSTINA LAWRENCE

Verification Code
63df-b96d-7893-fdce

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1142.40 | | 1142.40 | 6.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement | 2018 | Copy B,   to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390 | 0000000028-0000W2 | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1142.40 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1142.40 | 70.83 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1142.40 | 16.56 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
JUSTINA LAWRENCE

Verification Code
63df-b96d-7893-fdce

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1142.40 | | 1142.40 | 6.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement | 2018 | Copy 2,   to be filed with employee's tax return for   CO

| d Control number | 0095-13058390 | 0000000028-0000W2 | Void | e Employee's name, address, and ZIP code |
|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1142.40 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1142.40 | 70.83 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1142.40 | 16.56 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
JUSTINA LAWRENCE

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1142.40 | | 1142.40 | 6.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unreported tips. By doing this, your social security tips will be figured for you when filing for social security benefits.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year Deferrals code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to members of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,    to be filed with employee's tax return for    AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| 0095-13058390    000000028-0000W2 | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | | | 1142.40 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 1142.40 | 70.83 |

| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 1142.40 | 16.56 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| JUSTINA LAWRENCE | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| Verification Code |
|---|
| |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1142.40 | | 1142.40 | 6.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| Verification Code |
|---|
| |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| Verification Code |
|---|
| |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on collected tips. You will figure your employer's share of these taxes on Form 4137. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are a filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan. **The amount reported with Code DD is not taxable.**

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement — 2018 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390   0000000027-0000W2 | Void |
|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number  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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation  14499.10 | 2 Federal income tax withheld  944.29 |
|---|---|
| 3 Social Security wages  14499.10 | 4 Social Security tax withheld  898.94 |
| 5 Medicare wages and tips  14499.10 | 6 Medicare tax withheld  210.24 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

e Employee's name, address, and ZIP code
MICHAEL LEE
146 S EAGLE CIRCLE
AURORA CO 80012

Verification Code: 5ddc-c309-c85b-74fe

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 14499.10 | 467.00 | 14499.10 | 20.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2018 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390   0000000027-0000W2 | Void |
|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number  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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation  14499.10 | 2 Federal income tax withheld  944.29 |
|---|---|
| 3 Social Security wages  14499.10 | 4 Social Security tax withheld  898.94 |
| 5 Medicare wages and tips  14499.10 | 6 Medicare tax withheld  210.24 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

e Employee's name, address, and ZIP code
MICHAEL LEE
146 S EAGLE CIRCLE
AURORA CO 80012

Verification Code: 5ddc-c309-c85b-74fe

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 14499.10 | 467.00 | 14499.10 | 20.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for CO

| d Control number | 0095-13058390   0000000027-0000W2 | Void |
|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number  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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation  14499.10 | 2 Federal income tax withheld  944.29 |
|---|---|
| 3 Social Security wages  14499.10 | 4 Social Security tax withheld  898.94 |
| 5 Medicare wages and tips  14499.10 | 6 Medicare tax withheld  210.24 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

e Employee's name, address, and ZIP code
MICHAEL LEE
146 S EAGLE CIRCLE
AURORA CO 80012

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 14499.10 | 467.00 | 14499.10 | 20.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unreported tips. See the instructions for Form 1040.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure of code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

must report as income and on unreported tips. See your employer. For filing Form 4137, your social security tax will be paid by a Record (used to figure your benefits).

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390   000000027-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation 14499.10 | 2 Federal Income tax withheld 944.29 |
|---|---|---|---|---|
| 80-0438877 | 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 | | 3 Social Security wages 14499.10 | 4 Social Security tax withheld 898.94 |
| 13 Statutory Employee   Retirement plan   Third-party sick pay | | | 5 Medicare wages and tips 14499.10 | 6 Medicare tax withheld 210.24 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| | e Employee's name, address, and ZIP code MICHAEL LEE 146 S EAGLE CIRCLE AURORA CO 80012 | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 14499.10 | 467.00 | 14499.10 | 20.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement — 2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
| 13 Statutory Employee   Retirement plan   Third-party sick pay | | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

### Form W-2 Wage and Tax Statement — 2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
| 13 Statutory Employee   Retirement plan   Third-party sick pay | | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on collected tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your fellows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(-s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported under code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** The Retirement plan box in box 13 tells whether you had a retirement plan at work. If the Retirement plan box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|---|
| 0095-13058390    0000000031-0000W2 | | | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation<br>3912.00 | 2 Federal income tax withheld<br>209.48 |
|---|---|---|---|---|
| 80-0438877 | 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 | | 3 Social Security wages<br>3912.00 | 4 Social Security tax withheld<br>242.54 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips<br>3912.00 | 6 Medicare tax withheld<br>56.72 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| e Employee's name, address, and ZIP code<br>PHATEEMA LOPEZ<br>13204 E PARKVIEW DR<br>DENVER CO 80202 | | | Verification Code<br>ff08-58a2-8770-4ac7 | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3912.00 | 106.00 | 3912.00 | 8.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2018    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|---|
| 0095-13058390    0000000031-0000W2 | | | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation<br>3912.00 | 2 Federal income tax withheld<br>209.48 |
|---|---|---|---|---|
| 80-0438877 | 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 | | 3 Social Security wages<br>3912.00 | 4 Social Security tax withheld<br>242.54 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips<br>3912.00 | 6 Medicare tax withheld<br>56.72 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| e Employee's name, address, and ZIP code<br>PHATEEMA LOPEZ<br>13204 E PARKVIEW DR<br>DENVER CO 80202 | | | Verification Code<br>ff08-58a2-8770-4ac7 | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3912.00 | 106.00 | 3912.00 | 8.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    CO

| d Control number | | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|---|
| 0095-13058390    0000000031-0000W2 | | | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation<br>3912.00 | 2 Federal income tax withheld<br>209.48 |
|---|---|---|---|---|
| 80-0438877 | 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 | | 3 Social Security wages<br>3912.00 | 4 Social Security tax withheld<br>242.54 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips<br>3912.00 | 6 Medicare tax withheld<br>56.72 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| e Employee's name, address, and ZIP code<br>PHATEEMA LOPEZ<br>13204 E PARKVIEW DR<br>DENVER CO 80202 | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3912.00 | 106.00 | 3912.00 | 8.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unallocated tips you may be able to prove that you received. Use the instructions for Form 4137 to figure the amount to add to the amount in box 4 of Form(s) W-2.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year 2above code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390    0000000031-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | OMB No. 1545-0008 | |
| 80-0438877 | 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 | | DENVER CO 80239 | | 1 Wages, tips, other compensation  3912.00 | 2 Federal income tax withheld  209.48 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages  3912.00 | 4 Social Security tax withheld  242.54 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips  3912.00 | 6 Medicare tax withheld  56.72 |
| | | | PHATEEMA LOPEZ | | 7 Social Security tips | 8 Allocated Tips |
| | | | 13204 E PARKVIEW DR | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | DENVER CO 80202 | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3912.00 | 106.00 | 3912.00 | 8.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. You may also have to report this amount on Form 8959. See the Form 1040 Instructions. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code alerts the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan.
**BB**—Designated Roth contributions under a section 403(b) plan.
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

### Form W-2 Wage and Tax Statement    2018    Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000021-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | |
|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR |
| | | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 4351.20 | 2 Federal income tax withheld | 265.50 |
|---|---|---|---|
| 3 Social Security wages | 4351.20 | 4 Social Security tax withheld | 269.77 |
| 5 Medicare wages and tips | 4351.20 | 6 Medicare tax withheld | 63.09 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code  42fe-9081-845f-a2bc

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4351.20 | 152.00 | 4351.20 | 18.00 | CO  AUROR |

### Form W-2 Wage and Tax Statement    2018    Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000021-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | |
|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR |
| | | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 4351.20 | 2 Federal income tax withheld | 265.50 |
|---|---|---|---|
| 3 Social Security wages | 4351.20 | 4 Social Security tax withheld | 269.77 |
| 5 Medicare wages and tips | 4351.20 | 6 Medicare tax withheld | 63.09 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code  42fe-9081-845f-a2bc

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4351.20 | 152.00 | 4351.20 | 18.00 | CO  AUROR |

### Form W-2 Wage and Tax Statement    2018    Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000021-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | |
|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR |
| | | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 4351.20 | 2 Federal income tax withheld | 265.50 |
|---|---|---|---|
| 3 Social Security wages | 4351.20 | 4 Social Security tax withheld | 269.77 |
| 5 Medicare wages and tips | 4351.20 | 6 Medicare tax withheld | 63.09 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4351.20 | 152.00 | 4351.20 | 18.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals depends on whether for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year 2above code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan.
**BB**—Designated Roth contributions under a section 403(b) plan.
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390    0000000021-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | |

| | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | 4351.20 | 265.50 |
| 13 Statutory Employee | Retirement plan | 3 Social Security wages | 4 Social Security tax withheld |
| | | 4351.20 | 269.77 |
| Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 4351.20 | 63.09 |
| | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code | | | |
| THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4351.20 | 152.00 | 4351.20 | 18.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | |
|---|---|---|---|---|
| | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | |
|---|---|---|---|---|
| | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9**. If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: **(a)** reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or **(b)** included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

### Form W-2 Wage and Tax Statement 2018 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Field | Value |
|---|---|
| d Control number | 0095-13058390 0000000046-0000W2 |
| Void | |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | |
| 1 Wages, tips, other compensation | 480.00 |
| 2 Federal Income tax withheld | 17.16 |
| 3 Social Security wages | 480.00 |
| 4 Social Security tax withheld | 29.76 |
| 5 Medicare wages and tips | 480.00 |
| 6 Medicare tax withheld | 6.96 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | ALYSSIA MARTINEZ<br>3051 S GOLDEN WAY<br>DENVER CO 80227 |
| Verification Code | 69d9-48cf-4916-6862 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 480.00 | 14.00 | 480.00 | 2.00 | CO AUROR |

### Form W-2 Wage and Tax Statement 2018 — Copy B, to be filed with employee's FEDERAL tax return

| Field | Value |
|---|---|
| d Control number | 0095-13058390 0000000046-0000W2 |
| Void | |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | |
| 1 Wages, tips, other compensation | 480.00 |
| 2 Federal Income tax withheld | 17.16 |
| 3 Social Security wages | 480.00 |
| 4 Social Security tax withheld | 29.76 |
| 5 Medicare wages and tips | 480.00 |
| 6 Medicare tax withheld | 6.96 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | ALYSSIA MARTINEZ<br>3051 S GOLDEN WAY<br>DENVER CO 80227 |
| Verification Code | 69d9-48cf-4916-6862 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 480.00 | 14.00 | 480.00 | 2.00 | CO AUROR |

### Form W-2 Wage and Tax Statement 2018 — Copy 2, to be filed with employee's tax return for CO

| Field | Value |
|---|---|
| d Control number | 0095-13058390 0000000046-0000W2 |
| Void | |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | |
| 1 Wages, tips, other compensation | 480.00 |
| 2 Federal Income tax withheld | 17.16 |
| 3 Social Security wages | 480.00 |
| 4 Social Security tax withheld | 29.76 |
| 5 Medicare wages and tips | 480.00 |
| 6 Medicare tax withheld | 6.96 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | ALYSSIA MARTINEZ<br>3051 S GOLDEN WAY<br>DENVER CO 80227 |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 480.00 | 14.00 | 480.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made to you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 Instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,  to be filed with employee's tax return for  AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390    000000046-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| | | | | OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | |
| 80-0438877 | 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 | | DENVER CO 80239 | | |

| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | 480.00 | 17.16 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 480.00 | 29.76 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 480.00 | 6.96 |

**Department of the Treasury - Internal Revenue Service**

e Employee's name, address, and ZIP code

ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 480.00 | 14.00 | 480.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you can file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had too much social security or Tier 1 railroad retirement (RRTA) taxes withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one employer and more than $8,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure cost D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year( s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement — 2018 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| 0095-13058390   0000000037-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 560.00 | 13.96 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 560.00 | 34.72 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 560.00 | 8.12 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
LEYDI MARTINEZ
372 SCRANTON ST
AURORA CO 80011

Verification Code: 2b06-877a-00bd-ffe3

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | 13.00 | 560.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2018 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| 0095-13058390   0000000037-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 560.00 | 13.96 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 560.00 | 34.72 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 560.00 | 8.12 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
LEYDI MARTINEZ
372 SCRANTON ST
AURORA CO 80011

Verification Code: 2b06-877a-00bd-ffe3

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | 13.00 | 560.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for CO

| d Control number | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| 0095-13058390   0000000037-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 560.00 | 13.96 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 560.00 | 34.72 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 560.00 | 8.12 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
LEYDI MARTINEZ
372 SCRANTON ST
AURORA CO 80011

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | 13.00 | 560.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15 year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,  to be filed with employee's tax return for  AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390    000000037-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | 1 Wages, tips, other compensation 560.00 | 2 Federal income tax withheld 13.96 |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | | 3 Social Security wages 560.00 | 4 Social Security tax withheld 34.72 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 560.00 | 6 Medicare tax withheld 8.12 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | LEYDI MARTINEZ 372 SCRANTON ST AURORA CO 80011 | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | 13.00 | 560.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| | | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| b Employer's identification number | a Employee's social security number | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| | | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| b Employer's identification number | a Employee's social security number | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips. You must also report the allocated tips on your employer. For filing Form 4137, your social security tips (in box 7) and the allocated tips (in box 8) will be included as social security wages on the tax record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2018  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000043-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | OMB No. 1545-0008 Department of the Treasury - Internal Revenue Service | |

| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation 792.00 | 2 Federal income tax withheld 35.16 |
|---|---|---|---|---|---|
| 80-0348877 | 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 | | | 3 Social Security wages 792.00 | 4 Social Security tax withheld 49.10 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips 792.00 | 6 Medicare tax withheld 11.48 |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | | e Employee's name, address, and ZIP code KEIAJEAU MCGILL | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code 1229-eb43-b093-deb2 | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 792.00 | 17 State income tax 24.00 | 18 Local wages, tips, etc. 792.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000043-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | OMB No. 1545-0008 Department of the Treasury - Internal Revenue Service | |

| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation 792.00 | 2 Federal income tax withheld 35.16 |
|---|---|---|---|---|---|
| 80-0348877 | 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 | | | 3 Social Security wages 792.00 | 4 Social Security tax withheld 49.10 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips 792.00 | 6 Medicare tax withheld 11.48 |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | | e Employee's name, address, and ZIP code KEIAJEAU MCGILL | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code 1229-eb43-b093-deb2 | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 792.00 | 17 State income tax 24.00 | 18 Local wages, tips, etc. 792.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018  Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390   0000000043-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | OMB No. 1545-0008 Department of the Treasury - Internal Revenue Service | |

| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation 792.00 | 2 Federal income tax withheld 35.16 |
|---|---|---|---|---|---|
| 80-0348877 | 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 | | | 3 Social Security wages 792.00 | 4 Social Security tax withheld 49.10 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips 792.00 | 6 Medicare tax withheld 11.48 |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | | e Employee's name, address, and ZIP code KEIAJEAU MCGILL | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 792.00 | 17 State income tax 24.00 | 18 Local wages, tips, etc. 792.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other wages. Allocated tips aren't subject to withholding and aren't included in boxes 1, 3, 5, or 7.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure amounts are reported in box 12, see the instructions for Form 1040.*

**Note.** *If a year deferral (codes D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

**Form W-2 Wage and Tax Statement**    **2018**    **Copy 2,  to be filed with employee's tax return for   AUROR**

| d Control number 0095-13058390    000000043-0000W2 | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 792.00 | 2 Federal income tax withheld 35.16 |
| | | | 3 Social Security wages 792.00 | 4 Social Security tax withheld 49.10 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips 792.00 | 6 Medicare tax withheld 11.48 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address and ZIP code KEIAJEAU MCGILL | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 792.00 | 17 State income tax 24.00 | 18 Local wages, tips, etc. 792.00 | 19 Local income tax 2.00 | 20 Locality name CO  AUROR |

---

**Form W-2 Wage and Tax Statement**    **2018**

| d Control number | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

**Form W-2 Wage and Tax Statement**    **2018**

| d Control number | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. By filing Form 4137, your social security tips and Medicare taxes on these tips will be credited (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15 year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your federal code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to figure your benefit(s).

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**CC**—HIRE exempt wages and tips (applicable to qualified small employer health reimbursement arrangement)

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** The **Retirement plan** box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement — 2018 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | |
|---|---|---|---|
| 0095-13058390 | 0000000029-0000W2 | Void | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | Amount |
|---|---|
| 1 Wages, tips, other compensation | 409.00 |
| 2 Federal income tax withheld | 19.98 |
| 3 Social Security wages | 409.00 |
| 4 Social Security tax withheld | 25.36 |
| 5 Medicare wages and tips | 409.00 |
| 6 Medicare tax withheld | 5.93 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 13 | Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
CAMERON HOLLIS MONTOUR

Verification Code
ff59-e990-4265-fac6

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 409.00 | 12.00 | 409.00 | 2.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2018 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | |
|---|---|---|---|
| 0095-13058390 | 0000000029-0000W2 | Void | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | Amount |
|---|---|
| 1 Wages, tips, other compensation | 409.00 |
| 2 Federal income tax withheld | 19.98 |
| 3 Social Security wages | 409.00 |
| 4 Social Security tax withheld | 25.36 |
| 5 Medicare wages and tips | 409.00 |
| 6 Medicare tax withheld | 5.93 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 13 | Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
CAMERON HOLLIS MONTOUR

Verification Code
ff59-e990-4265-fac6

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 409.00 | 12.00 | 409.00 | 2.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for CO

| d Control number | | | |
|---|---|---|---|
| 0095-13058390 | 0000000029-0000W2 | Void | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | Amount |
|---|---|
| 1 Wages, tips, other compensation | 409.00 |
| 2 Federal income tax withheld | 19.98 |
| 3 Social Security wages | 409.00 |
| 4 Social Security tax withheld | 25.36 |
| 5 Medicare wages and tips | 409.00 |
| 6 Medicare tax withheld | 5.93 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 13 | Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
CAMERON HOLLIS MONTOUR

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 409.00 | 12.00 | 409.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on Forms 4137 that your employer. For filing Form 4137, your social security tax will be applied to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018

**Copy 2,   to be filed with employee's tax return for   AUROR**

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0095-13058390    000000029-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 409.00 | 2 Federal income tax withheld 19.98 |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | 3 Social Security wages 409.00 | 4 Social Security tax withheld 25.36 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | e Employee's name, address and ZIP code CAMERON HOLLIS MONTOUR | 5 Medicare wages and tips 409.00 | 6 Medicare tax withheld 5.93 |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 409.00 | 17 State income tax 12.00 | 18 Local wages, tips, etc. 409.00 | 19 Local income tax 2.00 | 20 Locality name CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| b Employer's identification number | a Employee's social security number | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| b Employer's identification number | a Employee's social security number | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. See the instructions for Form 1040 to determine if you are required to complete Form 4137.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan
**BB**—Designated Roth contributions under a section 403(b) plan.
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** The "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement — 2018 — Copy C, for employee's records

| | |
|---|---|
| d Control number 0095-13058390  0000000030-0000W2  Void | e Employer's name, address, and ZIP code<br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| Box | Amount | Box | Amount |
|---|---|---|---|
| 1 Wages, tips, other compensation | 3089.00 | 2 Federal income tax withheld | |
| 3 Social Security wages | 3089.00 | 4 Social Security tax withheld | 191.52 |
| 5 Medicare wages and tips | 3089.00 | 6 Medicare tax withheld | 44.79 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other
e Employee's name, address, and ZIP code
MADISEN MONTOUR
2215 S OAKLAND WAY
AURORA CO 80014

Verification Code: 2aef-ed82-e0de-9451

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3089.00 | 2.00 | 3089.00 | 8.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement — 2018 — Copy B, to be filed with employee's FEDERAL tax return

| | |
|---|---|
| d Control number 0095-13058390  0000000030-0000W2  Void | e Employer's name, address, and ZIP code<br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| Box | Amount | Box | Amount |
|---|---|---|---|
| 1 Wages, tips, other compensation | 3089.00 | 2 Federal income tax withheld | |
| 3 Social Security wages | 3089.00 | 4 Social Security tax withheld | 191.52 |
| 5 Medicare wages and tips | 3089.00 | 6 Medicare tax withheld | 44.79 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other
e Employee's name, address, and ZIP code
MADISEN MONTOUR
2215 S OAKLAND WAY
AURORA CO 80014

Verification Code: 2aef-ed82-e0de-9451

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3089.00 | 2.00 | 3089.00 | 8.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for   CO

| | |
|---|---|
| d Control number 0095-13058390  0000000030-0000W2  Void | e Employer's name, address, and ZIP code<br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| Box | Amount | Box | Amount |
|---|---|---|---|
| 1 Wages, tips, other compensation | 3089.00 | 2 Federal income tax withheld | |
| 3 Social Security wages | 3089.00 | 4 Social Security tax withheld | 191.52 |
| 5 Medicare wages and tips | 3089.00 | 6 Medicare tax withheld | 44.79 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other
e Employee's name, address, and ZIP code
MADISEN MONTOUR
2215 S OAKLAND WAY
AURORA CO 80014

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3089.00 | 2.00 | 3089.00 | 8.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on collected tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year Defines code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number  0095-13058390    000000030-000000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number  80-0438877 | a Employee's social security number  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 |
|---|---|

| 1 Wages, tips, other compensation  3089.00 | 2 Federal Income tax withheld |
|---|---|
| 3 Social Security wages  3089.00 | 4 Social Security tax withheld  191.52 |
| 5 Medicare wages and tips  3089.00 | 6 Medicare tax withheld  44.79 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address and ZIP code

MADISEN MONTOUR
2215 S OAKLAND WAY
AURORA CO 80014

Verification Code

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  3089.00 | 17 State income tax  2.00 | 18 Local wages, tips, etc.  3089.00 | 19 Local income tax  8.00 | 20 Locality name  CO  AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void  X | c Employer's name, address, and ZIP code |
|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void  X | c Employer's name, address, and ZIP code |
|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips. You may also have to use Form 4137 to figure the social security tax and Medicare tax on your other tips. See the Form 1040 instructions.

**Box 9.** If you are a filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5).

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable).

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** The **Retirement plan** box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement   2018    Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000040-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 560.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 560.00 | 34.72 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 560.00 | 8.12 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

BETTY MOORE
4463 STEEL STREET
DENVER CO 80230

Verification Code

0775-ef5b-7ce8-3a9a

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | | 560.00 | 0.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2018    Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000040-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 560.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 560.00 | 34.72 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 560.00 | 8.12 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

BETTY MOORE
4463 STEEL STREET
DENVER CO 80230

Verification Code

0775-ef5b-7ce8-3a9a

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | | 560.00 | | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2018    Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000040-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 560.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 560.00 | 34.72 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 560.00 | 8.12 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

BETTY MOORE
4463 STEEL STREET
DENVER CO 80230

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | | 560.00 | | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on the amount on Form 4137, line 10. See the Form 1040 instructions for how to report the allocated tips.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15 year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year 2 deferrals code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A—**Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan.

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—**Designated Roth contributions under a section 401(k) plan.

**BB—**Designated Roth contributions under a section 403(b) plan.

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

*Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | 0095-13058390   000000040-0000W2 | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| b Employer's identification number | | a Employee's social security number | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service | |
| 80-0438877 | | 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 | 14475 ROBINS DR | OMB No. 1545-0008 | |
| | | | DENVER CO 80239 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 560.00 | |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | 560.00 | 34.72 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 560.00 | 8.12 |
| | | | BETTY MOORE | 7 Social Security tips | 8 Allocated Tips |
| | | | 4463 STEEL STREET | | |
| | | | DENVER CO 80230 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 560.00 | | 560.00 | 0.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service | |
| b Employer's identification number | a Employee's social security number | | OMB No. 1545-0008 | |
| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service | |
| b Employer's identification number | a Employee's social security number | | OMB No. 1545-0008 | |
| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had too much social security or Tier 1 RRTA tax withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on collected tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**CC**—HIRE exempt wages and tips (for 2010 only).

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

## Form W-2 Wage and Tax Statement    2018    Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| --- | --- | --- | --- | --- | --- | --- |
| 0095-13058390     0000000011-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 80-0438877 | 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 | | DENVER CO 80239 | | 774.00 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 774.00 | 47.99 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | | 774.00 | 11.22 |
| | | | DEVIN MOORE | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | | |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |
| | | | | | edf2-b40b-8a85-b2c9 | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 774.00 | 27.00 | 774.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement    2018    Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| --- | --- | --- | --- | --- | --- | --- |
| 0095-13058390     0000000011-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 80-0438877 | 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 | | DENVER CO 80239 | | 774.00 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 774.00 | 47.99 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | | 774.00 | 11.22 |
| | | | DEVIN MOORE | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | | |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |
| | | | | | edf2-b40b-8a85-b2c9 | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 774.00 | 27.00 | 774.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement    2018    Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| --- | --- | --- | --- | --- | --- | --- |
| 0095-13058390     0000000011-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 80-0438877 | 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 | | DENVER CO 80239 | | 774.00 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 774.00 | 47.99 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | | 774.00 | 11.22 |
| | | | DEVIN MOORE | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | | |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 774.00 | 27.00 | 774.00 | 4.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN aren't correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unreported tips. See your employer. For filing Form 4137, your social security tips will be in box 4 as income in box 8, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your full-year code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution [or a prior year] which you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5).

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable).

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Notes:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018
**Copy 2,  to be filed with employee's tax return for    AUROR**

| d Control number | 0095-13058390    0000000011-0000W2 | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 | | |
| b Employer's identification number | | a Employee's social security number | 14475 ROBINS DR | | **1 Wages, tips, other compensation** 774.00 | **2 Federal income tax withheld** |
| 80-0438877 | | 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 | DENVER CO 80239 | | **3 Social Security wages** 774.00 | **4 Social Security tax withheld** 47.99 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | **5 Medicare wages and tips** 774.00 | **6 Medicare tax withheld** 11.22 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | **7 Social Security tips** | **8 Allocated Tips** |
| | | | DEVIN MOORE | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | | | **Verification Code** | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 774.00 | 17 State income tax 27.00 | 18 Local wages, tips, etc. 774.00 | 19 Local income tax 4.00 | 20 Locality name CO  AUROR |

Department of the Treasury - Internal Revenue Service

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | **1 Wages, tips, other compensation** | **2 Federal income tax withheld** |
| | | | **3 Social Security wages** | **4 Social Security tax withheld** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| 12 See Instrs. for Box 12 | 14 Other | c Employer's name, address, and ZIP code | **7 Social Security tips** | **8 Allocated Tips** |
| | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | **Verification Code** | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | **1 Wages, tips, other compensation** | **2 Federal income tax withheld** |
| | | | **3 Social Security wages** | **4 Social Security tax withheld** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | **7 Social Security tips** | **8 Allocated Tips** |
| | | | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | **Verification Code** | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits). **Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the deferral limit on elective deferrals for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to an Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan. **The amount reported with Code DD is not taxable.**

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and earnings in a particular year.*

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement  2018    Copy C, for employee's records

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000042-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12     14 Other

c Employer's name, address, and ZIP code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code

WENDY MORALES

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2093.00 | 133.84 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2093.00 | 129.77 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2093.00 | 30.35 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

7f16-04d1-e66d-1fc1

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2093.00 | 74.00 | 2093.00 | 6.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2018    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000042-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12     14 Other

c Employer's name, address, and ZIP code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code

WENDY MORALES

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2093.00 | 133.84 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2093.00 | 129.77 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2093.00 | 30.35 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

7f16-04d1-e66d-1fc1

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2093.00 | 74.00 | 2093.00 | 6.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2018    Copy 2, to be filed with employee's tax return for  CO

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000042-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12     14 Other

c Employer's name, address, and ZIP code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code

WENDY MORALES

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2093.00 | 133.84 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2093.00 | 129.77 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2093.00 | 30.35 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2093.00 | 74.00 | 2093.00 | 6.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter the amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your fallout code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number  0095-13058390   000000042-0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | 1 Wages, tips, other compensation  2093.00 | 2 Federal income tax withheld  133.84 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages  2093.00 | 4 Social Security tax withheld  129.77 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips  2093.00 | 6 Medicare withheld  30.35 |
| | | e Employee's name, address, and ZIP code  WENDY MORALES | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  2093.00 | 17 State income tax  74.00 | 18 Local wages, tips, etc.  2093.00 | 19 Local tax  6.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2018

| d Control number | Void  X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare withheld |
| | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2018

| d Control number | Void  X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare withheld |
| | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify) for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the amount shown under code G for deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

*Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan.

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan.

BB—Designated Roth contributions under a section 403(b) plan.

DD—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Box 15 through Box 20.** Your state and local income tax records may be kept separately from this return. *Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement 2018 — Copy C, for employee's records

| d Control number 0095-13058390  0000000033-0000W2  Void | | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 403.20 | 2 Federal Income tax withheld 24.90 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 403.20 | 4 Social Security tax withheld 25.00 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 403.20 | 6 Medicare tax withheld 5.85 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code BENESE THOMAS 11817 E CANAL DR AURORA CO 80011 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code  cd5e-ea1b-adf1-2132 | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 403.20 | 17 State income tax 14.00 | 18 Local wages, tips, etc. 403.20 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement 2018 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0095-13058390  0000000033-0000W2  Void | | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 403.20 | 2 Federal Income tax withheld 24.90 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 403.20 | 4 Social Security tax withheld 25.00 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 403.20 | 6 Medicare tax withheld 5.85 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code BENESE THOMAS 11817 E CANAL DR AURORA CO 80011 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code  cd5e-ea1b-adf1-2132 | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 403.20 | 17 State income tax 14.00 | 18 Local wages, tips, etc. 403.20 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement 2018 — Copy 2, to be filed with employee's tax return for CO

| d Control number 0095-13058390  0000000033-0000W2  Void | | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 403.20 | 2 Federal Income tax withheld 24.90 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 403.20 | 4 Social Security tax withheld 25.00 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 403.20 | 6 Medicare tax withheld 5.85 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code BENESE THOMAS 11817 E CANAL DR AURORA CO 80011 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 403.20 | 17 State income tax 14.00 | 18 Local wages, tips, etc. 403.20 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on collected tips. You will also report these amounts on your employer. Form 4137, your social security tips will be reported to the SSA.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and Designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider those amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of your Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement   2018   Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390   000000000033-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |

| b Employer's identification number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 80-0438877 | 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 | | | 403.20 | 24.90 |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | 403.20 | 25.00 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 403.20 | 5.85 |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | |
| e Employee's name, address, and ZIP code | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| BENESE THOMAS 11817 E CANAL DR AURORA CO 80011 | | | | | |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 403.20 | 14.00 | 403.20 | 2.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| | X | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| | | | | |
| e Employee's name, address, and ZIP code | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| | X | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| | | | | |
| e Employee's name, address, and ZIP code | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

Do you have to file? Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

Earned income credit (EIC). You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

Clergy and religious workers. If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

Corrections. If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

Cost of employer-sponsored health coverage (if such cost is provided by the employer). The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

Credit for excess taxes. If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unreported tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

Box 9. If you are a filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

Note. If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made correct deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan.
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2018  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390  0000000034-0000W2  Void | | | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | 1 Wages, tips, other compensation  492.80 | 2 Federal income tax withheld  7.24 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages  492.80 | 4 Social Security tax withheld  30.55 |
| 12 See Instrs. for Box 12 | 14 Other | | | e Employee's name, address, and ZIP code  NYOMI ISIS TURPIN  11815 EAST CANAL DR  AURORA CO 80011 | 5 Medicare wages and tips  492.80 | 6 Medicare tax withheld  7.15 |
| | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code  01d4-c49c-8b95-78b4 | | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  492.80 | 17 State income tax  10.00 | 18 Local wages, tips, etc.  492.80 | 19 Local income tax  0.00 | 20 Locality name  CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390  0000000034-0000W2  Void | | | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | 1 Wages, tips, other compensation  492.80 | 2 Federal income tax withheld  7.24 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages  492.80 | 4 Social Security tax withheld  30.55 |
| 12 See Instrs. for Box 12 | 14 Other | | | e Employee's name, address, and ZIP code  NYOMI ISIS TURPIN  11815 EAST CANAL DR  AURORA CO 80011 | 5 Medicare wages and tips  492.80 | 6 Medicare tax withheld  7.15 |
| | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code  01d4-c49c-8b95-78b4 | | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  492.80 | 17 State income tax  10.00 | 18 Local wages, tips, etc.  492.80 | 19 Local income tax  0.00 | 20 Locality name  CO AUROR |

---

## Form W-2 Wage and Tax Statement  2018  Copy 2, to be filed with employee's tax return for   CO

| d Control number | 0095-13058390  0000000034-0000W2  Void | | | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | 1 Wages, tips, other compensation  492.80 | 2 Federal income tax withheld  7.24 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages  492.80 | 4 Social Security tax withheld  30.55 |
| 12 See Instrs. for Box 12 | 14 Other | | | e Employee's name, address, and ZIP code  NYOMI ISIS TURPIN  11815 EAST CANAL DR  AURORA CO 80011 | 5 Medicare wages and tips  492.80 | 6 Medicare tax withheld  7.15 |
| | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  492.80 | 17 State income tax  10.00 | 18 Local wages, tips, etc.  492.80 | 19 Local income tax  0.00 | 20 Locality name  CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider those amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement   2018    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number 0095-13058390   0000000034-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | 492.80 | 7.24 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 492.80 | 30.55 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | 492.80 | 7.15 |

e Employee's name, address, and ZIP code

NYOMI ISIS TURPIN
11815 EAST CANAL DR
AURORA CO 80011

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 492.80 | 10.00 | 492.80 | 0.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on your other tips. For more information on unreported tips, see the instructions for Form 4137.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your record of earnings in a particular year.*

---

| Form W-2 Wage and Tax Statement | 2018 | Copy C, for employee's records |
| --- | --- | --- |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number 0095-13058390  0000000022-0000W2  Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| --- | --- | --- |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4151.40 | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 4151.40 | 4 Social Security tax withheld 257.39 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips 4151.40 | 6 Medicare tax withheld 60.20 |
| e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code b74b-c9cc-88f0-ea44 | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4151.40 | 17 State income tax | 18 Local wages, tips, etc. 4151.40 | 19 Local income tax 18.00 | 20 Locality name CO AUROR |

---

| Form W-2 Wage and Tax Statement | 2018 | Copy B, to be filed with employee's FEDERAL tax return |
| --- | --- | --- |

| d Control number 0095-13058390  0000000022-0000W2  Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| --- | --- | --- |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4151.40 | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 4151.40 | 4 Social Security tax withheld 257.39 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips 4151.40 | 6 Medicare tax withheld 60.20 |
| e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code b74b-c9cc-88f0-ea44 | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4151.40 | 17 State income tax | 18 Local wages, tips, etc. 4151.40 | 19 Local income tax 18.00 | 20 Locality name CO AUROR |

---

| Form W-2 Wage and Tax Statement | 2018 | Copy 2, to be filed with employee's tax return for CO |
| --- | --- | --- |

| d Control number 0095-13058390  0000000022-0000W2  Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| --- | --- | --- |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4151.40 | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 4151.40 | 4 Social Security tax withheld 257.39 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips 4151.40 | 6 Medicare tax withheld 60.20 |
| e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4151.40 | 17 State income tax | 18 Local wages, tips, etc. 4151.40 | 19 Local income tax 18.00 | 20 Locality name CO AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on your other tips for your employer. For further details, see your employer. See Pub. 531.

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure to code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider those amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0095-13058390   0000000022-0000W2 | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 14475 ROBINS DR  DENVER CO 80239 | OMB No. 1545-0008 | |

| | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|
| 13 Statutory Employee | Retirement plan | | 4151.40 | |
| | Third-party sick pay | 3 Social Security wages 4151.40 | 4 Social Security tax withheld 257.39 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips 4151.40 | 6 Medicare tax withheld 60.20 |
| | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | JASMINE VALDEZ  2342 MOLINE STREET  AURORA CO 80010 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4151.40 | 17 State income tax | 18 Local wages, tips, etc. 4151.40 | 19 Local income tax 18.00 | 20 Locality name CO  AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |

| | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|
| 13 Statutory Employee | Retirement plan | | |
| | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |

| | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|
| 13 Statutory Employee | Retirement plan | | |
| | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings for a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy C,   for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000020-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | 1 Wages, tips, other compensation **4731.60** | 2 Federal income tax withheld |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | | 3 Social Security wages **4731.60** | 4 Social Security tax withheld **293.36** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips **4731.60** | 6 Medicare tax withheld **68.61** |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code ANGEL VIGIL 5165 W COLGATE PLACE DENVER CO 80236 | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code **8bf2-0ad9-8932-df9c** | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4731.60 | 17 State income tax 4731.60 | 18 Local wages, tips, etc. 4731.60 | 19 Local income tax 16.00 | 20 Locality name CO AUROR |

---

## Form W-2 Wage and Tax Statement    2018    Copy B,   to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000020-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | 1 Wages, tips, other compensation **4731.60** | 2 Federal income tax withheld |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | | 3 Social Security wages **4731.60** | 4 Social Security tax withheld **293.36** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips **4731.60** | 6 Medicare tax withheld **68.61** |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code ANGEL VIGIL 5165 W COLGATE PLACE DENVER CO 80236 | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code **8bf2-0ad9-8932-df9c** | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4731.60 | 17 State income tax 4731.60 | 18 Local wages, tips, etc. 4731.60 | 19 Local income tax 16.00 | 20 Locality name CO AUROR |

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,   to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000020-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | 1 Wages, tips, other compensation **4731.60** | 2 Federal income tax withheld |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | | 3 Social Security wages **4731.60** | 4 Social Security tax withheld **293.36** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips **4731.60** | 6 Medicare tax withheld **68.61** |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code ANGEL VIGIL 5165 W COLGATE PLACE DENVER CO 80236 | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4731.60 | 17 State income tax 4731.60 | 18 Local wages, tips, etc. 4731.60 | 19 Local income tax 16.00 | 20 Locality name CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on these tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year-end note shows D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2018   Copy 2,  to be filed with employee's tax return for  AUROR

| d Control number | 0095-13058390   000000020-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code:
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 4731.60 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 4731.60 | 293.36 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 4731.60 | 68.61 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code:
ANGEL VIGIL
5165 W COLGATE PLACE
DENVER CO 80236

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4731.60 | | 4731.60 | 16.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement  2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund. For example, an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

must report as income and on certain employees to file Form 4137, report social security tax will be shown on your employer. Form 4137, show your records (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15 year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year) is when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** The **Retirement plan** box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

---

## Form W-2 Wage and Tax Statement    2018    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000038-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | | OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | | 1 Wages, tips, other compensation 4209.00 | 2 Federal income tax withheld 282.12 |
| 80-0438877 | | | DENVER CO 80239 | | | 3 Social Security wages 4209.00 | 4 Social Security tax withheld 260.96 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | | 5 Medicare wages and tips 4209.00 | 6 Medicare tax withheld 61.03 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | DEREK WASHINGTON | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | | Verification Code 0084-a025-5496-1681 | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4209.00 | 17 State income tax 156.00 | 18 Local wages, tips, etc. 4209.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR | |

---

## Form W-2 Wage and Tax Statement    2018    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000038-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | | OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | | 1 Wages, tips, other compensation 4209.00 | 2 Federal income tax withheld 282.12 |
| 80-0438877 | | | DENVER CO 80239 | | | 3 Social Security wages 4209.00 | 4 Social Security tax withheld 260.96 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | | 5 Medicare wages and tips 4209.00 | 6 Medicare tax withheld 61.03 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | DEREK WASHINGTON | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | | Verification Code 0084-a025-5496-1681 | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4209.00 | 17 State income tax 156.00 | 18 Local wages, tips, etc. 4209.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR | |

---

## Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for    CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000038-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | | OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | | 1 Wages, tips, other compensation 4209.00 | 2 Federal income tax withheld 282.12 |
| 80-0438877 | | | DENVER CO 80239 | | | 3 Social Security wages 4209.00 | 4 Social Security tax withheld 260.96 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | | 5 Medicare wages and tips 4209.00 | 6 Medicare tax withheld 61.03 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | DEREK WASHINGTON | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | | Verification Code | |
| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4209.00 | 17 State income tax 156.00 | 18 Local wages, tips, etc. 4209.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on unreported tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement    2018    Copy 2,    to be filed with employee's tax return for    AUROR

| d Control number | 0095-13058390    000000000038-0000W2 | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS | | |
| 80-0438877 | | | 14475 ROBINS DR | | |

| c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|

DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 4209.00 | 282.12 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 4209.00 | 260.96 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4209.00 | 61.03 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

12 Other

e Employee's name, address, and ZIP code

DEREK WASHINGTON

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4209.00 | 156.00 | 4209.00 | 10.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|
| b Employer's identification number | a Employee's social security number | |

| Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

12 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|
| b Employer's identification number | a Employee's social security number | |

| Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

12 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. See Form 4137, Social Security and Medicare Tax on Unreported Tip Income.

Box 9. If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions on how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan.
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan.
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement   2018   Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000001-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| c Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 4661.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 4661.00 | 288.98 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4661.00 | 67.58 |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| NATALIE M WILLIAMS |
| 2102 M L K BLVD |
| DENVER CO 80205 |

Verification Code  b9fc-3694-d239-35b4

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4661.00 | | 4661.00 | 16.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement   2018   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000001-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| c Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 4661.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 4661.00 | 288.98 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4661.00 | 67.58 |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| NATALIE M WILLIAMS |
| 2102 M L K BLVD |
| DENVER CO 80205 |

Verification Code  b9fc-3694-d239-35b4

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4661.00 | | 4661.00 | 16.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement   2018   Copy 2, to be filed with employee's tax return for   CO

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000001-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| c Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 4661.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 4661.00 | 288.98 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4661.00 | 67.58 |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| NATALIE M WILLIAMS |
| 2102 M L K BLVD |
| DENVER CO 80205 |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4661.00 | | 4661.00 | 16.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferred deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure to defer code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution [or a prior year] when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

## Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for   AUROR

| d Control number: 0095-13058390   0000000001-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|

c Employer's name, address, and ZIP code:
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

b Employer's identification number: 80-0438877

a Employee's social security number: 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

OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 4661.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 4661.00 | 288.98 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4661.00 | 67.58 |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code:
NATALIE M WILLIAMS
2102 M L K BLVD
DENVER CO 80205

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4661.00 | | 4661.00 | 16.00 | CO  AUROR |

Department of the Treasury - Internal Revenue Service

---

## Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

b Employer's identification number | a Employee's social security number

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12

14 Other

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement — 2018

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

b Employer's identification number | a Employee's social security number

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12

14 Other

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had only one employer during 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 Instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 Instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other wages and tips. If you have unreported tips, see your employer. By filing Form 4137, your social security tips will be credited (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your failure code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan.

**BB**—Designated Roth contributions under a section 403(b) plan.

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note.** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement    2018    Copy C, for employee's records

| d Control number  0095-13058390   0000000009-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 4179.18 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 4179.18 | 259.11 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4179.18 | 60.60 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee ☐   Retirement plan ☐   Third-party sick pay ☐

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

Verification Code    aa86-8cf9-f93c-0f5f

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4179.18 | | 4179.18 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement    2018    Copy B, to be filed with employee's FEDERAL tax return

| d Control number  0095-13058390   0000000009-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 4179.18 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 4179.18 | 259.11 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4179.18 | 60.60 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee ☐   Retirement plan ☐   Third-party sick pay ☐

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

Verification Code    aa86-8cf9-f93c-0f5f

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4179.18 | | 4179.18 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement    2018    Copy 2, to be filed with employee's tax return for   CO

| d Control number  0095-13058390   0000000009-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 4179.18 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 4179.18 | 259.11 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 4179.18 | 60.60 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee ☐   Retirement plan ☐   Third-party sick pay ☐

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4179.18 | | 4179.18 | 16.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD isn't taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you

must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

Box 9. If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferral to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferral under a section 403(b) salary reduction agreement
F—Elective deferral under a section 408(k)(6) salary reduction SEP
G—Elective deferral and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan.
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan.
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2018 — Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0095-13058390 | 0000000009-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | OMB No. 1545-0008 |
|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 4179.18 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 4179.18 | 259.11 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 4179.18 | 60.60 |

| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|

e Employee's name, address, and ZIP code

STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 4179.18 | 17 State income tax | 18 Local wages, tips, etc. 4179.18 | 19 Local income tax 16.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement — 2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement — 2018

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are a filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** *If your fellows code D through H, S, T, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan.

**CC**—HIRE exempt wages and tips

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.*

---

### Form W-2 Wage and Tax Statement   2018   Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000003-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

e Employer's name, address, and ZIP code:
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3874.80 | |
| 3 Social security wages | 4 Social security tax withheld |
| 3874.80 | 240.24 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3874.80 | 56.18 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code:
CHERYL R WOODSON
1775 W MOSIER PLACE #1209
DENVER CO 80223

| 7 Social security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code: 750b-7549-734b-3720

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3874.80 | | | | |

---

### Form W-2 Wage and Tax Statement   2018   Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000003-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

e Employer's name, address, and ZIP code:
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3874.80 | |
| 3 Social security wages | 4 Social security tax withheld |
| 3874.80 | 240.24 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3874.80 | 56.18 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code:
CHERYL R WOODSON
1775 W MOSIER PLACE #1209
DENVER CO 80223

| 7 Social security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code: 750b-7549-734b-3720

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3874.80 | | | | |

---

### Form W-2 Wage and Tax Statement   2018   Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000003-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

e Employer's name, address, and ZIP code:
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3874.80 | |
| 3 Social security wages | 4 Social security tax withheld |
| 3874.80 | 240.24 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3874.80 | 56.18 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code:
CHERYL R WOODSON
1775 W MOSIER PLACE #1209
DENVER CO 80223

| 7 Social security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code:

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3874.80 | | | | |

| 33333 | **a** Control number<br>0095-13058390 | For Official Use Only ▶<br>OMB No. 1545-0008 | | |

| **b** Kind of Payer (Check one) | 941 [X] | Military ☐ | 943 ☐ | 944 ☐ | None apply [X] | 501c non-govt. ☐ | Third-party sick pay ☐ (Check if applicable) |

Kind of Employer (Check one)

CT-1 ☐  Hshld. emp. ☐  Medicare govt. emp. ☐

State/local non-501c [X]  State/local 501c ☐  Federal govt. ☐

| **c** Total number of Forms W-2<br>35 | **d** Establishment number | **1** Wages, tips, other compensation<br>123858.18 | **2** Federal income tax withheld<br>5022.30 |
| **e** Employer identification number (EIN)<br>80-0438877 | | **3** Social security wages<br>123858.18 | **4** Social security tax withheld<br>7679.22 |
| **f** Employer's name<br>AGGIES ANGELS CARE PROVIDERS | | **5** Medicare wages and tips<br>123858.18 | **6** Medicare tax withheld<br>1795.93 |
| 14475 ROBINS DR<br>DENVER CO 80239 | | **7** Social security tips | **8** Allocated tips |
| | | **9** | **10** Dependent care benefits |
| | | **11** Nonqualified plans | **12a** Deferred compensation |
| **g** Employer's address and ZIP code | | | |
| **h** Other EIN used this year | | **13** For third-party sick pay use only | **12b** |
| **15** State    Employer's state ID number | | **14** Income tax withheld by payer of third-party sick pay | |
| **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax |
| Employer's contact person<br>LATTANY DEJANE | | Employer's telephone number<br>(720) 318-0173 | For Official Use Only<br>0000/1124 |
| Employer's fax number | | Employer's email address | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ REFERENCE COPY PREPARED BY PAYCHEX. Title ▶ DO NOT FILE.                    Date ▶

Form **W-3** Transmittal of Wage and Tax Statements    **2018**    Department of the Treasury<br>Internal Revenue Service

# DO NOT FILE

## YOUR FEDERAL W-2 & W-3 DATA
## IS FILED ELECTRONICALLY

| 33333 | **a** Control number  0095-13058390 | For Official Use Only ▶  OMB No. 1545-0008 | | |
|---|---|---|---|---|

**b** Kind of Payer (Check one): 941 [X]  Military [ ]  943 [ ]  944 [ ]  CT-1 [ ]  Hshld. emp. [ ]  Medicare govt. emp. [ ]

**Kind of Employer** (Check one): None apply [X]  501c non-govt. [ ]  State/local non-501c [ ]  State/local 501c [ ]  Federal govt. [ ]

Third-party sick pay (Check if applicable) [ ]

| **c** Total number of Forms W-2  35 | **d** Establishment number | **1** Wages, tips, other compensation  123858.18 | **2** Federal income tax withheld  5022.30 |
|---|---|---|---|
| **e** Employer identification number (EIN)  80-0438877 | | **3** Social security wages  123858.18 | **4** Social security tax withheld  7679.22 |
| **f** Employer's name  AGGIES ANGELS CARE PROVIDERS | | **5** Medicare wages and tips  123858.18 | **6** Medicare tax withheld  1795.93 |
| 14475 ROBINS DR  DENVER CO 80239 | | **7** Social security tips | **8** Allocated tips |
| | | **9** | **10** Dependent care benefits |
| | | **11** Nonqualified plans | **12a** Deferred compensation |
| **g** Employer's address and ZIP code | | | |
| **h** Other EIN used this year | | **13** For third-party sick pay use only | **12b** |
| **15** State    Employer's state ID number | | **14** Income tax withheld by payer of third-party sick pay | |
| **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax |
| Employer's contact person  LATTANY DEJANE | | Employer's telephone number  (720) 318-0173 | For Official Use Only  0000/1124 |
| Employer's fax number | | Employer's email address | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ REFERENCE COPY PREPARED BY PAYCHEX. Title ▶ DO NOT FILE.    Date ▶

Form **W-3** Transmittal of Wage and Tax Statements    **2018**

Department of the Treasury
Internal Revenue Service

# DO NOT FILE

## YOUR FEDERAL W-2 & W-3 DATA
## IS FILED ELECTRONICALLY

18362  TAXPAY®  13058390

DO NOT STAPLE

Form **1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

20**19**

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR
DENVER CO 80239

| Name of person to contact | Telephone number |
|---|---|
| LATTANY DEJANE | ( 720) 318-0173 |
| E-mail address | Fax Number ( ) |

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 80-0438877 | | 9 | $ | $ 76811.50 |

6 Enter an "X" in only one box below to indicate the type of form being filed  7 Form 1099-MISC with NEC in box 7, check ... ▶ ☒

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

**REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.**

Signature ▶ .................................................... Title ▶ ............................................ Date▶ ............................

# DO NOT FILE

## YOUR FEDERAL 1099 & 1096 DATA

## IS FILED ELECTRONICALLY

0095-13058390                TAXPAY ®                20008

DO NOT STAPLE

OMB No. 1545-0108

Form **1096**

Department of the Treasury
Internal Revenue Service

## Annual Summary and Transmittal of U.S. Information Returns

**20**19

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR
DENVER CO 80239

| Name of person to contact | Telephone number |
|---|---|
| LATTANY DEJANE | ( 720) 318-0173 |
| E-mail address | Fax Number ( ) |

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 80-0438877 | | 9 | $ | $ 76811.50 |

6 Enter an "X" in only one box below to indicate the type of form being filed 7 Form 1099-MISC with NEC in box 7, check ... ▶ X

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | X | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

**REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.**

Signature ▶ .................................................... Title ▶ .................................................... Date▶ ....................................................

# DO NOT FILE

## YOUR FEDERAL 1099 & 1096 DATA

## IS FILED ELECTRONICALLY

Form **1099-MISC**   MISCELLANEOUS INCOME   ☐ VOID   ☐ CORRECTED
16-033 1690

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 15 20008 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
ZIPPORAH ARRINGTON

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 20891.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 20891.00 |

www.irs.gov/form1099misc                                    Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**   MISCELLANEOUS INCOME   ☐ VOID   ☐ CORRECTED
16-033 1690

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 48 20008 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
RAMONA COOPER
13795 E 25TH PL

AURORA CO 80011

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 19656.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 19656.00 |

www.irs.gov/form1099misc                                    Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**   MISCELLANEOUS INCOME   ☐ VOID   ☐ CORRECTED
16-033 1690

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 49 20008 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
CHANTEL ELLISON
1925 S VAUGHN WAY APT 308

AURORA CO 80014

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 10488.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 10488.00 |

www.irs.gov/form1099misc                                    Department of the Treasury - Internal Revenue Service

---

Form **1099-MISC**   MISCELLANEOUS INCOME   ☐ VOID   ☐ CORRECTED
16-033 1690

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 53 20008 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
MATTHEW HOGAN

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 2016.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/3094 1838 | 18 State income $ 2016.00 |

www.irs.gov/form1099misc                                    Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 26 20008 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
TENEA CATTANY
4699 KITTRIDGE

DENVER CO 80239

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 13661.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 13661.00 |

www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 18 20008 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEVIN MOORE

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 360.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 360.00 |

www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 25 20008 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEMETRIA SKIPPER
4155 E IOWA # 103

DENVER CO 80222

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 5496.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 5496.00 |

www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 54 20008 | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DAMON WHITE
15070 E 55TH AVE

DENVER CO 80239

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 207.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/3094 1838 | 18 State income $ 207.00 |

www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
[X] VOID  [ ] CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 66 20008 | FATCA filing requirement | 2nd TIN Not. |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIE'S ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 4036.50 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 4036.50 |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
[X] VOID  [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11  12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
[X] VOID  [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11  12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

## Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
[X] VOID  [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT TIN | Account number (see instructions) | FATCA filing requirement | 2nd TIN Not. |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 11  12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

## Form 1099-MISC — MISCELLANEOUS INCOME

Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
□ VOID   □ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 15 20001 | FATCA filing requirement □ | 2nd TIN Not. □ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
ZIPPORAH ARRINGTON

COPY C, FOR PAYER
For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 20891.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 20891.00 |

www.irs.gov/form1099misc
Department of the Treasury - Internal Revenue Service

---

Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
□ VOID   □ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN – – | Account number (see instructions) 0095-13058390 – 48 20001 | FATCA filing requirement □ | 2nd TIN Not. □ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

COPY C, FOR PAYER
For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 19656.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 19656.00 |

www.irs.gov/form1099misc
Department of the Treasury - Internal Revenue Service

---

Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
□ VOID   □ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 49 20001 | FATCA filing requirement □ | 2nd TIN Not. □ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
CHANTEL ELLISON
1925 S VAUGHN WAY APT 308

AURORA CO 80014

COPY C, FOR PAYER
For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 10488.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 10488.00 |

www.irs.gov/form1099misc
Department of the Treasury - Internal Revenue Service

---

Form 1099-MISC   MISCELLANEOUS INCOME
16-033 1690
□ VOID   □ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 53 20001 | FATCA filing requirement □ | 2nd TIN Not. □ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
MATTHEW HOGAN

COPY C, FOR PAYER
For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 2016.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ 2016.00 |

www.irs.gov/form1099misc
Department of the Treasury - Internal Revenue Service

## Form 1099-MISC  MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 26 20001 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
TENEA CATTANY
4699 KITTRIDGE

DENVER CO 80239

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 13661.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 13661.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

## Form 1099-MISC  MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 18 20001 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEVIN MOORE

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 360.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 360.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

## Form 1099-MISC  MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 25 20001 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DEMETRIA SKIPPER
4155 E IOWA # 103

DENVER CO 80222

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 5496.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 5496.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

## Form 1099-MISC  MISCELLANEOUS INCOME
16-033 1690   ☐ VOID  ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 – 54 20001 | FATCA filing requirement | 2nd TIN Not. |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
DAMON WHITE
15070 E 55TH AVE

DENVER CO 80239

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 207.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/3094 1838 | 18 State income $ 207.00 |

www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

Form **1099-MISC** MISCELLANEOUS INCOME
16-033 1690
☒ VOID ☐ CORRECTED

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 — 66 20001 | | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIE'S ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.
SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ 0.00 | 2 Royalties $ 0.00 | 3 Other Income $ 0.00 | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 4036.50 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/0941838 | 18 State income $ 4036.50 |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

Form **1099-MISC** MISCELLANEOUS INCOME
16-033 1690
☒ VOID ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

Form **1099-MISC** MISCELLANEOUS INCOME
16-033 1690
☒ VOID ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

Form **1099-MISC** MISCELLANEOUS INCOME
16-033 1690
☒ VOID ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement ☐ | 2nd TIN Not. ☐ |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code.

COPY C, FOR PAYER

For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 15    20008 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14714 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or province, country and ZIP or foreign postal code
ZIPPORAH ARRINGTON

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **20891.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 15    20008 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14714 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or province, country and ZIP or foreign postal code
ZIPPORAH ARRINGTON

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **20891.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. **CO/30941838** | 18 State income $ **$20,891.00** |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115    ☐ VOID    ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 15    20008 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14714 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or province, country and ZIP or foreign postal code
ZIPPORAH ARRINGTON

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **20891.00** | 8 Substitute payments in lieu of dividends or interest USDC |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your tax return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

| Form **1099 - MISC** | MISCELLANEOUS INCOME 46-033 1690 | | | TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|

□ VOID   □ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 15 | 20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code<br><br>ZIPPORAH ARRINGTON | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ 20891.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$ $20,891.00 |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 46-033 1690 | | | |
|---|---|---|---|---|

☒ VOID   □ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 46-033 1690 | | | |
|---|---|---|---|---|

☒ VOID   □ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME   OMB No. 1545-0115 1690    ☐ VOID   ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 48   20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RAMONA J COOPER<br>13795 E 25TH PL<br><br>AURORA CO 80011 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **19656.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$   14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.   18 State income<br>$ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME   OMB No. 1545-0115 1690    ☐ VOID   ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 48   20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RAMONA J COOPER<br>13795 E 25TH PL<br><br>AURORA CO 80011 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **19656.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$   14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>**CO/30941838**   18 State income<br>**$19,656.00** |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME   OMB No. 1545-0115 1690    ☐ VOID   ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 48   20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RAMONA J COOPER<br>13795 E 25TH PL<br><br>AURORA CO 80011 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **19656.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$   14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.   18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products were paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME     66-033 1690     ☐ VOID  ☐ CORRECTED     **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  48 | 20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RAMONA J COOPER<br>13795 E 25TH PL<br><br>AURORA CO 80011 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$       19656.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$       $19,656.00 |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME     66-033 1690     ☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME     66-033 1690     ☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

### Form 1099 - MISC

MISCELLANEOUS INCOME (Form 46-033 1690)

☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 49 | 20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14370 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

CHANTEL ELLISON

1925 S VAUGHN WAY APT 308

AURORA CO 80014

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | |
| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
| $ | $ | $ 10488.00 | $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| | $ | | $ | $ |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $ | | $ |

---

### Form 1099 - MISC

MISCELLANEOUS INCOME (Form 46-033 1690)

☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 49 | 20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14370 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

CHANTEL ELLISON

1925 S VAUGHN WAY APT 308

AURORA CO 80014

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | |
| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
| $ | $ | $ 10488.00 | $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| | $ | | $ | $ |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $ | CO/30941838 | $10,488.00 |

---

### Form 1099 - MISC

MISCELLANEOUS INCOME (Form 46-033 1690)

☐ VOID   ☐ CORRECTED   TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 49 | 20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14370 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

CHANTEL ELLISON

1925 S VAUGHN WAY APT 308

AURORA CO 80014

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | |
| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
| $ | $ | $ 10488.00 | $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| | $ | | $ | $ |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $ | | $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

Form **1099 - MISC**   MISCELLANEOUS   INCOME  66-033  1690

☐ VOID   ☐ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 49 | 20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14475 ROBINS DR<br><br>DENVER CO 80239 | CHANTEL ELLISON<br><br>1925 S VAUGHN WAY APT 308<br><br>AURORA CO 80014 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$        10488.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$      $10,488.00 |

---

Form **1099 - MISC**   MISCELLANEOUS   INCOME  66-033  1690   ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

Form **1099 - MISC**   MISCELLANEOUS   INCOME  66-033  1690   ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

Form **1099 - MISC**   MISCELLANEOUS INCOME   (Rev. 11-033-1690)   ☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 53   20008 | FATCA filing requirement ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
MATTHEW HOGAN

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **2016.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC**   MISCELLANEOUS INCOME   (Rev. 11-033-1690)   ☐ VOID   ☐ CORRECTED   COPY B, FOR RECIPIENT

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 53   20008 | FATCA filing requirement ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
MATTHEW HOGAN

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **2016.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income **$2,016.00** |

---

Form **1099 - MISC**   MISCELLANEOUS INCOME   (Rev. 11-033-1690)   ☐ VOID   ☐ CORRECTED   TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2019** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 53   20008 | FATCA filing requirement ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
MATTHEW HOGAN

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **2016.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

Form **1099 - MISC** MISCELLANEOUS INCOME 46-033 1690

VOID ☐ CORRECTED ☐ TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 53 20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

MATTHEW HOGAN

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **2016.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$2,016.00** |

---

Form **1099 - MISC** MISCELLANEOUS INCOME 46-033 1690

X VOID ☐ CORRECTED ☐

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC** MISCELLANEOUS INCOME 46-033 1690

X VOID ☐ CORRECTED ☐

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, but must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy/sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-0115 1690   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 26 | 20008 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

TENEA T LATTANY

4699 KITTRIDGE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 13661.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $   14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-0115 1690   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 26 | 20008 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

TENEA T LATTANY

4699 KITTRIDGE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 13661.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $   14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ $13,661.00 |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-0115 1690   ☐ VOID   ☐ CORRECTED   **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 26 | 20008 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

TENEA T LATTANY

4699 KITTRIDGE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 13661.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $   14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount is in box 7 as SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**    MISCELLANEOUS    INCOME    OMB No. 1545-0115    66-033  1690

☐ VOID  ☐ CORRECTED    **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  26    20008 | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14475 ROBINS DR<br><br>DENVER CO 80239 | TENEA T LATTANY<br><br>4699 KITTRIDGE<br><br><br>DENVER CO 80239 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$  13661.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$  $13,661.00 |

---

**Form 1099 - MISC**    MISCELLANEOUS    INCOME    66-033  1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| | | | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**    MISCELLANEOUS    INCOME    66-033  1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| | | | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    66-033 1690    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  18 | 20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | DEVIN MOORE | |

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ **360.00** | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    66-033 1690    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  18 | 20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | DEVIN MOORE | |

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ **360.00** | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | CO/30941838 | $ **360.00** |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    66-033 1690    ☐ VOID    ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  18 | 20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | DEVIN MOORE | |

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ **360.00** | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME     66-033_1690

☐ VOID   ☐ CORRECTED     TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 18    20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | DEVIN MOORE | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$   **360.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>**$360.00** |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME     66-033_1690

☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME     66-033_1690

☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME (Rev. 9-033 1690)   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| **2019** | 80-0438877 | 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 | 0095-13058390 - 25   20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4151 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5496.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME (Rev. 9-033 1690)   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| **2019** | 80-0438877 | 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 | 0095-13058390 - 25   20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4151 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5496.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. **CO/30941838** | 18 State income $ **$5,496.00** |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME (Rev. 9-033 1690)   ☐ VOID   ☐ CORRECTED   **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| **2019** | 80-0438877 | 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 | 0095-13058390 - 25   20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DEMETRIA D SKIPPER
4151 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5496.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 66-033 1690

☐ VOID  ☐ CORRECTED    **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 25    20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | DEMETRIA D SKIPPER<br>4155 E IOWA # 103<br><br>DENVER CO 80222 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5496.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$5,496.00** |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 66-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 66-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) or (Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME    66-033 1690    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 54    20008 | |

| PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14745 ROBINS DR<br><br>DENVER CO 80239 | DAMON WHITE<br><br>15070 E 55TH AVE<br><br>DENVER CO 80239 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ 207.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME    66-033 1690    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 54    20008 | |

| PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14745 ROBINS DR<br><br>DENVER CO 80239 | DAMON WHITE<br><br>15070 E 55TH AVE<br><br>DENVER CO 80239 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ 207.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$207.00 |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME    66-033 1690    ☐ VOID    ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 54    20008 | |

| PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14745 ROBINS DR<br><br>DENVER CO 80239 | DAMON WHITE<br><br>15070 E 55TH AVE<br><br>DENVER CO 80239 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ 207.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 46-033 1690

☐ VOID  ☐ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 54  20008 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
DAMON WHITE
15070 E 55TH AVE
DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 207.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $207.00 |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 46-033 1690    ☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME 46-033 1690    ☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME    OMB No. 1545-0115 1690     ☐ VOID  ☐ CORRECTED     **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 66    20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ 4036.50 | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME    OMB No. 1545-0115 1690     ☐ VOID  ☐ CORRECTED     **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 66    20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ 4036.50 | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | CO/30941838 | $4,036.50 |

---

**Form 1099 - MISC**     MISCELLANEOUS INCOME    OMB No. 1545-0115 1690     ☐ VOID  ☐ CORRECTED     **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 66    20008 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ 4036.50 | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F. From 1040.

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 65-033 1690    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

☐ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  66    20008 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | SHERRONDA WRIGHT  2990 TUANHOE ST  DENVER CO 80207 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **4036.50** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$4,036.50** |

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 65-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 65-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

Form **1099 - MISC**    MISCELLANEOUS INCOME 66-033 1690    ☐ VOID    ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 15    20001 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

ZIPPORAH ARRINGTON

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 20891.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $    14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.    18 State income $ |

---

Form **1099 - MISC**    MISCELLANEOUS INCOME 66-033 1690    ☐ VOID    ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 15    20001 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

ZIPPORAH ARRINGTON

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 20891.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $    14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838    18 State income $ $20,891.00 |

---

Form **1099 - MISC**    MISCELLANEOUS INCOME 66-033 1690    ☐ VOID    ☐ CORRECTED    TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0095-13058390 - 15    20001 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

ZIPPORAH ARRINGTON

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 20891.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $    14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.    18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 46-033 1690 | | | TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|

☐ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  15      20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14475 ROBINS DR<br><br>DENVER CO 80239 | ZIPPORAH ARRINGTON | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$    **20891.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$    **$20,891.00** |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 46-033 1690 | | | |
|---|---|---|---|---|

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 46-033 1690 | | | |
|---|---|---|---|---|

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | **4 Federal income tax withheld**<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) or (Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  OMB No. 1545-0033 1690  ☐ VOID  ☐ CORRECTED  COPY B, FOR RECIPIENT

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN – – | Account number (see instructions) 0095-13058390 - 48   20001 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14714 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 19656.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  OMB No. 1545-0033 1690  ☐ VOID  ☐ CORRECTED  COPY B, FOR RECIPIENT

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN – – | Account number (see instructions) 0095-13058390 - 48   20001 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14714 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 19656.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $19,656.00 |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  OMB No. 1545-0033 1690  ☐ VOID  ☐ CORRECTED  TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR 2019 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN – – | Account number (see instructions) 0095-13058390 - 48   20001 | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14714 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
RAMONA J COOPER
13795 E 25TH PL

AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ 19656.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your information correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products were paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your tax return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

☐ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | - - | 0095-13058390 - 48    20001 | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

RAMONA J COOPER

13795 E 25TH PL

AURORA CO 80011

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $    19656.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.    CO/30941838 | 18 State income $    $19,656.00 |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| | | | | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| | | | | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, but must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) or (Form 1040NR and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F. (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  (Rev. 06-033  1690)    ☐ VOID   ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  49 | 20001 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
CHANTEL ELLISON
1925 S VAUGHN WAY APT 308

AURORA CO 80014

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **10488.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  (Rev. 06-033  1690)    ☐ VOID   ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  49 | 20001 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
CHANTEL ELLISON
1925 S VAUGHN WAY APT 308

AURORA CO 80014

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **10488.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. **CO/30941838** | 18 State income $ **$10,488.00** |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  (Rev. 06-033  1690)    ☐ VOID   ☐ CORRECTED    TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  49 | 20001 | ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
CHANTEL ELLISON
1925 S VAUGHN WAY APT 308

AURORA CO 80014

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **10488.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 46-033 1690

☐ VOID  ☐ CORRECTED  TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 49   20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | CHANTEL ELLISON<br>1925 S VAUGHN WAY APT 308<br><br>AURORA CO 80014 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $  10488.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $  $10,488.00 |

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 46-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC**  MISCELLANEOUS INCOME 46-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115 (Rev. 66-033 1690)    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 53    20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14470 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

MATTHEW HOGAN

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **2016.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115 (Rev. 66-033 1690)    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 53    20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14470 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

MATTHEW HOGAN

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **2016.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$2,016.00** |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    OMB No. 1545-0115 (Rev. 66-033 1690)    ☐ VOID    ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 53    20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14470 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

MATTHEW HOGAN

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **2016.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME   Form 1099-033 1690

☐ VOID  ☐ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 53   20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14475 ROBINS DR<br><br>DENVER CO 80239 | MATTHEW HOGAN | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$  2016.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$2,016.00 |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME   Form 1099-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME   Form 1099-033 1690

☒ VOID  ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  46-033 1690    ☐ VOID  ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 26 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14714 ROBINS DR<br>DENVER CO 80239 | TENEA T LATTANY<br>4699 KITTRIDGE<br><br>DENVER CO 80239 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **13661.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ |  14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  46-033 1690    ☐ VOID  ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 26 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14714 ROBINS DR<br>DENVER CO 80239 | TENEA T LATTANY<br>4699 KITTRIDGE<br><br>DENVER CO 80239 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **13661.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ |  14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$ **$13,661.00** |

---

**Form 1099 - MISC**  MISCELLANEOUS INCOME  46-033 1690    ☐ VOID  ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 26 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14714 ROBINS DR<br>DENVER CO 80239 | TENEA T LATTANY<br>4699 KITTRIDGE<br><br>DENVER CO 80239 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **13661.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ |  14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

Form **1099 - MISC**   MISCELLANEOUS INCOME   [ ] VOID   [ ] CORRECTED   **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

OMB No. 1545-0115 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | | FATCA filing requirement |
|---|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  26   20001 | | | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

TENEA T LATTANY

4699 KITTRIDGE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $       13661.00 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $   $13,661.00 |

---

Form **1099 - MISC**   MISCELLANEOUS INCOME   [X] VOID   [ ] CORRECTED

OMB No. 1545-0115 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC**   MISCELLANEOUS INCOME   [X] VOID   [ ] CORRECTED

OMB No. 1545-0115 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ [ ] | 10 Crop insurance proceeds $ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME 66-033 1690    ☐ VOID  ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 18 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code<br><br>DEVIN MOORE | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **360.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME 66-033 1690    ☐ VOID  ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 18 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code<br><br>DEVIN MOORE | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **360.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$360.00** |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME 66-033 1690    ☐ VOID  ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 18 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code<br><br>DEVIN MOORE | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **360.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME 66-033 1690

☐ VOID   ☐ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2019** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0095-13058390 - 18    20001** | FATCA filing requirement |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code DEVIN MOORE | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **360.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **360.00** |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME 66-033 1690

☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME 66-033 1690

☒ VOID   ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, but must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) or (Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products were paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    ☐ VOID    ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 25    20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DEMETRIA D SKIPPER

4511 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5496.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    ☐ VOID    ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 25    20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DEMETRIA D SKIPPER

4511 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5496.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$5,496.00** |

---

**Form 1099 - MISC**    MISCELLANEOUS INCOME    ☐ VOID    ☐ CORRECTED    TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 25    20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14475 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DEMETRIA D SKIPPER

4511 E IOWA # 103

DENVER CO 80222

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **5496.00** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your tax return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

Form **1099 - MISC**    MISCELLANEOUS INCOME    ☐ VOID    ☐ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 25    20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14475 ROBINS DR<br><br>DENVER CO 80239 | DEMETRIA D SKIPPER<br><br>4155 E IOWA # 103<br><br>DENVER CO 80222 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$    5496.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$5,496.00 |

---

Form **1099 - MISC**    MISCELLANEOUS INCOME 0641-0933 1690    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

Form **1099 - MISC**    MISCELLANEOUS INCOME 0641-0933 1690    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) or (Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F. From 1040.

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

Form **1099 - MISC**    MISCELLANEOUS    ☐ VOID   ☐ CORRECTED    COPY B, FOR RECIPIENT
INCOME 6-0933 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 54 | 20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14470 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DAMON WHITE

15070 E 55TH AVE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ 207.00 | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

---

Form **1099 - MISC**    MISCELLANEOUS    ☐ VOID   ☐ CORRECTED    COPY B, FOR RECIPIENT
INCOME 6-0933 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 54 | 20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14470 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DAMON WHITE

15070 E 55TH AVE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ 207.00 | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | CO/30941838 | $207.00 |

---

Form **1099 - MISC**    MISCELLANEOUS    ☐ VOID   ☐ CORRECTED    TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY
INCOME 6-0933 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 54 | 20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

AGGIES ANGELS CARE PROVIDERS

14470 ROBINS DR

DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code

DAMON WHITE

15070 E 55TH AVE

DENVER CO 80239

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other Income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | $ |

| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|---|
| $ | $ | $ 207.00 | $ |

| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|---|
| | $ | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 66-033 1690 | | VOID | CORRECTED | TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY |

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 54 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br><br>14475 ROBINS DR<br><br>DENVER CO 80239 | DAMON WHITE<br><br>15070 E 55TH AVE<br><br><br>DENVER CO 80239 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ **207.00** | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>CO/30941838 | 18 State income<br>$ **$207.00** |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 66-033 1690 | | ☒ VOID | ☐ CORRECTED | |

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

| Form **1099 - MISC** | MISCELLANEOUS INCOME 66-033 1690 | | ☒ VOID | ☐ CORRECTED | |

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc.*

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-0115   □ VOID   □ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  66   20001 | |

PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $  4036.50 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-0115   □ VOID   □ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  66   20001 | |

PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $  4036.50 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no.  CO/30941838 | 18 State income $4,036.50 |

---

**Form 1099 - MISC**   MISCELLANEOUS INCOME   OMB No. 1545-0115   □ VOID   □ CORRECTED   **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390  -  66   20001 | |

PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no.
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code
SHERRONDA WRIGHT
2990 TUANHOE ST

DENVER CO 80207

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $  4036.50 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR) . See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

---

Form **1099 - MISC**    MISCELLANEOUS INCOME    □ VOID    □ CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

Form 41-0033 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| 2019 | 80-0438877 | 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 | 0095-13058390 - 66   20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | SHERRONDA WRIGHT<br>2990 TUANHOE ST<br>DENVER CO 80207 | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ **4036.50** | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. CO/30941838 | 18 State income $ **$4,036.50** |

---

Form **1099 - MISC**    MISCELLANEOUS INCOME    ☒ VOID    □ CORRECTED

Form 41-0033 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

---

Form **1099 - MISC**    MISCELLANEOUS INCOME    ☒ VOID    □ CORRECTED

Form 41-0033 1690

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | | |

| 1 Rents $ | 2 Royalties $ | 3 Other Income $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ▶ □ | 10 Crop insurance proceeds $ | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

0095-13058390

Form **940 for 2019:** **Employer's Annual Federal Unemployment (FUTA) Tax Return**
Department of the Treasury - Internal Revenue Service

850113

OMB No. 1545-0028

| Employer identification number (EIN) | 8 0 — 0 4 3 8 8 7 7 |

Name *(not your trade name)* **AGGIES ANGELS CARE PROVIDERS**

Trade name *(if any)*

Address **14475 ROBINS DR**
Number    Street                                          Suite or room number

**DENVER**                    **CO**    **80239**
City                          State    ZIP code

Foreign country name    Foreign province/county    Foreign postal code

**Type of Return**
**(Check all that apply.)**

- [ ] **a.** Amended
- [ ] **b.** Successor employer
- [ ] **c.** No payments to employees in 2019
- [ ] **d.** Final: Business closed or stopped paying wages

Go to *www.irs.gov/form940* for instructions and the latest information.

Read the separate instructions before you complete this form. Please type or print within the boxes.

**Part 1:** Tell us about your return. If any line does NOT apply, leave it blank. See instructions before completing Part 1.

**1a** If you had to pay state unemployment tax in one state only, enter the state abbreviation . **1a** C O
Check Here

**1b** If you had to pay state unemployment tax in more than one state, you are a multi-state employer . . . . . . . . . . . . . . . . . . . . . . . . . . **1b** [ ] Complete Schedule A (Form 940).

**2** If you paid wages in a state that is subject to CREDIT REDUCTION . . . . **2** [ ] Check here. Complete Schedule A (Form 940).

**Part 2:** Determine your FUTA tax before adjustments. If any line does NOT apply, leave it blank.

**3** Total payments to all employees . . . . . . . . . . . . . . **3** 155401.30

**4** Payments exempt from FUTA tax . . . . . . . . . **4** [          .          ]

Check all that apply **4a** [ ] Fringe benefits    **4c** [ ] Retirement/Pension    **4e** [ ] Other
**4b** [ ] Group-term life insurance    **4d** [ ] Dependent care

**5** Total of payments made to each employee in excess of $7,000 . . . . . . . . . . . . . . . . . **5** 27900.00

**6** **Subtotal** (line 4 + line 5 = line 6) . . . . . . . . . . **6** 27900.00

**7** Total taxable FUTA wages (line 3 - line 6 = line 7) (see instructions) . . . . . . . . . **7** 127501.30

**8** FUTA tax before adjustments (line 7 x 0.006 = line 8) . . . . . . . . . **8** 765.01

**Part 3:** Determine your adjustments. If any line does NOT apply, leave it blank.

**9** If ALL of the taxable FUTA wages you paid were excluded from state unemployment tax, **multiply line 7 by 0.054** (line 7 x 0.054 = line 9). Go to line 12 . . . . . . . . . **9** [          .          ]

**10** If SOME of the taxable FUTA wages you paid were excluded from state unemployment tax, **OR you paid ANY state unemployment tax late** (after the due date for filing Form 940), complete the worksheet in the instructions. Enter the amount from line 7 of the worksheet . . **10** [          .          ]

**11** If credit reduction applies, enter the total from Schedule A (Form 940) . . . . **11** [          .          ]

**Part 4:** Determine your FUTA tax and balance due or overpayment. If any line does NOT apply, leave it blank.

**12** Total FUTA tax after adjustments (lines 8 + 9 + 10 + 11 = line 12) . . . . . . . . . **12** 765.01

**13** FUTA tax deposited for the year, including any overpayment applied from a prior year . . **13** 765.01

**14** **Balance due** If line 12 is more than line 13, enter the excess on line 14.
   ▪ If line 14 is more than $500, you must deposit your tax.
   ▪ If line 14 is $500 or less, you may pay with this return. See instructions . . . . . **14** [          .          ]

**15** **Overpayment** If line 13 is more than line 12, enter the excess on line 15 and check a box below . . . . . . . . . . . . . . . . . . . . . . . . **15** [          .          ]

▶ You **MUST** complete both pages of this form and **SIGN** it.    Check one: [ ] Apply to next return. [ ] Send a refund.

**Next ▶**

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**    Cat. No. 11234O    Form **940** (2019)

850212

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| AGGIES ANGELS CARE PROVIDERS | 80-0438877 |

**Part 5:** Report your FUTA tax liability by quarter only if line 12 is more than $500.  If not, go to Part 6.

16  Report the amount of your FUTA tax liability for each quarter; do NOT enter the amount you deposited.  If you had no liability for a quarter, leave the line blank.

16a  **1st quarter** (January 1 - March 31)  . . . . . . . . . .  16a   191.59

16b  **2nd quarter** (April 1 - June 30) . . . . . . . . . . .  16b   228.88

16c  **3rd quarter** (July 1 - September 30) . . . . . . . . .  16c   187.93

16d  **4th quarter** (October 1 - December 31) . . . . . . . .  16d   156.61

17  **Total tax liability for the year** (line 16a + 16b + 16c + 16d = line 17)  17   765.01   **Total must equal line 12.**

**Part 6:**  May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐  **Yes.**  Designee's name and phone number

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS

☐  **No.**

**Part 7:**  Sign here.  You MUST complete both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments made to employees.  Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X **Sign your name here**

Print your name here   REFERENCE COPY PREPARED

Print your title here   BY PAYCHEX.  DO NOT FILE

Date

Best daytime phone

**Paid preparer use only**                    Check if you are self-employed  ☐

Preparer's name                                       PTIN

Preparer's signature                                  Date        /      /

Firm's name (or yours if self-employed)               EIN

Address                                               Phone  (      )      -

City                    State          ZIP code

Page 2                                               Form **940** (2019)

0095-13058390

Form **940 for 2019:** **Employer's Annual Federal Unemployment (FUTA) Tax Return**

Department of the Treasury - Internal Revenue Service

850113

OMB No. 1545-0028

| Employer identification number (EIN) | 8 0 — 0 4 3 8 8 7 7 |

Name *(not your trade name)*  AGGIES ANGELS CARE PROVIDERS

Trade name *(if any)*

Address  14475 ROBINS DR

Number   Street        Suite or room number

DENVER        CO      80239

City        State       ZIP code

Foreign country name   Foreign province/county   Foreign postal code

**Type of Return**
**(Check all that apply.)**

☐ **a.** Amended

☐ **b.** Successor employer

☐ **c.** No payments to employees in 2019

☐ **d.** Final: Business closed or stopped paying wages

Go to *www.irs.gov/form940* for instructions and the latest information.

Read the separate instructions before you complete this form.  Please type or print within the boxes.

**Part 1:**  **Tell us about your return. If any line does NOT apply, leave it blank. See instructions before completing Part 1.**

**1a** If you had to pay state unemployment tax in one state only, enter the state abbreviation .    **1a**  C    O

Check Here

**1b** If you had to pay state unemployment tax in more than one state, you are a multi-state employer .    **1b** ☐ Complete Schedule A (Form 940).

**2** If you paid wages in a state that is subject to CREDIT REDUCTION .    **2** ☐ Check here. Complete Schedule A (Form 940).

**Part 2:**  **Determine your FUTA tax before adjustments. If any line does NOT apply, leave it blank.**

**3** Total payments to all employees .    **3**  155401.30

**4** Payments exempt from FUTA tax .    **4**  ▪

Check all that apply  **4a** ☐ Fringe benefits  **4c** ☐ Retirement/Pension  **4e** ☐ Other

**4b** ☐ Group-term life insurance  **4d** ☐ Dependent care

**5** Total of payments made to each employee in excess of $7,000    **5**  27900.00

**6** **Subtotal** (line 4 + line 5 = line 6) .    **6**  27900.00

**7** Total taxable FUTA wages (line 3 - line 6 = line 7) (see instructions) .    **7**  127501.30

**8** FUTA tax before adjustments (line 7 x 0.006 = line 8) .    **8**  765.01

**Part 3:**  **Determine your adjustments. If any line does NOT apply, leave it blank.**

**9** If ALL of the taxable FUTA wages you paid were excluded from state unemployment tax, multiply line 7 by 0.054 (line 7 x 0.054 = line 9). Go to line 12 .    **9**  ▪

**10** If SOME of the taxable FUTA wages you paid were excluded from state unemployment tax, OR you paid ANY state unemployment tax late (after the due date for filing Form 940), complete the worksheet in the instructions. Enter the amount from line 7 of the worksheet .    **10**  ▪

**11** If credit reduction applies, enter the total from Schedule A (Form 940) .    **11**  ▪

**Part 4:**  **Determine your FUTA tax and balance due or overpayment.  If any line does NOT apply, leave it blank.**

**12** Total FUTA tax after adjustments (lines 8 + 9 + 10 + 11 = line 12) .    **12**  765.01

**13** FUTA tax deposited for the year, including any overpayment applied from a prior year .    **13**  765.01

**14** **Balance due** If line 12 is more than line 13, enter the excess on line 14.
▪ If line 14 is more than $500, you must deposit your tax.
▪ If line 14 is $500 or less, you may pay with this return. See instructions .    **14**  ▪

**15** **Overpayment** If line 13 is more than line 12, enter the excess on line 15 and check a box below .    **15**  ▪

▶ You **MUST** complete both pages of this form and **SIGN** it.   Check one: ☐ Apply to next return.  ☐ Send a refund.

Next ▶

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**   Cat. No. 11234O   Form **940** (2019)

0095-13058390   **TAXPAY®**   20001

850212

**Name** *(not your trade name)*

AGGIES ANGELS CARE PROVIDERS

**Employer identification number (EIN)**

80-0438877

**Part 5:**  **Report your FUTA tax liability by quarter only if line 12 is more than $500.  If not, go to Part 6.**

16  Report the amount of your FUTA tax liability for each quarter; do NOT enter the amount you deposited.  If you had no liability for
a quarter, leave the line blank.

16a  **1st quarter** (January 1 - March 31)  . . . . . . . . .   16a  191.59

16b  **2nd quarter** (April 1 - June 30) . . . . . . . . . . .   16b  228.88

16c  **3rd quarter** (July 1 - September 30) . . . . . . . . .   16c  187.93

16d  **4th quarter** (October 1 - December 31) . . . . . . . .   16d  156.61

17  **Total tax liability for the year** (line 16a + 16b + 16c + 16d = line 17)  17  765.01    **Total must equal line 12.**

**Part 6:**  **May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions
for details.

☐  **Yes.**  Designee's name and phone number

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS

☐  **No.**

**Part 7:**  **Sign here.  You MUST complete both pages of this form and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to
the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state
unemployment fund claimed as a credit was, or is to be, deducted from the payments made to employees.  Declaration of
preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X Sign your
name here**

Date

Print your
name here  **REFERENCE COPY PREPARED**

Print your
title here  **BY PAYCHEX. DO NOT FILE**

Best daytime phone

**Paid preparer use only**                              Check if you are self-employed  ☐

Preparer's name                                        PTIN

Preparer's
signature                                              Date  /    /

Firm's name (or yours
if self-employed)                                      EIN

Address                                                Phone  (    )    -

City                          State        ZIP code

Page 2                                                 Form **940** (2019)

Departmental Use Only

DR 1093 (06/28/16)
**COLORADO DEPARTMENT OF REVENUE**
Denver CO 80261-0009
www.TaxColorado.com


161093  11124

# Colorado Department of Revenue
# Annual Transmittal of State W-2 Forms

| SSN 1 | | SSN 2 | |
|---|---|---|---|
| | | | |

| FEIN | | Account Number | |
|---|---|---|---|
| 80-0438877 | | 30941838 | |

| Last Name or Business Name | First Name | | Middle Initial |
|---|---|---|---|
| AGGIES ANGELS CARE PROVIDERS | | | |

| Address | |
|---|---|
| 14475 ROBINS DR | |

| City | State | ZIP |
|---|---|---|
| DENVER | CO | 80239 |

| Period (MM/YY - MM/YY) | Due Date (MM/DD/YY) |
|---|---|
| 01/19 – 12/19 | 01/31/20 |

| Number of W-2s Attached | Phone Number |
|---|---|
| 35 | (   ) |

| Mark here if this is an Amended Return ● ☐ | Paid by EFT ☐ | **1000-130** | |
|---|---|---|---|
| 1. Total Colorado income taxes withheld per W-2 forms attached. | | 3358 | 00 |
| 2. Total Colorado income taxes remitted for the period indicated above. **(890)** | | 3358 | 00 |
| 3. A. Balance Due If line 1 is more than line 2, enter difference and (see instructions) **(100)** | | 0 | 00 |
| B. Overpayment If line 2 is more than line 1, enter the difference and (see instructions) **(415)** | | 0 | 00 |
| 4. Penalty (see instructions) **(200)** | | | |
| 5. Interest (see instructions) **(300)** | | | |
| 6. Additional Balance Paid Add lines 3A, 4, and 5 **(355)** | $ | 0.00 | |

The State may convert your check to a one-time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollected funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

Mail reconciliation with W-2 forms and any payment due on line 6 to:   Colorado Department of Revenue,
Denver, CO 80261-0009

Signed under penalty of perjury in the second degree.

| Signature | Date (MM/DD/YY) |
|---|---|
| REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE | |

0095-13058390      20008      **TAXPAY®**

```
************************************************
*            CLIENT  13058390                  *
*                                              *
*  THESE ARE YOUR W2 REFERENCE COPIES.         *
*  KEEP THESE COPIES FOR 4 YEARS.              *
*  DO NOT DISTRIBUTE TO YOUR EMPLOYEES.        *
************************************************
```

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

20008

| d Control number 0095-13058390 0000000067-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 260.00 | 2 Federal income tax withheld 10.17 |
|---|---|---|---|

| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 260.00 | 4 Social security tax withheld 16.12 |
|---|---|---|---|
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code SHIRLY ANDERSON 12565 ALBROOK DR #3701 DENVER CO 80239 | 5 Medicare wages and tips 260.00 | 6 Medicare tax withheld 3.77 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 260.00 | 5.00 | 260.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000050-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number | 1 Wages, tips, other compensation 427.00 | 2 Federal income tax withheld 26.47 |
|---|---|---|---|

| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 427.00 | 4 Social security tax withheld 26.47 |
|---|---|---|---|
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code SANDRA BRADLEY | 5 Medicare wages and tips 427.00 | 6 Medicare tax withheld 6.19 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 427.00 | | 427.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000062-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1452.00 | 2 Federal income tax withheld 97.71 |
|---|---|---|---|

| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 1452.00 | 4 Social security tax withheld 90.02 |
|---|---|---|---|
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code YALANDA BROOKS 363 GENEVA STREET #A AURORA CO 80010 | 5 Medicare wages and tips 1452.00 | 6 Medicare tax withheld 21.05 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1452.00 | 46.00 | 1452.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000060-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number | 1 Wages, tips, other compensation 3422.50 | 2 Federal income tax withheld 215.61 |
|---|---|---|---|

| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 3422.50 | 4 Social security tax withheld 212.20 |
|---|---|---|---|
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code ELAINE BURTON 4403 FLANDERS ST DENVER CO 80249 | 5 Medicare wages and tips 3422.50 | 6 Medicare tax withheld 49.63 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3422.50 | 97.00 | 3422.50 | 14.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

20008

| d Control number 0095-13058390 0000000041-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 2774.20 | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | 3 Social security wages 2774.20 | 4 Social security tax withheld 172.00 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ANNETTE CARLISLE 4055 ALBION ST DENVER CO 80216 | 5 Medicare wages and tips 2774.20 | 6 Medicare tax withheld 40.23 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2774.20 | 3.00 | 2774.20 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000024-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 5184.00 | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | 3 Social security wages 5184.00 | 4 Social security tax withheld 321.41 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 5184.00 | 6 Medicare tax withheld 75.17 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5184.00 | | 5184.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000004-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 7584.00 | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | 3 Social security wages 7584.00 | 4 Social security tax withheld 470.21 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 7584.00 | 6 Medicare tax withheld 109.97 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 7584.00 | 168.00 | 7584.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000057-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 442.00 | 2 Federal income tax withheld 12.54 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | 3 Social security wages 442.00 | 4 Social security tax withheld 27.40 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code AYANNA COOK 1100 DALLAS ST AURORA CO 80011 | 5 Medicare wages and tips 442.00 | 6 Medicare tax withheld 6.41 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 442.00 | 6.00 | 442.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE    20008

| Field | Value |
|---|---|
| d Control number | 0095-13058390 0000000045-0000W2 |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury – Internal Revenue Service | OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 207.00 |
| 2 Federal income tax withheld | 4.87 |
| 3 Social security wages | 207.00 |
| 4 Social security tax withheld | 12.83 |
| e Employee's name, address, and ZIP code | APRIL D DRIVER 2257 W BYERS DR DENVER CO 80223 |
| 5 Medicare wages and tips | 207.00 |
| 6 Medicare tax withheld | 3.00 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 207.00 | 5.00 | 207.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| Field | Value |
|---|---|
| d Control number | 0095-13058390 0000000061-0000W2 |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury – Internal Revenue Service | OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 3996.00 |
| 2 Federal income tax withheld | 257.13 |
| 3 Social security wages | 3996.00 |
| 4 Social security tax withheld | 247.75 |
| e Employee's name, address, and ZIP code | ELIJAH J DURANT 3311 CHASE ST WHEAT RIDGE CO 80212 |
| 5 Medicare wages and tips | 3996.00 |
| 6 Medicare tax withheld | 57.94 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3996.00 | 117.00 | 3996.00 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| Field | Value |
|---|---|
| d Control number | 0095-13058390 0000000006-0000W2 |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury – Internal Revenue Service | OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 8226.00 |
| 2 Federal income tax withheld | 58.74 |
| 3 Social security wages | 8226.00 |
| 4 Social security tax withheld | 510.01 |
| e Employee's name, address, and ZIP code | MIRNA FLORES |
| 5 Medicare wages and tips | 8226.00 |
| 6 Medicare tax withheld | 119.28 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8226.00 | 27.00 | 8226.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| Field | Value |
|---|---|
| d Control number | 0095-13058390 0000000036-0000W2 |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury – Internal Revenue Service | OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 268.80 |
| 2 Federal income tax withheld | 11.05 |
| 3 Social security wages | 268.80 |
| 4 Social security tax withheld | 16.67 |
| e Employee's name, address, and ZIP code | JOHN GIVENS 1155 S HAVANA ST # 396 AURORA CO 80012 |
| 5 Medicare wages and tips | 268.80 |
| 6 Medicare tax withheld | 3.90 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 268.80 | 8.00 | 268.80 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE   20008

| d Control number 0095-13058390 0000000019-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4806.30 | 2 Federal income tax withheld 290.67 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 4806.30 | 4 Social security tax withheld 297.99 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | 5 Medicare wages and tips 4806.30 | 6 Medicare tax withheld 69.69 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4806.30 | 140.00 | 4806.30 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000055-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4560.00 | 2 Federal income tax withheld 297.70 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 4560.00 | 4 Social security tax withheld 282.72 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code WILLIAM HAYES 363 GENEVA ST APT A AURORA CO 80010 | 5 Medicare wages and tips 4560.00 | 6 Medicare tax withheld 66.12 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4560.00 | 140.00 | 4560.00 | 12.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000056-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 10500.00 | 2 Federal income tax withheld 728.67 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 10500.00 | 4 Social security tax withheld 651.00 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code CHEYENNE JACKSON 363 GENEVA ST APT A AURORA CO 80010 | 5 Medicare wages and tips 10500.00 | 6 Medicare tax withheld 152.25 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 10500.00 | 337.00 | 10500.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000064-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 2808.00 | 2 Federal income tax withheld 185.82 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 2808.00 | 4 Social security tax withheld 174.10 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code JAIZIONNE JACKSON 1190 S SHERIDON BLVD APT 11 DENVER CO 80232 | 5 Medicare wages and tips 2808.00 | 6 Medicare tax withheld 40.72 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2808.00 | 87.00 | 2808.00 | 6.00 | CO AUROR |

PAGE   4

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE    20008

| d Control number 0095-13058390 0000000007-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 9680.00 | 2 Federal income tax withheld 702.89 |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 9680.00 | 4 Social security tax withheld 600.16 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 5 Medicare wages and tips 9680.00 | 6 Medicare tax withheld 140.36 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9680.00 | 280.00 | 9680.00 | 8.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019    EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000014-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 12376.00 | 2 Federal income tax withheld 624.01 |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 12376.00 | 4 Social security tax withheld 767.31 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 5 Medicare wages and tips 12376.00 | 6 Medicare tax withheld 179.45 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12376.00 | 281.00 | 12376.00 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019    EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000027-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 924.00 | 2 Federal income tax withheld 62.80 |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 924.00 | 4 Social security tax withheld 57.29 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code MICHAEL LEE 146 S EAGLE CIRCLE AURORA CO 80012 | 5 Medicare wages and tips 924.00 | 6 Medicare tax withheld 13.40 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 924.00 | 31.00 | 924.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019    EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000021-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 5304.00 | 2 Federal income tax withheld 340.44 |
| 13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal | | | 3 Social security wages 5304.00 | 4 Social security tax withheld 328.85 |
| 12 See Instrs. for Box 12  14 Other | | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 5304.00 | 6 Medicare tax withheld 76.91 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5304.00 | 158.00 | 5304.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE 20008

| d Control number 0095-13058390 0000000046-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 5760.00 | 2 Federal income tax withheld 196.08 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 5760.00 | 4 Social security tax withheld 357.12 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | | 5 Medicare wages and tips 5760.00 | 6 Medicare tax withheld 83.52 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5760.00 | 102.00 | 5760.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000040-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 8116.00 | 2 Federal income tax withheld 510.87 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 8116.00 | 4 Social security tax withheld 503.19 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code BETTY MOORE 4463 STEEL STREET DENVER CO 80230 | | 5 Medicare wages and tips 8116.00 | 6 Medicare tax withheld 117.68 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8116.00 | 239.00 | 8116.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000011-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 477.30 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 477.30 | 4 Social security tax withheld 29.59 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DEVIN MOORE | | 5 Medicare wages and tips 477.30 | 6 Medicare tax withheld 6.92 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 477.30 | 13.00 | 477.30 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000059-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 324.00 | 2 Federal income tax withheld 0.97 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 324.00 | 4 Social security tax withheld 20.09 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SADAYA MOORE 14201 E 1ST DR APT 306 AURORA CO 80011 | | 5 Medicare wages and tips 324.00 | 6 Medicare tax withheld 4.70 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 324.00 | | 324.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

20008

| d Control number 0095-13058390 0000000042-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 13286.00 | 2 Federal income tax withheld 984.97 |
|---|---|
| 3 Social security wages 13286.00 | 4 Social security tax withheld 823.73 |

13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal

| e Employee's name, address, and ZIP code WENDY MORALES | 5 Medicare wages and tips 13286.00 | 6 Medicare tax withheld 192.65 |
|---|---|---|

12 See Instrs. for Box 12   14 Other

7 Social security tips   8 Allocated tips

10 Dependent care benefits   11 Nonqualified plans

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13286.00 | 439.00 | 13286.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000052-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 5774.00 | 2 Federal income tax withheld 350.44 |
|---|---|
| 3 Social security wages 5774.00 | 4 Social security tax withheld 357.99 |

13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal

| e Employee's name, address, and ZIP code ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 5 Medicare wages and tips 5774.00 | 6 Medicare tax withheld 83.72 |
|---|---|---|

12 See Instrs. for Box 12   14 Other

7 Social security tips   8 Allocated tips

10 Dependent care benefits   11 Nonqualified plans

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5774.00 | 166.00 | 5774.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000063-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 2072.00 | 2 Federal income tax withheld 128.05 |
|---|---|
| 3 Social security wages 2072.00 | 4 Social security tax withheld 128.46 |

13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal

| e Employee's name, address, and ZIP code ROSHAD SMITH 4463 STEELE ST DENVER CO 80216 | 5 Medicare wages and tips 2072.00 | 6 Medicare tax withheld 30.04 |
|---|---|---|

12 See Instrs. for Box 12   14 Other

7 Social security tips   8 Allocated tips

10 Dependent care benefits   11 Nonqualified plans

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2072.00 | 60.00 | 2072.00 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000034-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation 224.00 | 2 Federal income tax withheld 6.57 |
|---|---|
| 3 Social security wages 224.00 | 4 Social security tax withheld 13.89 |

13 Statutory employee  Retirement plan  Third-party sick pay  Subtotal

| e Employee's name, address, and ZIP code NYOMI ISIS TURPIN 11815 EAST CANAL DR AURORA CO 80011 | 5 Medicare wages and tips 224.00 | 6 Medicare tax withheld 3.25 |
|---|---|---|

12 See Instrs. for Box 12   14 Other

7 Social security tips   8 Allocated tips

10 Dependent care benefits   11 Nonqualified plans

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 224.00 | 3.00 | 224.00 | | CO AUROR |

**Form W-2 Wage and Tax Statement 2019**        EMPLOYER REFERENCE COPY — DO NOT FILE        20008

| d Control number 0095-13058390 0000000022-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 3126.50 | 2 Federal income tax withheld |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 3126.50 | 4 Social security tax withheld 193.84 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 5 Medicare wages and tips 3126.50 | 6 Medicare tax withheld 45.33 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3126.50 | | 3126.50 | 14.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**        EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000038-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 11592.00 | 2 Federal income tax withheld 779.28 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 11592.00 | 4 Social security tax withheld 718.70 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DEREK WASHINGTON 23771 E ALABAMA DR AURORA CO 80018 | 5 Medicare wages and tips 11592.00 | 6 Medicare tax withheld 168.08 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 11592.00 | 366.00 | 11592.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**        EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000051-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1656.00 | 2 Federal income tax withheld 38.96 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 1656.00 | 4 Social security tax withheld 102.67 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DAMON WHITE 15070 E 55TH AVE DENVER CO 80239 | 5 Medicare wages and tips 1656.00 | 6 Medicare tax withheld 24.01 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1656.00 | 22.00 | 1656.00 | 4.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**        EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000058-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number 80-0438877 | a Employee's social security number | 1 Wages, tips, other compensation 420.00 | 2 Federal income tax withheld 26.17 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 420.00 | 4 Social security tax withheld 26.04 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code JOYCE WILLIAMS | 5 Medicare wages and tips 420.00 | 6 Medicare tax withheld 6.09 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 420.00 | 12.00 | 420.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2019**          EMPLOYER REFERENCE COPY - DO NOT FILE          20008

| d Control number 0095-13058390 0000000001-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 1164.30 | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | 3 Social security wages 1164.30 | 4 Social security tax withheld 72.19 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code NATALIE M WILLIAMS 2102 M L K BLVD DENVER CO 80205 | 5 Medicare wages and tips 1164.30 | 6 Medicare tax withheld 16.88 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1164.30 | | 1164.30 | 4.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**          EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000009-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 9540.00 | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | 3 Social security wages 9540.00 | 4 Social security tax withheld 591.48 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 5 Medicare wages and tips 9540.00 | 6 Medicare tax withheld 138.33 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9540.00 | | 9540.00 | 20.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**          EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000003-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 6667.40 | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | 3 Social security wages 6667.40 | 4 Social security tax withheld 413.38 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code CHERYL R WOODSON 1775 W MOSIER PLACE #1209 DENVER CO 80223 | 5 Medicare wages and tips 6667.40 | 6 Medicare tax withheld 96.68 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6667.40 | | | | |

---

**Form W-2 Wage and Tax Statement 2019**          EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 155401.30 | 2 Federal income tax withheld 6923.18 |
|---|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal X | | 3 Social security wages 155401.30 | 4 Social security tax withheld 9634.87 |
|---|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 155401.30 | 6 Medicare tax withheld 2253.32 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 155401.30 | 3358.00 | 148733.90 | 398.00 | CO AUROR |

```
*********************************************
*            CLIENT   13058390              *
*                                           *
*   THESE ARE YOUR W2 REFERENCE COPIES.     *
*   KEEP THESE COPIES FOR 4 YEARS.          *
*   DO NOT DISTRIBUTE TO YOUR EMPLOYEES.    *
*********************************************
```

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

20001

| d Control number 0095-13058390 0000000067-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 260.00 | 2 Federal income tax withheld 10.17 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 260.00 | 4 Social security tax withheld 16.12 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SHIRLY ANDERSON 12565 ALBROOK DR #3701 DENVER CO 80239 | 5 Medicare wages and tips 260.00 | 6 Medicare tax withheld 3.77 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 260.00 | 5.00 | 260.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000050-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number | 1 Wages, tips, other compensation 427.00 | 2 Federal income tax withheld 26.47 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 427.00 | 4 Social security tax withheld 26.47 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SANDRA BRADLEY | 5 Medicare wages and tips 427.00 | 6 Medicare tax withheld 6.19 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 427.00 | | 427.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000062-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1452.00 | 2 Federal income tax withheld 97.71 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 1452.00 | 4 Social security tax withheld 90.02 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code YALANDA BROOKS 363 GENEVA STREET #A AURORA CO 80010 | 5 Medicare wages and tips 1452.00 | 6 Medicare tax withheld 21.05 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1452.00 | 46.00 | 1452.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0095-13058390 0000000060-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number | 1 Wages, tips, other compensation 3422.50 | 2 Federal income tax withheld 215.61 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 3422.50 | 4 Social security tax withheld 212.20 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ELAINE BURTON 4403 FLANDERS ST DENVER CO 80249 | 5 Medicare wages and tips 3422.50 | 6 Medicare tax withheld 49.63 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3422.50 | 97.00 | 3422.50 | 14.00 | CO AUROR |

PAGE   1

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE    20001

| d Control number 0095-13058390 0000000041-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 2774.20 | 2 Federal income tax withheld 2774.20 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 2774.20 | 4 Social security tax withheld 172.00 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ANNETTE CARLISLE 4055 ALBION ST DENVER CO 80216 | 5 Medicare wages and tips 2774.20 | 6 Medicare tax withheld 40.23 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2774.20 | 3.00 | 2774.20 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000024-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 5184.00 | 2 Federal income tax withheld |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 5184.00 | 4 Social security tax withheld 321.41 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 5184.00 | 6 Medicare tax withheld 75.17 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5184.00 | | 5184.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000004-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 7584.00 | 2 Federal income tax withheld |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 7584.00 | 4 Social security tax withheld 470.21 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 7584.00 | 6 Medicare tax withheld 109.97 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 7584.00 | 168.00 | 7584.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000057-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 442.00 | 2 Federal income tax withheld 12.54 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | Subtotal | | 3 Social security wages 442.00 | 4 Social security tax withheld 27.40 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code AYANNA COOK 1100 DALLAS ST AURORA CO 80011 | 5 Medicare wages and tips 442.00 | 6 Medicare tax withheld 6.41 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 442.00 | 6.00 | 442.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2019**    **EMPLOYER REFERENCE COPY — DO NOT FILE**    20001

| | |
|---|---|
| d Control number 0095-13058390 0000000045-0000W2    Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 207.00 | 2 Federal income tax withheld 4.87 |
|---|---|
| 3 Social security wages 207.00 | 4 Social security tax withheld 12.83 |
| 5 Medicare wages and tips 207.00 | 6 Medicare tax withheld 3.00 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐    Subtotal ☐

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 207.00 | 5.00 | 207.00 | | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**    **EMPLOYER REFERENCE COPY — DO NOT FILE**

| | |
|---|---|
| d Control number 0095-13058390 0000000061-0000W2    Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3996.00 | 2 Federal income tax withheld 257.13 |
|---|---|
| 3 Social security wages 3996.00 | 4 Social security tax withheld 247.75 |
| 5 Medicare wages and tips 3996.00 | 6 Medicare tax withheld 57.94 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐    Subtotal ☐

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3996.00 | 117.00 | 3996.00 | 16.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**    **EMPLOYER REFERENCE COPY — DO NOT FILE**

| | |
|---|---|
| d Control number 0095-13058390 0000000006-0000W2    Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 8226.00 | 2 Federal income tax withheld 58.74 |
|---|---|
| 3 Social security wages 8226.00 | 4 Social security tax withheld 510.01 |
| 5 Medicare wages and tips 8226.00 | 6 Medicare tax withheld 119.28 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐    Subtotal ☐

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
MIRNA FLORES

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8226.00 | 27.00 | 8226.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2019**    **EMPLOYER REFERENCE COPY — DO NOT FILE**

| | |
|---|---|
| d Control number 0095-13058390 0000000036-0000W2    Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 268.80 | 2 Federal income tax withheld 11.05 |
|---|---|
| 3 Social security wages 268.80 | 4 Social security tax withheld 16.67 |
| 5 Medicare wages and tips 268.80 | 6 Medicare tax withheld 3.90 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐    Subtotal ☐

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 268.80 | 8.00 | 268.80 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019   EMPLOYER REFERENCE COPY – DO NOT FILE   20001

| d Control number 0095-13058390 0000000019-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4806.30 | 2 Federal income tax withheld 290.67 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 4806.30 | 4 Social security tax withheld 297.99 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | 5 Medicare wages and tips 4806.30 | 6 Medicare tax withheld 69.69 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4806.30 | 140.00 | 4806.30 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000055-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4560.00 | 2 Federal income tax withheld 297.70 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 4560.00 | 4 Social security tax withheld 282.72 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code WILLIAM HAYES 363 GENEVA ST APT A AURORA CO 80010 | 5 Medicare wages and tips 4560.00 | 6 Medicare tax withheld 66.12 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4560.00 | 140.00 | 4560.00 | 12.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000056-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 10500.00 | 2 Federal income tax withheld 728.67 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 10500.00 | 4 Social security tax withheld 651.00 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code CHEYENNE JACKSON 363 GENEVA ST APT A AURORA CO 80010 | 5 Medicare wages and tips 10500.00 | 6 Medicare tax withheld 152.25 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 10500.00 | 337.00 | 10500.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019   EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000064-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 2808.00 | 2 Federal income tax withheld 185.82 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 2808.00 | 4 Social security tax withheld 174.10 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code JAIZIONNE JACKSON 1190 S SHERIDON BLVD APT 11 DENVER CO 80232 | 5 Medicare wages and tips 2808.00 | 6 Medicare tax withheld 40.72 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2808.00 | 87.00 | 2808.00 | 6.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY - DO NOT FILE

20001

| d Control number 0095-13058390 0000000007-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 9680.00 | 2 Federal income tax withheld 702.89 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 9680.00 | 4 Social security tax withheld 600.16 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 5 Medicare wages and tips 9680.00 | 6 Medicare tax withheld 140.36 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9680.00 | 280.00 | 9680.00 | 8.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000014-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 12376.00 | 2 Federal income tax withheld 624.01 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 12376.00 | 4 Social security tax withheld 767.31 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 5 Medicare wages and tips 12376.00 | 6 Medicare tax withheld 179.45 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12376.00 | 281.00 | 12376.00 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000027-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 924.00 | 2 Federal income tax withheld 62.80 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 924.00 | 4 Social security tax withheld 57.29 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code MICHAEL LEE 146 S EAGLE CIRCLE AURORA CO 80012 | 5 Medicare wages and tips 924.00 | 6 Medicare tax withheld 13.40 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 924.00 | 31.00 | 924.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000021-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 5304.00 | 2 Federal income tax withheld 340.44 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 5304.00 | 4 Social security tax withheld 328.85 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 5304.00 | 6 Medicare tax withheld 76.91 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5304.00 | 158.00 | 5304.00 | 22.00 | CO AUROR |

PAGE    5

**Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE**        20001

| d Control number 0095-13058390 0000000046-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 5760.00 | 2 Federal income tax withheld 196.08 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 5760.00 | 4 Social security tax withheld 357.12 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 5 Medicare wages and tips 5760.00 | 6 Medicare tax withheld 83.52 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO  Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 5760.00 | 17 State income tax 102.00 | 18 Local wages, tips, etc. 5760.00 | 19 Local income tax 22.00 | 20 Locality name CO AUROR |

**Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390 0000000040-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 8116.00 | 2 Federal income tax withheld 510.87 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 8116.00 | 4 Social security tax withheld 503.19 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code BETTY MOORE 4463 STEEL STREET DENVER CO 80230 | 5 Medicare wages and tips 8116.00 | 6 Medicare tax withheld 117.68 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO  Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 8116.00 | 17 State income tax 239.00 | 18 Local wages, tips, etc. 8116.00 | 19 Local income tax 22.00 | 20 Locality name CO AUROR |

**Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390 0000000011-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 477.30 | 2 Federal income tax withheld |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 477.30 | 4 Social security tax withheld 29.59 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DEVIN MOORE | 5 Medicare wages and tips 477.30 | 6 Medicare tax withheld 6.92 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO  Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 477.30 | 17 State income tax 13.00 | 18 Local wages, tips, etc. 477.30 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

**Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0095-13058390 0000000059-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 324.00 | 2 Federal income tax withheld 0.97 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | | 3 Social security wages 324.00 | 4 Social security tax withheld 20.09 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code SADAYA MOORE 14201 E 1ST DR APT 306 AURORA CO 80011 | 5 Medicare wages and tips 324.00 | 6 Medicare tax withheld 4.70 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO  Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 324.00 | 17 State income tax | 18 Local wages, tips, etc. 324.00 | 19 Local income tax | 20 Locality name CO AUROR |

## Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE        20001

| d Control number 0095-13058390 0000000042-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 13286.00 | 2 Federal income tax withheld 984.97 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 13286.00 | 4 Social security tax withheld 823.73 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code WENDY MORALES | 5 Medicare wages and tips 13286.00 | 6 Medicare tax withheld 192.65 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 13286.00 | 439.00 | 13286.00 | 24.00  CO AUROR |

## Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000052-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 5774.00 | 2 Federal income tax withheld 350.44 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 5774.00 | 4 Social security tax withheld 357.99 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 5 Medicare wages and tips 5774.00 | 6 Medicare tax withheld 83.72 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 5774.00 | 166.00 | 5774.00 | 22.00  CO AUROR |

## Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000063-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 2072.00 | 2 Federal income tax withheld 128.05 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 2072.00 | 4 Social security tax withheld 128.46 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code ROSHAD SMITH 4463 STEELE ST DENVER CO 80216 | 5 Medicare wages and tips 2072.00 | 6 Medicare tax withheld 30.04 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 2072.00 | 60.00 | 2072.00 | 10.00  CO AUROR |

## Form W-2 Wage and Tax Statement 2019        EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0095-13058390 0000000034-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 224.00 | 2 Federal income tax withheld 6.57 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 224.00 | 4 Social security tax withheld 13.89 |
| 12 See Instrs. for Box 12   14 Other | | e Employee's name, address, and ZIP code NYOMI ISIS TURPIN 11815 EAST CANAL DR AURORA CO 80011 | 5 Medicare wages and tips 224.00 | 6 Medicare tax withheld 3.25 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |
| CO   30941838 | 224.00 | 3.00 | 224.00 |   CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE — 20001

| d Control number 0095-13058390 | | |
|---|---|---|
| 0000000022-0000W2 | Void | |

**b Employer's identification number** 80-0438877
**a Employee's social security number** 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

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3126.50 | |
| 3 Social security wages | 4 Social security tax withheld |
| 3126.50 | 193.84 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3126.50 | 45.33 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12   14 Other

**e Employee's name, address, and ZIP code**
JASMINE VALDEZ
2342 MOLINE STREET
AURORA CO 80010

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3126.50 | | 3126.50 | 14.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 | | |
|---|---|---|
| 0000000038-0000W2 | Void | |

**b Employer's identification number** 80-0438877
**a Employee's social security number**

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 11592.00 | 779.28 |
| 3 Social security wages | 4 Social security tax withheld |
| 11592.00 | 718.70 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 11592.00 | 168.08 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12   14 Other

**e Employee's name, address, and ZIP code**
DEREK WASHINGTON

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 11592.00 | 366.00 | 11592.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 | | |
|---|---|---|
| 0000000051-0000W2 | Void | |

**b Employer's identification number** 80-0438877
**a Employee's social security number** 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

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1656.00 | 38.96 |
| 3 Social security wages | 4 Social security tax withheld |
| 1656.00 | 102.67 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1656.00 | 24.01 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12   14 Other

**e Employee's name, address, and ZIP code**
DAMON WHITE
15070 E 55TH AVE
DENVER CO 80239

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1656.00 | 22.00 | 1656.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 | | |
|---|---|---|
| 0000000058-0000W2 | Void | |

**b Employer's identification number** 80-0438877
**a Employee's social security number**

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 420.00 | 26.17 |
| 3 Social security wages | 4 Social security tax withheld |
| 420.00 | 26.04 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 420.00 | 6.09 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See Instrs. for Box 12   14 Other

**e Employee's name, address, and ZIP code**
JOYCE WILLIAMS

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 420.00 | 12.00 | 420.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

20001

| d Control number 0095-13058390 0000000001-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1164.30 | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 1164.30 | 4 Social security tax withheld 72.19 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code NATALIE M WILLIAMS 2102 M L K BLVD DENVER CO 80205 | 5 Medicare wages and tips 1164.30 | 6 Medicare tax withheld 16.88 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1164.30 | | 1164.30 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000009-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 9540.00 | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 9540.00 | 4 Social security tax withheld 591.48 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 5 Medicare wages and tips 9540.00 | 6 Medicare tax withheld 138.33 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9540.00 | | 9540.00 | 20.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 0000000003-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 6667.40 | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 6667.40 | 4 Social security tax withheld 413.38 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code CHERYL R WOODSON 1775 W MOSIER PLACE #1209 DENVER CO 80223 | 5 Medicare wages and tips 6667.40 | 6 Medicare tax withheld 96.68 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6667.40 | | | | |

## Form W-2 Wage and Tax Statement 2019 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0095-13058390 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number | 1 Wages, tips, other compensation 155401.30 | 2 Federal income tax withheld 6923.18 |
|---|---|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal X | 3 Social security wages 155401.30 | 4 Social security tax withheld 9634.87 |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 155401.30 | 6 Medicare tax withheld 2253.32 |
|---|---|---|---|---|
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 155401.30 | 3358.00 | 148733.90 | 398.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.ssa.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number 0095-13058390 0000000067-0000W2 | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

OMB No. 1545-0008 — Department of the Treasury - Internal Revenue Service

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 1 Wages, tips, other compensation | 260.00 | 2 Federal income tax withheld | 10.17 |
| 3 Social Security wages | 260.00 | 4 Social Security tax withheld | 16.12 |
| 5 Medicare wages and tips | 260.00 | 6 Medicare tax withheld | 3.77 |
| 7 Social Security tips | | 8 Allocated Tips | |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 260.00 | 5.00 | 260.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0095-13058390 0000000067-0000W2 | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 1 Wages, tips, other compensation | 260.00 | 2 Federal income tax withheld | 10.17 |
| 3 Social Security wages | 260.00 | 4 Social Security tax withheld | 16.12 |
| 5 Medicare wages and tips | 260.00 | 6 Medicare tax withheld | 3.77 |
| 7 Social Security tips | | 8 Allocated Tips | |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 260.00 | 5.00 | 260.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for CO

| d Control number 0095-13058390 0000000067-0000W2 | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 1 Wages, tips, other compensation | 260.00 | 2 Federal income tax withheld | 10.17 |
| 3 Social Security wages | 260.00 | 4 Social Security tax withheld | 16.12 |
| 5 Medicare wages and tips | 260.00 | 6 Medicare tax withheld | 3.77 |
| 7 Social Security tips | | 8 Allocated Tips | |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 260.00 | 5.00 | 260.00 | 2.00 | CO AUROR |

**Notice to Employee**

Do you have to file? Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

Earned income credit (EIC). You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

Clergy and religious workers. If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

Corrections. If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

Cost of employer-sponsored health coverage (if such cost is provided by the employer). The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

Credit for excess taxes. If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter the amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. See the Form 1040 instructions.

Box 9. If you are a nonqualified employee or aren't covered by a retirement plan, your employer checked this box. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390    0000000067-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| 80-0438877 | 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 | | OMB No. 1545-0008 |

c Employer's name, address, and ZIP code: AGGIES ANGELS CARE PROVIDERS, 14475 ROBINS DR, DENVER CO 80239

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 260.00 | 10.17 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 260.00 | 16.12 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 260.00 | 3.77 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code: SHIRLY ANDERSON, 12565 ALBROOK DR #3701, DENVER CO 80239

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 260.00 | 5.00 | 260.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may be able to use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans); $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you were in a section 457(b) plan, the year shown is

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000050-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 427.00 | |
| **3 Social Security wages** | **4 Social Security tax withheld** |
| 427.00 | 26.47 |
| **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| 427.00 | 6.19 |
| **7 Social Security tips** | **8 Allocated tips** |
| **10 Dependent care benefits** | **11 Nonqualified plans** |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

SANDRA BRADLEY

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 427.00 | | 427.00 | 0.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000050-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 427.00 | |
| **3 Social Security wages** | **4 Social Security tax withheld** |
| 427.00 | 26.47 |
| **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| 427.00 | 6.19 |
| **7 Social Security tips** | **8 Allocated Tips** |
| **10 Dependent care benefits** | **11 Nonqualified plans** |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

SANDRA BRADLEY

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 427.00 | | 427.00 | 0.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000050-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 427.00 | |
| **3 Social Security wages** | **4 Social Security tax withheld** |
| 427.00 | 26.47 |
| **5 Medicare wages and tips** | **6 Medicare tax withheld** |
| 427.00 | 6.19 |
| **7 Social Security tips** | **8 Allocated Tips** |
| **10 Dependent care benefits** | **11 Nonqualified plans** |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

SANDRA BRADLEY

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 427.00 | | 427.00 | 0.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement 2019

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0095-13058390  0000000050-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

b Employer's identification number **80-0438877**  a Employee's social security number

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 427.00 | 2 Federal income tax withheld |
| 3 Social Security wages 427.00 | 4 Social Security tax withheld 26.47 |
| 5 Medicare wages and tips 427.00 | 6 Medicare tax withheld 6.19 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
SANDRA BRADLEY

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 427.00 | 17 State income tax | 18 Local wages, tips, etc. 427.00 | 19 Local income tax 0.00 | 20 Locality name CO AUROR |

---

## Form W-2 Wage and Tax Statement 2019

(blank form, Void X)

---

## Form W-2 Wage and Tax Statement 2019

(blank form, Void X)

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be required to use Form 4137 to figure the social security and Medicare tax on other tips. See the Form 1040 instructions.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

  **A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

  **B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions (but not Additional Medicare Tax).

  **C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

  **D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

  **E**—Elective deferrals under a section 403(b) salary reduction agreement

  **F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

  **G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

  **H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

  **J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

  **K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

  **L**—Substantiated employee business expense reimbursements (nontaxable)

  **M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

  **N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

  **P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

  **Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

  **R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

  **S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

  **T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

  **V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

  **W**—Employer contributions (including amounts the employer elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

  **Y**—Deferrals under a section 409A nonqualified deferred compensation plan

  **Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

  **AA**—Designated Roth contributions under a section 401(k) plan

  **BB**—Designated Roth contributions under a section 403(b) plan

  **DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

  **EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

  **FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

  **GG**—Income from qualified equity grants under section 83(i)

  **HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000062-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1452.00 | 97.71 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1452.00 | 90.02 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1452.00 | 21.05 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee    Retirement plan    Third-party sick pay

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

YALANDA BROOKS
363 GENEVA STREET #A
AURORA CO 80010

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1452.00 | 46.00 | 1452.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000062-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1452.00 | 97.71 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1452.00 | 90.02 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1452.00 | 21.05 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee    Retirement plan    Third-party sick pay

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

YALANDA BROOKS
363 GENEVA STREET #A
AURORA CO 80010

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1452.00 | 46.00 | 1452.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000062-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1452.00 | 97.71 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 1452.00 | 90.02 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1452.00 | 21.05 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee    Retirement plan    Third-party sick pay

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

YALANDA BROOKS
363 GENEVA STREET #A
AURORA CO 80010

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1452.00 | 46.00 | 1452.00 | 4.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be required to file Form 4137 if you received tips but your employer did not withhold social security and Medicare tax.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to employer to railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019   Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000062-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | | |

| b Employer's identification number | a Employee's social security number | c | 14475 ROBINS DR | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 80-0438877 | 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 | | DENVER CO 80239 | | |

| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | 1452.00 | 97.71 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 1452.00 | 90.02 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | 1452.00 | 21.05 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| YALANDA BROOKS 363 GENEVA STREET #A AURORA CO 80010 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1452.00 | 46.00 | 1452.00 | 4.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| | | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| | | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | | |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| | | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| | | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | | |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.ssa.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be required to report this additional income on a special form. For more information, see Pub. 531, Reporting Tip Income.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement  2019  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number 0095-13058390 0000000060-0000W2 | Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 3422.50 | 2 Federal income tax withheld 215.61 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 3422.50 | 4 Social Security tax withheld 212.20 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ELAINE BURTON 4403 FLANDERS ST DENVER CO 80249 | 5 Medicare wages and tips 3422.50 | 6 Medicare tax withheld 49.63 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3422.50 | 17 State income tax 97.00 | 18 Local wages, tips, etc. 3422.50 | 19 Local income tax 14.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement  2019  Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0095-13058390 0000000060-0000W2 | Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 3422.50 | 2 Federal income tax withheld 215.61 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 3422.50 | 4 Social Security tax withheld 212.20 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ELAINE BURTON 4403 FLANDERS ST DENVER CO 80249 | 5 Medicare wages and tips 3422.50 | 6 Medicare tax withheld 49.63 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3422.50 | 17 State income tax 97.00 | 18 Local wages, tips, etc. 3422.50 | 19 Local income tax 14.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement  2019  Copy 2, to be filed with employee's tax return for   CO

| d Control number 0095-13058390 0000000060-0000W2 | Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 3422.50 | 2 Federal income tax withheld 215.61 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages 3422.50 | 4 Social Security tax withheld 212.20 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ELAINE BURTON 4403 FLANDERS ST DENVER CO 80249 | 5 Medicare wages and tips 3422.50 | 6 Medicare tax withheld 49.63 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3422.50 | 17 State income tax 97.00 | 18 Local wages, tips, etc. 3422.50 | 19 Local income tax 14.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be subject to social security and Medicare taxes on tips that weren't reported to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019   Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390   0000000060-0000W2 | | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | | | 3422.50 | 215.61 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | 3422.50 | 212.20 |

| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare withheld |
|---|---|---|---|---|---|
| | | | ELAINE BURTON<br>4403 FLANDERS ST<br>DENVER CO 80249 | 3422.50 | 49.63 |

| | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|
| | | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3422.50 | 97.00 | 3422.50 | 14.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| | | X | | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | | |

| 12 See Instrs. for Box 12 | 14 Other | | c Employer's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare withheld |
|---|---|---|---|---|---|
| | | | | | |

| | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|
| | | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| | | X | | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | | |

| 12 See Instrs. for Box 12 | 14 Other | | c Employer's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare withheld |
|---|---|---|---|---|---|
| | | | | | |

| | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|
| | | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000041-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2774.20 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2774.20 | 172.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2774.20 | 40.23 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code

ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2774.20 | 3.00 | 2774.20 | 10.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000041-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2774.20 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2774.20 | 172.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2774.20 | 40.23 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code

ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2774.20 | 3.00 | 2774.20 | 10.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000041-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2774.20 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2774.20 | 172.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2774.20 | 40.23 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code

ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2774.20 | 3.00 | 2774.20 | 10.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you can file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You do this to get credit for your social security retirement or disability benefits.

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | 0095-13058390   0000000041-0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|

<table>
<tr><td>b Employer's identification number<br>80-0438877</td><td>a Employee's social security number<br>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</td><td rowspan="2">AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239</td><td>OMB No. 1545-0008</td></tr>
<tr><td colspan="2"></td><td>1 Wages, tips, other compensation<br>2774.20</td></tr>
</table>

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 2774.20 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2774.20 | 172.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2774.20 | 40.23 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee   Retirement plan   Third-party sick pay

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code

ANNETTE CARLISLE
4055 ALBION ST
DENVER CO 80216

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2774.20 | 3.00 | 2774.20 | 10.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | OMB No. 1545-0008 |
|---|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee   Retirement plan   Third-party sick pay

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | OMB No. 1545-0008 |
|---|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee   Retirement plan   Third-party sick pay

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For more information on Pub. 531. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement   2019   Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000024-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5184.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 5184.00 | 321.41 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5184.00 | 75.17 |

14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

e Employee's name, address, and ZIP code

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5184.00 | | 5184.00 | 22.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement   2019   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000024-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5184.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 5184.00 | 321.41 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5184.00 | 75.17 |

14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

e Employee's name, address, and ZIP code

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5184.00 | | 5184.00 | 22.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement   2019   Copy 2, to be filed with employee's tax return for   CO

| d Control number | | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000024-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5184.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 5184.00 | 321.41 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5184.00 | 75.17 |

14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

e Employee's name, address, and ZIP code

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5184.00 | | 5184.00 | 22.00 | CO AUROR |

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number 0095-13058390    0000000024-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 5184.00 | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 5184.00 | 4 Social Security tax withheld 321.41 |
| 12 See Instrs. for Box 12 / 14 Other | | 5 Medicare wages and tips 5184.00 | 6 Medicare tax withheld 75.17 |
| e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 5184.00 | 17 State income tax | 18 Local wages, tips, etc. 5184.00 | 19 Local income tax 22.00 | 20 Locality name CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement** **2019** **Copy C, for employee's records**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390   0000000004-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 7584.00 | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages 7584.00 | 4 Social Security tax withheld 470.21 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 7584.00 | 6 Medicare tax withheld 109.97 |
| | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 7584.00 | 17 State income tax 168.00 | 18 Local wages, tips, etc. 7584.00 | 19 Local income tax | 20 Locality name 22.00 CO AUROR |

---

**Form W-2 Wage and Tax Statement** **2019** **Copy B, to be filed with employee's FEDERAL tax return**

| d Control number | 0095-13058390   0000000004-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 7584.00 | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages 7584.00 | 4 Social Security tax withheld 470.21 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 7584.00 | 6 Medicare tax withheld 109.97 |
| | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 7584.00 | 17 State income tax 168.00 | 18 Local wages, tips, etc. 7584.00 | 19 Local income tax | 20 Locality name 22.00 CO AUROR |

---

**Form W-2 Wage and Tax Statement** **2019** **Copy 2, to be filed with employee's tax return for   CO**

| d Control number | 0095-13058390   0000000004-0000W2   Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 7584.00 | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages 7584.00 | 4 Social Security tax withheld 470.21 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips 7584.00 | 6 Medicare tax withheld 109.97 |
| | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 7584.00 | 17 State income tax 168.00 | 18 Local wages, tips, etc. 7584.00 | 19 Local income tax | 20 Locality name 22.00 CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made to you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be required to file Form 4137, if you received tips of $20 or more in any month and you didn't report all of those tips to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390    0000000004-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR |
|---|---|---|---|
| 80-0438877 | 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 | | DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 7584.00 | |
| 13 Statutory Employee    Retirement plan    Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| | 7584.00 | 470.21 |
| 12 See Instrs. for Box 12     14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7584.00 | 109.97 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| SHAONDALYN L COLEY | | |
| 5095 EAGLE STREET | 10 Dependent care benefits | 11 Nonqualified plans |
| DENVER CO 80239 | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 7584.00 | 168.00 | 7584.00 | 22.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code |
|---|---|---|
| | X | |

| b Employer's identification number | a Employee's social security number |
|---|---|

| 13 Statutory Employee    Retirement plan    Third-party sick pay | |
| 12 See Instrs. for Box 12     14 Other | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code |
|---|---|---|
| | X | |

| b Employer's identification number | a Employee's social security number |
|---|---|

| 13 Statutory Employee    Retirement plan    Third-party sick pay | |
| 12 See Instrs. for Box 12     14 Other | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If your year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2019   Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000057-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12      14 Other

**e Employee's name, address, and ZIP code**
AYANNA COOK
1100 DALLAS ST
AURORA CO 80011

| 1 Wages, tips, other compensation | 442.00 | 2 Federal income tax withheld | 12.54 |
|---|---|---|---|
| 3 Social Security wages | 442.00 | 4 Social Security tax withheld | 27.40 |
| 5 Medicare wages and tips | 442.00 | 6 Medicare tax withheld | 6.41 |
| 7 Social Security tips | | 8 Allocated tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 442.00 | 6.00 | 442.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2019   Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000057-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12      14 Other

**e Employee's name, address, and ZIP code**
AYANNA COOK
1100 DALLAS ST
AURORA CO 80011

| 1 Wages, tips, other compensation | 442.00 | 2 Federal income tax withheld | 12.54 |
|---|---|---|---|
| 3 Social Security wages | 442.00 | 4 Social Security tax withheld | 27.40 |
| 5 Medicare wages and tips | 442.00 | 6 Medicare tax withheld | 6.41 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 442.00 | 6.00 | 442.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2019   Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000057-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12      14 Other

**e Employee's name, address, and ZIP code**
AYANNA COOK
1100 DALLAS ST
AURORA CO 80011

| 1 Wages, tips, other compensation | 442.00 | 2 Federal income tax withheld | 12.54 |
|---|---|---|---|
| 3 Social Security wages | 442.00 | 4 Social Security tax withheld | 27.40 |
| 5 Medicare wages and tips | 442.00 | 6 Medicare tax withheld | 6.41 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 442.00 | 6.00 | 442.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For information on how to report tips on your tax return, see your Form 1040 instructions.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan
**BB**—Designated Roth contributions under a section 403(b) plan
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

---

### Form W-2 Wage and Tax Statement

**2019**   Copy 2, to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000057-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | |
| | | DENVER CO 80239 | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 442.00 | 12.54 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 442.00 | 27.40 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 442.00 | 6.41 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| AYANNA COOK |
| 1100 DALLAS ST |
| AURORA CO 80011 |

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 442.00 | 6.00 | 442.00 | 2.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement

**2019**

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement

**2019**

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation. **Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | | |
|---|---|---|---|---|
| 0095-13058390 | 0000000045-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 207.00 | 4.87 |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 207.00 | 12.83 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 207.00 | 3.00 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 207.00 | 5.00 | 207.00 | 0.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | | |
|---|---|---|---|---|
| 0095-13058390 | 0000000045-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 207.00 | 4.87 |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 207.00 | 12.83 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 207.00 | 3.00 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 207.00 | 5.00 | 207.00 | 0.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for CO

| d Control number | | Void | | |
|---|---|---|---|---|
| 0095-13058390 | 0000000045-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 207.00 | 4.87 |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 207.00 | 12.83 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 207.00 | 3.00 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
APRIL D DRIVER
2257 W BYERS DR
DENVER CO 80223

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 207.00 | 5.00 | 207.00 | 0.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

## Form W-2 Wage and Tax Statement  2019    Copy 2, to be filed with employee's tax return for  AUROR

Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008

| d Control number | | c Employer's name, address, and ZIP code | | | | |
|---|---|---|---|---|---|---|
| 0095-13058390    0000000045-0000W2 | Void | AGGIES ANGELS CARE PROVIDERS | | | | |
| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | | **1** Wages, tips, other compensation 207.00 | **2** Federal income tax withheld 4.87 | |
| 80-0438877 | 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 | DENVER CO 80239 | | **3** Social Security wages 207.00 | **4** Social Security tax withheld 12.83 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | **5** Medicare wages and tips 207.00 | **6** Medicare tax withheld 3.00 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | | **7** Social Security tips | **8** Allocated Tips | |
| | | APRIL D DRIVER | | **10** Dependent care benefits | **11** Nonqualified plans | |
| | | 2257 W BYERS DR | | | | |
| | | DENVER CO 80223 | | | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 207.00 | 5.00 | 207.00 | 0.00 | CO AUROR |

## Form W-2 Wage and Tax Statement  2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | **1** Wages, tips, other compensation | **2** Federal income tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | **3** Social Security wages | **4** Social Security tax withheld |
| | | | | | **5** Medicare wages and tips | **6** Medicare tax withheld |
| | | | | | **7** Social Security tips | **8** Allocated Tips |
| | | | | | **10** Dependent care benefits | **11** Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

## Form W-2 Wage and Tax Statement  2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | **1** Wages, tips, other compensation | **2** Federal income tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | **3** Social Security wages | **4** Social Security tax withheld |
| | | | | | **5** Medicare wages and tips | **6** Medicare tax withheld |
| | | | | | **7** Social Security tips | **8** Allocated Tips |
| | | | | | **10** Dependent care benefits | **11** Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable).

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|
| 0095-13058390 | 0000000061-0000W2 | | AGGIES ANGELS CARE PROVIDERS |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR |
| 80-0438877 | 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 | | DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3996.00 | 257.13 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 3996.00 | 247.75 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3996.00 | 57.94 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3996.00 | 117.00 | 3996.00 | 16.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|
| 0095-13058390 | 0000000061-0000W2 | | AGGIES ANGELS CARE PROVIDERS |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR |
| 80-0438877 | 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 | | DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3996.00 | 257.13 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 3996.00 | 247.75 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3996.00 | 57.94 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3996.00 | 117.00 | 3996.00 | 16.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for    CO

| d Control number | | Void | e Employer's name, address, and ZIP code |
|---|---|---|---|
| 0095-13058390 | 0000000061-0000W2 | | AGGIES ANGELS CARE PROVIDERS |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR |
| 80-0438877 | 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 | | DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3996.00 | 257.13 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 3996.00 | 247.75 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3996.00 | 57.94 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3996.00 | 117.00 | 3996.00 | 16.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020. If you or someone is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,000 if you only have a SIMPLE plan). Deferrals under code H are limited to $7,000. Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your social security record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019   Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | 0095-13058390   0000000061-0000W2 | Void |
|---|---|---|

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3996.00 | 257.13 |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 3996.00 | 247.75 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 3996.00 | 57.94 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3996.00 | 117.00 | 3996.00 | 16.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void  X |
|---|---|---|

c Employer's name, address, and ZIP code

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void  X |
|---|---|---|

c Employer's name, address, and ZIP code

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

Do you have to file? Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

Earned income credit (EIC). You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

Clergy and religious workers. If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

Corrections. If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

Cost of employer-sponsored health coverage (if such cost is provided by the employer). The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

Credit for excess taxes. If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax due on unreported tips. If you have a Form(s) W-2 that you must report as income and are eligible for the additional Medicare Tax, figure the additional Medicare Tax. Enter on Form 1040.

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans). Deferrals under code G are limited to $19,500 plus an additional $6,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code H are limited to $7,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement**   **2019**   **Copy C,  for employee's records**   This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000006-0000W2 | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8226.00 | 58.74 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8226.00 | 510.01 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8226.00 | 119.28 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12 / 14 Other

c Employee's name, address, and ZIP code
MIRNA FLORES

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8226.00 | 27.00 | 8226.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**   **2019**   **Copy B,  to be filed with employee's FEDERAL tax return**

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000006-0000W2 | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8226.00 | 58.74 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8226.00 | 510.01 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8226.00 | 119.28 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12 / 14 Other

c Employee's name, address, and ZIP code
MIRNA FLORES

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8226.00 | 27.00 | 8226.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**   **2019**   **Copy 2,  to be filed with employee's tax return for   CO**

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000006-0000W2 | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8226.00 | 58.74 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8226.00 | 510.01 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8226.00 | 119.28 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12 / 14 Other

c Employee's name, address, and ZIP code
MIRNA FLORES

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8226.00 | 27.00 | 8226.00 | 24.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020. If any amount is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be required to file Form 4137, if you received tips but didn't report them to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan). Deferrals under code H are limited to $7,000; under code S, $15,500; under section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report contributions to section 457(b) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tax reported by the employer to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019   Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000006-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | |
| | | DENVER CO 80239 | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8226.00 | 58.74 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8226.00 | 510.01 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8226.00 | 119.28 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| MIRNA FLORES |

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8226.00 | 27.00 | 8226.00 | 24.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had only one employer during 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2019  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000036-0000W2 | | |

**b Employer's identification number**  80-0438877
**a Employee's social security number**  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

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**Department of the Treasury - Internal Revenue Service**
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

**e Employee's name, address, and ZIP code**
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 268.80 | 11.05 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 268.80 | 16.67 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 268.80 | 3.90 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 268.80 | 8.00 | 268.80 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2019  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000036-0000W2 | | |

**b Employer's identification number**  80-0438877
**a Employee's social security number**  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

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**Department of the Treasury - Internal Revenue Service**
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

**e Employee's name, address, and ZIP code**
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 268.80 | 11.05 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 268.80 | 16.67 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 268.80 | 3.90 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 268.80 | 8.00 | 268.80 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2019  Copy 2, to be filed with employee's tax return for  CO

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000036-0000W2 | | |

**b Employer's identification number**  80-0438877
**a Employee's social security number**  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

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**Department of the Treasury - Internal Revenue Service**
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

**e Employee's name, address, and ZIP code**
JOHN GIVENS
1155 S HAVANA ST # 396
AURORA CO 80012

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 268.80 | 11.05 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 268.80 | 16.67 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 268.80 | 3.90 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 268.80 | 8.00 | 268.80 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan); $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019      Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000036-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service | |
| b Employer's identification number | a Employee's social security number | | | 14475 ROBINS DR | OMB No. 1545-0008 | |
| 80-0438877 | 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 | | | DENVER CO 80239 | | |
| | | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | | 268.80 | 11.05 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 268.80 | 16.67 |
| 12 See Instrs. for Box 12 | 14 Other | | | e Employee's name, address and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | JOHN GIVENS | 268.80 | 3.90 |
| | | | | 1155 S HAVANA ST # 396 | 7 Social Security tips | 8 Allocated Tips |
| | | | | AURORA CO 80012 | | |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 268.80 | | 8.00 | 268.80 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| | | X | | Department of the Treasury - Internal Revenue Service | |
| b Employer's identification number | a Employee's social security number | | | OMB No. 1545-0008 | |
| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| | | X | | Department of the Treasury - Internal Revenue Service | |
| b Employer's identification number | a Employee's social security number | | | OMB No. 1545-0008 | |
| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be subject to social security and Medicare tax on unreported tips. See the Form 1040 instructions.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5).

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable).

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019      Copy C,   for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000019-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | | |
| b Employer's identification number | a Employee's social security number | | | | | 1 Wages, tips, other compensation 4806.30 | 2 Federal income tax withheld 290.67 |
| 80-0348877 | 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 | | | | | 3 Social Security wages 4806.30 | 4 Social Security tax withheld 297.99 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | | 5 Medicare wages and tips 4806.30 | 6 Medicare tax withheld 69.69 |
| 12 See Instrs. for Box 12 | 14 Other | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4806.30 | 140.00 | 4806.30 | 22.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2019      Copy B,   to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000019-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | | |
| b Employer's identification number | a Employee's social security number | | | | | 1 Wages, tips, other compensation 4806.30 | 2 Federal income tax withheld 290.67 |
| 80-0348877 | 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 | | | | | 3 Social Security wages 4806.30 | 4 Social Security tax withheld 297.99 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | | 5 Medicare wages and tips 4806.30 | 6 Medicare tax withheld 69.69 |
| 12 See Instrs. for Box 12 | 14 Other | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4806.30 | 140.00 | 4806.30 | 22.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2019      Copy 2,   to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000019-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | | |
| b Employer's identification number | a Employee's social security number | | | | | 1 Wages, tips, other compensation 4806.30 | 2 Federal income tax withheld 290.67 |
| 80-0348877 | 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 | | | | | 3 Social Security wages 4806.30 | 4 Social Security tax withheld 297.99 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | | 5 Medicare wages and tips 4806.30 | 6 Medicare tax withheld 69.69 |
| 12 See Instrs. for Box 12 | 14 Other | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | e Employee's name, address, and ZIP code DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4806.30 | 140.00 | 4806.30 | 22.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made to you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan). $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferral to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferral under a section 403(b) salary reduction agreement

**F—**Elective deferral under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2019    Copy 2,  to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0095-13058390    0000000019-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |
| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation 4806.30 | 2 Federal income tax withheld 290.67 |
| 80-0438877 | 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 | | | | 3 Social Security wages 4806.30 | 4 Social Security tax withheld 297.99 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 4806.30 | 6 Medicare tax withheld 69.69 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4806.30 | 140.00 | 4806.30 | 22.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | X | | | | |
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

### Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | X | | | | |
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had too much social security or Tier 1 RRTA tax withheld because you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax due on unreported tips. If you have a balance due on Form 4137, include the amount on the "other taxes" line shown on your Form(s) W-2 that you must report as income and an additional tax on any taxable amount of your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans). Deferrals under code H are limited to $7,000. Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5).

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable).

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employer elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000055-0000W2 | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 4560.00 | 297.70 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 4560.00 | 282.72 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | 4560.00 | 66.12 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| WILLIAM HAYES<br>363 GENEVA ST APT A<br>AURORA CO 80010 | | |
| | 10 Dependent care benefits | 11 Nonqualified plans |
| | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4560.00 | 140.00 | 4560.00 | 12.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000055-0000W2 | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 4560.00 | 297.70 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 4560.00 | 282.72 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | 4560.00 | 66.12 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| WILLIAM HAYES<br>363 GENEVA ST APT A<br>AURORA CO 80010 | | |
| | 10 Dependent care benefits | 11 Nonqualified plans |
| | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4560.00 | 140.00 | 4560.00 | 12.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for    CO

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000055-0000W2 | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 4560.00 | 297.70 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 4560.00 | 282.72 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | 4560.00 | 66.12 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| WILLIAM HAYES<br>363 GENEVA ST APT A<br>AURORA CO 80010 | | |
| | 10 Dependent care benefits | 11 Nonqualified plans |
| | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4560.00 | 140.00 | 4560.00 | 12.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the

social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on collected tips. By filing Form 4137, your social security tips and your social security tips will be credited to your social security record (used to figure your future benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan), $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2019    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | 0095-13058390  0000000055-0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code

AGGIES ANGELS CARE PROVIDERS  
14475 ROBINS DR  
DENVER CO 80239

| 1 Wages, tips, other compensation | 4560.00 | 2 Federal income tax withheld | 297.70 |
|---|---|---|---|
| 3 Social Security wages | 4560.00 | 4 Social Security tax withheld | 282.72 |
| 5 Medicare wages and tips | 4560.00 | 6 Medicare tax withheld | 66.12 |
| 7 Social Security tips | | 8 Allocated tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

WILLIAM HAYES  
363 GENEVA ST APT A  
AURORA CO 80010

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4560.00 | 140.00 | 4560.00 | 12.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019

| d Control number | Void | X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement — 2019

| d Control number | Void | X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your W-2 that you must report as income and on other tips. You may be able to use Form 4137 to figure the social security and Medicare tax on unreported tips. See Form 1040 instructions.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000056-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

b Employer's identification number: 80-04388877
a Employee's social security number: 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

Employer address: 14475 ROBINS DR, DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 10500.00 | 728.67 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 10500.00 | 651.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 10500.00 | 152.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code: CHEYENNE JACKSON, 363 GENEVA ST APT A, AURORA CO 80010

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12 / 14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 10500.00 | 337.00 | 10500.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000056-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

b Employer's identification number: 80-04388877
a Employee's social security number: 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

Employer address: 14475 ROBINS DR, DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 10500.00 | 728.67 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 10500.00 | 651.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 10500.00 | 152.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code: CHEYENNE JACKSON, 363 GENEVA ST APT A, AURORA CO 80010

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12 / 14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 10500.00 | 337.00 | 10500.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for CO

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000056-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

b Employer's identification number: 80-04388877
a Employee's social security number: 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

Employer address: 14475 ROBINS DR, DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 10500.00 | 728.67 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 10500.00 | 651.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 10500.00 | 152.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code: CHEYENNE JACKSON, 363 GENEVA ST APT A, AURORA CO 80010

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12 / 14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 10500.00 | 337.00 | 10500.00 | 22.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For information on how to report tips on your tax return, see your Form 1040 instructions.

Be sure to file Form 4137 with your tax return and pay the tax.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferral to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferral under a section 403(b) salary reduction agreement

F—Elective deferral under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,    to be filed with employee's tax return for    AUROR

| d Control number | 0095-13058390 | 0000000056-0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number | a Employee's social security number |
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 10500.00 | 728.67 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 10500.00 | 651.00 |
| 5 Medicare wages and tips | 6 Medicare withheld |
| 10500.00 | 152.25 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |

| 12 See Instrs. for Box 12 | 14 Other |

| e Employee's name, address, and ZIP code |

CHEYENNE JACKSON
363 GENEVA ST APT A
AURORA CO 80010

| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 10500.00 | 337.00 | 10500.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare withheld |

| 12 See Instrs. for Box 12 | 14 Other |

| e Employee's name, address, and ZIP code |

| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare withheld |

| 12 See Instrs. for Box 12 | 14 Other |

| e Employee's name, address, and ZIP code |

| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019          Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000064-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | 2808.00 | 185.82 |
| | | DENVER CO 80239 | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 2808.00 | 174.10 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|---|
| | | | | 2808.00 | 40.72 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | JAIZIONE JACKSON | | |
| | | 1190 S SHERIDON BLVD APT 11 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | DENVER CO 80232 | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2808.00 | 87.00 | 2808.00 | 6.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019          Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000064-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | 2808.00 | 185.82 |
| | | DENVER CO 80239 | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 2808.00 | 174.10 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|---|
| | | | | 2808.00 | 40.72 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | JAIZIONE JACKSON | | |
| | | 1190 S SHERIDON BLVD APT 11 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | DENVER CO 80232 | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2808.00 | 87.00 | 2808.00 | 6.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019          Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000064-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | 2808.00 | 185.82 |
| | | DENVER CO 80239 | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 2808.00 | 174.10 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|---|
| | | | | 2808.00 | 40.72 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | JAIZIONE JACKSON | | |
| | | 1190 S SHERIDON BLVD APT 11 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | DENVER CO 80232 | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2808.00 | 87.00 | 2808.00 | 6.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | |
|---|---|---|---|---|
| 0095-13058390 | 0000000064-0000W2 | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service |
| | | | 14475 ROBINS DR | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | 2808.00 | 185.82 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 2808.00 | 174.10 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | JAIZIONNE JACKSON | 2808.00 | 40.72 |
| | | 1190 S SHERIDON BLVD APT 11 | 7 Social Security tips | 8 Allocated Tips |
| | | DENVER CO 80232 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2808.00 | 87.00 | 2808.00 | 6.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code | |
|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code | |
|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans). Elective deferrals (Code D) and the limit for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are shown, the contributions are for the current year.

**a**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employer elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

| d Control number | 0095-13058390   0000000007-0000W2 | Void |
|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number   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 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay |
| 12 See Instrs. for Box 12 | 14 Other | |

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**
DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 9680.00 | 2 Federal income tax withheld | 702.89 |
|---|---|---|---|
| 3 Social Security wages | 9680.00 | 4 Social Security tax withheld | 600.16 |
| 5 Medicare wages and tips | 9680.00 | 6 Medicare tax withheld | 140.36 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9680.00 | 280.00 | 9680.00 | 8.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390   0000000007-0000W2 | Void |
|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number   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 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay |
| 12 See Instrs. for Box 12 | 14 Other | |

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**
DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 9680.00 | 2 Federal income tax withheld | 702.89 |
|---|---|---|---|
| 3 Social Security wages | 9680.00 | 4 Social Security tax withheld | 600.16 |
| 5 Medicare wages and tips | 9680.00 | 6 Medicare tax withheld | 140.36 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9680.00 | 280.00 | 9680.00 | 8.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for CO

| d Control number | 0095-13058390   0000000007-0000W2 | Void |
|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number   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 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay |
| 12 See Instrs. for Box 12 | 14 Other | |

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

**e Employee's name, address, and ZIP code**
DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 9680.00 | 2 Federal income tax withheld | 702.89 |
|---|---|---|---|
| 3 Social Security wages | 9680.00 | 4 Social Security tax withheld | 600.16 |
| 5 Medicare wages and tips | 9680.00 | 6 Medicare tax withheld | 140.36 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9680.00 | 280.00 | 9680.00 | 8.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax due on the allocated tips shown on Form(s) W-2 that you must report as income and on other tips. You do not need to complete Form 4137 if you included all your social security tips with your other tips. If you have not yet reported all your tips to your employer or if you are self-employed, see Pub. 531, Reporting Tip Income.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019   Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390   0000000007-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 9680.00 | 2 Federal Income tax withheld 702.89 |
|---|---|---|---|---|
| 80-0438877 | 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 | | 3 Social Security wages 9680.00 | 4 Social Security tax withheld 600.16 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips 9680.00 | 6 Medicare tax withheld 140.36 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9680.00 | 280.00 | 9680.00 | 8.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

Do you have to file? Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

Earned income credit (EIC). You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

Clergy and religious workers. If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

Corrections. If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

Cost of employer-sponsored health coverage (if such cost is provided by the employer). The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

Credit for excess taxes. If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your W-2 that you must report as income and on other tips. You do not pay social security and Medicare tax on tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are in a section 457 plan, this amount is not shown in box 11.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employer elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000014-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
TENEA T LATTANY
4645 E 5TH AVE
DENVER CO 80230

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation 12376.00 | 2 Federal income tax withheld 624.01 |
| 3 Social Security wages 12376.00 | 4 Social Security tax withheld 767.31 |
| 5 Medicare wages and tips 12376.00 | 6 Medicare tax withheld 179.45 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12376.00 | 281.00 | 12376.00 | 16.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000014-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
TENEA T LATTANY
4645 E 5TH AVE
DENVER CO 80230

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation 12376.00 | 2 Federal income tax withheld 624.01 |
| 3 Social Security wages 12376.00 | 4 Social Security tax withheld 767.31 |
| 5 Medicare wages and tips 12376.00 | 6 Medicare tax withheld 179.45 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12376.00 | 281.00 | 12376.00 | 16.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000014-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
TENEA T LATTANY
4645 E 5TH AVE
DENVER CO 80230

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation 12376.00 | 2 Federal income tax withheld 624.01 |
| 3 Social Security wages 12376.00 | 4 Social Security tax withheld 767.31 |
| 5 Medicare wages and tips 12376.00 | 6 Medicare tax withheld 179.45 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12376.00 | 281.00 | 12376.00 | 16.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect; correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You do not need to complete Form 4137 if your social security and tips, plus your wages, exceeds $137,700. File Form 4137 with your Form 1040.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan). Deferrals under code G are limited to $39,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement**    **2019**    **Copy 2,  to be filed with employee's tax return for   AUROR**

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390    0000000014-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | 12376.00 | 624.01 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | 12376.00 | 767.31 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | TENEA T LATTANY | 12376.00 | 179.45 |
| | | 4645 E 5TH AVE | 7 Social Security tips | 8 Allocated tips |
| | | DENVER CO 80230 | | |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12376.00 | 281.00 | 12376.00 | 16.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement**    **2019**

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement**    **2019**

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For information on how to report tips on your tax return, see your Form 1040 instructions.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

---

**Form W-2 Wage and Tax Statement**  2019   Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | Void | |
|---|---|---|---|---|
| 0095-13058390 | 0000000027-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 924.00 | 62.80 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 924.00 | 57.29 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 924.00 | 13.40 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code
MICHAEL LEE
146 S EAGLE CIRCLE
AURORA CO 80012

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 924.00 | 31.00 | 924.00 | 2.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**  2019   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void | |
|---|---|---|---|---|
| 0095-13058390 | 0000000027-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 924.00 | 62.80 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 924.00 | 57.29 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 924.00 | 13.40 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code
MICHAEL LEE
146 S EAGLE CIRCLE
AURORA CO 80012

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 924.00 | 31.00 | 924.00 | 2.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**  2019   Copy 2, to be filed with employee's tax return for   CO

| d Control number | | | Void | |
|---|---|---|---|---|
| 0095-13058390 | 0000000027-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 924.00 | 62.80 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 924.00 | 57.29 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 924.00 | 13.40 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code
MICHAEL LEE
146 S EAGLE CIRCLE
AURORA CO 80012

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 924.00 | 31.00 | 924.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan). Deferrals under a section 403(b) plan are also limited to $19,000. However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000027-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|---|
| 80-0438877 | 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 | | 14475 ROBINS DR | | 924.00 | 62.80 |
| | | | DENVER CO 80239 | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 924.00 | 57.29 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|---|---|
| | | | | | 924.00 | 13.40 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | MICHAEL LEE | | |
| | | 146 S EAGLE CIRCLE | 10 Dependent care benefits | 11 Nonqualified plans |
| | | AURORA CO 80012 | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 924.00 | 31.00 | 924.00 | 2.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement — 2019

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |
| | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | | | |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement — 2019

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |
| | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | | | |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 Instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may be able to use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.**  If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employer elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy **C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2019  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | Void | | |
|---|---|---|---|
| 0095-13058390   0000000021-0000W2 | | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0348877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5304.00 | 340.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5304.00 | 328.85 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5304.00 | 76.91 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code
THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5304.00 | 158.00 | 5304.00 | 22.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2019  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | Void | | |
|---|---|---|---|
| 0095-13058390   0000000021-0000W2 | | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0348877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5304.00 | 340.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5304.00 | 328.85 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5304.00 | 76.91 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code
THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5304.00 | 158.00 | 5304.00 | 22.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2019  Copy 2, to be filed with employee's tax return for  CO

| d Control number | Void | | |
|---|---|---|---|
| 0095-13058390   0000000021-0000W2 | | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0348877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5304.00 | 340.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5304.00 | 328.85 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5304.00 | 76.91 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code
THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5304.00 | 158.00 | 5304.00 | 22.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For information on how to report tips on your tax return, see your Form 1040 instructions.

To get more information concerning tips, see Pub. 531, Reporting Tip Income, or Pub. 1244, Employee's Daily Record of Tips and Report of Tips to Employer.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals under a section 457(b) plan may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer to employee in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390    0000000021-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | |
| | | DENVER CO 80239 | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5304.00 | 340.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5304.00 | 328.85 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5304.00 | 76.91 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5304.00 | 158.00 | 5304.00 | 22.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 Instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your W-2 that you must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019        Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000046-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code
ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

| 1 Wages, tips, other compensation | 5760.00 | 2 Federal income tax withheld | 196.08 |
|---|---|---|---|
| 3 Social Security wages | 5760.00 | 4 Social Security tax withheld | 357.12 |
| 5 Medicare wages and tips | 5760.00 | 6 Medicare tax withheld | 83.52 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5760.00 | 102.00 | 5760.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019        Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000046-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code
ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

| 1 Wages, tips, other compensation | 5760.00 | 2 Federal income tax withheld | 196.08 |
|---|---|---|---|
| 3 Social Security wages | 5760.00 | 4 Social Security tax withheld | 357.12 |
| 5 Medicare wages and tips | 5760.00 | 6 Medicare tax withheld | 83.52 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5760.00 | 102.00 | 5760.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019        Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000046-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code
ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

| 1 Wages, tips, other compensation | 5760.00 | 2 Federal income tax withheld | 196.08 |
|---|---|---|---|
| 3 Social Security wages | 5760.00 | 4 Social Security tax withheld | 357.12 |
| 5 Medicare wages and tips | 5760.00 | 6 Medicare tax withheld | 83.52 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5760.00 | 102.00 | 5760.00 | 22.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000046-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR |
|---|---|---|---|
| 80-0438877 | 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 | | DENVER CO 80239 |

| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5760.00 | 196.08 |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 5760.00 | 357.12 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| e Employee's name, address, and ZIP code |
|---|
| ALYSSIA MARTINEZ |
| 3051 S GOLDEN WAY |
| DENVER CO 80227 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5760.00 | 83.52 |

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5760.00 | 102.00 | 5760.00 | 22.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| | | | | | |

| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|---|

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|

| | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| | | | | | |

| b Employer's identification number | a Employee's social security number | | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|---|

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|

| | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.ssa.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your W-2 that you must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390    0000000040-0000W2 | Void | |
|---|---|---|---|

| e Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 8116.00 | 2 Federal income tax withheld | 510.87 |
|---|---|---|---|
| 3 Social Security wages | 8116.00 | 4 Social Security tax withheld | 503.19 |
| 5 Medicare wages and tips | 8116.00 | 6 Medicare tax withheld | 117.68 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12   14 Other

| e Employee's name, address, and ZIP code |
|---|
| BETTY MOORE |
| 4463 STEEL STREET |
| DENVER CO 80230 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8116.00 | 239.00 | 8116.00 | 22.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390    0000000040-0000W2 | Void | |
|---|---|---|---|

| e Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 8116.00 | 2 Federal income tax withheld | 510.87 |
|---|---|---|---|
| 3 Social Security wages | 8116.00 | 4 Social Security tax withheld | 503.19 |
| 5 Medicare wages and tips | 8116.00 | 6 Medicare tax withheld | 117.68 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12   14 Other

| e Employee's name, address, and ZIP code |
|---|
| BETTY MOORE |
| 4463 STEEL STREET |
| DENVER CO 80230 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8116.00 | 239.00 | 8116.00 | 22.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for   CO

| d Control number | 0095-13058390    0000000040-0000W2 | Void | |
|---|---|---|---|

| e Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 8116.00 | 2 Federal income tax withheld | 510.87 |
|---|---|---|---|
| 3 Social Security wages | 8116.00 | 4 Social Security tax withheld | 503.19 |
| 5 Medicare wages and tips | 8116.00 | 6 Medicare tax withheld | 117.68 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12   14 Other

| e Employee's name, address, and ZIP code |
|---|
| BETTY MOORE |
| 4463 STEEL STREET |
| DENVER CO 80230 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8116.00 | 239.00 | 8116.00 | 22.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For information on how to report tips on Form 4137, see your tax return instructions. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019   Copy 2, to be filed with employee's tax return for   AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| 0095-13058390  0000000040-0000W2 | | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|
| 80-0438877 | 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 | 8116.00 | 510.87 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 8116.00 | 503.19 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | 8116.00 | 117.68 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| BETTY MOORE  4463 STEEL STREET  DENVER CO 80230 | | |
| | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8116.00 | 239.00 | 8116.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | | |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | | |
| | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | | |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | | |
| | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amounts unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare income record will be corrected to reflect that you actually received the tip income.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy **C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy **C** until you begin receiving social security benefits, just in case there is a question about your record and/or earnings in a particular year.

## Form W-2 Wage and Tax Statement    2019    Copy C,  for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000011-0000W2 | | |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 477.30 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 477.30 | 29.59 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 477.30 | 6.92 |

**e Employee's name, address, and ZIP code**
DEVIN MOORE

| 7 Social Security tips | 8 Allocated tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 477.30 | 13.00 | 477.30 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement    2019    Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000011-0000W2 | | |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 477.30 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 477.30 | 29.59 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 477.30 | 6.92 |

**e Employee's name, address, and ZIP code**
DEVIN MOORE

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 477.30 | 13.00 | 477.30 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement    2019    Copy 2,  to be filed with employee's tax return for   CO

| d Control number | | Void | |
|---|---|---|---|
| 0095-13058390 | 0000000011-0000W2 | | |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 477.30 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 477.30 | 29.59 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 477.30 | 6.92 |

**e Employee's name, address, and ZIP code**
DEVIN MOORE

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 477.30 | 13.00 | 477.30 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement**        **2019**        Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number 0095-13058390   0000000011-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 477.30 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 477.30 | 29.59 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 477.30 | 6.92 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee   Retirement plan   Third-party sick pay

12 See Instrs. for Box 12     14 Other

e Employee's name, address, and ZIP code

DEVIN MOORE

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 477.30 | 13.00 | 477.30 | 2.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**        **2019**

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee   Retirement plan   Third-party sick pay

12 See Instrs. for Box 12     14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement**        **2019**

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12     14 Other

13 Statutory Employee   Retirement plan   Third-party sick pay

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement  2019  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000059-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 324.00 | 0.97 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 324.00 | 20.09 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 324.00 | 4.70 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
SADAYA MOORE
14201 E 1ST DR APT 306
AURORA CO 80011

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 324.00 | | 324.00 | 0.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement  2019  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000059-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 324.00 | 0.97 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 324.00 | 20.09 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 324.00 | 4.70 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
SADAYA MOORE
14201 E 1ST DR APT 306
AURORA CO 80011

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 324.00 | | 324.00 | 0.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement  2019  Copy 2, to be filed with employee's tax return for  CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390 | 0000000059-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 324.00 | 0.97 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 324.00 | 20.09 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 324.00 | 4.70 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
SADAYA MOORE
14201 E 1ST DR APT 306
AURORA CO 80011

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 324.00 | | 324.00 | 0.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your W-2 that you must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement**  **2019**     Copy 2,  to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000059-0000W2 | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| 80-0438877 | 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 | 324.00 | 0.97 |

Employer address: 14475 ROBINS DR, DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 324.00 | 20.09 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| | | 324.00 | 4.70 |

| e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| SADAYA MOORE  14201 E 1ST DR APT 306  AURORA CO 80011 | | |

| | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|
| | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 324.00 | | 324.00 | 0.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**  **2019**

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

**Form W-2 Wage and Tax Statement**  **2019**

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may also be required to file Form 8919. See the Form 1040 instructions.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans). $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement.

F—Elective deferrals under a section 408(k)(6) salary reduction SEP.

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390   0000000042-0000W2 | Void |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
WENDY MORALES

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 13286.00 | 2 Federal income tax withheld | 984.97 |
|---|---|---|---|
| 3 Social Security wages | 13286.00 | 4 Social Security tax withheld | 823.73 |
| 5 Medicare wages and tips | 13286.00 | 6 Medicare tax withheld | 192.65 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13286.00 | 439.00 | 13286.00 | 24.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390   0000000042-0000W2 | Void |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
WENDY MORALES

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 13286.00 | 2 Federal income tax withheld | 984.97 |
|---|---|---|---|
| 3 Social Security wages | 13286.00 | 4 Social Security tax withheld | 823.73 |
| 5 Medicare wages and tips | 13286.00 | 6 Medicare tax withheld | 192.65 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13286.00 | 439.00 | 13286.00 | 24.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for   CO

| d Control number | 0095-13058390   0000000042-0000W2 | Void |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

e Employee's name, address, and ZIP code
WENDY MORALES

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 13286.00 | 2 Federal income tax withheld | 984.97 |
|---|---|---|---|
| 3 Social Security wages | 13286.00 | 4 Social Security tax withheld | 823.73 |
| 5 Medicare wages and tips | 13286.00 | 6 Medicare tax withheld | 192.65 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13286.00 | 439.00 | 13286.00 | 24.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the

social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan). Deferrals under code H (section 501(c)(18)(D) plan) are limited to the lesser of $7,000 or 25% of compensation. Deferrals under code G are limited to $22,000 for section 457(b) plans and for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0095-13058390 | 0000000042-0000W2 | | AGGIES ANGELS CARE PROVIDERS OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | |
| | | DENVER CO 80239 | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 13286.00 | 984.97 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 13286.00 | 823.73 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 13286.00 | 192.65 |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12   14 Other

e Employee's name, address, and ZIP code

WENDY MORALES

7 Social Security tips | 8 Allocated Tips
10 Dependent care benefits | 11 Nonqualified plans

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13286.00 | 439.00 | 13286.00 | 24.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement    2019

(blank form)

---

### Form W-2 Wage and Tax Statement    2019

(blank form)

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you've ever shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | Void | e Employer's name, address, and ZIP code | |
|---|---|---|---|
| 0095-13058390  0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | |
|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 5774.00 | 350.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5774.00 | 357.99 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 5774.00 | 83.72 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | ADAM R ROMERO  35 S LOGAN ST APT 402  DENVER CO 80219 | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5774.00 | 166.00 | 5774.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | Void | e Employer's name, address, and ZIP code | |
|---|---|---|---|
| 0095-13058390  0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | |
|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 5774.00 | 350.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5774.00 | 357.99 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 5774.00 | 83.72 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | ADAM R ROMERO  35 S LOGAN ST APT 402  DENVER CO 80219 | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5774.00 | 166.00 | 5774.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for   CO

| d Control number | Void | e Employer's name, address, and ZIP code | |
|---|---|---|---|
| 0095-13058390  0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | |
|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 5774.00 | 350.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5774.00 | 357.99 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 5774.00 | 83.72 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | ADAM R ROMERO  35 S LOGAN ST APT 402  DENVER CO 80219 | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5774.00 | 166.00 | 5774.00 | 22.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record to figure your benefits.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan). Deferrals under code H are limited to $7,000 for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| Department of the Treasury - Internal Revenue Service |
| OMB No. 1545-0008 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 5774.00 | 350.44 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5774.00 | 357.99 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5774.00 | 83.72 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| ADAM R ROMERO |
| 35 S LOGAN ST APT 402 |
| DENVER CO 80219 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5774.00 | 166.00 | 5774.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

| Department of the Treasury - Internal Revenue Service |
| OMB No. 1545-0008 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

| Department of the Treasury - Internal Revenue Service |
| OMB No. 1545-0008 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| e Employee's name, address, and ZIP code |
|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your W-2 that you must report as income and on other tips. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must be sure that the Social Security Administration (SSA) to correct your name, SSN, or money amount error reported to the SSA. Be sure to ask the employer to file Form W-2c for any tax, you must be able to figure your taxes (for figure benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement     2019     Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| | | |
|---|---|---|
| d Control number 0095-13058390   0000000063-0000W2   Void | | |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| 1 Wages, tips, other compensation 2072.00 | 2 Federal income tax withheld 128.05 |
|---|---|
| 3 Social Security wages 2072.00 | 4 Social Security tax withheld 128.46 |
| 5 Medicare wages and tips 2072.00 | 6 Medicare tax withheld 30.04 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee □   Retirement plan □   Third-party sick pay □

12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 2072.00 | 17 State income tax 60.00 | 18 Local wages, tips, etc. 2072.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement     2019     Copy B, to be filed with employee's FEDERAL tax return

| | | |
|---|---|---|
| d Control number 0095-13058390   0000000063-0000W2   Void | | |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 2072.00 | 2 Federal income tax withheld 128.05 |
|---|---|
| 3 Social Security wages 2072.00 | 4 Social Security tax withheld 128.46 |
| 5 Medicare wages and tips 2072.00 | 6 Medicare tax withheld 30.04 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee □   Retirement plan □   Third-party sick pay □

12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 2072.00 | 17 State income tax 60.00 | 18 Local wages, tips, etc. 2072.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement     2019     Copy 2, to be filed with employee's tax return for   CO

| | | |
|---|---|---|
| d Control number 0095-13058390   0000000063-0000W2   Void | | |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 2072.00 | 2 Federal income tax withheld 128.05 |
|---|---|
| 3 Social Security wages 2072.00 | 4 Social Security tax withheld 128.46 |
| 5 Medicare wages and tips 2072.00 | 6 Medicare tax withheld 30.04 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee □   Retirement plan □   Third-party sick pay □

12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 2072.00 | 17 State income tax 60.00 | 18 Local wages, tips, etc. 2072.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2019  Copy 2,  to be filed with employee's tax return for  AUROR

| d Control number 0095-13058390   0000000063-0000W2 | Void | c Employer's name, address, and ZIP code |
|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | 1 Wages, tips, other compensation 2072.00 | 2 Federal income tax withheld 128.05 |
|---|---|---|
| 13 Statutory Employee / Retirement plan / Third-party sick pay | 3 Social Security wages 2072.00 | 4 Social Security tax withheld 128.46 |
| 12 See Instrs. for Box 12 / 14 Other | 5 Medicare wages and tips 2072.00 | 6 Medicare tax withheld 30.04 |

e Employee's name, address, and ZIP code

ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2072.00 | 60.00 | 2072.00 | 10.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 13 Statutory Employee / Retirement plan / Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement — 2019

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 13 Statutory Employee / Retirement plan / Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

Do you have to file? Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. A negligence penalty may be imposed if you understate the tips you should have reported. See your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are in doubt, contact your employer.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000034-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code
NYOMI ISIS TURPIN
11815 EAST CANAL DR
AURORA CO 80011

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 224.00 | 6.57 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 224.00 | 13.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 224.00 | 3.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 224.00 | 3.00 | 224.00 | 0.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000034-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code
NYOMI ISIS TURPIN
11815 EAST CANAL DR
AURORA CO 80011

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 224.00 | 6.57 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 224.00 | 13.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 224.00 | 3.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 224.00 | 3.00 | 224.00 | 0.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement — 2019 — Copy 2, to be filed with employee's tax return for CO

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000034-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code
NYOMI ISIS TURPIN
11815 EAST CANAL DR
AURORA CO 80011

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 224.00 | 6.57 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 224.00 | 13.89 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 224.00 | 3.25 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 224.00 | 3.00 | 224.00 | 0.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer to employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| 0095-13058390    0000000034-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 224.00 | 6.57 |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 224.00 | 13.89 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 224.00 | 3.25 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | NYOMI ISIS TURPIN 11815 EAST CANAL DR AURORA CO 80011 | | |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 224.00 | 3.00 | 224.00 | 0.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you didn't report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390  0000000022-0000W2  Void | | |
|---|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number | 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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3126.50 | 2 Federal income tax withheld |
| 3 Social Security wages 3126.50 | 4 Social Security tax withheld 193.84 |
| 5 Medicare wages and tips 3126.50 | 6 Medicare tax withheld 45.33 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
JASMINE VALDEZ
2342 MOLINE STREET
AURORA CO 80010

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3126.50 | 17 State income tax | 18 Local wages, tips, etc. 3126.50 | 19 Local income tax 14.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390  0000000022-0000W2  Void | | |
|---|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number | 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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3126.50 | 2 Federal income tax withheld |
| 3 Social Security wages 3126.50 | 4 Social Security tax withheld 193.84 |
| 5 Medicare wages and tips 3126.50 | 6 Medicare tax withheld 45.33 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
JASMINE VALDEZ
2342 MOLINE STREET
AURORA CO 80010

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3126.50 | 17 State income tax | 18 Local wages, tips, etc. 3126.50 | 19 Local income tax 14.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for  CO

| d Control number | 0095-13058390  0000000022-0000W2  Void | | |
|---|---|---|---|
| b Employer's identification number | 80-0438877 | a Employee's social security number | 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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3126.50 | 2 Federal income tax withheld |
| 3 Social Security wages 3126.50 | 4 Social Security tax withheld 193.84 |
| 5 Medicare wages and tips 3126.50 | 6 Medicare tax withheld 45.33 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
JASMINE VALDEZ
2342 MOLINE STREET
AURORA CO 80010

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3126.50 | 17 State income tax | 18 Local wages, tips, etc. 3126.50 | 19 Local income tax 14.00 | 20 Locality name CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

Box 10. This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

Note...If your follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report contributions to RRTA compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement** | **2019** | **Copy 2,** to be filed with employee's tax return for   **AUROR**

| d Control number | | 0095-13058390 | 0000000022-0000W2 | Void | | c Employer's name, address, and ZIP code | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

c Employer's name, address, and ZIP code:
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

b Employer's identification number: 80-0438877
a Employee's social security number: 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

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other compensation  3126.50 | 2 Federal Income tax withheld | |
| 3 Social Security wages  3126.50 | 4 Social Security tax withheld  193.84 | |
| 5 Medicare wages and tips  3126.50 | 6 Medicare tax withheld  45.33 | |
| 7 Social Security tips | 8 Allocated Tips | |
| 10 Dependent care benefits | 11 Nonqualified plans | |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code:
JASMINE VALDEZ
2342 MOLINE STREET
AURORA CO 80010

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3126.50 | | 3126.50 | 14.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement** | **2019**

| d Control number | | Void  X | c Employer's name, address, and ZIP code |
|---|---|---|---|

b Employer's identification number | a Employee's social security number

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement** | **2019**

| d Control number | | Void  X | c Employer's name, address, and ZIP code |
|---|---|---|---|

b Employer's identification number | a Employee's social security number

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans). Deferrals under code G are limited to $19,500 plus an additional $6,000 for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement**  |  **2019**  |  **Copy C, for employee's records**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | |
|---|---|---|
| 0095-13058390   0000000038-0000W2 | | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
DEREK WASHINGTON
23771 E ALABAMA DR
AURORA CO 80018

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 11592.00 | 779.28 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 11592.00 | 718.70 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 11592.00 | 168.08 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 11592.00 | 366.00 | 11592.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**  |  **2019**  |  **Copy B, to be filed with employee's FEDERAL tax return**

| d Control number | | |
|---|---|---|
| 0095-13058390   0000000038-0000W2 | | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
DEREK WASHINGTON
23771 E ALABAMA DR
AURORA CO 80018

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 11592.00 | 779.28 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 11592.00 | 718.70 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 11592.00 | 168.08 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 11592.00 | 366.00 | 11592.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**  |  **2019**  |  **Copy 2, to be filed with employee's tax return for CO**

| d Control number | | |
|---|---|---|
| 0095-13058390   0000000038-0000W2 | | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
DEREK WASHINGTON
23771 E ALABAMA DR
AURORA CO 80018

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 11592.00 | 779.28 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 11592.00 | 718.70 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 11592.00 | 168.08 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 11592.00 | 366.00 | 11592.00 | 24.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You may owe additional tax. If you don't report tips as income to your employer or on Form 4137, a penalty equal to 50% of the social security and Medicare tax due on those tips may be assessed. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan). Deferrals under code G are limited to a total of $19,000 ($22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390    0000000038-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service | |
| | | | 14475 ROBINS DR | OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | | | | | |
|---|---|---|---|---|---|---|---|
| 80-0438877 | 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 | | | DENVER CO 80239 | | | |

| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | 11592.00 | 779.28 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social security wages | 4 Social security tax withheld |
| | | | 11592.00 | 718.70 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | e Employee's name, address, and ZIP code | 11592.00 | 168.08 |
| | | DEREK WASHINGTON | 7 Social security tips | 8 Allocated Tips |
| | | 23771 E ALABAMA DR | | |
| | | AURORA CO 80018 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 11592.00 | 366.00 | 11592.00 | 24.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service | |
| | | | OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social security wages | 4 Social security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|
| | X | | Department of the Treasury - Internal Revenue Service | |
| | | | OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social security wages | 4 Social security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.**: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019   Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void | e Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000051-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | 1656.00 | 38.96 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | 1656.00 | 102.67 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | DAMON WHITE | 1656.00 | 24.01 |
| | | 15070 E 55TH AVE | 7 Social Security tips | 8 Allocated tips |
| | | DENVER CO 80239 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1656.00 | 22.00 | 1656.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000051-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | 1656.00 | 38.96 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | 1656.00 | 102.67 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | DAMON WHITE | 1656.00 | 24.01 |
| | | 15070 E 55TH AVE | 7 Social Security tips | 8 Allocated Tips |
| | | DENVER CO 80239 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1656.00 | 22.00 | 1656.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019   Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | e Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000051-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 | 1656.00 | 38.96 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | 1656.00 | 102.67 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | DAMON WHITE | 1656.00 | 24.01 |
| | | 15070 E 55TH AVE | 7 Social Security tips | 8 Allocated Tips |
| | | DENVER CO 80239 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1656.00 | 22.00 | 1656.00 | 4.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan); $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,  to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000051-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|
| 1 Wages, tips, other compensation | | 2 Federal income tax withheld |
| | 1656.00 | 38.96 |
| 3 Social Security wages | | 4 Social Security tax withheld |
| | 1656.00 | 102.67 |
| 5 Medicare wages and tips | | 6 Medicare tax withheld |
| | 1656.00 | 24.01 |
| 7 Social Security tips | | 8 Allocated tips |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

DAMON WHITE
15070 E 55TH AVE
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1656.00 | 22.00 | 1656.00 | 4.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code

| | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | 0095-13058390   0000000058-0000W2 | Void |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
JOYCE WILLIAMS

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 420.00 | 2 Federal income tax withheld | 26.17 |
|---|---|---|---|
| 3 Social Security wages | 420.00 | 4 Social Security tax withheld | 26.04 |
| 5 Medicare wages and tips | 420.00 | 6 Medicare tax withheld | 6.09 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 420.00 | 12.00 | | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0095-13058390   0000000058-0000W2 | Void |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
JOYCE WILLIAMS

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 420.00 | 2 Federal income tax withheld | 26.17 |
|---|---|---|---|
| 3 Social Security wages | 420.00 | 4 Social Security tax withheld | 26.04 |
| 5 Medicare wages and tips | 420.00 | 6 Medicare tax withheld | 6.09 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 420.00 | 12.00 | | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for   CO

| d Control number | 0095-13058390   0000000058-0000W2 | Void |
|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
JOYCE WILLIAMS

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 420.00 | 2 Federal income tax withheld | 26.17 |
|---|---|---|---|
| 3 Social Security wages | 420.00 | 4 Social Security tax withheld | 26.04 |
| 5 Medicare wages and tips | 420.00 | 6 Medicare tax withheld | 6.09 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 420.00 | 12.00 | | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals under code G may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep **Copy C** until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019

**Copy 2, to be filed with employee's tax return for AUROR**

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0095-13058390 | 0000000058-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR DENVER CO 80239 | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 80-0438877 | | | | 420.00 | 26.17 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | 420.00 | 26.04 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | JOYCE WILLIAMS | 420.00 | 6.09 |

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| | | |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 420.00 | 12.00 | 420.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2019

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For more information, see Pub. 531, Reporting Tip Income. Also see Instructions for Form 8959 and its separate instructions.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.
**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.
**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2019      Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000001-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
NATALIE M WILLIAMS
2102 M L K BLVD
DENVER CO 80205

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | 1164.30 | 2 Federal income tax withheld |
| 3 Social Security wages | 1164.30 | 4 Social Security tax withheld | 72.19 |
| 5 Medicare wages and tips | 1164.30 | 6 Medicare tax withheld | 16.88 |
| 7 Social Security tips | | 8 Allocated Tips |
| 10 Dependent care benefits | | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1164.30 | | 1164.30 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019      Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000001-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
NATALIE M WILLIAMS
2102 M L K BLVD
DENVER CO 80205

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | 1164.30 | 2 Federal income tax withheld |
| 3 Social Security wages | 1164.30 | 4 Social Security tax withheld | 72.19 |
| 5 Medicare wages and tips | 1164.30 | 6 Medicare tax withheld | 16.88 |
| 7 Social Security tips | | 8 Allocated Tips |
| 10 Dependent care benefits | | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1164.30 | | 1164.30 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2019      Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void |
|---|---|---|
| 0095-13058390 | 0000000001-0000W2 | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
NATALIE M WILLIAMS
2102 M L K BLVD
DENVER CO 80205

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | 1164.30 | 2 Federal income tax withheld |
| 3 Social Security wages | 1164.30 | 4 Social Security tax withheld | 72.19 |
| 5 Medicare wages and tips | 1164.30 | 6 Medicare tax withheld | 16.88 |
| 7 Social Security tips | | 8 Allocated Tips |
| 10 Dependent care benefits | | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1164.30 | | 1164.30 | 4.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. For information on how to report tips on your tax return, see your Form 1040 instructions.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have a SIMPLE plan); $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement    2019    Copy 2,  to be filed with employee's tax return for    AUROR**

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0095-13058390    0000000001-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| 80-0438877 | 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 | | DENVER CO 80239 | | |

| | | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|---|
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 1164.30 | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 1164.30 | 72.19 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 1164.30 | 16.88 |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| NATALIE M WILLIAMS | | | | |
| 2102 M L K BLVD | | | 10 Dependent care benefits | 11 Nonqualified plans |
| DENVER CO 80205 | | | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1164.30 | | 1164.30 | 4.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement    2019**

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|---|
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement    2019**

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|---|
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement  2019  Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | Void |
|---|---|---|
| 0095-13058390  0000000009-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 9540.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 9540.00 | 591.48 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 9540.00 | 138.33 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9540.00 | | 9540.00 | 20.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement  2019  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void |
|---|---|---|
| 0095-13058390  0000000009-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 9540.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 9540.00 | 591.48 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 9540.00 | 138.33 |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9540.00 | | 9540.00 | 20.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement  2019  Copy 2, to be filed with employee's tax return for  CO

| d Control number | | Void |
|---|---|---|
| 0095-13058390  0000000009-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 9540.00 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 9540.00 | 591.48 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 9540.00 | 138.33 |
| 7 Social security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9540.00 | | 9540.00 | 20.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2019. Any EIC for 2019 that's more than the tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2019 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate

the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on unreported tips. By filing Form 4137, your social security and tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy 2,  to be filed with employee's tax return for   AUROR

| d Control number | | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0095-13058390    0000000009-0000W2 | | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | | 14475 ROBINS DR |
|---|---|---|---|---|
| 80-0438877 | 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 | | | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|
| 9540.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 9540.00 | 591.48 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 9540.00 | 138.33 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code |
|---|---|---|
| | | STEPHANIE WILRICH |
| | | 2102 MARTIN LUTHER KING BLVD |
| | | DENVER CO 80205 |

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9540.00 | | 9540.00 | 20.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation / 2 Federal Income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages / 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips / 6 Medicare tax withheld |
| | | | | 7 Social Security tips / 8 Allocated Tips |
| | | | | 10 Dependent care benefits / 11 Nonqualified plans |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement    2019

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation / 2 Federal Income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages / 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips / 6 Medicare tax withheld |
| | | | | 7 Social Security tips / 8 Allocated Tips |
| | | | | 10 Dependent care benefits / 11 Nonqualified plans |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 Instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.ssa.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If you are shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employer elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2019    Copy C, for employee's records

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000003-0000W2 | | |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6667.40 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 6667.40 | 413.38 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 6667.40 | 96.68 |

**e Employee's name, address, and ZIP code**
CHERYL R WOODSON
1775 W MOSIER PLACE #1209
DENVER CO 80223

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6667.40 | | | | |

---

## Form W-2 Wage and Tax Statement    2019    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000003-0000W2 | | |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6667.40 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 6667.40 | 413.38 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 6667.40 | 96.68 |

**e Employee's name, address, and ZIP code**
CHERYL R WOODSON
1775 W MOSIER PLACE #1209
DENVER CO 80223

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6667.40 | | | | |

---

## Form W-2 Wage and Tax Statement    2019    Copy 2, to be filed with employee's tax return for   CO

| d Control number | | | Void |
|---|---|---|---|
| 0095-13058390 | 0000000003-0000W2 | | |

**c Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6667.40 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 6667.40 | 413.38 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 6667.40 | 96.68 |

**e Employee's name, address, and ZIP code**
CHERYL R WOODSON
1775 W MOSIER PLACE #1209
DENVER CO 80223

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6667.40 | | | | |

| 33333 | **a** Control number 0095-13058390 | For Official Use Only ▶ OMB No. 1545-0008 | | |

**b** Kind of Payer (Check one) ▶
941 [X]  Military [ ]  943 [ ]  944 [ ]
CT-1 [ ]  Hshld. emp. [ ]  Medicare govt. emp. [ ]

**Kind of Employer** (Check one) ▶
None apply [X]  501c non-govt. [ ]
State/local non-501c [ ]  State/local 501c [ ]  Federal govt. [ ]

Third-party sick pay [ ] (Check if applicable)

| **c** Total number of Forms W-2 35 | **d** Establishment number | **1** Wages, tips, other compensation 155401.30 | **2** Federal income tax withheld 6923.18 |
|---|---|---|---|
| **e** Employer identification number (EIN) 80-0438877 | | **3** Social security wages 155401.30 | **4** Social security tax withheld 9634.87 |
| **f** Employer's name AGGIES ANGELS CARE PROVIDERS | | **5** Medicare wages and tips 155401.30 | **6** Medicare tax withheld 2253.32 |
| 14475 ROBINS DR DENVER CO 80239 | | **7** Social security tips | **8** Allocated tips |
| | | **9** | **10** Dependent care benefits |
| | | **11** Nonqualified plans | **12a** Deferred compensation |
| **g** Employer's address and ZIP code | | | |
| **h** Other EIN used this year | | **13** For third-party sick pay use only | **12b** |
| **15** State    Employer's state ID number | | **14** Income tax withheld by payer of third-party sick pay | |
| **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax |
| Employer's contact person LATTANY DEJANE | | Employer's telephone number (720) 318-0173 | For Official Use Only |
| Employer's fax number | | Employer's email address | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ REFERENCE COPY PREPARED BY PAYCHEX.  Title ▶ DO NOT FILE.  Date ▶

Form **W-3** Transmittal of Wage and Tax Statements   **2019**   Department of the Treasury Internal Revenue Service

# DO NOT FILE

## YOUR FEDERAL W-2 & W-3 DATA IS FILED ELECTRONICALLY

| | | |
|---|---|---|
| 33333 | **a** Control number 0095-13058390 | For Official Use Only ▶ OMB No. 1545-0008 |

**b** Kind of Payer (Check one): 941 [X], Military [ ], 943 [ ], 944 [ ], CT-1 [ ], Hshld. emp. [ ], Medicare govt. emp. [ ]

Kind of Employer (Check one): None apply [X], 501c non-govt. [ ], State/local non-501c [ ], State/local 501c [ ], Federal govt. [ ]

Third-party sick pay (Check if applicable) [ ]

| | | |
|---|---|---|
| **c** Total number of Forms W-2 **35** | **d** Establishment number | **1** Wages, tips, other compensation 155401.30 | **2** Federal income tax withheld 6923.18 |

| | | |
|---|---|---|
| **e** Employer identification number (EIN) 80-0438877 | **3** Social security wages 155401.30 | **4** Social security tax withheld 9634.87 |

| | | |
|---|---|---|
| **f** Employer's name AGGIES ANGELS CARE PROVIDERS | **5** Medicare wages and tips 155401.30 | **6** Medicare tax withheld 2253.32 |

14475 ROBINS DR
DENVER CO 80239

**7** Social security tips

**8** Allocated tips

**9**

**10** Dependent care benefits

**11** Nonqualified plans

**12a** Deferred compensation

**g** Employer's address and ZIP code

**h** Other EIN used this year

**13** For third-party sick pay use only

**12b**

**15** State    Employer's state ID number

**14** Income tax withheld by payer of third-party sick pay

**16** State wages, tips, etc.

**17** State income tax

**18** Local wages, tips, etc.

**19** Local income tax

Employer's contact person
LATTANY DEJANE

Employer's telephone number
(720) 318-0173

For Official Use Only

Employer's fax number

Employer's email address

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ REFERENCE COPY PREPARED BY PAYCHEX.    Title ▶ DO NOT FILE.    Date ▶

Form **W-3** Transmittal of Wage and Tax Statements    **2019**    Department of the Treasury
Internal Revenue Service

# DO NOT FILE

## YOUR FEDERAL W-2 & W-3 DATA
## IS FILED ELECTRONICALLY

**Do Not Staple**    6969

| Form **1096** | **Annual Summary and Transmittal of U.S. Information Returns** | OMB No. 1545-0108 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | **2020** |

FILER'S name

AGGIES ANGELS CARE PROVIDERS

Street address (including room or suite number)

14475 ROBINS DR

City or town, state or province, country, and ZIP or foreign postal code

DENVER  CO 80239

| Name of person to contact | Telephone number |
|---|---|
| LATTANY DEJANE | 7203180173 |
| Email address | Fax number |

| **1** Employer identification number | **2** Social security number | **3** Total number of forms | **4** Federal income tax withheld | **5** Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 80-0438877 | | 5 | | 44558.00 |

**6** Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE

Signature                          Title              Date

0065-13058390                     21001              TAXPAY®

## Form 1099 - NEC — Nonemployee Compensation

☐ VOID ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15 21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1 Nonemployee Compensation $ 14248.00 | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 14248.00 |

---

## Form 1099 - NEC — Nonemployee Compensation

☐ VOID ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48 21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1 Nonemployee Compensation $ 6916.00 | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 6916.00 |

---

## Form 1099 - NEC — Nonemployee Compensation

☐ VOID ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26 21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**

**DENVER CO 80239**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1 Nonemployee Compensation $ 13074.00 | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 13074.00 |

---

## Form 1099 - NEC — Nonemployee Compensation

☐ VOID ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 25 21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1 Nonemployee Compensation $ 10188.00 | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 10188.00 |

Form **1099 - NEC**    **Nonemployee Compensation**    [ ] VOID    [ ] CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 72 21001 | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**JOYCE WILLIAMS**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ 132.00 | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
|  | 5  State tax withheld $ | 6  State/Payer's state no. CO/30941838 | 7  State income 132.00 |

---

Form **1099 - NEC**    **Nonemployee Compensation**    [ ] VOID    [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
|  | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

---

Form **1099 - NEC**    **Nonemployee Compensation**    [ ] VOID    [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
|  | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

---

Form **1099 - NEC**    **Nonemployee Compensation**    [ ] VOID    [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
|  | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC**    Nonemployee Compensation    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **14248.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
|  | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC**    Nonemployee Compensation    ☐ VOID    ☐ CORRECTED    **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **14248.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
|  | 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **14248.00** |

---

**Form 1099 - NEC**    Nonemployee Compensation    ☐ VOID    ☐ CORRECTED    **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **14248.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
|  | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC**    **Nonemployee Compensation**    ☐ VOID    ☐ CORRECTED    **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 14248.00 | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 14248.00 |

---

**Form 1099 - NEC**    **Nonemployee Compensation**    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC**    **Nonemployee Compensation**    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

| **Form 1099 - NEC** | **Nonemployee Compensation** | ☐ VOID | ☐ CORRECTED | COPY B, FOR RECIPIENT |
|---|---|---|---|---|

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21001 | FATCA filing |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $  6916.00 | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

---

| **Form 1099 - NEC** | **Nonemployee Compensation** | ☐ VOID | ☐ CORRECTED | COPY B, FOR RECIPIENT |
|---|---|---|---|---|

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $  6916.00 | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. CO/30941838 | 7  State income $  6916.00 |

---

| **Form 1099 - NEC** | **Nonemployee Compensation** | ☐ VOID | ☐ CORRECTED | TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $  6916.00 | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC**    **Nonemployee Compensation**    ☐ VOID    ☐ CORRECTED    **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48 21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 6916.00 | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 6916.00 |

---

**Form 1099 - NEC**    **Nonemployee Compensation**    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC**    **Nonemployee Compensation**    ☒ VOID    ☐ CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC**  **Nonemployee Compensation**  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21001 | FATCA filing |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**

**DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **13074.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC**  **Nonemployee Compensation**  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**

**DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **13074.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **13074.00** |

---

**Form 1099 - NEC**  **Nonemployee Compensation**  ☐ VOID  ☐ CORRECTED  **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**

**DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **13074.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC** — Nonemployee Compensation — [ ] VOID — [ ] CORRECTED — **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21001 | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**

**DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 13074.00 | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 13074.00 |

---

**Form 1099 - NEC** — Nonemployee Compensation — [X] VOID — [ ] CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC** — Nonemployee Compensation — [X] VOID — [ ] CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED — **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 25  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **10188.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED — **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 25  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **10188.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **10188.00** |

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED — **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR **2020** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 25  21001 | FATCA filing ☐ |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **10188.00** | 2 | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC** | Nonemployee Compensation | ☐ VOID | ☐ CORRECTED | **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR **2020** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 25  21001** | FATCA filing ☐ |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. **AGGIES ANGELS CARE PROVIDERS** / **14475 ROBINS DR** / **DENVER, CO 80239** | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code **DEMETRIA D SKIPPER** / **4155 E IOWA # 103** / **DENVER CO 80222** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1  Nonemployee Compensation  $ **10188.00** | 2 | 3 | 4  Federal income tax withheld  $ |
|---|---|---|---|
|  | 5  State tax withheld  $ | 6  State/Payer's state no.  **CO/30941838** | 7  State income  $ **10188.00** |

---

**Form 1099 - NEC** | Nonemployee Compensation | ☒ VOID | ☐ CORRECTED

| CALENDAR YEAR **2020** | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing ☐ |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1  Nonemployee Compensation  $ | 2 | 3 | 4  Federal income tax withheld  $ |
|---|---|---|---|
|  | 5  State tax withheld  $ | 6  State/Payer's state no. | 7  State income  $ |

---

**Form 1099 - NEC** | Nonemployee Compensation | ☒ VOID | ☐ CORRECTED

| CALENDAR YEAR **2020** | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing ☐ |
|---|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1  Nonemployee Compensation  $ | 2 | 3 | 4  Federal income tax withheld  $ |
|---|---|---|---|
|  | 5  State tax withheld  $ | 6  State/Payer's state no. | 7  State income  $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC**  Nonemployee Compensation  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 72  21001 | FATCA filing ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code
**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 132.00 | 2 | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC**  Nonemployee Compensation  ☐ VOID  ☐ CORRECTED  **COPY B, FOR RECIPIENT**

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 72  21001 | FATCA filing ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code
**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 132.00 | 2 | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 132.00 |

---

**Form 1099 - NEC**  Nonemployee Compensation  ☐ VOID  ☐ CORRECTED  **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 72  21001 | FATCA filing ☐ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code
**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 132.00 | 2 | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR); or on Form 1040-NR).

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for additional tax calculation. See the Instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

---

**Form 1099 - NEC** — Nonemployee Compensation — [ ] VOID — [ ] CORRECTED — **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2020 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 72  21001 | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ 132.00 | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. CO/30941838 | 7  State income $ 132.00 |

---

**Form 1099 - NEC** — Nonemployee Compensation — [X] VOID — [ ] CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

---

**Form 1099 - NEC** — Nonemployee Compensation — [X] VOID — [ ] CORRECTED

| CALENDAR YEAR 2020 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing [ ] |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ | 2 | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

0065-13058390

Form **940 for 2020:** **Employer's Annual Federal Unemployment (FUTA) Tax Return**
Department of the Treasury - Internal Revenue Service

850113

OMB No. 1545-0028

Employer identification number (EIN)

**8 0 — 0 4 3 8 8 7 7**

Name *(not your trade name)*  AGGIES ANGELS CARE PROVIDERS

Trade name *(if any)*

Address  14475 ROBINS DR

| Number | Street | | Suite or room number |
|---|---|---|---|
| DENVER | | CO | 80239 |
| City | | State | ZIP code |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**Type of Return**
**(Check all that apply.)**

☐ **a.** Amended

☐ **b.** Successor employer

☐ **c.** No payments to employees in 2020

☐ **d.** Final: Business closed or stopped paying wages

Go to *www.irs.gov/form940* for instructions and the latest information.

Read the separate instructions before you complete this form. Please type or print within the boxes.

**Part 1:** **Tell us about your return. If any line does NOT apply, leave it blank. See instructions before completing Part 1.**

**1a** If you had to pay state unemployment tax in one state only, enter the state abbreviation .  **1a** **C O**
Check Here

**1b** If you had to pay state unemployment tax in more than one state, you are a multi-state employer .  **1b** ☐ Complete Schedule A (Form 940).

**2** If you paid wages in a state that is subject to CREDIT REDUCTION .  **2** ☐ Check here. Complete Schedule A (Form 940).

**Part 2:** **Determine your FUTA tax before adjustments. If any line does NOT apply, leave it blank.**

**3** Total payments to all employees .  **3** **131002.35**

**4** Payments exempt from FUTA tax .  **4**

Check all that apply  **4a** ☐ Fringe benefits  **4c** ☐ Retirement/Pension  **4e** ☐ Other
**4b** ☐ Group-term life insurance  **4d** ☐ Dependent care

**5** Total of payments made to each employee in excess of $7,000 .  **5** **21154.50**

**6** Subtotal (line 4 + line 5 = line 6) .  **6** **21154.50**

**7** Total taxable FUTA wages (line 3 - line 6 = line 7). See instructions .  **7** **109847.85**

**8** FUTA tax before adjustments (line 7 x 0.006 = line 8) .  **8** **659.09**

**Part 3:** **Determine your adjustments. If any line does NOT apply, leave it blank.**

**9** If ALL of the taxable FUTA wages you paid were excluded from state unemployment tax, multiply line 7 by 0.054 (line 7 x 0.054 = line 9). Go to line 12 .  **9**

**10** If SOME of the taxable FUTA wages you paid were excluded from state unemployment tax, OR you paid ANY state unemployment tax late (after the due date for filing Form 940), complete the worksheet in the instructions. Enter the amount from line 7 of the worksheet .  **10**

**11** If credit reduction applies, enter the total from Schedule A (Form 940) .  **11**

**Part 4:** **Determine your FUTA tax and balance due or overpayment. If any line does NOT apply, leave it blank.**

**12** Total FUTA tax after adjustments (lines 8 + 9 + 10 + 11 = line 12) .  **12** **659.09**

**13** FUTA tax deposited for the year, including any overpayment applied from a prior year .  **13** **659.09**

**14** Balance due If line 12 is more than line 13, enter the excess on line 14.
■ If line 14 is more than $500, you must deposit your tax.
■ If line 14 is $500 or less, you may pay with this return. See instructions .  **14**

**15** Overpayment If line 13 is more than line 12, enter the excess on line 15 and check a box below .  **15**

► You **MUST** complete both pages of this form and **SIGN** it.  Check one: ☐ Apply to next return.  ☐ Send a refund.

Next ►

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**  Cat. No. 11234O  Form **940** (2020)

0065-13058390    **TAXPAY®**    21001

850212

**Name** *(not your trade name)*
AGGIES ANGELS CARE PROVIDERS

**Employer identification number (EIN)**
80-0438877

| **Part 5:** | Report your FUTA tax liability by quarter only if line 12 is more than $500. If not, go to Part 6. |

**16** Report the amount of your FUTA tax liability for each quarter; do NOT enter the amount you deposited. If you had no liability for a quarter, leave the line blank.

**16a** **1st quarter** (January 1 - March 31) . . . . . . . . . . **16a** 212.02

**16b** **2nd quarter** (April 1 - June 30) . . . . . . . . . . . **16b** 179.94

**16c** **3rd quarter** (July 1 - September 30) . . . . . . . . . **16c** 147.27

**16d** **4th quarter** (October 1 - December 31) . . . . . . . . **16d** 119.86

**17** **Total tax liability for the year** (lines 16a + 16b + 16c + 16d = line 17) **17** 659.09    Total must equal line 12.

| **Part 6:** | May we speak with your third-party designee? |

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ **Yes.** Designee's name and phone number

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS

☐ **No.**

| **Part 7:** | Sign here. You MUST complete both pages of this form and SIGN it. |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments made to employees. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** **Sign your name here**

Print your name here    REFERENCE COPY PREPARED

Print your title here    BY PAYCHEX. DO NOT FILE

Date

Best daytime phone

**Paid preparer use only**    Check if you are self-employed ☐

Preparer's name                    PTIN

Preparer's signature                Date    /    /

Firm's name (or yours if self-employed)        EIN

Address                            Phone    (    )    -

City            State        ZIP code

Page 2    Form **940** (2020)

```
**********************************************
*           CLIENT  13058390               *
*                                          *
*   THESE ARE YOUR W2 REFERENCE COPIES.    *
*   KEEP THESE COPIES FOR 4 YEARS.         *
*   DO NOT DISTRIBUTE TO YOUR EMPLOYEES.    *
**********************************************
```

## Form W-2 Wage and Tax Statement 2020     EMPLOYER REFERENCE COPY — DO NOT FILE    21001

| d Control number 0065-13058390 0000000067-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 6500.00 | 2 Federal income tax withheld 302.30 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 6500.00 | 4 Social security tax withheld 403.00 |
| 12 See Instrs. for Box 12   14 Other | e Employee's name, address, and ZIP code SHIRLY ANDERSON 12565 ALBROOK DR #3701 DENVER CO 80239 | 5 Medicare wages and tips 6500.00 | 6 Medicare tax withheld 94.25 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6500.00 | 139.00 | 6500.00 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020     EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0065-13058390 0000000024-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 5748.00 | 2 Federal income tax withheld |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 5748.00 | 4 Social security tax withheld 356.38 |
| 12 See Instrs. for Box 12   14 Other | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 5748.00 | 6 Medicare tax withheld 83.35 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5748.00 | | 5748.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020     EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0065-13058390 0000000004-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 6955.80 | 2 Federal income tax withheld |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 6955.80 | 4 Social security tax withheld 431.26 |
| 12 See Instrs. for Box 12   14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6955.80 | 6 Medicare tax withheld 100.86 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6955.80 | 95.00 | 6955.80 | 22.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020     EMPLOYER REFERENCE COPY — DO NOT FILE

| d Control number 0065-13058390 0000000061-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1332.00 | 2 Federal income tax withheld 85.71 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay   Subtotal | | 3 Social security wages 1332.00 | 4 Social security tax withheld 82.58 |
| 12 See Instrs. for Box 12   14 Other | e Employee's name, address, and ZIP code ELIJAH J DURANT 3311 CHASE ST WHEAT RIDGE CO 80212 | 5 Medicare wages and tips 1332.00 | 6 Medicare tax withheld 19.31 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1332.00 | 39.00 | 1332.00 | 6.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

**21001**

| d Control number 0065-13058390 | | |
|---|---|---|
| 0000000006-0000W2 | Void | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8640.00 | 54.00 |
| 3 Social security wages | 4 Social security tax withheld |
| 8640.00 | 535.68 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

e Employee's name, address, and ZIP code
MIRNA FLORES

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 8640.00 | 125.28 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12 / 14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8640.00 | 24.00 | 8640.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 | | |
|---|---|---|
| 0000000019-0000W2 | Void | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5294.70 | 339.51 |
| 3 Social security wages | 4 Social security tax withheld |
| 5294.70 | 328.27 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

e Employee's name, address, and ZIP code
DEWANDA GRAHAM
4617 FREEPORT WAY
DENVER CO 80239

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5294.70 | 76.77 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12 / 14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5294.70 | 155.00 | 5294.70 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 | | |
|---|---|---|
| 0000000055-0000W2 | Void | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 16752.00 | 1240.38 |
| 3 Social security wages | 4 Social security tax withheld |
| 16752.00 | 1038.62 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

e Employee's name, address, and ZIP code
WILLIAM HAYES
363 GENEVA ST APT A
AURORA CO 80010

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 16752.00 | 242.90 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12 / 14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 16752.00 | 560.00 | 16752.00 | 20.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 | | |
|---|---|---|
| 0000000056-0000W2 | Void | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1872.00 | 123.88 |
| 3 Social security wages | 4 Social security tax withheld |
| 1872.00 | 116.06 |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

e Employee's name, address, and ZIP code
CHEYENNE JACKSON
363 GENEVA ST APT A
AURORA CO 80010

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 1872.00 | 27.14 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12 / 14 Other

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 58.00 | 1872.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

21001

| d Control number 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| 0000000064-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 3840.00 | 2 Federal income tax withheld 257.36 |
|---|---|---|---|
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | 3 Social security wages 3840.00 | 4 Social security tax withheld 238.08 |
| 12 See Instrs. for Box 12   14 Other | | 5 Medicare wages and tips 3840.00 | 6 Medicare tax withheld 55.68 |
| | e Employee's name, address, and ZIP code JAIZIONNE JACKSON 1190 S SHERIDON BLVD APT 11 DENVER CO 80232 | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3840.00 | 121.00 | 3840.00 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| 0000000014-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1040.00 | 2 Federal income tax withheld 26.42 |
|---|---|---|---|
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | 3 Social security wages 1040.00 | 4 Social security tax withheld 64.48 |
| 12 See Instrs. for Box 12   14 Other | | 5 Medicare wages and tips 1040.00 | 6 Medicare tax withheld 15.08 |
| | e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1040.00 | 13.00 | 1040.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| 0000000021-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 5328.00 | 2 Federal income tax withheld 342.84 |
|---|---|---|---|
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | 3 Social security wages 5328.00 | 4 Social security tax withheld 330.34 |
| 12 See Instrs. for Box 12   14 Other | | 5 Medicare wages and tips 5328.00 | 6 Medicare tax withheld 77.26 |
| | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5328.00 | 156.00 | 5328.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| 0000000046-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | |

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 5768.00 | 2 Federal income tax withheld 196.88 |
|---|---|---|---|
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | 3 Social security wages 5768.00 | 4 Social security tax withheld 357.62 |
| 12 See Instrs. for Box 12   14 Other | | 5 Medicare wages and tips 5768.00 | 6 Medicare tax withheld 83.64 |
| | e Employee's name, address, and ZIP code ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5768.00 | 96.00 | 5768.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE   21001

| d Control number 0065-13058390 0000000040-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 3251.00 | 2 Federal income tax withheld 205.25 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 3251.00 | 4 Social security tax withheld 201.56 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code BETTY MOORE 4463 STEEL STREET DENVER CO 80230 | 5 Medicare wages and tips 3251.00 | 6 Medicare tax withheld 47.14 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3251.00 | 96.00 | 3251.00 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 0000000042-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 8862.50 | 2 Federal income tax withheld 686.25 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 8862.50 | 4 Social security tax withheld 549.48 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code WENDY MORALES | 5 Medicare wages and tips 8862.50 | 6 Medicare tax withheld 128.51 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8862.50 | 297.00 | 8862.50 | 16.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 0000000052-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 6699.20 | 2 Federal income tax withheld 422.36 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 6699.20 | 4 Social security tax withheld 415.35 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 5 Medicare wages and tips 6699.20 | 6 Medicare tax withheld 97.14 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6699.20 | 199.00 | 6699.20 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| d Control number 0065-13058390 0000000071-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 5150.00 | 2 Federal income tax withheld 257.81 |
|---|---|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | | 3 Social security wages 5150.00 | 4 Social security tax withheld 319.30 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DOMINGO RUIZ 116 S ZUNI ST DENVER CO 80223 | 5 Medicare wages and tips 5150.00 | 6 Medicare tax withheld 74.68 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5150.00 | 115.00 | 5150.00 | 8.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| | |
|---|---|
| d Control number 0065-13058390 0000000070-0000W2 | Void |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 9720.00 | 2 Federal income tax withheld |
| 3 Social security wages 9720.00 | 4 Social security tax withheld 602.64 |
| 5 Medicare wages and tips 9720.00 | 6 Medicare tax withheld 140.94 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal
12 See Instrs. for Box 12  14 Other

e Employee's name, address, and ZIP code
SPENCER SHELTON
18570 E HARVARD DR
AURORA CO 80013

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9720.00 | 148.00 | 9720.00 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| | |
|---|---|
| d Control number 0065-13058390 0000000063-0000W2 | Void |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 2190.40 | 2 Federal income tax withheld 139.89 |
| 3 Social security wages 2190.40 | 4 Social security tax withheld 135.80 |
| 5 Medicare wages and tips 2190.40 | 6 Medicare tax withheld 31.76 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal
12 See Instrs. for Box 12  14 Other

e Employee's name, address, and ZIP code
ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2190.40 | 64.00 | 2190.40 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| | |
|---|---|
| d Control number 0065-13058390 0000000022-0000W2 | Void |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 5429.75 | 2 Federal income tax withheld |
| 3 Social security wages 5429.75 | 4 Social security tax withheld 336.64 |
| 5 Medicare wages and tips 5429.75 | 6 Medicare tax withheld 78.73 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal
12 See Instrs. for Box 12  14 Other

e Employee's name, address, and ZIP code
JASMINE VALDEZ
2342 MOLINE STREET
AURORA CO 80010

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5429.75 | 122.00 | 5429.75 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2020 — EMPLOYER REFERENCE COPY – DO NOT FILE

| | |
|---|---|
| d Control number 0065-13058390 0000000020-0000W2 | Void |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 12180.00 | 2 Federal income tax withheld 494.62 |
| 3 Social security wages 12180.00 | 4 Social security tax withheld 755.16 |
| 5 Medicare wages and tips 12180.00 | 6 Medicare tax withheld 176.61 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal
12 See Instrs. for Box 12  14 Other

e Employee's name, address, and ZIP code
ANGEL VIGIL
5165 W COLGATE PLACE
DENVER CO 80236

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12180.00 | 234.00 | 12180.00 | 14.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2020**          **EMPLOYER REFERENCE COPY - DO NOT FILE**          21001

| d Control number 0065-13058390 0000000038-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 2499.00 | 2 Federal income tax withheld 170.75 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 2499.00 | 4 Social security tax withheld 154.94 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code DEREK WASHINGTON 23771 E ALABAMA DR AURORA CO 80018 | 5 Medicare wages and tips 2499.00 | 6 Medicare tax withheld 36.24 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2499.00 | 79.00 | 2499.00 | 6.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2020**          **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000009-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 5550.00 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 5550.00 | 4 Social security tax withheld 344.10 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 5 Medicare wages and tips 5550.00 | 6 Medicare tax withheld 80.48 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5550.00 | | 5550.00 | 24.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2020**          **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000073-0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 400.00 | 2 Federal income tax withheld |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal | | | 3 Social security wages 400.00 | 4 Social security tax withheld 24.80 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code LATOYA WIMBUSH 14852 E KENTUCKY DR #926 AURORA CO 80012 | 5 Medicare wages and tips 400.00 | 6 Medicare tax withheld 5.80 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 400.00 | 11.00 | 400.00 | 2.00 | CO AUROR |

**Form W-2 Wage and Tax Statement 2020**          **EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number | | 1 Wages, tips, other compensation 131002.35 | 2 Federal income tax withheld 5346.21 |
| 13 Statutory employee   Retirement plan   Third-party sick pay   Subtotal X | | | 3 Social security wages 131002.35 | 4 Social security tax withheld 8122.14 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 131002.35 | 6 Medicare tax withheld 1899.55 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 131002.35 | 2821.00 | 131002.35 | 368.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 1. When you figure your social security and Medicare tax on unreported tips, your employer can't collect the employee share of these taxes.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5).

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable).

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5).

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement — 2020 — Copy C, for employee's records

| d Control number | | Void | |
|---|---|---|---|
| 0065-13058390 | 0000000067-0000W2 | | |
| b Employer's identification number | a Employee's social security number | | |
| 80-0438877 | 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 | | |

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6500.00 | 302.30 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 6500.00 | 403.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6500.00 | 94.25 |
| 7 Social Security tips | 8 Allocated tips |
| | |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|
| | |

**e Employee's name, address, and ZIP code**
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6500.00 | 139.00 | 6500.00 | 22.00 | CO  AUROR |

## Form W-2 Wage and Tax Statement — 2020 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | |
|---|---|---|---|
| 0065-13058390 | 0000000067-0000W2 | | |
| b Employer's identification number | a Employee's social security number | | |
| 80-0438877 | 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 | | |

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6500.00 | 302.30 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 6500.00 | 403.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6500.00 | 94.25 |
| 7 Social Security tips | 8 Allocated Tips |
| | |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|
| | |

**e Employee's name, address, and ZIP code**
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6500.00 | 139.00 | 6500.00 | 22.00 | CO  AUROR |

## Form W-2 Wage and Tax Statement — 2020 — Copy 2, to be filed with employee's tax return for   CO

| d Control number | | Void | |
|---|---|---|---|
| 0065-13058390 | 0000000067-0000W2 | | |
| b Employer's identification number | a Employee's social security number | | |
| 80-0438877 | 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 | | |

**e Employer's name, address, and ZIP code**
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|
| | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6500.00 | 302.30 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 6500.00 | 403.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6500.00 | 94.25 |
| 7 Social Security tips | 8 Allocated Tips |
| | |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|
| | |

**e Employee's name, address, and ZIP code**
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| | |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6500.00 | 139.00 | 6500.00 | 22.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0065-13058390    000000067-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |

| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 80-0438877 | 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 | | | 6500.00 | 302.30 |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 6500.00 | 403.00 |
| | | | | 5 Medicare wages and withheld | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 6500.00 | 94.25 |
| | | | | 7 Social Security tips | 8 Allocated tips |

e Employee's name, address, and ZIP code

SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|
| | | |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6500.00 | 139.00 | 6500.00 | 22.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| | | | |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |
| | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| | | | |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |
| | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts.

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement  2020  Copy C, for employee's records

| | |
|---|---|
| d Control number  0065-13058390   0000000024-0000W2   Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 |
| b Employer's identification number  80-0438877 | a Employee's social security number  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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation  5748.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages  5748.00 | 4 Social Security tax withheld  356.38 |
| 5 Medicare wages and tips  5748.00 | 6 Medicare tax withheld  83.35 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12     14 Other

e Employee's name, address, and ZIP code
CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

Verification Code

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5748.00 | 17 State income tax | 18 Local wages, tips, etc.  5748.00 | 19 Local income tax  24.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement  2020  Copy B, to be filed with employee's FEDERAL tax return

| | |
|---|---|
| d Control number  0065-13058390   0000000024-0000W2   Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 |
| b Employer's identification number  80-0438877 | a Employee's social security number  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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation  5748.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages  5748.00 | 4 Social Security tax withheld  356.38 |
| 5 Medicare wages and tips  5748.00 | 6 Medicare tax withheld  83.35 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12     14 Other

e Employee's name, address, and ZIP code
CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

Verification Code

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5748.00 | 17 State income tax | 18 Local wages, tips, etc.  5748.00 | 19 Local income tax  24.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement  2020  Copy 2, to be filed with employee's tax return for   CO

| | |
|---|---|
| d Control number  0065-13058390   0000000024-0000W2   Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 |
| b Employer's identification number  80-0438877 | a Employee's social security number  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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation  5748.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages  5748.00 | 4 Social Security tax withheld  356.38 |
| 5 Medicare wages and tips  5748.00 | 6 Medicare tax withheld  83.35 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12     14 Other

e Employee's name, address, and ZIP code
CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

Verification Code

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5748.00 | 17 State income tax | 18 Local wages, tips, etc.  5748.00 | 19 Local income tax  24.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR (or the Instructions for Form 1040-NR) if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 1040, Schedule 2. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement 2020 — Copy 2, to be filed with employee's tax return for AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0065-13058390 000000024-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 5748.00 | |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| | 5748.00 | 356.38 |
| 12 See Instrs. for Box 12 / 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 5748.00 | 83.35 |
| e Employee's name and ZIP code | 7 Social Security tips | 8 Allocated tips |
| CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 10 Dependent care benefits | 11 Nonqualified plans |
| | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5748.00 | | 5748.00 | 24.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement 2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement 2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement   2020   Copy C, for employee's records

| d Control number 0065-13058390   0000000004-0000W2   Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 6955.80 | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 6955.80 | 4 Social Security tax withheld 431.26 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6955.80 | 6 Medicare tax withheld 100.86 |
| | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | Verification Code | | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 6955.80 | 17 State income tax 95.00 | 18 Local wages, tips, etc. 6955.80 | 19 Local income tax 22.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement   2020   Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390   0000000004-0000W2   Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 6955.80 | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 6955.80 | 4 Social Security tax withheld 431.26 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6955.80 | 6 Medicare tax withheld 100.86 |
| | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | Verification Code | | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 6955.80 | 17 State income tax 95.00 | 18 Local wages, tips, etc. 6955.80 | 19 Local income tax 22.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement   2020   Copy 2, to be filed with employee's tax return for   CO

| d Control number 0065-13058390   0000000004-0000W2   Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|

| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 6955.80 | 2 Federal income tax withheld |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 6955.80 | 4 Social Security tax withheld 431.26 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 6955.80 | 6 Medicare tax withheld 100.86 |
| | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | Verification Code | | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 6955.80 | 17 State income tax 95.00 | 18 Local wages, tips, etc. 6955.80 | 19 Local income tax 22.00 | 20 Locality name CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing this form, your social security tips (and amount in box 7) will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans) of the $19,500 limit for the 15 year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2020    Copy 2,  to be filed with employee's tax return for   AUROR

OMB No. 1545-0008

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0065-13058390    0000000004-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

Department of the Treasury - Internal Revenue Service

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 6955.80 | |
| 3 Social Security wages | 4 Social Security tax withheld |
| 6955.80 | 431.26 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6955.80 | 100.86 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

SHAONDALYN L COLEY
5095 EAGLE STREET
DENVER CO 80239

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6955.80 | 95.00 | 6955.80 | 22.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | | Void (X) | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | | Void (X) | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if someone is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 12.

By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts.

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Form W-2 Wage and Tax Statement**     **2020**     **Copy C, for employee's records**

| d Control number | 0065-13058390 | 0000000061-0000W2 | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| 1 Wages, tips, other compensation | 1332.00 | 2 Federal income tax withheld | 85.71 |
|---|---|---|---|
| 3 Social Security wages | 1332.00 | 4 Social Security tax withheld | 82.58 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 1332.00 | 6 Medicare tax withheld | 19.31 |
|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1332.00 | 39.00 | 1332.00 | 6.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement**     **2020**     **Copy B, to be filed with employee's FEDERAL tax return**

| d Control number | 0065-13058390 | 0000000061-0000W2 | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| 1 Wages, tips, other compensation | 1332.00 | 2 Federal income tax withheld | 85.71 |
|---|---|---|---|
| 3 Social Security wages | 1332.00 | 4 Social Security tax withheld | 82.58 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 1332.00 | 6 Medicare tax withheld | 19.31 |
|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1332.00 | 39.00 | 1332.00 | 6.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement**     **2020**     **Copy 2, to be filed with employee's tax return for   CO**

| d Control number | 0065-13058390 | 0000000061-0000W2 | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| 1 Wages, tips, other compensation | 1332.00 | 2 Federal income tax withheld | 85.71 |
|---|---|---|---|
| 3 Social Security wages | 1332.00 | 4 Social Security tax withheld | 82.58 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 1332.00 | 6 Medicare tax withheld | 19.31 |
|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
ELIJAH J DURANT
3311 CHASE ST
WHEAT RIDGE CO 80212

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1332.00 | 39.00 | 1332.00 | 6.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR or you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 1.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement 2020

Copy 2, to be filed with employee's tax return for AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0065-13058390 | 0000000061-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 1332.00 | 2 Federal income tax withheld 85.71 |
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | | | 3 Social security wages 1332.00 | 4 Social security tax withheld 82.58 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips 1332.00 | 6 Medicare tax withheld 19.31 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code ELIJAH J DURANT 3311 CHASE ST WHEAT RIDGE CO 80212 | 7 Social security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1332.00 | 17 State income tax 39.00 | 18 Local wages, tips, etc. 1332.00 | 19 Local income tax 6.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement 2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement 2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR Instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax on that amount. By filing Form 4137, your social security tips and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep **Copy C** until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Form W-2 Wage and Tax Statement**    **2020**    Copy C, for employee's records

| d Control number | 0065-13058390 | 0000000006-0000W2 | Void |
|---|---|---|---|

OMB No. 1545-0008    Department of the Treasury - Internal Revenue Service

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8640.00 | 54.00 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8640.00 | 535.68 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8640.00 | 125.28 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
MIRNA FLORES

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8640.00 | 24.00 | 8640.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**    **2020**    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 | 0000000006-0000W2 | Void |
|---|---|---|---|

OMB No. 1545-0008    Department of the Treasury - Internal Revenue Service

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8640.00 | 54.00 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8640.00 | 535.68 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8640.00 | 125.28 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
MIRNA FLORES

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8640.00 | 24.00 | 8640.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**    **2020**    Copy 2, to be filed with employee's tax return for   CO

| d Control number | 0065-13058390 | 0000000006-0000W2 | Void |
|---|---|---|---|

OMB No. 1545-0008    Department of the Treasury - Internal Revenue Service

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8640.00 | 54.00 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8640.00 | 535.68 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8640.00 | 125.28 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See Instrs. for Box 12    14 Other

e Employee's name, address, and ZIP code
MIRNA FLORES

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8640.00 | 24.00 | 8640.00 | 24.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 1.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan. The amount in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement  2020

Copy 2, to be filed with employee's tax return for   AUROR

| d Control number  0065-13058390   0000000006-0000W2 | | Void | c Employer's name, address, and ZIP code |
|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

OMB No. 1545-0008

| b Employer's identification number 80-0438877 | a Employee's social security number 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 |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8640.00 | 54.00 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8640.00 | 535.68 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8640.00 | 125.28 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

e Employee's name, address, and ZIP code

MIRNA FLORES

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8640.00 | 24.00 | 8640.00 | 24.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement  2020

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement  2020

| d Control number | | Void X | c Employer's name, address, and ZIP code |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR. Instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Form W-2 Wage and Tax Statement**   **2020**   **Copy C, for employee's records**

| d Control number  0065-13058390   0000000019-0000W2   Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | 1 Wages, tips, other compensation  5294.70 | 2 Federal income tax withheld  339.51 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages  5294.70 | 4 Social Security tax withheld  328.27 |
|---|---|---|---|---|
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips  5294.70 | 6 Medicare tax withheld  76.77 |
| | | | 7 Social Security tips | 8 Allocated tips |
| e Employee's name, address, and ZIP code  DEWANDA GRAHAM  4617 FREEPORT WAY  DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5294.70 | 17 State income tax  155.00 | 18 Local wages, tips, etc.  5294.70 | 19 Local income tax  24.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement**   **2020**   **Copy B, to be filed with employee's FEDERAL tax return**

| d Control number  0065-13058390   0000000019-0000W2   Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | 1 Wages, tips, other compensation  5294.70 | 2 Federal income tax withheld  339.51 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages  5294.70 | 4 Social Security tax withheld  328.27 |
|---|---|---|---|---|
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips  5294.70 | 6 Medicare tax withheld  76.77 |
| | | | 7 Social Security tips | 8 Allocated tips |
| e Employee's name, address, and ZIP code  DEWANDA GRAHAM  4617 FREEPORT WAY  DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5294.70 | 17 State income tax  155.00 | 18 Local wages, tips, etc.  5294.70 | 19 Local income tax  24.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

---

**Form W-2 Wage and Tax Statement**   **2020**   **Copy 2, to be filed with employee's tax return for   CO**

| d Control number  0065-13058390   0000000019-0000W2   Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | 1 Wages, tips, other compensation  5294.70 | 2 Federal income tax withheld  339.51 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages  5294.70 | 4 Social Security tax withheld  328.27 |
|---|---|---|---|---|
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips  5294.70 | 6 Medicare tax withheld  76.77 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code  DEWANDA GRAHAM  4617 FREEPORT WAY  DENVER CO 80239 | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5294.70 | 17 State income tax  155.00 | 18 Local wages, tips, etc.  5294.70 | 19 Local income tax  24.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips (box 7) tax and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2020

Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|
| 0065-13058390    000000019-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | |

OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

14475 ROBINS DR
DENVER CO 80239

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | | 2 Federal income tax withheld |
| 5294.70 | | 339.51 |
| 3 Social Security wages | | 4 Social Security tax withheld |
| 5294.70 | | 328.27 |
| 5 Medicare wages and tips | | 6 Medicare tax withheld |
| 5294.70 | | 76.77 |
| 7 Social Security tips | | 8 Allocated tips |
| 10 Dependent care benefits | | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

DEWANDA GRAHAM
4617 FREEPORT WAY
DENVER CO 80239

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5294.70 | 155.00 | 5294.70 | 24.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|
| b Employer's identification number | a Employee's social security number | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 — 14 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | Void X | c Employer's name, address, and ZIP code |
|---|---|---|
| b Employer's identification number | a Employee's social security number | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 — 14 Other

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 1040 or 1040-SR. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported under Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement  2020  Copy C, for employee's records

| d Control number 0065-13058390  0000000055-0000W2  Void | | | | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number 80-0438877 | | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 16752.00 | 2 Federal income tax withheld 1240.38 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages 16752.00 | 4 Social Security tax withheld 1038.62 |
| 12 See Instrs. for Box 12 | | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 16752.00 | 6 Medicare tax withheld 242.90 |
| | | | | WILLIAM HAYES 363 GENEVA ST APT A AURORA CO 80010 | 7 Social Security tips | 8 Allocated tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 16752.00 | 17 State income tax 560.00 | 18 Local wages, tips, etc. 16752.00 | 19 Local income tax 20.00 | 20 Locality name CO  AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement  2020  Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390  0000000055-0000W2  Void | | | | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number 80-0438877 | | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 16752.00 | 2 Federal income tax withheld 1240.38 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages 16752.00 | 4 Social Security tax withheld 1038.62 |
| 12 See Instrs. for Box 12 | | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 16752.00 | 6 Medicare tax withheld 242.90 |
| | | | | WILLIAM HAYES 363 GENEVA ST APT A AURORA CO 80010 | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 16752.00 | 17 State income tax 560.00 | 18 Local wages, tips, etc. 16752.00 | 19 Local income tax 20.00 | 20 Locality name CO  AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement  2020  Copy 2, to be filed with employee's tax return for  CO

| d Control number 0065-13058390  0000000055-0000W2  Void | | | | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number 80-0438877 | | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 16752.00 | 2 Federal income tax withheld 1240.38 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages 16752.00 | 4 Social Security tax withheld 1038.62 |
| 12 See Instrs. for Box 12 | | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 16752.00 | 6 Medicare tax withheld 242.90 |
| | | | | WILLIAM HAYES 363 GENEVA ST APT A AURORA CO 80010 | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 16752.00 | 17 State income tax 560.00 | 18 Local wages, tips, etc. 16752.00 | 19 Local income tax 20.00 | 20 Locality name CO  AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Schedule 2 (Form 1040). By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan. The amount in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number  0065-13058390    000000055-0000W2    Void | c Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | 1 Wages, tips, other compensation  16752.00 | 2 Federal income tax withheld  1240.38 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages  16752.00 | 4 Social Security tax withheld  1038.62 |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code  WILLIAM HAYES  363 GENEVA ST APT A  AURORA CO 80010 | 5 Medicare wages and tips  16752.00 | 6 Medicare tax withheld  242.90 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  16752.00 | 17 State income tax  560.00 | 18 Local wages, tips, etc.  16752.00 | 19 Local income tax  20.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2020

| d Control number    Void  X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2020

| d Control number    Void  X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Schedule 2 (Form 1040). By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.**: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported using Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2020  Copy C, for employee's records

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|---|
| 0065-13058390   0000000056-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| b Employer's identification number | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS | | |
|---|---|---|---|---|---|
| 80-0438877 | 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 | | 14475 ROBINS DR | **1 Wages, tips, other compensation** 1872.00 | **2 Federal income tax withheld** 123.88 |
| | | | DENVER CO 80239 | **3 Social Security wages** 1872.00 | **4 Social Security tax withheld** 116.06 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | **5 Medicare wages and tips** 1872.00 | **6 Medicare tax withheld** 27.14 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | **7 Social Security tips** | **8 Allocated Tips** |
| | | | CHEYENNE JACKSON | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | 363 GENEVA ST APT A | | |
| | | | AURORA CO 80010 | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 58.00 | 1872.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2020  Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|---|
| 0065-13058390   0000000056-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS | | |
|---|---|---|---|---|---|
| 80-0438877 | 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 | | 14475 ROBINS DR | **1 Wages, tips, other compensation** 1872.00 | **2 Federal income tax withheld** 123.88 |
| | | | DENVER CO 80239 | **3 Social Security wages** 1872.00 | **4 Social Security tax withheld** 116.06 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | **5 Medicare wages and tips** 1872.00 | **6 Medicare tax withheld** 27.14 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | **7 Social Security tips** | **8 Allocated Tips** |
| | | | CHEYENNE JACKSON | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | 363 GENEVA ST APT A | | |
| | | | AURORA CO 80010 | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 58.00 | 1872.00 | 4.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2020  Copy 2, to be filed with employee's tax return for  CO

| d Control number | | Void | e Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|---|
| 0065-13058390   0000000056-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS | | |
|---|---|---|---|---|---|
| 80-0438877 | 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 | | 14475 ROBINS DR | **1 Wages, tips, other compensation** 1872.00 | **2 Federal income tax withheld** 123.88 |
| | | | DENVER CO 80239 | **3 Social Security wages** 1872.00 | **4 Social Security tax withheld** 116.06 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | **5 Medicare wages and tips** 1872.00 | **6 Medicare tax withheld** 27.14 |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | **7 Social Security tips** | **8 Allocated Tips** |
| | | | CHEYENNE JACKSON | **10 Dependent care benefits** | **11 Nonqualified plans** |
| | | | 363 GENEVA ST APT A | | |
| | | | AURORA CO 80010 | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 58.00 | 1872.00 | 4.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement — 2020 — Copy 2, to be filed with employee's tax return for AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0065-13058390   000000056-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation **1872.00** | 2 Federal income tax withheld **123.88** |
| b Employer's identification number **80-0438877** | a Employee's social security number **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** | | | 3 Social security wages **1872.00** | 4 Social security tax withheld **116.06** |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips **1872.00** | 6 Medicare tax withheld **27.14** |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code CHEYENNE JACKSON 363 GENEVA ST APT A AURORA CO 80010 | 7 Social security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1872.00 | 17 State income tax 58.00 | 18 Local wages, tips, etc. 1872.00 | 19 Local income tax 4.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| b Employer's identification number | a Employee's social security number | | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

### Form W-2 Wage and Tax Statement — 2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| b Employer's identification number | a Employee's social security number | | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5).

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable).

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5).

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1).

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement   2020   Copy C, for employee's records

| d Control number 0065-13058390   0000000064-0000W2 | Void | |
|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3840.00 | 2 Federal income tax withheld 257.36 |
|---|---|
| 3 Social Security wages 3840.00 | 4 Social Security tax withheld 238.08 |
| 5 Medicare wages and tips 3840.00 | 6 Medicare tax withheld 55.68 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code
JAIZIONE JACKSON
1190 S SHERIDON BLVD APT 11
DENVER CO 80232

Verification Code

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3840.00 | 17 State income tax 121.00 | 18 Local wages, tips, etc. 3840.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement   2020   Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390   0000000064-0000W2 | Void | |
|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3840.00 | 2 Federal income tax withheld 257.36 |
|---|---|
| 3 Social Security wages 3840.00 | 4 Social Security tax withheld 238.08 |
| 5 Medicare wages and tips 3840.00 | 6 Medicare tax withheld 55.68 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code
JAIZIONE JACKSON
1190 S SHERIDON BLVD APT 11
DENVER CO 80232

Verification Code

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3840.00 | 17 State income tax 121.00 | 18 Local wages, tips, etc. 3840.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement   2020   Copy 2, to be filed with employee's tax return for   CO

| d Control number 0065-13058390   0000000064-0000W2 | Void | |
|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 3840.00 | 2 Federal income tax withheld 257.36 |
|---|---|
| 3 Social Security wages 3840.00 | 4 Social Security tax withheld 238.08 |
| 5 Medicare wages and tips 3840.00 | 6 Medicare tax withheld 55.68 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12 | 14 Other

e Employee's name, address, and ZIP code
JAIZIONE JACKSON
1190 S SHERIDON BLVD APT 11
DENVER CO 80232

Verification Code

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 3840.00 | 17 State income tax 121.00 | 18 Local wages, tips, etc. 3840.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 6, by the due date of your employer's report to your employer. Enter this amount on the wages line of your tax return. By filing this form, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement**    **2020**    Copy 2,    to be filed with employee's tax return for    AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | |
|---|---|---|---|
| 0065-13058390    0000000064-0000W2 | | AGGIES ANGELS CARE PROVIDERS | Department of the Treasury - Internal Revenue Service |
| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR | OMB No. 1545-0008 |
| 80-0438877 | 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 | DENVER CO 80239 | |

| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3840.00 | 257.36 |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 3840.00 | 238.08 |
| | | | | 5 Medicare wages and tips | 6 Medicare withheld |
| e Employee's name, address, and ZIP code | | | | 3840.00 | 55.68 |
| JAIZIONNE JACKSON | | | | 7 Social Security tips | 8 Allocated Tips |
| 1190 S SHERIDON BLVD APT 11 | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| DENVER CO 80232 | | | | | |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3840.00 | 121.00 | 3840.00 | 10.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement**    **2020**

| d Control number | Void X | c Employer's name, address, and ZIP code | |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service |
| | | | OMB No. 1545-0008 |

| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 5 Medicare wages and tips | 6 Medicare withheld |
| e Employee's name, address, and ZIP code | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

**Form W-2 Wage and Tax Statement**    **2020**

| d Control number | Void X | c Employer's name, address, and ZIP code | |
|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | Department of the Treasury - Internal Revenue Service |
| | | | OMB No. 1545-0008 |

| | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 5 Medicare wages and tips | 6 Medicare withheld |
| e Employee's name, address, and ZIP code | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 1040 or 1040-SR. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement    2020    Copy C, for employee's records

| d Control number 0065-13058390    0000000014-0000W2    Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1040.00 | 2 Federal income tax withheld 26.42 |
| 13 Statutory Employee | Retirement plan    Third-party sick pay | 3 Social Security wages 1040.00 | 4 Social Security tax withheld 64.48 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips 1040.00 | 6 Medicare tax withheld 15.08 |
| | f Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Social Security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1040.00 | 17 State income tax 13.00 | 18 Local wages, tips, etc. 1040.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement    2020    Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390    0000000014-0000W2    Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1040.00 | 2 Federal income tax withheld 26.42 |
| 13 Statutory Employee | Retirement plan    Third-party sick pay | 3 Social Security wages 1040.00 | 4 Social Security tax withheld 64.48 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips 1040.00 | 6 Medicare tax withheld 15.08 |
| | f Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Social Security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1040.00 | 17 State income tax 13.00 | 18 Local wages, tips, etc. 1040.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

---

### Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for    CO

| d Control number 0065-13058390    0000000014-0000W2    Void | e Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1040.00 | 2 Federal income tax withheld 26.42 |
| 13 Statutory Employee | Retirement plan    Third-party sick pay | 3 Social Security wages 1040.00 | 4 Social Security tax withheld 64.48 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips 1040.00 | 6 Medicare tax withheld 15.08 |
| | f Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 1040.00 | 17 State income tax 13.00 | 18 Local wages, tips, etc. 1040.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR or your return if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans and $22,500 for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0065-13058390    0000000014-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 1040.00 | 26.42 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 1040.00 | 64.48 |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare withheld |
|---|---|---|---|
| | | 1040.00 | 15.08 |

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 10 Dependent care benefits | 11 Nonqualified plans |
| | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1040.00 | 13.00 | 1040.00 | 2.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | | | | | |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare withheld |
|---|---|---|---|
| | | | |

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| e Employee's name, address, and ZIP code | 10 Dependent care benefits | 11 Nonqualified plans |
| | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| | | | | | |

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare withheld |
|---|---|---|---|
| | | | |

| | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|
| e Employee's name, address, and ZIP code | 10 Dependent care benefits | 11 Nonqualified plans |
| | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR Instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Form W-2 Wage and Tax Statement**   **2020**   **Copy C,  for employee's records**

| d Control number  0065-13058390   0000000021-0000W2 | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number  80-0438877 | a Employee's social security number  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 | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | 1 Wages, tips, other compensation  5328.00 | 2 Federal income tax withheld  342.84 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages  5328.00 | 4 Social Security tax withheld  330.34 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code  THERESA LOVATO  3051 S GOLDEN WAY  DENVER CO 80226 | 5 Medicare wages and tips  5328.00 | 6 Medicare tax withheld  77.26 |
| | | | 7 Social Security tips | 8 Allocated tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5328.00 | 17 State income tax  156.00 | 18 Local wages, tips, etc.  5328.00 | 19 Local income tax  24.00 | 20 Locality name  CO  AUROR |

---

**Form W-2 Wage and Tax Statement**   **2020**   **Copy B,  to be filed with employee's FEDERAL tax return**

| d Control number  0065-13058390   0000000021-0000W2 | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number  80-0438877 | a Employee's social security number  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 | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | 1 Wages, tips, other compensation  5328.00 | 2 Federal income tax withheld  342.84 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages  5328.00 | 4 Social Security tax withheld  330.34 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code  THERESA LOVATO  3051 S GOLDEN WAY  DENVER CO 80226 | 5 Medicare wages and tips  5328.00 | 6 Medicare tax withheld  77.26 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5328.00 | 17 State income tax  156.00 | 18 Local wages, tips, etc.  5328.00 | 19 Local income tax  24.00 | 20 Locality name  CO  AUROR |

---

**Form W-2 Wage and Tax Statement**   **2020**   **Copy 2,  to be filed with employee's tax return for   CO**

| d Control number  0065-13058390   0000000021-0000W2 | Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number  80-0438877 | a Employee's social security number  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 | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | 1 Wages, tips, other compensation  5328.00 | 2 Federal income tax withheld  342.84 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages  5328.00 | 4 Social Security tax withheld  330.34 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code  THERESA LOVATO  3051 S GOLDEN WAY  DENVER CO 80226 | 5 Medicare wages and tips  5328.00 | 6 Medicare tax withheld  77.26 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  5328.00 | 17 State income tax  156.00 | 18 Local wages, tips, etc.  5328.00 | 19 Local income tax  24.00 | 20 Locality name  CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.ssa.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR Instructions or you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15 year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2020    Copy 2,    to be filed with employee's tax return for    AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | |
|---|---|---|---|
| 0065-13058390    000000021-0000W2 | | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| 80-0438877 | 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 | | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 5328.00 | 342.84 |
| | 3 Social Security wages | 4 Social Security tax withheld |
| | 5328.00 | 330.34 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 5328.00 | 77.26 |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12

14 Other

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code

THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5328.00 | 156.00 | 5328.00 | 24.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| | | | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | | |
| | 3 Social Security wages | 4 Social Security tax withheld |
| | | |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12

14 Other

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | |
|---|---|---|---|
| | | | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | | |
| | 3 Social Security wages | 4 Social Security tax withheld |
| | | |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | |

13 Statutory Employee / Retirement plan / Third-party sick pay

12 See Instrs. for Box 12

14 Other

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 1. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.**, If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement   2020   Copy C, for employee's records

| | |
|---|---|
| d Control number  0065-13058390  0000000046-0000W2  Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 |
| b Employer's identification number  80-0438877 | a Employee's social security number  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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 5768.00 | 2 Federal income tax withheld 196.88 |
|---|---|
| 3 Social Security wages 5768.00 | 4 Social Security tax withheld 357.62 |
| 5 Medicare wages and tips 5768.00 | 6 Medicare tax withheld 83.64 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

Verification Code

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 5768.00 | 17 State income tax 96.00 | 18 Local wages, tips, etc. 5768.00 | 19 Local income tax 24.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2020   Copy B, to be filed with employee's FEDERAL tax return

| | |
|---|---|
| d Control number  0065-13058390  0000000046-0000W2  Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 |
| b Employer's identification number  80-0438877 | a Employee's social security number  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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 5768.00 | 2 Federal income tax withheld 196.88 |
|---|---|
| 3 Social Security wages 5768.00 | 4 Social Security tax withheld 357.62 |
| 5 Medicare wages and tips 5768.00 | 6 Medicare tax withheld 83.64 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

Verification Code

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 5768.00 | 17 State income tax 96.00 | 18 Local wages, tips, etc. 5768.00 | 19 Local income tax 24.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2020   Copy 2, to be filed with employee's tax return for   CO

| | |
|---|---|
| d Control number  0065-13058390  0000000046-0000W2  Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 |
| b Employer's identification number  80-0438877 | a Employee's social security number  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 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 5768.00 | 2 Federal income tax withheld 196.88 |
|---|---|
| 3 Social Security wages 5768.00 | 4 Social Security tax withheld 357.62 |
| 5 Medicare wages and tips 5768.00 | 6 Medicare tax withheld 83.64 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

Verification Code

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 5768.00 | 17 State income tax 96.00 | 18 Local wages, tips, etc. 5768.00 | 19 Local income tax 24.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR (or for Form 1040-NR) to figure if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan; or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2020

Copy 2,  to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0065-13058390    000000046-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |

| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 80-0438877 | 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 | | | 5768.00 | 196.88 |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | 5768.00 | 357.62 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 5768.00 | 83.64 |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | e Employee's name, address, and ZIP code | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | | | |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5768.00 | 96.00 | 5768.00 | 24.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | e Employee's name, address, and ZIP code | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | | 7 Social Security tips | 8 Allocated Tips |
| | | e Employee's name, address, and ZIP code | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement  2020        Copy C,  for employee's records

| d Control number | 0065-13058390    0000000040-0000W2 | Void | | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | |
| 80-0438877 | 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 | | | |

c Employer's name, address, and ZIP code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 3251.00 | 2 Federal income tax withheld | 205.25 |
|---|---|---|---|
| 3 Social Security wages | 3251.00 | 4 Social Security tax withheld | 201.56 |
| 5 Medicare wages and tips | 3251.00 | 6 Medicare tax withheld | 47.14 |
| 7 Social Security tips | | 8 Allocated tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

BETTY MOORE
4463 STEEL STREET
DENVER CO 80230

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3251.00 | 96.00 | 3251.00 | 10.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2020        Copy B,  to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390    0000000040-0000W2 | Void | | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | |
| 80-0438877 | 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 | | | |

c Employer's name, address, and ZIP code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 3251.00 | 2 Federal income tax withheld | 205.25 |
|---|---|---|---|
| 3 Social Security wages | 3251.00 | 4 Social Security tax withheld | 201.56 |
| 5 Medicare wages and tips | 3251.00 | 6 Medicare tax withheld | 47.14 |
| 7 Social Security tips | | 8 Allocated tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

BETTY MOORE
4463 STEEL STREET
DENVER CO 80230

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3251.00 | 96.00 | 3251.00 | 10.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement  2020        Copy 2,  to be filed with employee's tax return for   CO

| d Control number | 0065-13058390    0000000040-0000W2 | Void | | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | |
| 80-0438877 | 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 | | | |

c Employer's name, address, and ZIP code

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 3251.00 | 2 Federal income tax withheld | 205.25 |
|---|---|---|---|
| 3 Social Security wages | 3251.00 | 4 Social Security tax withheld | 201.56 |
| 5 Medicare wages and tips | 3251.00 | 6 Medicare tax withheld | 47.14 |
| 7 Social Security tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12

14 Other

e Employee's name, address, and ZIP code

BETTY MOORE
4463 STEEL STREET
DENVER CO 80230

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3251.00 | 96.00 | 3251.00 | 10.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSA).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement   2020     Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0065-13058390   000000040-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| b Employer's identification number | a Employee's social security number | | 14475 ROBINS DR  DENVER CO 80239 | | 1 Wages, tips, other compensation  3251.00 | 2 Federal income tax withheld  205.25 |
| 80-0438877 | 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 | | | | 3 Social Security wages  3251.00 | 4 Social Security tax withheld  201.56 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | e Employee's name, address and ZIP code | | 5 Medicare wages and tips  3251.00 | 6 Medicare tax withheld  47.14 |
| 12 See Instrs. for Box 12 | 14 Other | | BETTY MOORE  4463 STEEL STREET  DENVER CO 80230 | | 7 Social Security tips | 8 Allocated tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3251.00 | 96.00 | 3251.00 | 10.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement   2020

| d Control number | | Void  X | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| | | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

### Form W-2 Wage and Tax Statement   2020

| d Control number | | Void  X | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
| | | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | | | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | | 7 Social Security tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR Instructions if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.**, If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to

deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts.
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.
**AA**—Designated Roth contributions under a section 401(k) plan
**BB**—Designated Roth contributions under a section 403(b) plan
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Form W-2 Wage and Tax Statement    2020    Copy C, for employee's records**

| d Control number  0065-13058390    0000000042-0000W2    Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | 1 Wages, tips, other compensation  8862.50 | 2 Federal income tax withheld  686.25 |
| 13 Statutory Employee □  Retirement plan □  Third-party sick pay □ | | 3 Social Security wages  8862.50 | 4 Social Security tax withheld  549.48 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips  8862.50 | 6 Medicare tax withheld  128.51 |
| | e Employee's name, address, and ZIP code  WENDY MORALES | 7 Social Security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  8862.50 | 17 State income tax  297.00 | 18 Local wages, tips, etc.  8862.50 | 19 Local income tax  16.00 | 20 Locality name  CO  AUROR |
|---|---|---|---|---|---|---|

**Form W-2 Wage and Tax Statement    2020    Copy B, to be filed with employee's FEDERAL tax return**

| d Control number  0065-13058390    0000000042-0000W2    Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | 1 Wages, tips, other compensation  8862.50 | 2 Federal income tax withheld  686.25 |
| 13 Statutory Employee □  Retirement plan □  Third-party sick pay □ | | 3 Social Security wages  8862.50 | 4 Social Security tax withheld  549.48 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips  8862.50 | 6 Medicare tax withheld  128.51 |
| | e Employee's name, address, and ZIP code  WENDY MORALES | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  8862.50 | 17 State income tax  297.00 | 18 Local wages, tips, etc.  8862.50 | 19 Local income tax  16.00 | 20 Locality name  CO  AUROR |
|---|---|---|---|---|---|---|

**Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for   CO**

| d Control number  0065-13058390    0000000042-0000W2    Void | e Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | 1 Wages, tips, other compensation  8862.50 | 2 Federal income tax withheld  686.25 |
| 13 Statutory Employee □  Retirement plan □  Third-party sick pay □ | | 3 Social Security wages  8862.50 | 4 Social Security tax withheld  549.48 |
| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips  8862.50 | 6 Medicare tax withheld  128.51 |
| | e Employee's name, address, and ZIP code  WENDY MORALES | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  8862.50 | 17 State income tax  297.00 | 18 Local wages, tips, etc.  8862.50 | 19 Local income tax  16.00 | 20 Locality name  CO  AUROR |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR because if the amount of your are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on allocated tips shown on your Form(s) W-2 that you must report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2020    Copy 2,  to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| 0065-13058390    0000000042-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | | |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR | | |
| | | DENVER CO 80239 | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8862.50 | 686.25 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 8862.50 | 549.48 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8862.50 | 128.51 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|
| 14 Other | | | |

| e Employee's name, address, and ZIP code | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|
| WENDY MORALES | | |
| | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 8862.50 | 297.00 | 8862.50 | 16.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | | | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|
| 14 Other | | | |

| | | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|---|
| | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | | | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|
| 14 Other | | | |

| | | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|---|
| | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Schedule 2 (Form 1040). By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement   2020   Copy C, for employee's records

| d Control number | Void | e Employer's name, address, and ZIP code | | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|---|
| 0065-13058390   0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR |
|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6699.20 | 422.36 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 6699.20 | 415.35 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6699.20 | 97.14 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
ADAM R ROMERO
35 S LOGAN ST APT 402
DENVER CO 80219

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6699.20 | 199.00 | 6699.20 | 24.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2020   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | Void | e Employer's name, address, and ZIP code | | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|---|
| 0065-13058390   0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR |
|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6699.20 | 422.36 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 6699.20 | 415.35 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6699.20 | 97.14 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
ADAM R ROMERO
35 S LOGAN ST APT 402
DENVER CO 80219

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6699.20 | 199.00 | 6699.20 | 24.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2020   Copy 2, to be filed with employee's tax return for   CO

| d Control number | Void | e Employer's name, address, and ZIP code | | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|---|
| 0065-13058390   0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR |
|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6699.20 | 422.36 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 6699.20 | 415.35 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6699.20 | 97.14 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory Employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12 / 14 Other

e Employee's name, address, and ZIP code
ADAM R ROMERO
35 S LOGAN ST APT 402
DENVER CO 80219

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6699.20 | 199.00 | 6699.20 | 24.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, your social security tips may be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2020    Copy 2,  to be filed with employee's tax return for    AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| 0065-13058390    0000000052-0000W2 | | AGGIES ANGELS CARE PROVIDERS<br>14475 ROBINS DR<br>DENVER CO 80239 | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 6699.20 | 422.36 |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 6699.20 | 415.35 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | 6699.20 | 97.14 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | ADAM R ROMERO<br>35 S LOGAN ST APT 402<br>DENVER CO 80219 | | |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | | |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 6699.20 | 199.00 | 6699.20 | 24.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | | | |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|
| | X | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | | | |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement — 2020 — Copy C, for employee's records

| d Control number | | Void | | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| 0065-13058390   0000000071-0000W2 | | | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | | 14475 ROBINS DR | | |
| 80-0438877 | 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 | | | DENVER CO 80239 | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5150.00 | 257.81 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5150.00 | 319.30 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5150.00 | 74.68 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
DOMINGO RUIZ
116 S ZUNI ST
DENVER CO 80223

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5150.00 | 115.00 | 5150.00 | 8.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2020 — Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| 0065-13058390   0000000071-0000W2 | | | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | | 14475 ROBINS DR | | |
| 80-0438877 | 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 | | | DENVER CO 80239 | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5150.00 | 257.81 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5150.00 | 319.30 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5150.00 | 74.68 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
DOMINGO RUIZ
116 S ZUNI ST
DENVER CO 80223

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5150.00 | 115.00 | 5150.00 | 8.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement — 2020 — Copy 2, to be filed with employee's tax return for CO

| d Control number | | Void | | e Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| 0065-13058390   0000000071-0000W2 | | | | AGGIES ANGELS CARE PROVIDERS | | |
| b Employer's identification number | a Employee's social security number | | | 14475 ROBINS DR | | |
| 80-0438877 | 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 | | | DENVER CO 80239 | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5150.00 | 257.81 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 5150.00 | 319.30 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5150.00 | 74.68 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12
14 Other

e Employee's name, address, and ZIP code
DOMINGO RUIZ
116 S ZUNI ST
DENVER CO 80223

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5150.00 | 115.00 | 5150.00 | 8.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR or you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan. This amount is reported in boxes 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement 2020 — Copy 2, to be filed with employee's tax return for AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| 0065-13058390    0000000071-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 5150.00 | 257.81 |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 5150.00 | 319.30 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 5150.00 | 74.68 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code | | | 10 Dependent care benefits | 11 Nonqualified plans |
| DOMINGO RUIZ 116 S ZUNI ST DENVER CO 80223 | | | | |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5150.00 | 115.00 | 5150.00 | 8.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement 2020

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| | X | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

## Form W-2 Wage and Tax Statement 2020

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| | X | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social Security tips | 8 Allocated Tips |
| e Employee's name, address, and ZIP code | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if Box 11 income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Form W-2 Wage and Tax Statement**    **2020**    **Copy C, for employee's records**

| d Control number  0065-13058390   0000000070-0000W2   Void | c Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | 9720.00 | |
| | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 9720.00 | 602.64 |
| | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 9720.00 | 140.94 |

e Employee's name, address, and ZIP code
SPENCER SHELTON
18570 E HARVARD DR
AURORA CO 80013

| | 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9720.00 | 148.00 | 9720.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**    **2020**    **Copy B, to be filed with employee's FEDERAL tax return**

| d Control number  0065-13058390   0000000070-0000W2   Void | c Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | 9720.00 | |
| | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 9720.00 | 602.64 |
| | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 9720.00 | 140.94 |

e Employee's name, address, and ZIP code
SPENCER SHELTON
18570 E HARVARD DR
AURORA CO 80013

| | 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9720.00 | 148.00 | 9720.00 | 24.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement**    **2020**    **Copy 2, to be filed with employee's tax return for   CO**

| d Control number  0065-13058390   0000000070-0000W2   Void | c Employer's name, address, and ZIP code  AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |
|---|---|---|

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| b Employer's identification number  80-0438877 | a Employee's social security number  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 | | 9720.00 | |
| | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 9720.00 | 602.64 |
| | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | 9720.00 | 140.94 |

e Employee's name, address, and ZIP code
SPENCER SHELTON
18570 E HARVARD DR
AURORA CO 80013

| | 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 9720.00 | 148.00 | 9720.00 | 24.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.ssa.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on line 7 of Schedule 2 (Form 1040). By filing Form 4137, your social security and Medicare tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan; or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy **C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement  2020  Copy 2,  to be filed with employee's tax return for  AUROR

| d Control number  0065-13058390    000000070-0000W2 | | | Void | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| b Employer's identification number  80-0438877 | | a Employee's social security number  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 | | AGGIES ANGELS CARE PROVIDERS  14475 ROBINS DR  DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| | | | 1 Wages, tips, other compensation  9720.00 | 2 Federal income tax withheld |
|---|---|---|---|---|
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages  9720.00 | 4 Social Security tax withheld  602.64 |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips  9720.00 | 6 Medicare tax withheld  140.94 |
| e Employee's name, address, and ZIP code  SPENCER SHELTON  18570 E HARVARD DR  AURORA CO 80013 | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State  CO | Employer's state I.D. No.  30941838 | 16 State wages, tips, etc.  9720.00 | 17 State income tax  148.00 | 18 Local wages, tips, etc.  9720.00 | 19 Local income tax  24.00 | 20 Locality name  CO AUROR |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement  2020

| d Control number | | | Void  X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement  2020

| d Control number | | | Void  X | c Employer's name, address, and ZIP code | | |
|---|---|---|---|---|---|---|
| b Employer's identification number | | a Employee's social security number | | | | Department of the Treasury - Internal Revenue Service  OMB No. 1545-0008 |

| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| e Employee's name, address, and ZIP code | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You must get qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if business is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR or instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. For more information, see Pub. 531. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported under code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement   2020   Copy C, for employee's records

| d Control number | 0065-13058390 | 0000000063-0000W2 | Void | | e Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

**Employer:** AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2190.40 | 139.89 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2190.40 | 135.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2190.40 | 31.76 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

**Employee:** ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2190.40 | 64.00 | 2190.40 | 10.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2020   Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 | 0000000063-0000W2 | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2190.40 | 139.89 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2190.40 | 135.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2190.40 | 31.76 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2190.40 | 64.00 | 2190.40 | 10.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement   2020   Copy 2, to be filed with employee's tax return for   CO

| d Control number | 0065-13058390 | 0000000063-0000W2 | Void |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2190.40 | 139.89 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2190.40 | 135.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2190.40 | 31.76 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |

ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2190.40 | 64.00 | 2190.40 | 10.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR (Schedule 2) or are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing this form, your social security tips and social security wages will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) while you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement  2020    Copy 2, to be filed with employee's tax return for    AUROR

| d Control number | Void | c Employer's name, address, and ZIP code |
|---|---|---|
| 0065-13058390  0000000063-0000W2 | | AGGIES ANGELS CARE PROVIDERS |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 2190.40 | 139.89 |

c Employer's name, address, and ZIP code: AGGIES ANGELS CARE PROVIDERS, 14475 ROBINS DR, DENVER CO 80239

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|
| | | | 2190.40 | 135.80 |

| 12 See Instrs. for Box 12 | | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|
| 14 Other | | 2190.40 | 31.76 |

e Employee's name, address, and ZIP code:
ROSHAD SMITH
4463 STEELE ST
DENVER CO 80216

| 7 Social Security tips | 8 Allocated tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2190.40 | 64.00 | 2190.40 | 10.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement  2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement  2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|

| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|

e Employee's name, address, and ZIP code

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips (box 7), your social security tax on your tips is credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement  2020  Copy C, for employee's records

| Field | Value |
|---|---|
| d Control number | 0065-13058390  0000000022-0000W2  Void |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS, 14475 ROBINS DR, DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | JASMINE VALDEZ, 2342 MOLINE STREET, AURORA CO 80010 |
| 1 Wages, tips, other compensation | 5429.75 |
| 2 Federal income tax withheld | |
| 3 Social security wages | 5429.75 |
| 4 Social security tax withheld | 336.64 |
| 5 Medicare wages and tips | 5429.75 |
| 6 Medicare tax withheld | 78.73 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5429.75 | 122.00 | 5429.75 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement  2020  Copy B, to be filed with employee's FEDERAL tax return

| Field | Value |
|---|---|
| d Control number | 0065-13058390  0000000022-0000W2  Void |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS, 14475 ROBINS DR, DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | JASMINE VALDEZ, 2342 MOLINE STREET, AURORA CO 80010 |
| 1 Wages, tips, other compensation | 5429.75 |
| 2 Federal income tax withheld | |
| 3 Social security wages | 5429.75 |
| 4 Social security tax withheld | 336.64 |
| 5 Medicare wages and tips | 5429.75 |
| 6 Medicare tax withheld | 78.73 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5429.75 | 122.00 | 5429.75 | 24.00 | CO AUROR |

## Form W-2 Wage and Tax Statement  2020  Copy 2, to be filed with employee's tax return for   CO

| Field | Value |
|---|---|
| d Control number | 0065-13058390  0000000022-0000W2  Void |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS, 14475 ROBINS DR, DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| b Employer's identification number | 80-0438877 |
| a Employee's social security number | 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 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | JASMINE VALDEZ, 2342 MOLINE STREET, AURORA CO 80010 |
| 1 Wages, tips, other compensation | 5429.75 |
| 2 Federal income tax withheld | |
| 3 Social security wages | 5429.75 |
| 4 Social security tax withheld | 336.64 |
| 5 Medicare wages and tips | 5429.75 |
| 6 Medicare tax withheld | 78.73 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5429.75 | 122.00 | 5429.75 | 24.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

K—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

L—Substantiated employee business expense reimbursements (nontaxable)

M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

Q—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

Y—Deferrals under a section 409A nonqualified deferred compensation plan

Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

AA—Designated Roth contributions under a section 401(k) plan

BB—Designated Roth contributions under a section 403(b) plan

DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

FF—Permitted benefits under a qualified small employer health reimbursement arrangement

GG—Income from qualified equity grants under section 83(i)

HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement    2020    Copy 2,  to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | | |
|---|---|---|---|---|---|---|
| 0065-13058390    000000022-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | 5429.75 | |
| | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | 5429.75 | 336.64 |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 5429.75 | 78.73 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name and ZIP code |
|---|---|---|
| | | JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 |

7 Social Security tips   8 Allocated Tips
10 Dependent care benefits   11 Nonqualified plans
Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5429.75 | 122.00 | 5429.75 | 24.00 | CO  AUROR |

Department of the Treasury - Internal Revenue Service

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | Void | c Employer's name, address, and ZIP code |
|---|---|---|
| | X | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

1 Wages, tips, other compensation   2 Federal income tax withheld
3 Social Security wages   4 Social Security tax withheld
5 Medicare wages and tips   6 Medicare tax withheld

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code |
|---|---|---|

7 Social Security tips   8 Allocated Tips
10 Dependent care benefits   11 Nonqualified plans
Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement    2020

| d Control number | Void | c Employer's name, address, and ZIP code |
|---|---|---|
| | X | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|

1 Wages, tips, other compensation   2 Federal income tax withheld
3 Social Security wages   4 Social Security tax withheld
5 Medicare wages and tips   6 Medicare tax withheld

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code |
|---|---|---|

7 Social Security tips   8 Allocated Tips
10 Dependent care benefits   11 Nonqualified plans
Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.**. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J—**Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q—**Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—**Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement    2020    Copy C, for employee's records

| d Control number | | | Void |
|---|---|---|---|
| 0065-13058390 | 0000000020-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 12180.00 | 494.62 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 12180.00 | 755.16 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12180.00 | 176.61 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code
ANGEL VIGIL
5165 W COLGATE PLACE
DENVER CO 80236

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12180.00 | 234.00 | 12180.00 | 14.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement    2020    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | | Void |
|---|---|---|---|
| 0065-13058390 | 0000000020-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 12180.00 | 494.62 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 12180.00 | 755.16 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12180.00 | 176.61 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code
ANGEL VIGIL
5165 W COLGATE PLACE
DENVER CO 80236

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12180.00 | 234.00 | 12180.00 | 14.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for    CO

| d Control number | | | Void |
|---|---|---|---|
| 0065-13058390 | 0000000020-0000W2 | | |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 12180.00 | 494.62 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 12180.00 | 755.16 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12180.00 | 176.61 |
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

e Employee's name, address, and ZIP code
ANGEL VIGIL
5165 W COLGATE PLACE
DENVER CO 80236

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12180.00 | 234.00 | 12180.00 | 14.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Account (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2020

Copy 2, to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| 0065-13058390    000000020-0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | | 12180.00 | 494.62 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | 12180.00 | 755.16 |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | ANGEL VIGIL 5165 W COLGATE PLACE DENVER CO 80236 | 12180.00 | 176.61 |

| | | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 12180.00 | 234.00 | 12180.00 | 14.00 | CO  AUROR |

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| | | | | | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| | | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | | Void X | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| | | | | | | |

| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 3 Social Security wages | 4 Social Security tax withheld |
|---|---|---|---|---|---|
| | | | | | |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | | | |

| | | | 7 Social Security tips | 8 Allocated Tips |
|---|---|---|---|---|
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 4 (also see instructions for Forms 1040 and 1040-SR).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement    2020    Copy C, for employee's records

| d Control number 0065-13058390    0000000038-0000W2    Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number **80-0438877** / a Employee's social security number **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** | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 2499.00 | 2 Federal income tax withheld 170.75 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 2499.00 | 4 Social Security tax withheld 154.94 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code DEREK WASHINGTON 23771 E ALABAMA DR AURORA CO 80018 | 5 Medicare wages and tips 2499.00 | 6 Medicare tax withheld 36.24 |
| | | 7 Social Security tips | 8 Allocated tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 2499.00 | 17 State income tax 79.00 | 18 Local wages, tips, etc. 2499.00 | 19 Local income tax 6.00 | 20 Locality name CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2020    Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390    0000000038-0000W2    Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number **80-0438877** / a Employee's social security number **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** | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 2499.00 | 2 Federal income tax withheld 170.75 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 2499.00 | 4 Social Security tax withheld 154.94 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code DEREK WASHINGTON 23771 E ALABAMA DR AURORA CO 80018 | 5 Medicare wages and tips 2499.00 | 6 Medicare tax withheld 36.24 |
| | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 2499.00 | 17 State income tax 79.00 | 18 Local wages, tips, etc. 2499.00 | 19 Local income tax 6.00 | 20 Locality name CO  AUROR |

---

## Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for   CO

| d Control number 0065-13058390    0000000038-0000W2    Void | e Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer's identification number **80-0438877** / a Employee's social security number **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** | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 2499.00 | 2 Federal income tax withheld 170.75 |
| 13 Statutory Employee / Retirement plan / Third-party sick pay | | 3 Social Security wages 2499.00 | 4 Social Security tax withheld 154.94 |
| 12 See Instrs. for Box 12 / 14 Other | e Employee's name, address, and ZIP code DEREK WASHINGTON 23771 E ALABAMA DR AURORA CO 80018 | 5 Medicare wages and tips 2499.00 | 6 Medicare tax withheld 36.24 |
| | | 7 Social Security tips | 8 Allocated Tips |
| | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | Verification Code | |

| 15 State CO | Employer's state I.D. No. 30941838 | 16 State wages, tips, etc. 2499.00 | 17 State income tax 79.00 | 18 Local wages, tips, etc. 2499.00 | 19 Local income tax 6.00 | 20 Locality name CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan. The (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

## Form W-2 Wage and Tax Statement   2020   Copy 2,   to be filed with employee's tax return for   AUROR

| d Control number | | Void | c Employer's name, address, and ZIP code | | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| 0065-13058390   000000038-0000W2 | | | AGGIES ANGELS CARE PROVIDERS | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | 14475 ROBINS DR |
|---|---|---|
| 80-0438877 | 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 | DENVER CO 80239 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2499.00 | 170.75 |
| 3 Social Security wages | 4 Social Security tax withheld |
| 2499.00 | 154.94 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2499.00 | 36.24 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

DEREK WASHINGTON
23771 E ALABAMA DR
AURORA CO 80018

| 7 Social Security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2499.00 | 79.00 | 2499.00 | 6.00 | CO  AUROR |

---

## Form W-2 Wage and Tax Statement   2020

| d Control number | | Void | X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| | | | | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | |
|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

## Form W-2 Wage and Tax Statement   2020

| d Control number | | Void | X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|
| | | | | | OMB No. 1545-0008 |

| b Employer's identification number | a Employee's social security number | |
|---|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 7 Social Security tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on allocated tips shown on your Form(s) W-2 that you must report as income and on other tips. You must also report the tax, if any, on your report to your employer. Enter this amount on the wages line of your tax return and, by doing so, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Form W-2 Wage and Tax Statement    2020        Copy C,  for employee's records**

| d Control number | | | Void |
|---|---|---|---|
| 0065-13058390 | 0000000009-0000W2 | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| e Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5550.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 5550.00 | 344.10 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5550.00 | 80.48 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated tips |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| STEPHANIE WILRICH |
| 2102 MARTIN LUTHER KING BLVD |
| DENVER CO 80205 |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5550.00 | | 5550.00 | 24.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement    2020        Copy B,  to be filed with employee's FEDERAL tax return**

| d Control number | | | Void |
|---|---|---|---|
| 0065-13058390 | 0000000009-0000W2 | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| e Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5550.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 5550.00 | 344.10 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5550.00 | 80.48 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated tips |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| STEPHANIE WILRICH |
| 2102 MARTIN LUTHER KING BLVD |
| DENVER CO 80205 |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5550.00 | | 5550.00 | 24.00 | CO  AUROR |

---

**Form W-2 Wage and Tax Statement    2020        Copy 2,  to be filed with employee's tax return for   CO**

| d Control number | | | Void |
|---|---|---|---|
| 0065-13058390 | 0000000009-0000W2 | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| e Employer's name, address, and ZIP code |
|---|
| AGGIES ANGELS CARE PROVIDERS |
| 14475 ROBINS DR |
| DENVER CO 80239 |

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 5550.00 | |

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 5550.00 | 344.10 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5550.00 | 80.48 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 7 Social Security tips | 8 Allocated Tips |
|---|---|

| e Employee's name, address, and ZIP code |
|---|
| STEPHANIE WILRICH |
| 2102 MARTIN LUTHER KING BLVD |
| DENVER CO 80205 |

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5550.00 | | 5550.00 | 24.00 | CO  AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 1040 Schedule 2. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.**. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement    2020    Copy 2,    to be filed with employee's tax return for    AUROR

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| 0065-13058390    0000000009-0000W2 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | |

| b Employer's identification number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| 80-0438877 | a Employee's social security number 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 | 5550.00 | |
| | | 3 Social security wages | 4 Social security tax withheld |
| | | 5550.00 | 344.10 |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 5550.00 | 80.48 |
| 12 See Instrs. for Box 12 | 14 Other | | 7 Social security tips | 8 Allocated Tips |
| | | e Employee's name, address, and ZIP code STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5550.00 | | 5550.00 | 24.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement    2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number | a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if investment income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, line 27, your social security tips line (box 7), your unreported tip income (box 8). See the instructions for Forms 1040 and 1040-SR.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement    2020    Copy C, for employee's records

| d Control number | | Void | | |
|---|---|---|---|---|
| 0065-13058390 | 0000000073-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 400.00 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 400.00 | 24.80 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 400.00 | 5.80 |

f Employee's name, address, and ZIP code
LATOYA WIMBUSH
14852 E KENTUCKY DR #926
AURORA CO 80012

| 7 Social security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 400.00 | 11.00 | 400.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2020    Copy B, to be filed with employee's FEDERAL tax return

| d Control number | | Void | | |
|---|---|---|---|---|
| 0065-13058390 | 0000000073-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 400.00 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 400.00 | 24.80 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 400.00 | 5.80 |

e Employee's name, address, and ZIP code
LATOYA WIMBUSH
14852 E KENTUCKY DR #926
AURORA CO 80012

| 7 Social security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 400.00 | 11.00 | 400.00 | 2.00 | CO AUROR |

---

## Form W-2 Wage and Tax Statement    2020    Copy 2, to be filed with employee's tax return for    CO

| d Control number | | Void | | |
|---|---|---|---|---|
| 0065-13058390 | 0000000073-0000W2 | | | |

e Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| b Employer's identification number | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 400.00 | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 3 Social Security wages | 4 Social Security tax withheld |
|---|---|
| 400.00 | 24.80 |

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 400.00 | 5.80 |

e Employee's name, address, and ZIP code
LATOYA WIMBUSH
14852 E KENTUCKY DR #926
AURORA CO 80012

| 7 Social security tips | 8 Allocated Tips |
|---|---|

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|

Verification Code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 400.00 | 11.00 | 400.00 | 2.00 | CO AUROR |

**Notice to Employee**

**Do you have to file?** Refer to the instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR Instructions if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see the instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to

figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return and on Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Forms 1040 and 1040-SR.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)

**Q**—Nontaxable combat pay. See the instructions for Form 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note: Keep Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement     2020     Copy 2, to be filed with employee's tax return for   AUROR

| a Employee's social security number 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 | | | |
|---|---|---|---|

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| 0065-13058390   000000000073-0000W2 | | AGGIES ANGELS CARE PROVIDERS | |

| b Employer's identification number 80-0438877 | | | |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation 400.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages 400.00 | 4 Social Security tax withheld 24.80 |
| 5 Medicare wages and tips 400.00 | 6 Medicare tax withheld 5.80 |
| 7 Social security tips | 8 Allocated Tips |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code
LATOYA WIMBUSH
14852 E KENTUCKY DR #926
AURORA CO 80012

| 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 400.00 | 11.00 | 400.00 | 2.00 | CO AUROR |

---

### Form W-2 Wage and Tax Statement     2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

---

### Form W-2 Wage and Tax Statement     2020

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|

| b Employer's identification number | a Employee's social security number | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social Security wages | 4 Social Security tax withheld |

| 13 Statutory Employee | Retirement plan | Third-party sick pay |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 12 See Instrs. for Box 12 | 14 Other |
|---|---|

e Employee's name, address, and ZIP code

| 7 Social security tips | 8 Allocated Tips |
|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans |
| Verification Code | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

| 33333 | **a** Control number 0065-13058390 | For Official Use Only ▶ OMB No. 1545-0008 |
|---|---|---|

**b** Kind of Payer (Check one): 941 [X]  Military [ ]  943 [ ]  944 [ ]  CT-1 [ ]  Hshld. emp. [ ]  Medicare govt. emp. [ ]

Kind of Employer (Check one): None apply [X]  501c non-govt. [ ]  State/local non-501c [ ]  State/local 501c [ ]  Federal govt. [ ]

Third-party sick pay (Check if applicable) [ ]

| **c** Total number of Forms W-2  23 | **d** Establishment number | **1** Wages, tips, other compensation  131002.35 | **2** Federal income tax withheld  5346.21 |
|---|---|---|---|
| **e** Employer identification number (EIN)  80-0438877 | | **3** Social security wages  131002.35 | **4** Social security tax withheld  8122.14 |
| **f** Employer's name  AGGIES ANGELS CARE PROVIDERS | | **5** Medicare wages and tips  131002.35 | **6** Medicare tax withheld  1899.55 |
| 14475 ROBINS DR  DENVER CO 80239 | | **7** Social security tips | **8** Allocated tips |
| | | **9** | **10** Dependent care benefits |
| | | **11** Nonqualified plans | **12a** Deferred compensation |
| **g** Employer's address and ZIP code | | | |
| **h** Other EIN used this year | | **13** For third-party sick pay use only | **12b** |

| **15** State  Employer's state ID number | **14** Income tax withheld by payer of third-party sick pay |
|---|---|

| **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax |
|---|---|---|---|

| Employer's contact person  LATTANY DEJANE | Employer's telephone number  (720) 318-0173 | For Official Use Only |
|---|---|---|
| Employer's fax number | Employer's email address | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ REFERENCE COPY PREPARED BY PAYCHEX.   Title ▶ DO NOT FILE.   Date ▶

Form **W-3** Transmittal of Wage and Tax Statements   **2020**   Department of the Treasury Internal Revenue Service

# DO NOT FILE

## YOUR FEDERAL W-2 & W-3 DATA
## IS FILED ELECTRONICALLY

**Do Not Staple**    6969

| Form **1096** (Rev. February 2021) Department of the Treasury Internal Revenue Service | **Annual Summary and Transmittal of U.S. Information Returns** | OMB No. 1545-0108 **2021** |
|---|---|---|

FILER'S name

AGGIES ANGELS CARE PROVIDERS

Street address (including room or suite number)

14475 ROBINS DR

City or town, state or province, country, and ZIP or foreign postal code

DENVER  CO 80239

| Name of person to contact | Telephone number |
|---|---|
| LATTANY DEJANE | 7203180173 |
| Email address | Fax number |
|  |  |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 80-0438877 |  | 7 |  | 9600.00 |

**6** Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE

| Signature | Title | Date |
|---|---|---|

0065-13058390                    21365                    TAXPAY®

## Form 1099 - NEC — Nonemployee Compensation

| | | VOID | | CORRECTED | |
|---|---|---|---|---|---|
| **CALENDAR YEAR** 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21365 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | COPY C, FOR PAYER |
|---|---|---|
| **AGGIES ANGELS CARE PROVIDERS** **14475 ROBINS DR** <br><br> **DENVER CO 80239** | **ZIPPORAH ARRINGTON** | For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.** |

| 1  Nonemployee Compensation <br> $    **975.00** | 2  Payer made direct sales totaling $5000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld <br> $ |
|---|---|---|---|
| | 5  State tax withheld <br> $ | 6  State/Payer's state no. <br> **CO/30941838** | 7  State income <br> $    **975.00** |

---

## Form 1099 - NEC — Nonemployee Compensation

| | | VOID | | CORRECTED | |
|---|---|---|---|---|---|
| **CALENDAR YEAR** 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21365 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | COPY C, FOR PAYER |
|---|---|---|
| **AGGIES ANGELS CARE PROVIDERS** **14475 ROBINS DR** <br><br> **DENVER CO 80239** | **RAMONA J COOPER** **13795 E 25TH PL** <br><br> **AURORA CO 80011** | For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.** |

| 1  Nonemployee Compensation <br> $    **1924.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld <br> $ |
|---|---|---|---|
| | 5  State tax withheld <br> $ | 6  State/Payer's state no. <br> **CO/30941838** | 7  State income <br> $    **1924.00** |

---

## Form 1099 - NEC — Nonemployee Compensation

| | | VOID | | CORRECTED | |
|---|---|---|---|---|---|
| **CALENDAR YEAR** 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21365 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | COPY C, FOR PAYER |
|---|---|---|
| **AGGIES ANGELS CARE PROVIDERS** **14475 ROBINS DR** <br><br> **DENVER CO 80239** | **TENEA T LATTANY** **4699 KITTRIDGE** <br><br> **DENVER CO 80239** | For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.** |

| 1  Nonemployee Compensation <br> $    **2925.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld <br> $ |
|---|---|---|---|
| | 5  State tax withheld <br> $ | 6  State/Payer's state no. <br> **CO/30941838** | 7  State income <br> $    **2925.00** |

---

## Form 1099 - NEC — Nonemployee Compensation

| | | VOID | | CORRECTED | |
|---|---|---|---|---|---|
| **CALENDAR YEAR** 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 25  21365 | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | COPY C, FOR PAYER |
|---|---|---|
| **AGGIES ANGELS CARE PROVIDERS** **14475 ROBINS DR** <br><br> **DENVER CO 80239** | **DEMETRIA D SKIPPER** **4155 E IOWA # 103** <br><br> **DENVER CO 80222** | For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.** |

| 1  Nonemployee Compensation <br> $    **1656.00** | 2  Payer made direct sales totaling %5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld <br> $ |
|---|---|---|---|
| | 5  State tax withheld <br> $ | 6  State/Payer's state no. <br> **CO/30941838** | 7  State income <br> $    **1656.00** |

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 72  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**JOYCE WILLIAMS**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ **1000.00** | 2  Payer made direct sales totaling $5000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. **CO/30941838** | 7  State income $ **1000.00** |

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 76  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**STEPHANIE WILRICH**
**2102 MARTIN LUTHER KING BLVD**

**DENVER CO 80205**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ **720.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. **CO/30941838** | 7  State income $ **720.00** |

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 74  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**LATOYA WIMBUSH**
**14852 E KENTUCKY DR #926**

**AURORA CO 80012**

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ **400.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. **CO/30941838** | 7  State income $ **400.00** |

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**COPY C, FOR PAYER**
For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

| 1  Nonemployee Compensation $ | 2  Payer made direct sales totaling %5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
|---|---|---|---|
| | 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

## Form 1099 - NEC — Nonemployee Compensation

☐ VOID    ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21365 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **975.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ | |

---

## Form 1099 - NEC — Nonemployee Compensation

☐ VOID    ☐ CORRECTED    COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21365 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **975.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **975.00** | |

---

## Form 1099 - NEC — Nonemployee Compensation

☐ VOID    ☐ CORRECTED    TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 15  21365 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **975.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ | |

## Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC**   Nonemployee Compensation   ☐ VOID   ☐ CORRECTED   **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 15  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, or foreign postal code

**ZIPPORAH ARRINGTON**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ **975.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
| 5  State tax withheld $ | 6  State/Payer's state no. **CO/30941838** | 7  State income $ **975.00** | |

---

**Form 1099 - NEC**   Nonemployee Compensation   ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR **2021** | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
| 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ | |

---

**Form 1099 - NEC**   Nonemployee Compensation   ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR **2021** | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
| 5  State tax withheld $ | 6  State/Payer's state no. | 7  State income $ | |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC**  Nonemployee Compensation  [ ] VOID  [ ] CORRECTED  COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21365 |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation  $ **1924.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4  Federal income tax withheld $ |
| | 5  State tax withheld  $ | 6  State/Payer's state no. | 7  State income  $ |

---

**Form 1099 - NEC**  Nonemployee Compensation  [ ] VOID  [ ] CORRECTED  COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21365 |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation  $ **1924.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4  Federal income tax withheld $ |
| | 5  State tax withheld  $ | 6  State/Payer's state no.  **CO/30941838** | 7  State income  $ **1924.00** |

---

**Form 1099 - NEC**  Nonemployee Compensation  [ ] VOID  [ ] CORRECTED  TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21365 |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation  $ **1924.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4  Federal income tax withheld $ |
| | 5  State tax withheld  $ | 6  State/Payer's state no. | 7  State income  $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC**  Nonemployee Compensation  [ ] VOID  [ ] CORRECTED  **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 48  21365 |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**RAMONA J COOPER**
**13795 E 25TH PL**

**AURORA CO 80011**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $  **1924.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no.  **CO/30941838** | 7 State income $  **1924.00** |

---

**Form 1099 - NEC**  Nonemployee Compensation  [X] VOID  [ ] CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC**  Nonemployee Compensation  [X] VOID  [ ] CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC** — Nonemployee Compensation — ☐ VOID   ☐ CORRECTED — COPY B, FOR RECIPIENT

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21365 |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**
**DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 2925.00 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC** — Nonemployee Compensation — ☐ VOID   ☐ CORRECTED — COPY B, FOR RECIPIENT

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21365 |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**
**DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 2925.00 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 2925.00 |

---

**Form 1099 - NEC** — Nonemployee Compensation — ☐ VOID   ☐ CORRECTED — TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21365 |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**TENEA T LATTANY**
**4699 KITTRIDGE**
**DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 2925.00 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC** — Nonemployee Compensation — [ ] VOID — [ ] CORRECTED — **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 26  21365 |
|---|---|---|---|

PAYER'S name: **AGGIES ANGELS CARE PROVIDERS, 14475 ROBINS DR, DENVER, CO 80239**

RECIPIENT'S name: **TENEA T LATTANY, 4699 KITTRIDGE, DENVER CO 80239**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 2925.00 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 2925.00 |

---

**Form 1099 - NEC** — Nonemployee Compensation — [X] VOID — [ ] CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC** — Nonemployee Compensation — [X] VOID — [ ] CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC** — Nonemployee Compensation | VOID | CORRECTED | COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 25  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ **1656.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
| 5  State tax withheld $ | | 6  State/Payer's state no. | 7  State income $ |

---

**Form 1099 - NEC** — Nonemployee Compensation | VOID | CORRECTED | COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 25  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ **1656.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
| 5  State tax withheld $ | | 6  State/Payer's state no. **CO/30941838** | 7  State income $ **1656.00** |

---

**Form 1099 - NEC** — Nonemployee Compensation | VOID | CORRECTED | TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 25  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation $ **1656.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4  Federal income tax withheld $ |
| 5  State tax withheld $ | | 6  State/Payer's state no. | 7  State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC**  |  **Nonemployee Compensation**  |  [ ] VOID  |  [ ] CORRECTED  |  **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 25  21365 |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**DEMETRIA D SKIPPER**
**4155 E IOWA # 103**

**DENVER CO 80222**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation  $ **1656.00** | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4  Federal income tax withheld  $ |
|---|---|---|---|
|  | 5  State tax withheld  $ | 6  State/Payer's state no.  **CO/30941838** | 7  State income  $ **1656.00** |

---

**Form 1099 - NEC**  |  **Nonemployee Compensation**  |  [X] VOID  |  [ ] CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation  $ | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4  Federal income tax withheld  $ |
|---|---|---|---|
|  | 5  State tax withheld  $ | 6  State/Payer's state no. | 7  State income  $ |

---

**Form 1099 - NEC**  |  **Nonemployee Compensation**  |  [X] VOID  |  [ ] CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1  Nonemployee Compensation  $ | 2  Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale [ ] | 3 | 4  Federal income tax withheld  $ |
|---|---|---|---|
|  | 5  State tax withheld  $ | 6  State/Payer's state no. | 7  State income  $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED — COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 72  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **1000.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED — COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 72  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **1000.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **1000.00** |

---

**Form 1099 - NEC** — **Nonemployee Compensation** — ☐ VOID — ☐ CORRECTED — TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 72  21365** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**
**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **1000.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

| Form 1099 - NEC | Nonemployee Compensation | ☐ VOID | ☐ CORRECTED | TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY |
|---|---|---|---|---|

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 72  21365** | |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**JOYCE WILLIAMS**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **1000.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **1000.00** |

---

| Form 1099 - NEC | Nonemployee Compensation | ☒ VOID | ☐ CORRECTED | |
|---|---|---|---|---|

| CALENDAR YEAR **2021** | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

| Form 1099 - NEC | Nonemployee Compensation | ☒ VOID | ☐ CORRECTED | |
|---|---|---|---|---|

| CALENDAR YEAR **2021** | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC**   Nonemployee Compensation   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 76  21365** | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**STEPHANIE WILRICH**
**2102 MARTIN LUTHER KING BLVD**

**DENVER CO 80205**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1   Nonemployee Compensation $ **720.00** | 2   Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4   Federal income tax withheld $ |
| | 5   State tax withheld $ | 6   State/Payer's state no. | 7   State income $ |

---

**Form 1099 - NEC**   Nonemployee Compensation   ☐ VOID   ☐ CORRECTED   **COPY B, FOR RECIPIENT**

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 76  21365** | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**STEPHANIE WILRICH**
**2102 MARTIN LUTHER KING BLVD**

**DENVER CO 80205**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1   Nonemployee Compensation $ **720.00** | 2   Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4   Federal income tax withheld $ |
| | 5   State tax withheld $ | 6   State/Payer's state no. **CO/30941838** | 7   State income $ **720.00** |

---

**Form 1099 - NEC**   Nonemployee Compensation   ☐ VOID   ☐ CORRECTED   **TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR **2021** | PAYER'S TIN **80-0438877** | RECIPIENT'S TIN **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** | Account number (see instructions) **0065-13058390 - 76  21365** | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**STEPHANIE WILRICH**
**2102 MARTIN LUTHER KING BLVD**

**DENVER CO 80205**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1   Nonemployee Compensation $ **720.00** | 2   Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4   Federal income tax withheld $ |
| | 5   State tax withheld $ | 6   State/Payer's state no. | 7   State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

| **Form 1099 - NEC** | **Nonemployee Compensation** | | VOID | | CORRECTED | **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY** |
|---|---|---|---|---|---|---|

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 76  21365 |
|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| **AGGIES ANGELS CARE PROVIDERS** **14475 ROBINS DR** **DENVER, CO 80239** | **STEPHANIE WILRICH** **2102 MARTIN LUTHER KING BLVD** **DENVER CO 80205** | |

| 1 Nonemployee Compensation $ **720.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 $ | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **720.00** |

---

| **Form 1099 - NEC** | **Nonemployee Compensation** | | X VOID | | CORRECTED | |
|---|---|---|---|---|---|---|

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

| **Form 1099 - NEC** | **Nonemployee Compensation** | | X VOID | | CORRECTED | |
|---|---|---|---|---|---|---|

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC**  Nonemployee Compensation  ☐ VOID  ☐ CORRECTED  COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 74  21365 |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**LATOYA WIMBUSH**
**14852 E KENTUCKY DR #926**

**AURORA CO 80012**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 400.00 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC**  Nonemployee Compensation  ☐ VOID  ☐ CORRECTED  COPY B, FOR RECIPIENT

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 74  21365 |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**LATOYA WIMBUSH**
**14852 E KENTUCKY DR #926**

**AURORA CO 80012**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 400.00 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. CO/30941838 | 7 State income $ 400.00 |

---

**Form 1099 - NEC**  Nonemployee Compensation  ☐ VOID  ☐ CORRECTED  TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR **2021** | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 74  21365 |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**LATOYA WIMBUSH**
**14852 E KENTUCKY DR #926**

**AURORA CO 80012**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ 400.00 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
| 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

**Instructions for Recipient**

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5–7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**Form 1099 - NEC** — Nonemployee Compensation — ☐ VOID   ☐ CORRECTED   **TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY**

| CALENDAR YEAR 2021 | PAYER'S TIN 80-0438877 | RECIPIENT'S TIN 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 | Account number (see instructions) 0065-13058390 - 74  21365 |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**AGGIES ANGELS CARE PROVIDERS**
**14475 ROBINS DR**

**DENVER, CO 80239**

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

**LATOYA WIMBUSH**
**14852 E KENTUCKY DR #926**

**AURORA CO 80012**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ **400.00** | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. **CO/30941838** | 7 State income $ **400.00** |

---

**Form 1099 - NEC** — Nonemployee Compensation — ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

---

**Form 1099 - NEC** — Nonemployee Compensation — ☒ VOID   ☐ CORRECTED

| CALENDAR YEAR 2021 | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Nonemployee Compensation $ | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 3 | 4 Federal income tax withheld $ |
|---|---|---|---|
| | 5 State tax withheld $ | 6 State/Payer's state no. | 7 State income $ |

0065-13058390

Form **940 for 2021:** **Employer's Annual Federal Unemployment (FUTA) Tax Return**

850113

Department of the Treasury - Internal Revenue Service

OMB No. 1545-0028

Employer identification number (EIN)

**8 0 — 0 4 3 8 8 7 7**

Name *(not your trade name)* **AGGIES ANGELS CARE PROVIDERS**

Trade name *(if any)*

Address **14475 ROBINS DR**

Number            Street                        Suite or room number

**DENVER**                    **CO**    **80239**

City                State        ZIP code

Foreign country name        Foreign province/county        Foreign postal code

**Type of Return
(Check all that apply.)**

☐ **a.** Amended

☐ **b.** Successor employer

☐ **c.** No payments to employees in 2021

☐ **d.** Final: Business closed or stopped paying wages

Go to *www.irs.gov/form940* for instructions and the latest information.

Read the separate instructions before you complete this form.  Please type or print within the boxes.

**Part 1:**  **Tell us about your return. If any line does NOT apply, leave it blank. See instructions before completing Part 1.**

**1a**  If you had to pay state unemployment tax in one state only, enter the state abbreviation . **1a** **C**  **O**

Check Here

**1b**  If you had to pay state unemployment tax in more than one state, you are a multi-state employer . . . . . . . . . . . . . . . . . . . . . . . **1b** ☐ Complete Schedule A (Form 940).

**2**  If you paid wages in a state that is subject to CREDIT REDUCTION . . . . . . . **2** ☐ Check here. Complete Schedule A (Form 940).

**Part 2:**  **Determine your FUTA tax before adjustments. If any line does NOT apply, leave it blank.**

**3**  Total payments to all employees . . . . . . . . . . . . . . . **3** **60346.30**

**4**  Payments exempt from FUTA tax . . . . . . . . . **4** ☐ **.**

Check all that apply **4a** ☐ Fringe benefits        **4c** ☐ Retirement/Pension    **4e** ☐ Other
                      **4b** ☐ Group-term life insurance    **4d** ☐ Dependent care

**5**  Total of payments made to each employee in excess of $7,000 . . . . . . . . . . . . . . . . **5** **6362.50**

**6**  **Subtotal** (line 4 + line 5 = line 6) . . . . . . . . . . . . **6** **6362.50**

**7**  **Total taxable FUTA wages** (line 3 - line 6 = line 7). See instructions . . . . . . . . **7** **53983.80**

**8**  FUTA tax before adjustments (line 7 x 0.006 = line 8) . . . . . . . . . **8** **323.90**

**Part 3:**  **Determine your adjustments. If any line does NOT apply, leave it blank.**

**9**  If ALL of the taxable FUTA wages you paid were excluded from state unemployment tax, multiply line 7 by 0.054 (line 7 x 0.054 = line 9). Go to line 12 . . . . . . . . . . **9** **.**

**10**  If SOME of the taxable FUTA wages you paid were excluded from state unemployment tax, OR you paid ANY state unemployment tax late (after the due date for filing Form 940), complete the worksheet in the instructions. Enter the amount from line 7 of the worksheet . . **10** **.**

**11**  If credit reduction applies, enter the total from Schedule A (Form 940) . . . . . . . **11** **.**

**Part 4:**  **Determine your FUTA tax and balance due or overpayment.  If any line does NOT apply, leave it blank.**

**12**  Total FUTA tax after adjustments (lines 8 + 9 + 10 + 11 = line 12) . . . . . . . . . . **12** **323.90**

**13**  FUTA tax deposited for the year, including any overpayment applied from a prior year . . **13** **323.90**

**14**  **Balance due** If line 12 is more than line 13, enter the excess on line 14.
        ■ If line 14 is more than $500, you must deposit your tax.
        ■ If line 14 is $500 or less, you may pay with this return. See instructions . . . . . . . **14** **.**

**15**  **Overpayment** If line 13 is more than line 12, enter the excess on line 15 and check a box below . . . . . . . . . . . . . . . . . . . . . . . **15** **.**

▶ You **MUST** complete both pages of this form and **SIGN** it.    Check one: ☐ Apply to next return. ☐ Send a refund.

Next ▶

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**    Cat. No. 11234O    Form **940** (2021)

0065-13058390    **TAXPAY**®    22001

850212

**Name** *(not your trade name)*
AGGIES ANGELS CARE PROVIDERS

**Employer identification number (EIN)**
80-0438877

**Part 5:** Report your FUTA tax liability by quarter only if line 12 is more than $500. If not, go to Part 6.

**16** Report the amount of your FUTA tax liability for each quarter; do NOT enter the amount you deposited. If you had no liability for a quarter, leave the line blank.

| | | | |
|---|---|---|---|
| **16a 1st quarter** (January 1 - March 31) . . . . . . . . . . | **16a** | | ▪ |
| **16b 2nd quarter** (April 1 - June 30) . . . . . . . . . . . | **16b** | | ▪ |
| **16c 3rd quarter** (July 1 - September 30) . . . . . . . . . | **16c** | | ▪ |
| **16d 4th quarter** (October 1 - December 31) . . . . . . . . | **16d** | | ▪ |

**17** Total tax liability for the year (lines 16a + 16b + 16c + 16d = line 17) **17** [        ▪ ]  Total must equal line 12.

**Part 6:** May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ **Yes.** Designee's name and phone number [                    ] [                    ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS [  ] [  ] [  ] [  ] [  ]

☐ **No.**

**Part 7:** Sign here. You MUST complete both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments made to employees. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** Sign your name here

Print your name here  REFERENCE COPY PREPARED

Print your title here  BY PAYCHEX. DO NOT FILE

Date [        ]

Best daytime phone [        ]

**Paid preparer use only**                                    Check if you are self-employed ☐

| | | | |
|---|---|---|---|
| Preparer's name | [        ] | PTIN | [        ] |
| Preparer's signature | [        ] | Date | [   /    /   ] |
| Firm's name (or yours if self-employed) | [        ] | EIN | [        ] |
| Address | [        ] | Phone | ( ) - |
| City | [        ] State [        ] | ZIP code | [        ] |

Page 2                                                    Form **940** (2021)

0065-13058390          TAXPAY®          22001

**Form W-2 Wage and Tax Statement 2021**   EMPLOYER REFERENCE COPY - DO NOT FILE   21365

| d Control number | 0065-13058390 0000000067 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2886.00 | 91.08 |
| 3 Social security wages | 4 Social security tax withheld |
| 2886.00 | 178.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2886.00 | 41.85 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2886.00 | 48.00 | 2886.00 | 10.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2021**   EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number | 0065-13058390 0000000075 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1176.00 | 85.04 |
| 3 Social security wages | 4 Social security tax withheld |
| 1176.00 | 72.91 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1176.00 | 17.05 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
AMANDA ARTEAGA
1039 S WALDEN WAY APT 251
AURORA CO 80017

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1176.00 | 40.00 | 1176.00 | 2.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2021**   EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number | 0065-13058390 0000000024 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2592.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 2592.00 | 160.70 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2592.00 | 37.58 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2592.00 | | 2592.00 | 10.00 | CO AUROR |

---

**Form W-2 Wage and Tax Statement 2021**   EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number | 0065-13058390 0000000004 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3399.80 | |
| 3 Social security wages | 4 Social security tax withheld |
| 3399.80 | 210.79 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3399.80 | 49.30 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
SHAONDALYN L COLEY
5095 EAGLE STREET
DENVER CO 80239

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3399.80 | 35.00 | 3399.80 | 14.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

21365

| d Control number 0065-13058390 0000000077 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 1300.00 | 2 Federal income tax withheld 25.42 |
| 80-0438877 | 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 | | | 3 Social security wages 1300.00 | 4 Social security tax withheld 80.60 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | |
| | | | | 5 Medicare wages and tips 1300.00 | 6 Medicare tax withheld 18.85 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | RAMONA J COOPER 13795 E 25TH PL AURORA CO 80011 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1300.00 | 44.00 | 1300.00 | 4.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000068 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 80.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3 Social security wages 80.00 | 4 Social security tax withheld 4.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | |
| | | | | 5 Medicare wages and tips 80.00 | 6 Medicare tax withheld 1.16 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | NALITLI EDMOND 5579 WINDERMERE ST LITTLETON CO 80120 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 80.00 | | 80.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000006 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 4320.00 | 2 Federal income tax withheld 19.44 |
| 80-0438877 | 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 | | | 3 Social security wages 4320.00 | 4 Social security tax withheld 267.84 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | |
| | | | | 5 Medicare wages and tips 4320.00 | 6 Medicare tax withheld 62.64 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | MIRNA FLORES | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4320.00 | 12.00 | 4320.00 | 14.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000019 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 3108.00 | 2 Federal income tax withheld 195.58 |
| 80-0438877 | 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 | | | 3 Social security wages 3108.00 | 4 Social security tax withheld 192.70 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | | |
| | | | | 5 Medicare wages and tips 3108.00 | 6 Medicare tax withheld 45.07 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3108.00 | 91.00 | 3108.00 | 14.00 | CO AUROR |

**Form W-2 Wage andTax Statement 2021**          EMPLOYER REFERENCE COPY - DO NOT FILE          21365

| d Control number  0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0000000055 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | |
| b Employer identification number (EIN) | a Employee's social security number | | | 1 Wages, tips, other compensation  3936.00 | 2 Federal income tax withheld  334.82 |
| 80-0438877 | 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 | | | 3 Social security wages  3936.00 | 4 Social security tax withheld  244.03 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips  3936.00 | 6 Medicare tax withheld  57.07 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | WILLIAM HAYES 10000 E ALAMEDA AVE #816 DENVER CO 80247 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3936.00 | 144.00 | 3936.00 | 6.00 | CO AUROR |

**Form W-2 Wage andTax Statement 2021**          EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number  0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0000000007 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | |
| b Employer identification number (EIN) | a Employee's social security number | | | 1 Wages, tips, other compensation  2200.00 | 2 Federal income tax withheld  192.96 |
| 80-0438877 | 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 | | | 3 Social security wages  2200.00 | 4 Social security tax withheld  136.40 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips  2200.00 | 6 Medicare tax withheld  31.90 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2200.00 | 77.00 | 2200.00 | 2.00 | CO AUROR |

**Form W-2 Wage andTax Statement 2021**          EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number  0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0000000014 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | |
| b Employer identification number (EIN) | a Employee's social security number | | | 1 Wages, tips, other compensation  1222.00 | 2 Federal income tax withheld  7.79 |
| 80-0438877 | 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 | | | 3 Social security wages  1222.00 | 4 Social security tax withheld  75.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips  1222.00 | 6 Medicare tax withheld  17.72 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1222.00 | 4.00 | 1222.00 | 4.00 | CO AUROR |

**Form W-2 Wage andTax Statement 2021**          EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number  0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| 0000000021 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | |
| b Employer identification number (EIN) | a Employee's social security number | | | 1 Wages, tips, other compensation  5268.00 | 2 Federal income tax withheld  356.24 |
| 80-0438877 | 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 | | | 3 Social security wages  5268.00 | 4 Social security tax withheld  326.62 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips  5268.00 | 6 Medicare tax withheld  76.39 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security tips | 8 Allocated tips |
| | | | THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5268.00 | 162.00 | 5268.00 | 14.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

21365

| d Control number 0065-13058390 0000000046 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 488.00 | 2 Federal income tax withheld 15.88 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 488.00 | 4 Social security tax withheld 30.26 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 488.00 | 6 Medicare tax withheld 7.08 |
| | | | ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 488.00 | 8.00 | 488.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000052 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 1872.00 | 2 Federal income tax withheld 105.42 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 1872.00 | 4 Social security tax withheld 116.06 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 1872.00 | 6 Medicare tax withheld 27.14 |
| | | | ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 48.00 | 1872.00 | 6.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000071 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 13362.50 | 2 Federal income tax withheld 1058.56 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 13362.50 | 4 Social security tax withheld 828.48 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 13362.50 | 6 Medicare tax withheld 193.76 |
| | | | DOMINGO RUIZ 116 S ZUNI ST DENVER CO 80223 | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13362.50 | 439.00 | 13362.50 | 12.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

**EMPLOYER REFERENCE COPY - DO NOT FILE**

| d Control number 0065-13058390 0000000070 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 648.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 3 Social security wages 648.00 | 4 Social security tax withheld 40.18 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 648.00 | 6 Medicare tax withheld 9.40 |
| | | | SPENCER SHELTON 18570 E HARVARD DR AURORA CO 80013 | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 648.00 | 15.00 | 648.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021 — EMPLOYER REFERENCE COPY - DO NOT FILE

21365

| d Control number 0065-13058390 0000000069 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 4392.00 | 2 Federal income tax withheld 194.52 |
| 80-0438877 | 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 | | | 3 Social security wages 4392.00 | 4 Social security tax withheld 272.30 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips 4392.00 | 6 Medicare tax withheld 63.68 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DEMETRIA D SKIPPER 942 S DEANLOAN WAY #5 AURORA CO 80012 | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4392.00 | 144.00 | 4392.00 | 10.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021 — EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0065-13058390 0000000022 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3 Social security wages 3774.00 | 4 Social security tax withheld 233.99 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3774.00 | 112.00 | 3774.00 | 14.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021 — EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0065-13058390 0000000058 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 480.00 | 2 Federal income tax withheld 31.54 |
| 80-0438877 | 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 | | | 3 Social security wages 480.00 | 4 Social security tax withheld 29.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips 480.00 | 6 Medicare tax withheld 6.96 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code JOYCE WILLIAMS | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 480.00 | 15.00 | 480.00 | 2.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021 — EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number 0065-13058390 0000000009 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 3792.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3 Social security wages 3792.00 | 4 Social security tax withheld 235.10 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal | 5 Medicare wages and tips 3792.00 | 6 Medicare tax withheld 54.98 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 7 Social Security tips | 8 Allocated tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3792.00 | | 3792.00 | 14.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

EMPLOYER REFERENCE COPY - DO NOT FILE    21365

| d Control number    0065-13058390 | | |
| --- | --- | --- |

0000000073 - 0000W2

| b Employer identification number (EIN) | a Employee's social security number | Void |
| --- | --- | --- |
| 80-0438877 | 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 | |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal |
| --- | --- | --- | --- |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation    50.00 | 2 Federal income tax withheld |
| --- | --- |
| 3 Social security wages    50.00 | 4 Social security tax withheld    3.10 |
| 5 Medicare wages and tips    50.00 | 6 Medicare tax withheld    0.73 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See instructions for box 12    14 Other

e Employee's name, address, and ZIP code
LATOYA WIMBUSH
14852 E KENTUCKY DR #926
AURORA CO 80012

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 50.00 | | 50.00 | | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number    0065-13058390 | | |
| --- | --- | --- |

| b Employer identification number (EIN) | a Employee's social security number | Void |
| --- | --- | --- |
| 80-0438877 | | |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal    X |
| --- | --- | --- | --- |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation    60346.30 | 2 Federal income tax withheld    2714.29 |
| --- | --- |
| 3 Social security wages    60346.30 | 4 Social security tax withheld    3741.47 |
| 5 Medicare wages and tips    60346.30 | 6 Medicare tax withheld    875.03 |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See instructions for box 12    14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| CO | 30941838 | 60346.30 | 1438.00 | 60346.30 | 154.00 | CO AUROR |

## Form W-2 Wage and Tax Statement 2021

EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number    0065-13058390 | | |
| --- | --- | --- |

| b Employer identification number (EIN) | a Employee's social security number | Void    X |
| --- | --- | --- |
| 80-0438877 | | |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal |
| --- | --- | --- | --- |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See instructions for box 12    14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

## Form W-2 Wage and Tax Statement 2021

EMPLOYER REFERENCE COPY - DO NOT FILE

| d Control number    0065-13058390 | | |
| --- | --- | --- |

| b Employer identification number (EIN) | a Employee's social security number | Void    X |
| --- | --- | --- |
| 80-0438877 | | |

| 13 Statutory employee | Retirement plan | Third-party sick pay | Subtotal |
| --- | --- | --- | --- |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social Security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

12 See instructions for box 12    14 Other

e Employee's name, address, and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| | |
|---|---|
| d Control number 0065-13058390 0000000067 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 80-0438877 | 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2886.00 | 91.08 |
| 3 Social security wages | 4 Social security tax withheld |
| 2886.00 | 178.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2886.00 | 41.85 |
| 7 Social Security Tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2886.00 | 48.00 | 2886.00 | 10.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000067 - 0000W2 | Void |
|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2886.00 | 91.08 |
| 3 Social security wages | 4 Social security tax withheld |
| 2886.00 | 178.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2886.00 | 41.85 |
| 7 Social Security Tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2886.00 | 48.00 | 2886.00 | 10.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000067 - 0000W2 | Void |
|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2886.00 | 91.08 |
| 3 Social security wages | 4 Social security tax withheld |
| 2886.00 | 178.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2886.00 | 41.85 |
| 7 Social Security Tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2886.00 | 48.00 | 2886.00 | 10.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000067 - 0000W2 | Void |
|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number |

c Employer's name, address, and ZIP code
AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

Department of the Treasury - Internal Revenue Service OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2886.00 | 91.08 |
| 3 Social security wages | 4 Social security tax withheld |
| 2886.00 | 178.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2886.00 | 41.85 |
| 7 Social Security Tips | 8 Allocated Tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

13 Statutory employee / Retirement plan / Third-party sick pay

12 See instructions for box 12 / 14 Other

e Employee's name, address, and ZIP code
SHIRLY ANDERSON
12565 ALBROOK DR #3701
DENVER CO 80239

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 2886.00 | 48.00 | 2886.00 | 10.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

AMANDA ARTEAGA
1039 S WALDEN WAY APT 251
AURORA CO 80017

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 000000075 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | | 1 Wages, tips, other compensation 1176.00 | 2 Federal income tax withheld 85.04 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 3 Social security wages 1176.00 | 4 Social security tax withheld 72.91 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code AMANDA ARTEAGA 1039 S WALDEN WAY APT 251 AURORA CO 80017 | | 5 Medicare wages and tips 1176.00 | 6 Medicare tax withheld 17.05 |
| | | | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1176.00 | 40.00 | 1176.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 000000075 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | | 1 Wages, tips, other compensation 1176.00 | 2 Federal income tax withheld 85.04 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 3 Social security wages 1176.00 | 4 Social security tax withheld 72.91 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code AMANDA ARTEAGA 1039 S WALDEN WAY APT 251 AURORA CO 80017 | | 5 Medicare wages and tips 1176.00 | 6 Medicare tax withheld 17.05 |
| | | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1176.00 | 40.00 | 1176.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 000000075 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | | 1 Wages, tips, other compensation 1176.00 | 2 Federal income tax withheld 85.04 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 3 Social security wages 1176.00 | 4 Social security tax withheld 72.91 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code AMANDA ARTEAGA 1039 S WALDEN WAY APT 251 AURORA CO 80017 | | 5 Medicare wages and tips 1176.00 | 6 Medicare tax withheld 17.05 |
| | | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1176.00 | 40.00 | 1176.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 000000075 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | | 1 Wages, tips, other compensation 1176.00 | 2 Federal income tax withheld 85.04 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 3 Social security wages 1176.00 | 4 Social security tax withheld 72.91 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code AMANDA ARTEAGA 1039 S WALDEN WAY APT 251 AURORA CO 80017 | | 5 Medicare wages and tips 1176.00 | 6 Medicare tax withheld 17.05 |
| | | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1176.00 | 40.00 | 1176.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC.* See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code Q, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3, and 5 (up to the social security wage base)).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

SHAONDALYN L COLEY
5095 EAGLE STREET
DENVER CO 80239

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 0000000004 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3399.80 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3399.80 | 4 Social security tax withheld 210.79 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 3399.80 | 6 Medicare tax withheld 49.30 |
| | | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3399.80 | 35.00 | 3399.80 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000004 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3399.80 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3399.80 | 4 Social security tax withheld 210.79 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 3399.80 | 6 Medicare tax withheld 49.30 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3399.80 | 35.00 | 3399.80 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000004 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3399.80 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3399.80 | 4 Social security tax withheld 210.79 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 3399.80 | 6 Medicare tax withheld 49.30 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3399.80 | 35.00 | 3399.80 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000004 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3399.80 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3399.80 | 4 Social security tax withheld 210.79 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code SHAONDALYN L COLEY 5095 EAGLE STREET DENVER CO 80239 | 5 Medicare wages and tips 3399.80 | 6 Medicare tax withheld 49.30 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3399.80 | 35.00 | 3399.80 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

RAMONA J COOPER
13795 E 25TH PL
AURORA CO 80011

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| | | |
|---|---|---|
| d Control number 0065-13058390 0000000077 - 0000W2 | Void | c Employer's name, address, and ZIP code |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1300.00 | 2 Federal income tax withheld | 25.42 |
| 3 Social security wages | 1300.00 | 4 Social security tax withheld | 80.60 |
| 5 Medicare wages and tips | 1300.00 | 6 Medicare tax withheld | 18.85 |
| 7 Allocated Tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory employee / Retirement plan / Third-party sick pay
12 See instructions for box 12
14 Other
e Employee's name, address, and ZIP code
RAMONA J COOPER
13795 E 25TH PL
AURORA CO 80011

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1300.00 | 44.00 | 1300.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| | | |
|---|---|---|
| d Control number 0065-13058390 0000000077 - 0000W2 | Void | c Employer's name, address, and ZIP code |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1300.00 | 2 Federal income tax withheld | 25.42 |
| 3 Social security wages | 1300.00 | 4 Social security tax withheld | 80.60 |
| 5 Medicare wages and tips | 1300.00 | 6 Medicare tax withheld | 18.85 |
| 7 Social Security Tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory employee / Retirement plan / Third-party sick pay
12 See instructions for box 12
14 Other
e Employee's name, address, and ZIP code
RAMONA J COOPER
13795 E 25TH PL
AURORA CO 80011

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1300.00 | 44.00 | 1300.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| | | |
|---|---|---|
| d Control number 0065-13058390 0000000077 - 0000W2 | Void | c Employer's name, address, and ZIP code |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1300.00 | 2 Federal income tax withheld | 25.42 |
| 3 Social security wages | 1300.00 | 4 Social security tax withheld | 80.60 |
| 5 Medicare wages and tips | 1300.00 | 6 Medicare tax withheld | 18.85 |
| 7 Social Security Tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory employee / Retirement plan / Third-party sick pay
12 See instructions for box 12
14 Other
e Employee's name, address, and ZIP code
RAMONA J COOPER
13795 E 25TH PL
AURORA CO 80011

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1300.00 | 44.00 | 1300.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| | | |
|---|---|---|
| d Control number 0065-13058390 0000000077 - 0000W2 | Void | c Employer's name, address, and ZIP code |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1300.00 | 2 Federal income tax withheld | 25.42 |
| 3 Social security wages | 1300.00 | 4 Social security tax withheld | 80.60 |
| 5 Medicare wages and tips | 1300.00 | 6 Medicare tax withheld | 18.85 |
| 7 Social Security Tips | | 8 Allocated Tips | |
| 10 Dependent care benefits | | 11 Nonqualified plans | |

13 Statutory employee / Retirement plan / Third-party sick pay
12 See instructions for box 12
14 Other
e Employee's name, address, and ZIP code
RAMONA J COOPER
13795 E 25TH PL
AURORA CO 80011

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1300.00 | 44.00 | 1300.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct your name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an employer uses codes D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

NALITLI EDMOND
5579 WINDERMERE ST
LITTLETON CO 80120

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number | 0065-13058390 0000000068 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation: 80.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3 Social security wages: 80.00 | 4 Social security tax withheld: 4.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips: 80.00 | 6 Medicare tax withheld: 1.16 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code NALITLI EDMOND 5579 WINDERMERE ST LITTLETON CO 80120 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 80.00 | | 80.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 0000000068 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation: 80.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3 Social security wages: 80.00 | 4 Social security tax withheld: 4.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips: 80.00 | 6 Medicare tax withheld: 1.16 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code NALITLI EDMOND 5579 WINDERMERE ST LITTLETON CO 80120 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 80.00 | | 80.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number | 0065-13058390 0000000068 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation: 80.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3 Social security wages: 80.00 | 4 Social security tax withheld: 4.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips: 80.00 | 6 Medicare tax withheld: 1.16 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code NALITLI EDMOND 5579 WINDERMERE ST LITTLETON CO 80120 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 80.00 | | 80.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number | 0065-13058390 0000000068 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation: 80.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3 Social security wages: 80.00 | 4 Social security tax withheld: 4.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips: 80.00 | 6 Medicare tax withheld: 1.16 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code NALITLI EDMOND 5579 WINDERMERE ST LITTLETON CO 80120 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 80.00 | | 80.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

---

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals under a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

DOMINGO RUIZ
116 S ZUNI ST
DENVER CO 80223

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 0000000071 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 13362.50 | 2 Federal income tax withheld 1058.56 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 13362.50 | 4 Social security tax withheld 828.48 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DOMINGO RUIZ 116 S ZUNI ST DENVER CO 80223 | 5 Medicare wages and tips 13362.50 | 6 Medicare tax withheld 193.76 |
| | | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13362.50 | 439.00 | 13362.50 | 12.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000071 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 13362.50 | 2 Federal income tax withheld 1058.56 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 13362.50 | 4 Social security tax withheld 828.48 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DOMINGO RUIZ 116 S ZUNI ST DENVER CO 80223 | 5 Medicare wages and tips 13362.50 | 6 Medicare tax withheld 193.76 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13362.50 | 439.00 | 13362.50 | 12.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000071 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 13362.50 | 2 Federal income tax withheld 1058.56 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 13362.50 | 4 Social security tax withheld 828.48 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DOMINGO RUIZ 116 S ZUNI ST DENVER CO 80223 | 5 Medicare wages and tips 13362.50 | 6 Medicare tax withheld 193.76 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13362.50 | 439.00 | 13362.50 | 12.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000071 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 13362.50 | 2 Federal income tax withheld 1058.56 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 13362.50 | 4 Social security tax withheld 828.48 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DOMINGO RUIZ 116 S ZUNI ST DENVER CO 80223 | 5 Medicare wages and tips 13362.50 | 6 Medicare tax withheld 193.76 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 13362.50 | 439.00 | 13362.50 | 12.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation. Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

DEMETRIA D SKIPPER
942 S DEANLOAN WAY #5
AURORA CO 80012

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000069 - 0000W2 Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4392.00 | 2 Federal income tax withheld 194.52 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 4392.00 | 4 Social security tax withheld 272.30 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code DEMETRIA D SKIPPER 942 S DEANLOAN WAY #5 AURORA CO 80012 | 5 Medicare wages and tips 4392.00 | 6 Medicare tax withheld 63.68 |
| | | | 7 Allocated Tips 8 Allocated Tips |
| | | | 10 Dependent care benefits 11 Nonqualified plans |
| 15 State CO Employer's state ID number 30941838 | 16 State wages, tips, etc. 4392.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 4392.00 19 Local income tax 10.00 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000069 - 0000W2 Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4392.00 | 2 Federal income tax withheld 194.52 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 4392.00 | 4 Social security tax withheld 272.30 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code DEMETRIA D SKIPPER 942 S DEANLOAN WAY #5 AURORA CO 80012 | 5 Medicare wages and tips 4392.00 | 6 Medicare tax withheld 63.68 |
| | | | 7 Social Security Tips 8 Allocated Tips |
| | | | 10 Dependent care benefits 11 Nonqualified plans |
| 15 State CO Employer's state ID number 30941838 | 16 State wages, tips, etc. 4392.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 4392.00 19 Local income tax 10.00 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000069 - 0000W2 Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4392.00 | 2 Federal income tax withheld 194.52 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 4392.00 | 4 Social security tax withheld 272.30 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code DEMETRIA D SKIPPER 942 S DEANLOAN WAY #5 AURORA CO 80012 | 5 Medicare wages and tips 4392.00 | 6 Medicare tax withheld 63.68 |
| | | | 7 Social Security Tips 8 Allocated Tips |
| | | | 10 Dependent care benefits 11 Nonqualified plans |
| 15 State CO Employer's state ID number 30941838 | 16 State wages, tips, etc. 4392.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 4392.00 19 Local income tax 10.00 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000069 - 0000W2 Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 4392.00 | 2 Federal income tax withheld 194.52 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 4392.00 | 4 Social security tax withheld 272.30 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code DEMETRIA D SKIPPER 942 S DEANLOAN WAY #5 AURORA CO 80012 | 5 Medicare wages and tips 4392.00 | 6 Medicare tax withheld 63.68 |
| | | | 7 Social Security Tips 8 Allocated Tips |
| | | | 10 Dependent care benefits 11 Nonqualified plans |
| 15 State CO Employer's state ID number 30941838 | 16 State wages, tips, etc. 4392.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 4392.00 19 Local income tax 10.00 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct your name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tips shown on your W-2 unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an amount is reported in both boxes 1 and 12 using code Z, this amount is not included in box 1 of your W-2 and the amount is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

JASMINE VALDEZ
2342 MOLINE STREET
AURORA CO 80010

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number | 0065-13058390 0000000022 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | | 3 Social security wages 3774.00 | 4 Social security tax withheld 233.99 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 7 Allocated Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3774.00 | | 112.00 | 3774.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 0000000022 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | | 3 Social security wages 3774.00 | 4 Social security tax withheld 233.99 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3774.00 | | 112.00 | 3774.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number | 0065-13058390 0000000022 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | | 3 Social security wages 3774.00 | 4 Social security tax withheld 233.99 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3774.00 | | 112.00 | 3774.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number | 0065-13058390 0000000022 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 3774.00 | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | | 3 Social security wages 3774.00 | 4 Social security tax withheld 233.99 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 3774.00 | 6 Medicare tax withheld 54.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code JASMINE VALDEZ 2342 MOLINE STREET AURORA CO 80010 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 3774.00 | | 112.00 | 3774.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC.* See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation. Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

STEPHANIE WILRICH
2102 MARTIN LUTHER KING BLVD
DENVER CO 80205

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number | 0065-13058390 0000000009 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | | |
| | | | | 3792.00 | |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| | | | | 3792.00 | 235.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 3792.00 | 54.98 |
| | | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3792.00 | | 3792.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 0000000009 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3792.00 | |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| | | | | 3792.00 | 235.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 3792.00 | 54.98 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3792.00 | | 3792.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number | 0065-13058390 0000000009 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3792.00 | |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| | | | | 3792.00 | 235.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 3792.00 | 54.98 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3792.00 | | 3792.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number | 0065-13058390 0000000009 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 80-0438877 | 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 | | | 3792.00 | |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| | | | | 3792.00 | 235.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | STEPHANIE WILRICH 2102 MARTIN LUTHER KING BLVD DENVER CO 80205 | 3792.00 | 54.98 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3792.00 | | 3792.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

---

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

LATOYA WIMBUSH
14852 E KENTUCKY DR #926
AURORA CO 80012

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number  0065-13058390 0000000073 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN)  80-0438877 | a Employee's social security number  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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation  50.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages  50.00 | 4 Social security tax withheld  3.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips  50.00 | 6 Medicare tax withheld  0.73 |
| | | | LATOYA WIMBUSH 14852 E KENTUCKY DR #926 AURORA CO 80012 | 7 Allocated Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  CO | Employer's state ID number  30941838 | 16 State wages, tips, etc.  50.00 | 17 State income tax | 18 Local wages, tips, etc.  50.00 | 19 Local income tax | 20 Locality name  CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number  0065-13058390 0000000073 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN)  80-0438877 | a Employee's social security number  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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation  50.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages  50.00 | 4 Social security tax withheld  3.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips  50.00 | 6 Medicare tax withheld  0.73 |
| | | | LATOYA WIMBUSH 14852 E KENTUCKY DR #926 AURORA CO 80012 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  CO | Employer's state ID number  30941838 | 16 State wages, tips, etc.  50.00 | 17 State income tax | 18 Local wages, tips, etc.  50.00 | 19 Local income tax | 20 Locality name  CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number  0065-13058390 0000000073 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN)  80-0438877 | a Employee's social security number  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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation  50.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages  50.00 | 4 Social security tax withheld  3.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips  50.00 | 6 Medicare tax withheld  0.73 |
| | | | LATOYA WIMBUSH 14852 E KENTUCKY DR #926 AURORA CO 80012 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  CO | Employer's state ID number  30941838 | 16 State wages, tips, etc.  50.00 | 17 State income tax | 18 Local wages, tips, etc.  50.00 | 19 Local income tax | 20 Locality name  CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number  0065-13058390 0000000073 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN)  80-0438877 | a Employee's social security number  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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation  50.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages  50.00 | 4 Social security tax withheld  3.10 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips  50.00 | 6 Medicare tax withheld  0.73 |
| | | | LATOYA WIMBUSH 14852 E KENTUCKY DR #926 AURORA CO 80012 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State  CO | Employer's state ID number  30941838 | 16 State wages, tips, etc.  50.00 | 17 State income tax | 18 Local wages, tips, etc.  50.00 | 19 Local income tax | 20 Locality name  CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an arrow follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of groupterm life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

CALVIN COLEY
1769 HANOVER ST
AURORA CO 80010

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 0000000024 - 0000W2 | | Void | c Employer's name, address and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 2592.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2592.00 | 4 Social security tax withheld 160.70 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 2592.00 | 6 Medicare tax withheld 37.58 |
| | | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2592.00 | 17 State income tax | 18 Local wages, tips, etc. 2592.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000024 - 0000W2 | | Void | c Employer's name, address and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 2592.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2592.00 | 4 Social security tax withheld 160.70 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 2592.00 | 6 Medicare tax withheld 37.58 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2592.00 | 17 State income tax | 18 Local wages, tips, etc. 2592.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000024 - 0000W2 | | Void | c Employer's name, address and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 2592.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2592.00 | 4 Social security tax withheld 160.70 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 2592.00 | 6 Medicare tax withheld 37.58 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2592.00 | 17 State income tax | 18 Local wages, tips, etc. 2592.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000024 - 0000W2 | | Void | c Employer's name, address and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 2592.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2592.00 | 4 Social security tax withheld 160.70 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code CALVIN COLEY 1769 HANOVER ST AURORA CO 80010 | 5 Medicare wages and tips 2592.00 | 6 Medicare tax withheld 37.58 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2592.00 | 17 State income tax | 18 Local wages, tips, etc. 2592.00 | 19 Local income tax 10.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an amount follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals under a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

MIRNA FLORES

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 0000000006 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 4320.00 | 2 Federal income tax withheld 19.44 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 4320.00 | 4 Social security tax withheld 267.84 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code MIRNA FLORES | 5 Medicare wages and tips 4320.00 | 6 Medicare tax withheld 62.64 |
| | | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4320.00 | 12.00 | 4320.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000006 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 4320.00 | 2 Federal income tax withheld 19.44 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 4320.00 | 4 Social security tax withheld 267.84 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code MIRNA FLORES | 5 Medicare wages and tips 4320.00 | 6 Medicare tax withheld 62.64 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4320.00 | 12.00 | 4320.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000006 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 4320.00 | 2 Federal income tax withheld 19.44 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 4320.00 | 4 Social security tax withheld 267.84 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code MIRNA FLORES | 5 Medicare wages and tips 4320.00 | 6 Medicare tax withheld 62.64 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4320.00 | 12.00 | 4320.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000006 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 4320.00 | 2 Federal income tax withheld 19.44 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 4320.00 | 4 Social security tax withheld 267.84 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code MIRNA FLORES | 5 Medicare wages and tips 4320.00 | 6 Medicare tax withheld 62.64 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 4320.00 | 12.00 | 4320.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

---

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an item follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

DEWANDA GRAHAM
4617 FREEPORT WAY
DENVER CO 80239

## Form W-2 Wage and Tax Statement 2021

**Copy C, for employee's records**

| Field | Value |
|---|---|
| d Control number | 0065-13058390 0000000019 - 0000W2 |
| Void | |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| b Employer identification number (EIN) | 80-0438877 |
| a Employee's social security number | 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 |
| 1 Wages, tips, other compensation | 3108.00 |
| 2 Federal income tax withheld | 195.58 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 3 Social security wages | 3108.00 |
| 4 Social security tax withheld | 192.70 |
| 12 See instructions for box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 |
| 5 Medicare wages and tips | 3108.00 |
| 6 Medicare tax withheld | 45.07 |
| 7 Social Security Tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3108.00 | 91.00 | 3108.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

**Copy B, to be filed with employee's FEDERAL tax return**

| Field | Value |
|---|---|
| d Control number | 0065-13058390 0000000019 - 0000W2 |
| Void | |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| b Employer identification number (EIN) | 80-0438877 |
| a Employee's social security number | 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 |
| 1 Wages, tips, other compensation | 3108.00 |
| 2 Federal income tax withheld | 195.58 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 3 Social security wages | 3108.00 |
| 4 Social security tax withheld | 192.70 |
| 12 See instructions for box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 |
| 5 Medicare wages and tips | 3108.00 |
| 6 Medicare tax withheld | 45.07 |
| 7 Social Security Tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3108.00 | 91.00 | 3108.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

**Copy 2, to be filed with employee's tax return for CO**

| Field | Value |
|---|---|
| d Control number | 0065-13058390 0000000019 - 0000W2 |
| Void | |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| b Employer identification number (EIN) | 80-0438877 |
| a Employee's social security number | 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 |
| 1 Wages, tips, other compensation | 3108.00 |
| 2 Federal income tax withheld | 195.58 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 3 Social security wages | 3108.00 |
| 4 Social security tax withheld | 192.70 |
| 12 See instructions for box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 |
| 5 Medicare wages and tips | 3108.00 |
| 6 Medicare tax withheld | 45.07 |
| 7 Social Security Tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3108.00 | 91.00 | 3108.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

**Copy 2, to be filed with employee's tax return for AUROR**

| Field | Value |
|---|---|
| d Control number | 0065-13058390 0000000019 - 0000W2 |
| Void | |
| c Employer's name, address, and ZIP code | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| b Employer identification number (EIN) | 80-0438877 |
| a Employee's social security number | 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 |
| 1 Wages, tips, other compensation | 3108.00 |
| 2 Federal income tax withheld | 195.58 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 3 Social security wages | 3108.00 |
| 4 Social security tax withheld | 192.70 |
| 12 See instructions for box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | DEWANDA GRAHAM 4617 FREEPORT WAY DENVER CO 80239 |
| 5 Medicare wages and tips | 3108.00 |
| 6 Medicare tax withheld | 45.07 |
| 7 Social Security Tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 3108.00 | 91.00 | 3108.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC.* See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of groupterm life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

WILLIAM HAYES
10000 E ALAMEDA AVE #816
DENVER CO 80247

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 0000000055 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3936.00 | 2 Federal income tax withheld 334.82 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3936.00 | 4 Social security tax withheld 244.03 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code WILLIAM HAYES 10000 E ALAMEDA AVE #816 DENVER CO 80247 | 5 Medicare wages and tips 3936.00 | 6 Medicare tax withheld 57.07 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 3936.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 3936.00 | 19 Local income tax 6.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000055 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3936.00 | 2 Federal income tax withheld 334.82 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3936.00 | 4 Social security tax withheld 244.03 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code WILLIAM HAYES 10000 E ALAMEDA AVE #816 DENVER CO 80247 | 5 Medicare wages and tips 3936.00 | 6 Medicare tax withheld 57.07 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 3936.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 3936.00 | 19 Local income tax 6.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000055 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3936.00 | 2 Federal income tax withheld 334.82 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3936.00 | 4 Social security tax withheld 244.03 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code WILLIAM HAYES 10000 E ALAMEDA AVE #816 DENVER CO 80247 | 5 Medicare wages and tips 3936.00 | 6 Medicare tax withheld 57.07 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 3936.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 3936.00 | 19 Local income tax 6.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000055 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 3936.00 | 2 Federal income tax withheld 334.82 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 3936.00 | 4 Social security tax withheld 244.03 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code WILLIAM HAYES 10000 E ALAMEDA AVE #816 DENVER CO 80247 | 5 Medicare wages and tips 3936.00 | 6 Medicare tax withheld 57.07 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 3936.00 | 17 State income tax 144.00 | 18 Local wages, tips, etc. 3936.00 | 19 Local income tax 6.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct your name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

---

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

DEJANE LATTANY
14475 ROBINS DR
DENVER CO 80239

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 0000000007 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 2200.00 | 2 Federal income tax withheld 192.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2200.00 | 4 Social security tax withheld 136.40 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 5 Medicare wages and tips 2200.00 | 6 Medicare tax withheld 31.90 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2200.00 | 17 State income tax 77.00 | 18 Local wages, tips, etc. 2200.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000007 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 2200.00 | 2 Federal income tax withheld 192.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2200.00 | 4 Social security tax withheld 136.40 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 5 Medicare wages and tips 2200.00 | 6 Medicare tax withheld 31.90 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2200.00 | 17 State income tax 77.00 | 18 Local wages, tips, etc. 2200.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000007 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 2200.00 | 2 Federal income tax withheld 192.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2200.00 | 4 Social security tax withheld 136.40 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 5 Medicare wages and tips 2200.00 | 6 Medicare tax withheld 31.90 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2200.00 | 17 State income tax 77.00 | 18 Local wages, tips, etc. 2200.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000007 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 2200.00 | 2 Federal income tax withheld 192.96 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages 2200.00 | 4 Social security tax withheld 136.40 |
| 12 See instructions for box 12 | 14 Other | | e Employee's name, address, and ZIP code DEJANE LATTANY 14475 ROBINS DR DENVER CO 80239 | 5 Medicare wages and tips 2200.00 | 6 Medicare tax withheld 31.90 |
| | | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 2200.00 | 17 State income tax 77.00 | 18 Local wages, tips, etc. 2200.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code Q, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of groupterm life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation. Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

TENEA T LATTANY
4645 E 5TH AVE
DENVER CO 80230

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number | 0065-13058390 0000000014 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 1222.00 | 2 Federal income tax withheld 7.79 |
| 80-0438877 | 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 | | | | 3 Social security wages 1222.00 | 4 Social security tax withheld 75.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 1222.00 | 6 Medicare tax withheld 17.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Allocated Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1222.00 | 4.00 | 1222.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 0000000014 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 1222.00 | 2 Federal income tax withheld 7.79 |
| 80-0438877 | 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 | | | | 3 Social security wages 1222.00 | 4 Social security tax withheld 75.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 1222.00 | 6 Medicare tax withheld 17.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1222.00 | 4.00 | 1222.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number | 0065-13058390 0000000014 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 1222.00 | 2 Federal income tax withheld 7.79 |
| 80-0438877 | 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 | | | | 3 Social security wages 1222.00 | 4 Social security tax withheld 75.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 1222.00 | 6 Medicare tax withheld 17.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1222.00 | 4.00 | 1222.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number | 0065-13058390 0000000014 - 0000W2 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|---|
| b Employer identification number (EIN) | a Employee's social security number | | | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 1222.00 | 2 Federal income tax withheld 7.79 |
| 80-0438877 | 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 | | | | 3 Social security wages 1222.00 | 4 Social security tax withheld 75.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 1222.00 | 6 Medicare tax withheld 17.72 |
| 12 See instructions for box 12 | 14 Other | | | e Employee's name, address, and ZIP code TENEA T LATTANY 4645 E 5TH AVE DENVER CO 80230 | 7 Social Security Tips | 8 Allocated Tips |
| | | | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1222.00 | 4.00 | 1222.00 | 4.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If your employer followed H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

THERESA LOVATO
3051 S GOLDEN WAY
DENVER CO 80226

## Form W-2 Wage and Tax Statement 2021

**Copy C, for employee's records**

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000021 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 5268.00 / 2 Federal income tax withheld 356.24 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 5268.00 / 4 Social security tax withheld 326.62 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 5268.00 / 6 Medicare tax withheld 76.39 |
| | | | 7 Social Security Tips / 8 Allocated Tips |
| | | | 10 Dependent care benefits / 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5268.00 | 162.00 | 5268.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

**Copy B, to be filed with employee's FEDERAL tax return**

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000021 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 5268.00 / 2 Federal income tax withheld 356.24 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 5268.00 / 4 Social security tax withheld 326.62 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 5268.00 / 6 Medicare tax withheld 76.39 |
| | | | 7 Social Security Tips / 8 Allocated Tips |
| | | | 10 Dependent care benefits / 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5268.00 | 162.00 | 5268.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

**Copy 2, to be filed with employee's tax return for CO**

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000021 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 5268.00 / 2 Federal income tax withheld 356.24 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 5268.00 / 4 Social security tax withheld 326.62 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 5268.00 / 6 Medicare tax withheld 76.39 |
| | | | 7 Social Security Tips / 8 Allocated Tips |
| | | | 10 Dependent care benefits / 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5268.00 | 162.00 | 5268.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

**Copy 2, to be filed with employee's tax return for AUROR**

| | | | |
|---|---|---|---|
| d Control number 0065-13058390 0000000021 - 0000W2 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | 1 Wages, tips, other compensation 5268.00 / 2 Federal income tax withheld 356.24 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 5268.00 / 4 Social security tax withheld 326.62 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code THERESA LOVATO 3051 S GOLDEN WAY DENVER CO 80226 | 5 Medicare wages and tips 5268.00 / 6 Medicare tax withheld 76.39 |
| | | | 7 Social Security Tips / 8 Allocated Tips |
| | | | 10 Dependent care benefits / 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 5268.00 | 162.00 | 5268.00 | 14.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC.* See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an amount follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of groupterm life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also includable in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

ALYSSIA MARTINEZ
3051 S GOLDEN WAY
DENVER CO 80227

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number | 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | 0000000046 - 0000W2 | | | OMB No. 1545-0008 |

| b Employer identification number (EIN) | a Employee's social security number | AGGIES ANGELS CARE PROVIDERS | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | 488.00 | 15.88 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|---|---|
| | | | | 488.00 | 30.26 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 488.00 | 7.08 |
| | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 488.00 | 8.00 | 488.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | 0000000046 - 0000W2 | | | OMB No. 1545-0008 |

| b Employer identification number (EIN) | a Employee's social security number | AGGIES ANGELS CARE PROVIDERS | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | 488.00 | 15.88 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|---|---|
| | | | | 488.00 | 30.26 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 488.00 | 7.08 |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 488.00 | 8.00 | 488.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number | 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | 0000000046 - 0000W2 | | | OMB No. 1545-0008 |

| b Employer identification number (EIN) | a Employee's social security number | AGGIES ANGELS CARE PROVIDERS | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | 488.00 | 15.88 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|---|---|
| | | | | 488.00 | 30.26 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 488.00 | 7.08 |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 488.00 | 8.00 | 488.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number | 0065-13058390 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|
| | 0000000046 - 0000W2 | | | OMB No. 1545-0008 |

| b Employer identification number (EIN) | a Employee's social security number | AGGIES ANGELS CARE PROVIDERS | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 80-0438877 | 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 | 14475 ROBINS DR DENVER CO 80239 | 488.00 | 15.88 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|---|---|
| | | | | 488.00 | 30.26 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | ALYSSIA MARTINEZ 3051 S GOLDEN WAY DENVER CO 80227 | 488.00 | 7.08 |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 488.00 | 8.00 | 488.00 | | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

---

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an amount is reported in both boxes 1 and 12 using code Z, the deferral was a violation of the section 409A requirements.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of groupterm life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

ADAM R ROMERO
35 S LOGAN ST APT 402
DENVER CO 80219

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| | | | | |
|---|---|---|---|---|
| d Control number 0065-13058390 0000000052 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1872.00 | 2 Federal income tax withheld 105.42 |
|---|---|---|---|
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 1872.00 | 4 Social security tax withheld 116.06 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 5 Medicare wages and tips 1872.00 | 6 Medicare tax withheld 27.14 |
|---|---|---|---|---|
| | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 48.00 | 1872.00 | 6.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| | | | | |
|---|---|---|---|---|
| d Control number 0065-13058390 0000000052 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1872.00 | 2 Federal income tax withheld 105.42 |
|---|---|---|---|
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 1872.00 | 4 Social security tax withheld 116.06 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 5 Medicare wages and tips 1872.00 | 6 Medicare tax withheld 27.14 |
|---|---|---|---|---|
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 48.00 | 1872.00 | 6.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| | | | | |
|---|---|---|---|---|
| d Control number 0065-13058390 0000000052 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1872.00 | 2 Federal income tax withheld 105.42 |
|---|---|---|---|
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 1872.00 | 4 Social security tax withheld 116.06 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 5 Medicare wages and tips 1872.00 | 6 Medicare tax withheld 27.14 |
|---|---|---|---|---|
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 48.00 | 1872.00 | 6.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| | | | | |
|---|---|---|---|---|
| d Control number 0065-13058390 0000000052 - 0000W2 | | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |

| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | 1 Wages, tips, other compensation 1872.00 | 2 Federal income tax withheld 105.42 |
|---|---|---|---|
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 1872.00 | 4 Social security tax withheld 116.06 |

| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code ADAM R ROMERO 35 S LOGAN ST APT 402 DENVER CO 80219 | 5 Medicare wages and tips 1872.00 | 6 Medicare tax withheld 27.14 |
|---|---|---|---|---|
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 30941838 | 1872.00 | 48.00 | 1872.00 | 6.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC.* See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If an item follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

SPENCER SHELTON
18570 E HARVARD DR
AURORA CO 80013

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number 0065-13058390 0000000070 - 0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 648.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan  Third-party sick pay | | 3 Social security wages 648.00 | 4 Social security tax withheld 40.18 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code SPENCER SHELTON 18570 E HARVARD DR AURORA CO 80013 | 5 Medicare wages and tips 648.00 | 6 Medicare tax withheld 9.40 |
| | | | 7 Allocated Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 648.00 | 17 State income tax 15.00 | 18 Local wages, tips, etc. 648.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number 0065-13058390 0000000070 - 0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 648.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan  Third-party sick pay | | 3 Social security wages 648.00 | 4 Social security tax withheld 40.18 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code SPENCER SHELTON 18570 E HARVARD DR AURORA CO 80013 | 5 Medicare wages and tips 648.00 | 6 Medicare tax withheld 9.40 |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 648.00 | 17 State income tax 15.00 | 18 Local wages, tips, etc. 648.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number 0065-13058390 0000000070 - 0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 648.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan  Third-party sick pay | | 3 Social security wages 648.00 | 4 Social security tax withheld 40.18 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code SPENCER SHELTON 18570 E HARVARD DR AURORA CO 80013 | 5 Medicare wages and tips 648.00 | 6 Medicare tax withheld 9.40 |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 648.00 | 17 State income tax 15.00 | 18 Local wages, tips, etc. 648.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number 0065-13058390 0000000070 - 0000W2 | Void | c Employer's name, address, and ZIP code AGGIES ANGELS CARE PROVIDERS 14475 ROBINS DR DENVER CO 80239 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN) 80-0438877 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 648.00 | 2 Federal income tax withheld |
| 13 Statutory employee | Retirement plan  Third-party sick pay | | 3 Social security wages 648.00 | 4 Social security tax withheld 40.18 |
| 12 See instructions for box 12 | 14 Other | e Employee's name, address, and ZIP code SPENCER SHELTON 18570 E HARVARD DR AURORA CO 80013 | 5 Medicare wages and tips 648.00 | 6 Medicare tax withheld 9.40 |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State CO | Employer's state ID number 30941838 | 16 State wages, tips, etc. 648.00 | 17 State income tax 15.00 | 18 Local wages, tips, etc. 648.00 | 19 Local income tax 2.00 | 20 Locality name CO AUROR |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC.* See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov.*

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

AGGIES ANGELS CARE PROVIDERS
14475 ROBINS DR
DENVER CO 80239

JOYCE WILLIAMS

## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| d Control number | 0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|
| | 0000000058 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS | |
| b Employer identification number (EIN) | | a Employee's social security number | | 14475 ROBINS DR | 1 Wages, tips, other compensation 480.00 | 2 Federal income tax withheld 31.54 |
| 80-0438877 | | 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 | | DENVER CO 80239 | 3 Social security wages 480.00 | 4 Social security tax withheld 29.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 480.00 | 6 Medicare tax withheld 6.96 |
| 12 See instructions for box 12 | | 14 Other | | e Employee's name, address, and ZIP code | 7 Social security tips | 8 Allocated Tips |
| | | | | JOYCE WILLIAMS | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 480.00 | | 15.00 | 480.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| d Control number | 0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|
| | 0000000058 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS | |
| b Employer identification number (EIN) | | a Employee's social security number | | 14475 ROBINS DR | 1 Wages, tips, other compensation 480.00 | 2 Federal income tax withheld 31.54 |
| 80-0438877 | | 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 | | DENVER CO 80239 | 3 Social security wages 480.00 | 4 Social security tax withheld 29.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 480.00 | 6 Medicare tax withheld 6.96 |
| 12 See instructions for box 12 | | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security Tips | 8 Allocated Tips |
| | | | | JOYCE WILLIAMS | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 480.00 | | 15.00 | 480.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for CO

| d Control number | 0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|
| | 0000000058 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS | |
| b Employer identification number (EIN) | | a Employee's social security number | | 14475 ROBINS DR | 1 Wages, tips, other compensation 480.00 | 2 Federal income tax withheld 31.54 |
| 80-0438877 | | 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 | | DENVER CO 80239 | 3 Social security wages 480.00 | 4 Social security tax withheld 29.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 480.00 | 6 Medicare tax withheld 6.96 |
| 12 See instructions for box 12 | | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security Tips | 8 Allocated Tips |
| | | | | JOYCE WILLIAMS | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 480.00 | | 15.00 | 480.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2021

Copy 2, to be filed with employee's tax return for AUROR

| d Control number | 0065-13058390 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|---|
| | 0000000058 - 0000W2 | | | AGGIES ANGELS CARE PROVIDERS | |
| b Employer identification number (EIN) | | a Employee's social security number | | 14475 ROBINS DR | 1 Wages, tips, other compensation 480.00 | 2 Federal income tax withheld 31.54 |
| 80-0438877 | | 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 | | DENVER CO 80239 | 3 Social security wages 480.00 | 4 Social security tax withheld 29.76 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | 5 Medicare wages and tips 480.00 | 6 Medicare tax withheld 6.96 |
| 12 See instructions for box 12 | | 14 Other | | e Employee's name, address, and ZIP code | 7 Social Security Tips | 8 Allocated Tips |
| | | | | JOYCE WILLIAMS | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CO | 30941838 | 480.00 | | 15.00 | 480.00 | 2.00 | CO AUROR |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5).

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement.

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP.

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

| 33333 | a Control number<br>0065-13058390 | For Official Use Only ▶<br>OMB No. 1545-0008 | | |
|---|---|---|---|---|

**b Kind of Payer** (Check one)

941 [X]  CT-1 [ ]  Military [ ]  Hshld. emp. [ ]  943 [ ]  Medicare govt. emp. [ ]  944 [ ]

**Kind of Employer** (Check one)

None apply [X]  State/local non-501c [ ]  501c non-govt. [ ]  State/local 501c [ ]  Federal govt. [ ]

Third-party sick pay (Check if applicable) [ ]

| c Total number of Forms W-2   21 | d Establishment number | 1 Wages, tips, other compensation  60346.30 | 2 Federal income tax withheld  2714.29 |
|---|---|---|---|
| e Employer identification number (EIN)  80-0438877 | | 3 Social security wages  60346.30 | 4 Social security tax withheld  3741.47 |
| f Employer's name  AGGIES ANGELS CARE PROVIDERS | | 5 Medicare wages and tips  60346.30 | 6 Medicare tax withheld  875.03 |
| 14475 ROBINS DR  DENVER CO 80239 | | 7 Social security tips | 8 Allocated tips |
| | | 9 | 10 Dependent care benefits |
| g Employer's address and ZIP code | | 11 Nonqualified plans | 12a Deferred compensation |
| h Other EIN used this year | | 13 For third-party sick pay use only | 12b |
| 15 State  Employer's state ID number | | 14 Income tax withheld by payer of third-party sick pay | |
| 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax |
| Employer's contact person  LATTANY DEJANE | | Employer's telephone number  (720) 318-0173 | For Official Use Only. |
| Employer's fax number | | Employer's email address | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

REFERENCE COPY PREPARED BY PAYCHEX  DO NOT FILE

Signature                    Title                    Date

Form **W-3** Transmittal of Wage and Tax Statements    2021

Department of the Treasury
Internal Revenue Service

# DO NOT FILE

## YOUR FEDERAL W-2 & W-3 DATA
## IS FILED ELECTRONICALLY