IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00074-NWY
(Civil Case No. 23-cv-03024-NYW)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

DEJANE REANIECE LATTANY,

    Defendant-Movant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 16th day of November, 2023.

        COLE FINEGAN
        United States Attorney

By:    *s/ Rajiv Mohan*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Rajiv.Mohan@usdoj.gov

        Counsel for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I certify that on this 16th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case. I also certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Dejane Lattany
11125 Quintero Court
Commerce City, CO 80022


By: *s/ Kayla Keiter*
    Appellate Secretary
    United States Attorney's Office