IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 23-cv-03024-NYW
Criminal Action No. 23-cr-00074-NYW-1

UNITED STATES OF AMERICA,

v.

DEJANE REANIECE LATTANY,

    Defendant.

## ORDER

After preliminary consideration of Defendant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is hereby **ORDERED** that:

(1)     **On or before December 18, 2023**, the United States Attorney **SHALL FILE** an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings;

(2)     Movant may file a reply **within thirty days** of the date the answer is filed in this Court; and

(3)     The Clerk of Court is **DIRECTED** to mail a copy of this Order to:

        Dejane Reaniece Lattany
        11125 Quintero Court
        Commerce City, CO 80022

DATED:   November 16, 2023                         BY THE COURT:

                                                                          Nina Y. Wang
                                                                          United States District Judge