

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

23-cr-00074-NYW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 09 2024
JEFFREY P. COLWELL
CLERK
# 76

Dejanee Reaniece Lattany
#51090-510
FORT WORTH
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 15330
FORT WO

RETURN TO SENDER
INMATE OPEN TO INSPECTION IN PRESENCE OF THE

In FMC Caeswell

RETURN TO SENDER

DENVER CO 802
AUG 2024 PM
quadient
FIRST-CLASS MAIL
IMI
$000.69
08/02/2024 ZIP 80294
043M31246131
US POSTAGE